UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.:

Jane Doe 1, Individually and on
behalf of all others similarly situated,

      Plaintiff,

vs.

Deutsche Bank Aktiengesellschaft,
Deutsche Bank AG New York Branch,
Deutsche Bank Trust Company Americas,

      Defendants.
_____/

**NOTICE OF MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned, on behalf of Plaintiff Jane Doe 1, Individually and on behalf of all others similarly situated, hereby moves this Court for an order granting Plaintiff's leave to proceed anonymously.

Dated:  November 24, 2022

                                    Respectfully Submitted,
                                   EDWARDS POTTINGER, LLC

                     By: */s/ Bradley Edwards*
                          Bradley J. Edwards
                          425 N. Andrews Ave., Suite 2
                          Fort Lauderdale, FL 33301
                          (954)-524-2820
                          Fax: (954)-524-2822
                          Email: brad@epllc.com

EDWARDS POTTINGER
Brittany N. Henderson
1501 Broadway
Floor 12
New York, NY
(954)-524-2820
Fax : (954)-524-2820
Email : brittany@epllc.com

Paul G. Cassell
*Pro Hac Vice*
S.J. Quinney College of Law at the University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Facsimile: 801-585-6833
E-Mail: Pgcassell.law@gmail.com

(institutional address for identification purposes, not to imply institutional endorsement)

David Boies
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
E-mail: dboies@bsfllp.com

Sigrid McCawley
*Pro Hac Vice*
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: smccawley@bsfllp.com