UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.:

Jane Doe 1, Individually and on
behalf of all others similarly situated,

      Plaintiff,

                                            **[PROPOSED] ORDER**
                                            **GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE**
vs.                                         **TO PROCEED ANONYMOUSLY**

Deutsche Bank Aktiengesellschaft,
Deutsche Bank AG New York Branch,
Deutsche Bank Trust Company Americas,

      Defendants.
_____/

       Upon the motion of Plaintiff, Jane Doe 1, Individually and on behalf of all others similarly situated, for an order permitting the filing of the Complaint, summons, civil cover sheet, and all future papers anonymously, it is hereby

       ORDERED that Plaintiff's Ex Parte Motion for Leave to Proceed Anonymously be GRANTED.

_____
                                        UNITED STATES DISTRICT JUDGE

Dated: _____, 2022.