```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  -v-<br><br>DEUTSCHE BANK ATIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>       Defendants. | 22-cv-10018-UA (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Due to a technical error, the docket states that the above-captioned case was filed on November 23, 2022, when in fact it was filed on November 24, 2022. See ECF No. 1. Thus, it is hereby ordered that the filing date on the docket be corrected to November 24, 2022.

SO ORDERED.

New York, NY
November 30, 2022

                                            JED S. RAKOFF, U.S.D.J.