AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-10018-JSR |
| Deutsche Bank Aktiengesellschaft, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company Americas.

Date:   11/30/2022

*/s/ Andrew S. Todres*
*Attorney's signature*

Andrew S. Todres
*Printed name and bar number*
Ropes & Gray LLP
1211 Sixth Avenue
New York, New York 10036

*Address*

Andrew.Todres@ropesgray.com
*E-mail address*

(212) 596-9370
*Telephone number*

(646) 728-2619
*FAX number*