UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.:   1:22-cv-10018-JSR

Jane Doe 1, Individually and on
behalf of all others similarly situated,
                    Plaintiff,

vs.

Deutsche Bank Aktiengesellschaft,
Deutsche Bank AG New York Branch,
Deutsche Bank Trust Company Americas,
                    Defendants.
_____/

## APPEARANCE OF COUNSEL

TO:     The clerk of court and all parties of record

        PLEAE TAKE NOTICE that the undersigned attorney, Brittany N. Henderson, who is a

member of good standing of the bar of this Court, hereby appears as counsel for Plaintiff, Jane

Doe 1, Individually and on behalf of all others similarly situated.


Dated:  November 30, 2022

                            EDWARDS POTTINGER, LLC

                            By: */s/ Brittany N. Henderson*
                                  Brittany N. Henderson
                                  SDNY Bar No. 5910658
                                  425 N. Andrews Ave., Suite 2
                                  Fort Lauderdale, FL 33301
                                  Telephone: (954)524-2820
                                  Fax: (954)524-2822
                                  Email: brittany@epllc.com
                                        ecf@epllc.com

                                  *Attorney for Plaintiff(s)*