UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Deutsche Bank Aktiengesellschaft, et al.,<br><br>Defendants. | Civil Action No. 1:22-cv-10018 (JSR) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES DOWDEN

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, James Dowden hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company Americas in the above-captioned action.

Attached to this motion are: (1) a Certificate of Good Standing issued within the past thirty days by the Commonwealth of Massachusetts; (2) the declaration required pursuant to Local Rule 1.3(c); and (3) a proposed order granting admission.

Dated:  November 30, 2022

Respectfully Submitted,

By:*/s/ James Dowden*
James Dowden

ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel.: (617) 951-7970
James.Dowden@ropesgray.com

*Attorney for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company Americas*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Deutsche Bank Aktiengesellschaft, et al., <br><br> Defendants. | Civil Action No. 1:22-cv-10018 (JSR) |

**DECLARATION OF JAMES DOWDEN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, James Dowden, hereby declare as follows:

1) I am an attorney with the law firm of Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, Massachusetts 02199-3600.

2) I submit this declaration in support of the motion for admission *pro hac vice* as counsel for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company Americas in the above-captioned action.

3) As shown in the attached Certificate of Good Standing, I am admitted and currently in good standing to practice law in the Commonwealth of Massachusetts.

4) I have never been convicted of a felony.

5) I have never been censured, suspended, disbarred, or denied admission or re-admission by any court.

6) There are no disciplinary proceedings presently against me.

7) I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2022

Respectfully Submitted,

By: */s/James Dowden*
James Dowden

R<small>OPES</small> & G<small>RAY</small> LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel.: (617) 951-7970
James.Dowden@ropesgray.com

*Attorney for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company Americas*

2

**The Commonwealth of Massachusetts**

SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

December 1, 2022

Attorney James Patrick Dowden
Paul G. Lang
Ropes & Gray LLP
New York , NY  10036
paul.lang@ropesgray.com

IN RE:    CERTIFICATE OF ADMISSION AND GOOD STANDING

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **James Patrick Dowden**  .  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   **jr**
Clearance:  12/01/2022 11.30.2022
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **January 16, 2001**, said Court being the highest Court of Record in said Commonwealth:

## James Patrick Dowden

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **first** day of **December** in the year of our Lord **two thousand and twenty-two.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated, | x : : : : : : : : : : : : x | |
| Plaintiff, | | |
| v. | | Civil Action No. 1:22-cv-10018 (JSR) |
| Deutsche Bank Aktiengesellschaft, et al., | | |
| Defendants. | | |

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

The motion of James Dowden for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of the Commonwealth of Massachusetts, and that his contact information is as follows:

> James Dowden
> ROPES & GRAY LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-3600
> Tel.: (617) 951-7970
> James.Dowden@ropesgray.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company in the above-entitled action;

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

Dated:                                                                       _____