UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, individually, and on behalf of all others similarly situated,

                Plaintiff,

v.

DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,

                Defendants.
_____/

Case No.: 1:22-cv-10018 (JSR)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Sigrid S. McCawley for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the State of Florida and the District of Columbia; and that her contact information is as follows:

Applicant's Name:   Sigrid S. McCawley

Firm Name:  Boies Schiller Flexner LLP

Address:  401 E. Las Olas Boulevard, Suite 1200

City/State/Zip:  Fort Lauderdale, FL 33301

Telephone/Fax:  Tel: (954) 356-0011 / Fax: (954) 356-0022

Email: smccawley@bsfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Jane Doe 1, individually, and on behalf of all others similarly situated in the above entitled action;

1

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
United States District Judge