UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.:   1:22-cv-10018-JSR

Jane Doe 1, Individually and on
behalf of all others similarly situated,

      Plaintiff,

vs.

Deutsche Bank Aktiengesellschaft,
Deutsche Bank AG New York Branch,
Deutsche Bank Trust Company Americas,

      Defendants.

_____/

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Paul G. Cassell hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff JANE DOE 1, Individually and on behalf of all others similarly situated, in the above-captioned action.

I am in good standing of the bar of the State of Utah and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3

1

Dated: December 2, 2022

                                                    Respectfully submitted,

*/s/ Paul G. Cassell*
Paul G. Cassell
*Pro Hac Vice*
*S.J. Quinney College of Law at the University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Facsimile: 801-585-6833
E-Mail: pgcassell.law@gmail.com

(*institutional address for identification purposes, not to imply institutional endorsement)

*Attorney for Plaintiff JANE DOE 1, Individually and on behalf of all others similarly situated*