UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch, Deutsche Bank Trust Company Americas,<br><br>*Defendants*. | Case No.  1:22-cv-10018-JSR<br><br>**DECLARATION OF PAUL G. CASSELL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Paul G. Cassell, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of Utah.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  December 2, 2022
        Salt Lake City, UT

                                                Respectfully submitted,
                                                */s/  Paul G. Cassell*
                                                Paul G. Cassell
                                                *Pro Hac Vice*
                                                *S.J. Quinney College of Law at the University of Utah

383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Facsimile: 801-585-6833
E-Mail: pgcassell.law@gmail.com

(*institutional address for identification purposes, not to imply institutional endorsement)
*Attorney for Plaintiff JANE DOE 1, Individually and on behalf of all others similarly situated*

2