UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, Individually and on behalf of all others similarly situated, *Plaintiff*, v. Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch, Deutsche Bank Trust Company Americas, *Defendants*. | Case No. 1:22-cv-10018 JSR |

## ORDER FOR ADMISSION
### *PRO HAC VICE*

The motion of Paul G. Cassell to appear *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Utah; and that his contact information is as follows:

Applicant Name: Paul G. Cassell

Address: *S.J. Quinney College of Law at the University of Utah, 383 S. University St.,

Salt Lake City, UT 84112, (*institutional address for identification purposes, not to imply

institutional endorsement)

City / State / Zip: Salt Lake City, UT  84112

Telephone / Fax: Telephone: 801-585-5202  Facsimile: 801-585-6833

1

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff **JANE DOE 1, Individually and on behalf of all others similarly situated,** in the above entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules Governing discipline of attorneys.

Dated: _____       _____
                                                  United States District/Magistrate Judge