UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, et al.,<br><br>        Defendants. | Case No. 1:22-CV-10018 (JSR) |

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Deutsche Bank Aktiengesellschaft, by and through its undersigned counsel, states that it is a publicly traded corporation. Deutsche Bank Aktiengesellschaft has no parent company, and to its knowledge, no publicly held corporation owns 10% or more of the stock of Deutsche Bank Aktiengesellschaft.

| | |
|---|---|
| Dated: New York, New York<br>December 2, 2022 | Respectfully submitted,<br><br>/s/ David B. Hennes<br>David B. Hennes<br>Lisa H. Bebchick<br>Andrew S. Todres<br>Michael Ardeljan<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Telephone: (212) 596-9000<br>David.Hennes@ropesgray.com<br>Lisa.Bebchick@ropesgray.com<br>Andrew.Todres@ropesgray.com<br>Michael.Ardeljan@ropesgray.com<br><br>James P. Dowden*<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-3600<br>Telephone: (617) 951-7970<br>James.Dowden@ropesgray.com<br><br>**pro hac vice* motion pending<br><br>*Attorneys for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch, and Deutsche Bank Trust Company Americas* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date indicated below I caused a copy of the foregoing to be filed with the Court's ECF filing system, which will cause an electronic notice to be sent to counsel of record.

Dated: New York, New York
          December 2, 2022

                                              */s/ David B. Hennes*
                                              David B. Hennes