UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, et al.,<br><br>Defendants. | Case No. 1:22-CV-10018 (JSR) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Deutsche Bank AG New York Branch, by and through its undersigned counsel, states that it is a New York State-licensed branch of Deutsche Bank AG, a corporation organized under the laws of the Federal Republic of Germany. Deutsche Bank AG is a publicly held corporation, and to its knowledge, no publicly held corporation owns 10 % or more of the stock of Deutsche Bank AG.

Dated: New York, New York
December 2, 2022

Respectfully submitted,

/s/  David B. Hennes
David B. Hennes
Lisa H. Bebchick
Andrew S. Todres
Michael Ardeljan
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
David.Hennes@ropesgray.com
Lisa.Bebchick@ropesgray.com
Andrew.Todres@ropesgray.com
Michael.Ardeljan@ropesgray.com

James P. Dowden*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Telephone: (617) 951-7970
James.Dowden@ropesgray.com

*pro hac vice motion pending

*Attorneys for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch, and Deutsche Bank Trust Company Americas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below I caused a copy of the foregoing to be filed with the Court's ECF filing system, which will cause an electronic notice to be sent to counsel of record.

Dated: New York, New York
December 2, 2022

                                               */s/ David B. Hennes*
                                               David B. Hennes