UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>DEUTSCHE BANK ATIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>　　　　Defendants. | 22-cv-10018-UA (JSR) |
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>JP MORGAN CHASE & CO.,<br><br>　　　　Defendant. | 22-cv-10019-UA (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　On the consent of all parties, see transcript 12/5/2022, the above-captioned cases are hereby consolidated for all pre-trial purposes. The Clerk of the Court is respectfully directed to consolidate the cases under the docket number 22-cv-10018-UA but bearing both captions. However, barring further order of the Court, trial of the cases will proceed separately, with 22-cv-10018-UA

1

starting trial on August 7, 2023 and 22-cv-10019-UA starting trial on September 5, 2023.

    SO ORDERED.

New York, NY
December 5, 2022

                                        JED S. RAKOFF, U.S.D.J.