UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
JANE DOE 1, Individually and on
Behalf of All Others Similarly
Situated,

        Plaintiff,

   -v-

DEUTSCHE BANK ATIENGESELLSCHAFT,
DEUTSCHE BANK AG NEW YORK BRANCH,
DEUTSCHE BANK TRUST COMPANY
AMERICAS,

        Defendants.
```

22-cv-10018-UA (JSR)

ORDER

```
JANE DOE 1, Individually and on
Behalf of All Others Similarly
Situated,

        Plaintiff,

   -v-

JP MORGAN CHASE & Co.,

        Defendant.
```

22-cv-10019-UA (JSR)

JED S. RAKOFF, U.S.D.J.:

Plaintiff in both of the above-captioned cases has moved to proceed anonymously. Defendants have informed the Court that they do not oppose such motions, provided that plaintiff will reveal her identity to the defendants for discovery purposes (on the condition that defendants do not disclose her name to the general public).

1

Accordingly, on those conditions, plaintiff's motions are hereby granted for all pretrial purposes.

SO ORDERED.

New York, NY
December 5, 2022

JED S. RAKOFF, U.S.D.J.