UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, et al.,<br><br>      Defendants. | **Case No. 22-CV-10018-UA (JSR)** |
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>JP MORGAN CHASE & CO.,<br><br>      Defendant. | **Case No. 22-CV-10019-UA (JSR)** |

**NOTICE OF MOTION TO DISMISS ON BEHALF OF
DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK
<u>BRANCH, AND DEUTSCHE BANK TRUST COMPANY AMERICAS</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of David B. Hennes, and the exhibit attached thereto, Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch, and Deutsche Bank Trust Company Americas (collectively "Deutsche Bank"), by and through their counsel, will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, on a date the Court deems appropriate, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order dismissing the Complaint with prejudice for failure to state a claim upon which relief can be granted, and such other and further relief that this Court may deem proper.

Any opposition papers to Deutsche Bank's Motion to Dismiss are due to be filed with this Court on January 13, 2023 and any reply papers are due to be filed with this Court on January 20, 2023.

Dated: December 30, 2022         By:    */s/ David B. Hennes*
                                        David B. Hennes
                                        Lisa H. Bebchick
                                        Andrew S. Todres

                                        **ROPES & GRAY LLP**
                                        1211 Avenue of the Americas
                                        New York, NY 10036-8704
                                        Tel: (212) 596-9000
                                        david.hennes@ropesgray.com
                                        lisa.bebchick@ropesgray.com
                                        andrew.todres@ropesgray.com

                                        James P. Dowden (*admitted pro hac*)
                                        **ROPES & GRAY LLP**
                                        Prudential Tower
                                        800 Boylston Street
                                        Boston, MA 02199
                                        Tel: (617) 951-7970
                                        james.dowden@ropesgray.com

                                        *Counsel for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch, and Deutsche Bank Trust Company Americas*