UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>Defendants. | Case No. 1:22-cv-10018 (JSR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Andrew Villacastin, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Jane Doe 1, individually and on behalf of all others similarly situated in the above-captioned proceeding.

Dated: New York, New York
January 10, 2023

BOIES SCHILLER FLEXNER LLP

By:    /s/ *Andrew Villacastin*
Andrew Villacastin
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Fax: (212) 446-2350
avillacastin@bsfllp.com

*Attorney for Plaintiff Jane Doe 1, individually and on behalf of all others similarly situated*