UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, et al.,<br><br>　　　　Defendants. | **Case No. 22-CV-10018-UA (JSR)** |
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JP MORGAN CHASE & CO.,<br><br>　　　　Defendant. | **Case No. 22-CV-10019-UA (JSR)** |

**NOTICE OF MOTION TO DISMISS ON BEHALF OF
DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK
BRANCH, AND DEUTSCHE BANK TRUST COMPANY AMERICAS**

　　PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of David B. Hennes, and the exhibit attached thereto, Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch, and Deutsche Bank Trust Company Americas (collectively "Deutsche Bank"), by and through their counsel, will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, on a date the Court deems appropriate, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order dismissing the First Amended Complaint with prejudice for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted, and such other and further relief that this Court may deem proper.

Any opposition papers to Deutsche Bank's Motion to Dismiss are due to be filed with this Court on February 21, 2023 and any reply papers are due to be filed with this Court on February 28, 2023.

| | | |
|---|---|---|
| Dated: February 7, 2022 | By: | */s/ David B. Hennes* <br> David B. Hennes <br> Lisa H. Bebchick <br> Andrew S. Todres |

                                              **ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
david.hennes@ropesgray.com
lisa.bebchick@ropesgray.com
andrew.todres@ropesgray.com

James P. Dowden (*admitted pro hac*)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7970
james.dowden@ropesgray.com

*Counsel for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch, and Deutsche Bank Trust Company Americas*