UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>Defendants. | Case No. 1:22-cv-10018 (JSR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Sabina Mariella, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Jane Doe 1, individually and on behalf of all others similarly situated in the above-captioned proceeding.

Dated: New York, New York
       March 20, 2023

                                        BOIES SCHILLER FLEXNER LLP

                                        By:    */s/ Sabina Mariella*
                                               Sabina Mariella
                                               55 Hudson Yards
                                               New York, NY
                                               Telephone: (212) 446-2300
                                               Fax: (212) 446-2350
                                               smariella@bsfllp.com

                                               *Attorney for Plaintiff Jane Doe 1, individually and on behalf of all others similarly situated*