AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-10018-JSR |
| Deutsche Bank Aktiengesellschaft, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company Americas.

Date: 03/20/2023

/s/ Andrew Cashmore
*Attorney's signature*

Andrew Cashmore
*Printed name and bar number*
Ropes & Gray LLP
Prudential Towers
800 Boylston Street
Boston, MA 02199
*Address*

andrew.cashmore@ropesgray.co
*E-mail address*

(617)235-4088
*Telephone number*

(617)235-0412
*FAX number*