```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  -v-<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>        Defendants. | 22-cv-10018 (JSR) |
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  -v-<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>        Defendant. | 22-cv-10019 (JSR) |
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>        Plaintiff,<br><br>  -v-<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>        Defendant. | 22-cv-10904 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

On March 1, 2023, defendant JPMorgan Chase Bank, N.A. ("JP Morgan") moved to compel production of certain documents from third-party the Epstein Victims Compensation Program ("EVCP"). For reasons stated from the bench on March 16, 2023, the Court hereby grants JP Morgan's motion in part and denies that motion in part, as further specified below.

The Court hereby grants JP Morgan's motion with respect to its Requests for Production numbered 1, 9, 12, 13, 14, and 15. Additionally, the Court hereby grants in part JP Morgan's motion with respect to its Requests for Production numbered 7 and 8. More specifically, the EVCP is hereby ordered to produce documents sufficient to show the total number of applicants to the EVCP who were approved for compensation and the total number of such applicants who were denied such compensation. The EVCP is not hereby compelled to produce documents sufficient to show the reasons for its approval or denial of any application. Additionally, JP Morgan's motion to compel is denied with respect to Requests for Production numbered 13, 16, 17, 18, and 19, which the Court views as overly broad.

All documents produced pursuant to this Order are to be produced on an attorneys-eyes-only basis, and are to be made available to counsel for JP Morgan as well as to counsel for defendants in Jane Doe v. Deutsche Bank Aktiengesellschaft et al., 22-cv-10018. All personally identifying information must be redacted from them, and they must be returned (with no records of them kept) once the Court has ruled on class certification in the above-captioned cases.

The Clerk is respectfully directed to close entry number 55 on the docket of Jane Doe v. JP Morgan Chase Bank, N.A., 22-cv-10019 and entry number 63 on the docket of Government of the United States Virgin Islands v. JP Morgan Chase Bank, N.A., 22-cv-10904.

SO ORDERED.

New York, NY
March 14, 2022

_____
JED S. RAKOFF, U.S.D.J.