IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, <br><br> Plaintiff, <br><br> v. <br><br> DEUTSCHE BANK AKTIENGESELLSCHAFT, ET AL., <br><br> Defendants. | Case No. 22-cv-10018 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of non-parties the Epstein Victims' Compensation Program ("EVCP") and Jordana H. Feldman, the Independent Administrator of EVCP, in the above-captioned action and certifies that he is admitted to practice in this court.

                                        Andrew H. Schapiro
                                        Quinn Emanuel Urquhart & Sullivan, LLP
                                        51 Madison Avenue, 22nd floor
                                        New York, NY 10010
                                        (212) 849-7000 (telephone)
                                        (212) 849-7100 (facsimile)
                                        Email: andrewschapiro@quinnemanuel.com

Dated: March 27, 2023                        Respectfully submitted,

                                          */s/ Andrew H. Schapiro*
                                          Andrew H. Schapiro
                                          QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                            51 Madison Avenue, 22nd floor
                                            New York, NY 10010
                                            (212) 849-7000 (telephone)
                                            (212) 849-7100 (facsimile)
                                            Email: andrewschapiro@quinnemanuel.com

                                            *Counsel for Non-Parties Epstein Victims'*
                                            *Compensation Program and Jordana H.*
                                            *Feldman*