UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>Deutsche Bank Akteingesellschaft, et. al.,<br><br>  Defendants. | REVISED CIVIL CASE<br>MANAGEMENT PLAN<br>(JUDGE RAKOFF)<br><br><br>Case No. 1:22-CV-10018 (JSR) |

**This Court has set this case for trial on <u>9-5-2023.</u>**

    After consultation with counsel for the parties, the following Amended Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

A.     The case is to be tried to a jury.

B.     Defendants shall file their Answer to plaintiff's First Amended Complaint by **April 10, 2023**.

C.     Discovery (in addition to the disclosures required by Fed. R. Civ. P. 26(a)):

1. <u>Documents</u>. Further document requests may be served as required, but no document request may be served later than 30 days prior to the date of the close of discovery as set forth in item 4 below.
2. <u>Interrogatories</u>. No other interrogatories are permitted except upon prior express permission of Judge Rakoff.
3. <u>Requests to Admit</u>. Requests to Admit, if any, must be served by **April 7, 2023**.
4. All fact discovery (including depositions of fact witnesses) is to be completed by **May 30, 2023**. Depositions shall proceed concurrently, with no party having priority, and no deposition shall extend beyond one business day without prior leave of the Court.
5. <u>Experts.</u> Every party proponent of a claim (including any counterclaim, cross-claim, or third party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by **June 7, 2023**. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by **June 14, 2023**. No expert testimony (whether designated as "rebuttal" or otherwise) will be permitted by other experts or beyond the scope of the opinions covered by the aforesaid disclosures except upon prior express permission of the Court, application for which must be made no later than 10 days after the date specified in the immediately preceding sentence. All experts may be deposed, but such depositions must occur within the time limit for all expert depositions set forth below.
6. <u>Expert Depositions</u>. All expert depositions (and all expert discovery) must be completed by **June 21, 2023**.

D.     Class Certification
1. Experts. Initial class certification expert reports are due by **March 1, 2023**; rebuttal expert reports are due by **April 13, 2023**; and reply expert reports are due by **April 24, 2023**.

    2. Motions. Any motion in support of class certification shall be filed by **April 28, 2023**; opposition papers shall be filed by **May 12, 2023**; and reply papers, if any, shall be filed by **May 19, 2023**. The Court will hold oral argument on the class certification motion(s) on 5/26 at 2pm, in Courtroom 14B, 500 Pearl Street.

E.    Post-discovery summary judgment motions in the form prescribed by the Court's Individual Rules of Practice may be brought on without further consultation with the Court provided that a Notice of any such motion, in the form specified in the Court's Individual Rules of Practice, is filed no later than one week following the close-of-expert-discovery date and provided that the moving papers are served by **June 28, 2023**, answer papers by **July 14, 2023**, and reply papers by **July 21, 2023**. Each party must file its respective papers with the Clerk of the Court on the same day that such papers are served. Additionally, on the same date that any papers are served and filed, counsel filing and serving the papers must arrange to deliver courtesy non-electronic hard copies to the Courthouse for delivery to Chambers.

F.    A final pre-trial conference, as well as oral argument on any post-discovery summary judgment motions, shall be held on **July 28, 2023**, at 2:8pm, at which time the Court shall set a firm trial date. The timing and other requirements for the Joint Pretrial Order and/or other pre-trial submissions shall be governed by the Court's Individual Rules of Practice.

G.    All motions and applications shall be governed by Judge Rakoff's Individual Rules of Practice. Counsel shall promptly familiarize themselves with all of the Court's Individual Rules, as well as with the Local Rules for the United States District Court for the Southern District of New York.

    SO ORDERED.

                                                                     JED S. RAKOFF
                                                                        U.S.D.J.

DATED: New York, New York
          3/28/23