UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------x
                                        :
Jane Doe 1, individually and on behalf  :
of all others similarly situated,       :
                                        :
                       Plaintiff,       :
                                        :   Civil Action No. 1:22-cv-10018 (JSR)
            v.                          :
                                        :
Deutsche Bank Aktiengesellschaft, et al.,:
                                        :
                       Defendants.      :
                                        :
----------------------------------------x
```

## MOTION FOR ADMISSION *PRO HAC VICE* OF KATHRYN CALDWELL

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Kathryn Caldwell hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company Americas in the above-captioned action.

Attached to this motion are: (1) a Certificate of Good Standing issued within the past thirty days by the Commonwealth of Massachusetts; (2) the declaration required pursuant to Local Rule 1.3(c); and (3) a proposed order granting admission.

Dated: April 21, 2023

Respectfully Submitted,

By: */s/ Kathryn Caldwell*
Kathryn Caldwell

ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel.: (617) 951-7335
Kathryn.Caldwell@ropesgray.com

*Attorney for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company Americas*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
––––––––––––––––––––––––––––––––––––––––– x
                                          :
Jane Doe 1, individually and on behalf of :
all others similarly situated,            :
                                          :
                  Plaintiff,              :
                                          :
          v.                              :  Civil Action No. 1:22-cv-10018 (JSR)
                                          :
Deutsche Bank Aktiengesellschaft, et al., :
                                          :
                  Defendants.             :
                                          :
––––––––––––––––––––––––––––––––––––––––– x
```

**DECLARATION OF KATHRYN CALDWELL IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Kathryn Caldwell, hereby declare as follows:

1) I am an attorney with the law firm of Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, Massachusetts 02199-3600.

2) I submit this declaration in support of the motion for admission *pro hac vice* as counsel for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company Americas in the above-captioned action.

3) As shown in the attached Certificate of Good Standing, I am admitted and currently in good standing to practice law in the Commonwealth of Massachusetts.

4) I have never been convicted of a felony.

5) I have never been censured, suspended, disbarred, or denied admission or re-admission by any court.

6) There are no disciplinary proceedings presently against me.

7) I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 21, 2023

Respectfully Submitted,

By: */s/Kathryn Caldwell*
Kathryn Caldwell

R<small>OPES</small> & G<small>RAY</small> LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel.: (617) 951-7335
Kathryn.Caldwell@ropesgray.com

*Attorney for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company Americas*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 18, 2011**, said Court being the highest Court of Record in said Commonwealth:

## Kathryn Caldwell

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **eighteenth** day of **April**

in the year of our Lord **two thousand and twenty-three.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------x
                                        :
Jane Doe 1, individually and on behalf  :
of all others similarly situated,       :
                                        :
                Plaintiff,              :
                                        :   Civil Action No. 1:22-cv-10018 (JSR)
        v.                              :
                                        :
Deutsche Bank Aktiengesellschaft,       :
et al.,                                 :
                                        :
                Defendants.             :
                                        :
----------------------------------------x
```

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

The motion of Kathryn Caldwell for admission to practice *pro hac vice* in the above- captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the Bar of the Commonwealth of Massachusetts, and that her contact information is as follows:

>  Kathryn Caldwell
>  ROPES & GRAY LLP
>  Prudential Tower
>  800 Boylston Street
>  Boston, MA 02199-3600
>  Tel.: (617) 951-7335
>  Kathryn.Caldwell@ropesgray.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch and Deutsche Bank Trust Company in the above-entitled action;

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

Dated:                                                          _____