UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>                      Defendants.<br>_____/ | Case No.: 1:22-cv-10018 (JSR)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Daniel Crispino, hereby move this Court for an Order for Admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Jane Doe 1, individually, and on behalf of all others similarly situated, in the above-captioned action.

      I am in good standing in the bar of the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 26, 2023                                 Respectfully Submitted,

                                                             /s/ Daniel Crispino
                                                             Daniel Crispino
                                                             Boies Schiller Flexner LLP
                                                             401 E. Las Olas Boulevard, Suite 1200
                                                             Fort Lauderdale, FL 33301
                                                             Tel: (954) 356-0011
                                                            Fax: (954) 356 0022
                                                            Email: dcrispino@bsfllp.com

                                                            *Counsel for Plaintiff Jane Doe 1, individually, and on behalf of all others similarly situated*