UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 1, individually, and on behalf of all others similarly situated,

              Plaintiff,

v.

DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,

              Defendants.
_____/

Case No.: 1:22-cv-10018 (JSR)

**DECLARATION OF DANIEL CRISPINO IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

I, Daniel Crispino, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of Florida.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 26, 2023

Respectfully Submitted,

/s/ Daniel Crispino
Daniel Crispino
Boies Schiller Flexner LLP
401 E. Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356 0022
Email: dcrispino@bsfllp.com

*Counsel for Plaintiff Jane Doe 1, individually, and on behalf of all others similarly situated*