# EXHIBIT D

```
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT           Page:      1
Time: 11:36:35                   Incident Report              Program: CMS301L
```

Case No. . . . : 1-05-000368
SPECIAL NOTES : DO NOT RELEASE          Occur From Date: 1/27/05 0000
Occur To Date : 1/27/05 0000            Report Date  . : 3/14/05 1600
Day Of Week  . : Thursday
Street Number : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL
Location Type : RESIDENCE-SINGLE FAMILY
Beat Assignment: DETECTIVE BUREAU        Map Reference  : 10
Dept Class . . : SEXUAL BATTERY          Report Officer : PAGAN, MICHELE
Case Status  . : OPEN / ACTIVE           Case Status Dt : 3/14/05
Supervisory Dt.: TRYLCH, JEFFREY  3/14/05
Entry Date . . : OREGERO, LAURA  4/06/05
Names? . . . . :                         Property?  . . :
Vehicles? . . . :                        Offenses?  . . . :
Narrative? . . . :                       Related Cases? :

********* V E H I C L E     I N F O R M A T I O N   #   1 ********************
Case number  . : 1-05-000368             Category . . . :
State Veh Type :                         Year . . . . . : 0
Make . . . . . :                         Model  . . . . :
Model Name . . :                         Permit Number  :
Style  . . . . :                         Color - Top  . :
Color - Bottom :                         License #  . . :
VIN  . . . . . :                         Stolen value . : 0
Disposition  . :                         Insured  . . . :
Insured by . . :                         Keys in car  . :
Vehicle locked :                         Lein holder  . :
Date recovered : 0/00/00                 Recovery value : 0
Street number :
City . . . . . :
Recovery code :                          NCIC number  . :
Be On Look Out?:

********* P E R S O N     R E P O R T I N G     I N F O - # 1 *********
Case Number  . : 1-05-000368             Last Name  . . : ██████████
Street Number :  ██████████
City . . . . . : WEST PALM BEACH, FL 33412
Birth Date/Age : 7/24/1980 24            Employer?  . . :
Occupation . . :                         Oper Lic No. . : ██████████ FL
Home Phone No. : ██████████              Race . . . . . : White
Sex  . . . . . : Female                  Height . . . . : 0
Weight . . . . : 0                       Other Phone Nbr:

************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 1 **
Case Number  . : 1-05-000368             Prompt valid in: ROBSON, HALEY
Street Number : 12247 72ND CT NORTH
City . . . . . : ██████████ FL 334121460
Birth Date . . : 4/09/1986 18            Maximum Age  . : 18
Employer? . . . :                        Occupation . . :
Oper Lic No. . : ██████████              Home Phone No. :
Other Phone Nbr:                         Race . . . . . : White
Sex  . . . . . : Female                  Minimum Height : 0
Minimum Weight : 0                       Maximum Height : 0

```
--------------------------------------------------------------------------
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT          Page:      2
Time:  11:36:35              Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

```
Case No. . . . : 1-05-000368                          (Continued)
Maximum Weight : 0                 Misc. ID# . . . :
Aliases? . . . :                   MO/Crime Spec? :
Hair Color . . :                   Hair Length  . :
Hair Style . . :                   Eye Color  . . :
Glasses  . . . :                   Complexion . . :
Facial Hair  . :                   Build  . . . . :
Teeth  . . . . :                   Speech . . . . :
Hat  . . . . . :                   Coat . . . . . :
Shirt  . . . . :                   Pants  . . . . :
Shoes  . . . . :                   Body Marks #1  :
Body Marks #2  :                   Body Marks #3  :
Body Marks #4  :                   Status . . . . : STILL SUSPECT
Arrest Case No.:                   Additional UCR?:
```

```
************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 2 **
Case Number  . : 1-05-000368       Prompt valid in: KELLEN, SARAH LYNNELLE
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date . . : 5/25/1979 25      Maximum Age  . : 25
Employer?  . . :                   Occupation . . : PERSONAL ASST/EPSTEIN
Oper Lic No. . : ██████████         Home Phone No. : 561/000-0000
Other Phone Nbr: 561/000-0000      Race . . . . . : White
Sex  . . . . . : Female            Minimum Height : 0
Minimum Weight : 0                 Maximum Height : 0
Maximum Weight : 0                 Misc. ID# . . . :
Aliases? . . . :                   MO/Crime Spec? :
Hair Color . . :                   Hair Length  . :
Hair Style . . :                   Eye Color  . . :
Glasses  . . . :                   Complexion . . :
Facial Hair  . :                   Build  . . . . :
Teeth  . . . . :                   Speech . . . . :
Hat  . . . . . :                   Coat . . . . . :
Shirt  . . . . :                   Pants  . . . . :
Shoes  . . . . :                   Body Marks #1  :
Body Marks #2  :                   Body Marks #3  :
Body Marks #4  :                   Status . . . . : STILL SUSPECT
Arrest Case No.:                   Additional UCR?:
```

```
************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 3 **
Case Number  . : 1-05-000368       Prompt valid in: EPSTEIN, JEFFREY
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date . . : 1/20/1953 52      Maximum Age  . : 52
Employer?  . . :                   Occupation . . :
Oper Lic No. . : ██████████         Home Phone No. :
Other Phone Nbr:                   Race . . . . . : White
Sex  . . . . . : Male              Minimum Height : 0
Minimum Weight : 0                 Maximum Height : 0
Maximum Weight : 0                 Misc. ID# . . . :
Aliases? . . . :                   MO/Crime Spec? :
Hair Color . . :                   Hair Length  . :
Hair Style . . :                   Eye Color  . . :
```

```
--------------------------------------------------------------------------
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT          Page:      3
Time: 11:36:35               Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
Glasses . . . :                    Complexion . . :
Facial Hair  . :                   Build  . . . . :
Teeth . . . . :                    Speech . . . . :
Hat . . . . . :                    Coat  . . . . :
Shirt . . . . :                    Pants . . . . :
Shoes . . . . :                    Body Marks #1  :
Body Marks #2  :                   Body Marks #3  :
Body Marks #4  :                   Status . . . . : STILL SUSPECT
Arrest Case No.:                   Additional UCR?:

************** V I C T I M    I N F O R M A T I O N  - # 1 ******************
Case Number  . : 1-05-000368
Prompt valid in: ██████████████████
Street Number  : █████████████████████
City . . . . . : WEST PALM BEACH, FL 33412
Birth Date/Age :            14      Employer? . . :
Occupation . . : ████████████████    Oper Lic No. . :
Home Phone No. : ████████████████    Race . . . . . : White
Sex . . . . . : ██████              Height . . . . : 0
Weight . . . . : 0                   Misc. ID# . . . :
Be On Look Out?:                     Other Phone Nbr:
Victim Type  . : JUVENILE            Residency Type :
Residency Sts  :                     File Charges . :
Can Identify . :                     Victim Sobriety:
Injury Extent  :                     Injury Type 1  :
Injury Type 2  :                     Hospital ID  . :
Med Treatment  :                     Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N  - # 2 ******************
Case Number  . : 1-05-000368         Prompt valid in: ████████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████████    Employer? . . :
Occupation . . :                     Oper Lic No. . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex . . . . . : ██████              Height . . . . : 0
Weight . . . . : 0                   Misc. ID# . . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT               Residency Type :
Residency Sts  :                     File Charges . :
Can Identify . :                     Victim Sobriety:
Injury Extent  :                     Injury Type 1  :
Injury Type 2  :                     Hospital ID  . :
Med Treatment  :                     Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N  - # 3 ******************
Case Number  . : 1-05-000368         Prompt valid in:
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████████    Employer? . . :

```
--------------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT              Page:      4
Time: 11:36:35                 Incident Report               Program: CMS301L
--------------------------------------------------------------------------------
```

```
Case No. . . . : 1-05-000368                        (Continued)
Occupation . . :                  Oper Lic No. . . :
Home Phone No. : 561/000-0000     Race . . . . . . : White
Sex  . . . . . : Female           Height . . . . . : 0
Weight . . . . : 0                Misc. ID#  . . . :
Be On Look Out?:                  Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE         Residency Type :
Residency Sts  :                  File Charges . :
Can Identify . :                  Victim Sobriety:
Injury Extent  :                  Injury Type 1  :
Injury Type 2  :                  Hospital ID    :
Med Treatment  :                  Phys First Name:
Phys Last Name :
```

```
************** V I C T I M    I N F O R M A T I O N  - # 4 ********************
Case Number  . : 1-05-000368      Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████
Occupation . . :                  Oper Lic No. . . :
Home Phone No. : 561/000-0000     Race . . . . . . : White
Sex  . . . . . : Female           Height . . . . . : 0
Weight . . . . : 0                Misc. ID#  . . . :
Be On Look Out?:                  Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE         Residency Type :
Residency Sts  :                  File Charges . :
Can Identify . :                  Victim Sobriety:
Injury Extent  :                  Injury Type 1  :
Injury Type 2  :                  Hospital ID  . :
Med Treatment  :                  Phys First Name:
Phys Last Name :
```

```
************** V I C T I M    I N F O R M A T I O N  - # 5 ********************
Case Number  . : 1-05-000368      Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████
Occupation . . :                  Oper Lic No. . . :
Home Phone No. : 561/000-0000     Race . . . . . . : White
Sex  . . . . . : Female           Height . . . . . : 0
Weight . . . . : 0                Misc. ID#  . . . :
Be On Look Out?:                  Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT            Residency Type :
Residency Sts  :                  File Charges . :
Can Identify . :                  Victim Sobriety:
Injury Extent  :                  Injury Type 1  :
Injury Type 2  :                  Hospital ID  . :
Med Treatment  :                  Phys First Name:
Phys Last Name :
```

```
************** V I C T I M    I N F O R M A T I O N  - # 6 ********************
Case Number  . : 1-05-000368
Prompt valid in: █████████████████
```

```
--------------------------------------------------------------------------
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT          Page:      5
Time: 11:36:35                Incident Report              Program: CMS301L
--------------------------------------------------------------------------

Case No. . . . : 1-05-000368                         (Continued)
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████████        Employer?  . . :
Occupation . . :                        Oper Lic No. . :
Home Phone No. : 561/000-0000           Race . . . . . : White
Sex . . . . . : Female                  Height . . . . : 0
Weight . . . . : 0                      Misc. ID#  . . :
Be On Look Out?:                        Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE               Residency Type :
Residency Sts  :                        File Charges   :
Can Identify . :                        Victim Sobriety:
Injury Extent  :                        Injury Type 1  :
Injury Type 2  :                        Hospital ID    :
Med Treatment  :                        Phys First Name:
Phys Last Name :

************** V I C T I M   I N F O R M A T I O N - # 7 ******************
Case Number  . : 1-05-000368            Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████████        Employer?  . . :
Occupation . . :                        Oper Lic No. . :
Home Phone No. : 561/000-0000           Race . . . . . : White
Sex . . . . . : Female                  Height . . . . : 0
Weight . . . . : 0                      Misc. ID#  . . :
Be On Look Out?:                        Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE               Residency Type :
Residency Sts  :                        File Charges   :
Can Identify . :                        Victim Sobriety:
Injury Extent  :                        Injury Type 1  :
Injury Type 2  :                        Hospital ID    :
Med Treatment  :                        Phys First Name:
Phys Last Name :

************** V I C T I M   I N F O R M A T I O N - # 8 ******************
Case Number  . : 1-05-000368            Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████████        Employer?  . . :
Occupation . . :                        Oper Lic No. . :
Home Phone No. : 561/000-0000           Race . . . . . : White
Sex . . . . . : Female                  Height . . . . : 0
Weight . . . . : 0                      Misc. ID#  . . :
Be On Look Out?:                        Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE               Residency Type :
Residency Sts  :                        File Charges   :
Can Identify . :                        Victim Sobriety:
Injury Extent  :                        Injury Type 1  :
Injury Type 2  :                        Hospital ID    :
Med Treatment  :                        Phys First Name:
Phys Last Name :

************** V I C T I M   I N F O R M A T I O N - # 9 ******************
```

```
-------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT        Page:      6
Time: 11:36:35               Incident Report           Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . :  1-05-000368                                (Continued)
Case Number  . :  1-05-000368        Prompt valid in:  ███████████████████
Street Number  :
City . . . . . :  PALM BEACH, FL 000033480
Birth Date/Age :  ██████████████      Employer?  . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. :  561/000-0000        Race . . . . . :  White
Sex  . . . . . :  Female              Height . . . . :  0
Weight . . . . :  0                   Misc. ID#  . . :
Be On Look Out?:                      Other Phone Nbr 561/000-0000
Victim Type  . :  JUVENILE            Residency Type :
Residency Sts  :                      File Charges . :
Can Identify . :                      Victim Sobriety:
Injury Extent  :                      Injury Type 1  :
Injury Type 2  :                      Hospital ID  . :
Med Treatment  :                      Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N - # 10 ******************
Case Number  . :  1-05-000368
Prompt valid in: ███████████████████████
Street Number  :
City . . . . . :  PALM BEACH, FL 000033480
Birth Date/Age :  ██████████████      Employer?  . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. :  561/000-0000        Race . . . . . :  White
Sex  . . . . . :  Female              Height . . . . :  0
Weight . . . . :  0                   Misc. ID#  . . :
Be On Look Out?:                      Other Phone Nbr 561/000-0000
Victim Type  . :  JUVENILE            Residency Type :
Residency Sts  :                      File Charges . :
Can Identify . :                      Victim Sobriety:
Injury Extent  :                      Injury Type 1  :
Injury Type 2  :                      Hospital ID  . :
Med Treatment  :                      Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N - # 11 ******************
Case Number  . :  1-05-000368        Prompt valid in: ██████████████████
Street Number  :
City . . . . . :  PALM BEACH, FL 000033480
Birth Date/Age :  ██████████████      Employer?  . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. :  561/000-0000        Race . . . . . :  White
Sex  . . . . . :  Female              Height . . . . :  0
Weight . . . . :  0                   Misc. ID#  . . :
Be On Look Out?:                      Other Phone Nbr 561/000-0000
Victim Type  . :  ADULT               Residency Type :
Residency Sts  :                      File Charges . :
Can Identify . :                      Victim Sobriety:
Injury Extent  :                      Injury Type 1  :
Injury Type 2  :                      Hospital ID  . :
Med Treatment  :                      Phys First Name:

```
-------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT            Page:      7
Time: 11:36:35                 Incident Report              Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                         (Continued)
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N - # 12 *****************
Case Number  . : 1-05-000368          Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████          Employer? . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. : 561/000-0000         Race . . . . . : White
Sex . . . . . : Female                Height . . . . : 0
Weight . . . . : 0                    Misc. ID# . . . :
Be On Look Out?:                      Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT                Residency Type :
Residency Sts  :                      File Charges . :
Can Identify . :                      Victim Sobriety:
Injury Extent  :                      Injury Type 1  :
Injury Type 2  :                      Hospital ID  . :
Med Treatment  :                      Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N - # 13 *****************
Case Number  . : 1-05-000368          Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████          Employer? . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. : 561/000-0000         Race . . . . . : White
Sex . . . . . : Female                Height . . . . : 0
Weight . . . . : 0                    Misc. ID# . . . :
Be On Look Out?:                      Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE             Residency Type :
Residency Sts  :                      File Charges . :
Can Identify . :                      Victim Sobriety:
Injury Extent  :                      Injury Type 1  :
Injury Type 2  :                      Hospital ID  . :
Med Treatment  :                      Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N - # 14 *****************
Case Number  . : 1-05-000368          Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████          Employer? . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. : 561/000-0000         Race . . . . . : White
Sex . . . . . : Female                Height . . . . : 0
Weight . . . . : 0                    Misc. ID# . . . :
Be On Look Out?:                      Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE             Residency Type :
Residency Sts  :                      File Charges . :
Can Identify . :                      Victim Sobriety:
Injury Extent  :                      Injury Type 1  :

```
--------------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT           Page:      8
Time: 11:36:35               Incident Report            Program: CMS301L
--------------------------------------------------------------------------------

Case No. . . . : 1-05-000368                          (Continued)
Injury Type 2  :                   Hospital ID  . :
Med Treatment  :                   Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N - # 15 ******************
Case Number  . : 1-05-000368        Prompt valid in: ████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████         Employer? . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex  . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                   Misc. ID# . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT               Residency Type :
Residency Sts  :                     File Charges . :
Can Identify . :                     Victim Sobriety:
Injury Extent  :                     Injury Type 1  :
Injury Type 2  :                     Hospital ID  . :
Med Treatment  :                     Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N - # 16 ******************
Case Number  . : 1-05-000368        Prompt valid in: ████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████         Employer? . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex  . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                   Misc. ID# . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE            Residency Type :
Residency Sts  :                     File Charges . :
Can Identify . :                     Victim Sobriety:
Injury Extent  :                     Injury Type 1  :
Injury Type 2  :                     Hospital ID  . :
Med Treatment  :                     Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N - # 17 ******************
Case Number  . : 1-05-000368        Prompt valid in: ████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████         Employer? . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex  . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                   Misc. ID# . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE            Residency Type :
Residency Sts  :                     File Charges . :
```

```
--------------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT            Page:     9
Time: 11:36:35               Incident Report              Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
Can Identify . :                   Victim Sobriety:
Injury Extent  :                   Injury Type 1  :
Injury Type 2  :                   Hospital ID  . :
Med Treatment  :                   Phys First Name:
Phys Last Name :

******** O T H E R    P E R S O N    I N F O R M A T I O N - # 1 ********
Case Number  . : 1-05-000368       Last Name  . . : ████████
Street Number  : █████████████████████
City . . . . . : ████████████████1
Birth Date/Age :                   Employer?  . . :
Occupation . . : STUDENT           Oper Lic No. . :
Home Phone No. : ███████████       Race . . . . . : White
Sex  . . . . . : Female            Height . . . . : 0
Weight . . . . : 0                 Person Type  . : OTHER PERSON
Other Phone Nbr:

******** O T H E R    P E R S O N    I N F O R M A T I O N - # 2 ********
Case Number  . : 1-05-000368       Last Name  . . : MARCINKOVA, NADA
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : 2/21/1985 19      Employer?  . . :
Occupation . . :                   Oper Lic No. . : M█████████████████
Home Phone No. :                   Race . . . . . : White
Sex  . . . . . : Female            Height . . . . : 510
Weight . . . . : 0                 Person Type  . : OTHER PERSON
Other Phone Nbr:

******** O T H E R    P E R S O N    I N F O R M A T I O N - # 3 ********
Case Number  . : 1-05-000368       Last Name  . . : ████████████
Street Number  :
City . . . . . : ███████████████, ████
Birth Date/Age :                   Employer?  . . :
Occupation . . :                   Oper Lic No. . :
Home Phone No. : ████████████      Race . . . . . : White
Sex  . . . . . : Female            Height . . . . : 0
Weight . . . . : 0                 Person Type  . : OTHER PERSON
Other Phone Nbr: 561/330-0400

******** O T H E R    P E R S O N    I N F O R M A T I O N - # 4 ********
Case Number  . : 1-05-000368       Last Name  . . : █████████████
Street Number  : █████████████████
City . . . . . : ████████████████FL 33411
Birth Date/Age : 9/05/1967 37      Employer?  . . :
Occupation . . : PAINTER           Oper Lic No. . :
Home Phone No. : ████████████      Race . . . . . : White
Sex  . . . . . : Male              Height . . . . : 0
Weight . . . . : 0                 Person Type  . : OTHER PERSON
Other Phone Nbr:

******** O T H E R    P E R S O N    I N F O R M A T I O N - # 5 ********
Case Number  . : 1-05-000368       Last Name  . . : BACK, KATHY

```
--------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT          Page:     10
Time: 11:36:35                 Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                        (Continued)
Street Number  :
City . . . .   :
Birth Date/Age : 0/00/0000 0        Employer?  . . :
Occupation . . FAMILY THERAPIST     Oper Lic No. . :
Home Phone No. : 561/000-0000       Race . . . . . : White
Sex  . . . . . : Female             Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr: 561/000-0000

                    ***EMPLOYER INFORMATION***
Case Number  . : 1-05-000368
Employer Name  : PBC DIVISON OF YOUTH AFFAIRS
Address  . . . : 4200 N AUSTRALIAN AV
City/State/Zip : WEST PALM BEACH, FL 33407
Phone Number . : 561/840-4540

******** O T H E R    P E R S O N    I N F O R M A T I O N  - # 6 ********
Case Number  . : 1-05-000368        Last Name  . . : BRYAN, ZACKERY
Street Number  : ███████████████
City . . . .   : ███████████████████████
Birth Date/Age : ███████            Employer?  . . :
Occupation . . STUDENT              Oper Lic No. . :
Home Phone No. : ███████████████    Race . . . . . : White
Sex  . . . . . : Male               Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr:

                    ***EMPLOYER INFORMATION***
Case Number  . : 1-05-000368        Employer Name  : SUMMIT CHRISTIAN SCHOOL
Address  . . . : 4900 SUMMIT BV
City/State/Zip : WEST PALM BEACH, FL 33415
Phone Number . :

******** O T H E R    P E R S O N    I N F O R M A T I O N  - # 7 ********
Case Number  . : 1-05-000368        Last Name  . . : ████████████████
Street Number  : ████████████████
City . . . .   : ██████████████  █████████
Birth Date/Age : 0/00/0000 0        Employer?  . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : ███████████        Race . . . . . : White
Sex  . . . . . : Male               Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr:

******** O T H E R    P E R S O N    I N F O R M A T I O N  - # 8 ********
Case Number  . : 1-05-000368        Last Name  . . : ████████████████
Street Number  : 201 CYPRESS TR
City . . . .   : WEST PALM BEACH, FL 33411
Birth Date/Age : 0/00/0000 0        Employer?  . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : 561/667-9764       Race . . . . . :
Sex  . . . . . : Female             Height . . . . : 0

```
------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:    11
Time: 11:36:35              Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
Weight . . . . : 0                 Person Type  . : OTHER PERSON
Other Phone Nbr:

********* O T H E R     P E R S O N     I N F O R M A T I O N - # 9 *********
Case Number  . : 1-05-000368       Last Name . . : ██████████████
Street Number :        ████████ ████████
City . . . . . :       ████████ ,  ████████
Birth Date/Age : ████████ ████████   Employer? . . :
Occupation . . :                   Oper Lic No. . : ██████████████
Home Phone No. : 561/000-0000      Race . . . . . : White
Sex . . . . . : Female             Height . . . . : 0
Weight . . . . : 0                 Person Type  . : OTHER PERSON
Other Phone Nbr: 561/000-0000

**************************** N A R R A T I V E   # 1 ****************************
Original Report      LO    Reported By: PAGAN, MICHELE D.          9/20/05
                           Entered By.: OREGERO, LAURA D.          9/20/05
```

On 03/14/2005, I received a call from a woman who did not wish to
identify herself. (Later identified as ███████████) She stated that
her fourteen year old step daughter (later identified as
████████) possibly may have been molested in Palm Beach by a wealthy
man. According to ███████████, she learned of the possible molestation
by a third party. She explained that she had received a call from the
mother of her stepdaughter's friend. The mother claimed to have
overheard a conversation between her daughter and a male friend; they
were talking about ___ . The conversation was about how ___ had met
with a 45-year-old man and had sex with him and was paid for it. I
advised ███████ that I would like to meet with her to obtain a more
detailed statement and facts. ___ stated she did not know what
to do and had to discuss the matter with her husband. At this point
███████████ did not provide me with a call back number or any other
information. She stated that she would contact me once she had spoken
with her husband and ███████ mother.

On 03/14/2005 received a call from Mr. & Mrs. ███████████. They stated
it was okay to speak to their daughter ███ via cell phone ███████████
███████ Her mother ███████ ███████ had been made aware of the case. They
agreed to meet me at the police department later this date.
(561)███████

On 03/14/2005, Mr. ███████████████ accompanied by his wife ███████
███████████ came to the Palm Beach Police Department were they advised me
that they believe their fourteen year old daughter may have had some
type of sexual relationship with an older male who resided in Palm
Beach. Neither knew the suspect s name or address. Both stated that
their daughter did not talk to them about the incident, nor would she
admit to it.

███████████ identified his daughter as ███████████
███████████ resides with her biological mother
at ███████████ , ███ , ███████ , (561) ███ ███ . ███████████████

---

```
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT            Page:    12
Time: 11:36:35              Incident Report              Program: CMS301L
```

---

Case No. . . . : 1-05-000368                              (Continued)

her sister ⎺ ⎺ ▉ resides with Mr. ▉ . Both ▉ and ▉ e are currently attending High Ridge vocational school, which is an involuntary admitted juvenile educational facility. ▉ stays at the facility during the week and comes homes on the weekend.  According to ▉ she was admitted to the school because of disciplinary problems that recently escalated.  The facility also coordinates with the families to provide one on one as well as family counseling.

According to Mrs. ▉ , she believes the incident occurred on Sunday, Feb 6, 2005. A friend of ▉ , named Haley picked her up at their house and left.  They believe Haley instigated the relationship with the older gentleman though they do not have any proof.  Haley lives close by with her mother.  Mrs. ▉ further explained that ▉ was introduced to Haley by Zack Brian, a boy she was dating. (Goes to Summit Christian, plays baseball).  Mrs. ▉ continued that on Sunday, Haley picked up ▉ , and drove to Palm Beach where they met the man.  Supposedly, the man has a lot of money and often has young girls come over to his house.  Haley offers these girls a way to make fast cash.  The man starts with a massage.  If he likes them, he keeps them around and does more.  The ▉ did not have any information on Haley other than she lives on 72nd Place North, the last house on right side (north side).

Mrs ▉ talked of the conversation that she had with the mother of Sheena Nuevo.  Mrs. ▉ stated that Nuevo was a former friend of ▉ .  She found it strange that they were no longer friends until she received the call from her mother telling her of the conversation she overheard between ▉ and a boy named Zach.

Mrs. ▉ told me of an incident that occurred on 02/09/2005. ▉ got into a fight at school (Royal Palm HS).  Mrs. Brown assistant principal, found over $300.00 in ▉ purse. ▉ gave different explanations for the large sum of money.  Initially the school administration thought it was drug related but then dismissed the claim.  Since that day, ▉ did not return to school; she ran away Thursday, 02/10th or Friday 02/11 and returned to her mother's house later that night after midnight.  It was not until after ▉ received the call from ▉ mother, ▉ 561-667-9764, that she learned ▉ was the girl that got into the fight with ▉ .  The fight was instigated when ▉ accused ▉ of being a prostitute.

▉ who has legal joint custody of his daughter ▉ ▉ signed the affidavit of prosecution indicating he wished to prosecute against the inappropriate sexual behavior with his fourteen-year-old daughter.

Mr ▉ stated that he had no objections with our agency speaking with his daughter ▉ about the incident.  Mr. ▉ stated that ▉ mother ▉ is aware of the allegations and also was willing to cooperate.  According to Mrs. ⎺ ▉ , she does not believe her daughter had any additional contact with the suspect as she was with

```
---------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT         Page:      13
Time: 11:36:35               Incident Report             Program: CMS301L
---------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                           (Continued)

her mother and then placed into High Ridge.

I contacted the School Board Police who provided me the information for Sable Palm, also known as High Ridge Family Center 840 - 4540. 4200 N Australian Avenue, West Palm Beach, Florida. Checking the school board records for ▮ and ▮ there is no disciplinary record found. I was advised if no disciplinary action was taken for a fight, such as an expulsion or detention, the incident may not have been recorded. This was at the discretion of the individual school security and principal.

03/15/2005, I called the Palm Beach County Sheriff's Office and left a message for PBSP Sgt. Chris Keen, Child Abuse Unit.

On 03/15/2005, I went to High Ridge/Sable Palm where I met with white female ▮. Also present was Kathy Back, ▮ therapist. During an audiotaped interview, I spoke with ▮ about the allegations that were made. ▮ initially denied anything had happened only admitting to going with a Haley (later identified as Haley Robson) to Palm Beach to pick up money Robson was owed. ▮ identified Haley Robson as the cousin of her former boyfriend Zack Brian. She ultimately admitted to knowing that Robson worked for a wealthy man and possibly did sexual favors for him. She also admitted that Robson had offered her an opportunity to make money.

▮ identified Robson's boss as a white male named "Jeff who lived in Palm Beach (Later positively identified as Jeffrey Epstein). ▮ explained that she was first approached by Robson to go with her to Jeff s house, when they were at Brian s house. According to ▮ she was not sure exactly what was going on with Robson but agreed to go with her. Brian ▮ s boyfriend) became angry when he heard Robson inviting ▮ to accompany her. ▮ believed it was to pick up money the man owed Robson. ▮ stated Robson told her that she would pick her up at her house on Sunday. ▮ was not sure of the exact dates but knew it was a Sunday. According to ▮, Robson along with an unknown, possibly Hispanic female, picked her up at her father s house on 76th Lane. ▮ told her father that they were going shopping. It was later confirmed by ▮ that Robson picked his daughter up. According to Mr. ▮ Robson drove a pick up truck.

Robson drove ▮ along with the unknown female to Palm Beach. Sometime on the way there, a conversation occurred between Robson and ▮ whereas Robson told ▮ that if Jeff asked her (▮) age, she should say she was eighteen.

▮ recalled that the Jeff's house was on a dead end street. All three girls walked up a driveway, past what appeared to be a small guard/security room. In fact, ▮ recalled a male approaching them asking what they wanted. Robson stated they were there to see Jeff. The male allowed them to continue walking up to the house.

```
-------------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT            Page:     14
Time: 11:36:35              Incident Report              Program: CMS301L
-------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

█████████stated the man told them that Epstein was not there but was
expected back.  He allowed them to enter the house, via the kitchen.
He offered them something to drink while they waited inside.  Shortly
after, Epstein and a woman, described as white with blond hair entered
the kitchen.  █████████believed the woman was Epstein's assistance.
█████████added that the woman did not seem friendly and kept her
responses short and direct.  Epstein introduced himself to █████ as
Jeff . █████████ got the impression that Epstein and Robson's friend
knew each other.  █████████ described Epstein as being approximately
forty-five years old, a long face, and bushy eyebrows, with graying
hair.

Robson and Epstein left the kitchen leaving █████████ and Robson's
friend alone in the kitchen.  They returned a short time later.  They
all spoke briefly in the kitchen.  While speaking to me, █████████
became upset and started to cry.  █████████ stated the woman instructed
her to follow her upstairs, which she did.  According to █████████ the
woman led her to a room that had a massage table in it.  The woman
started to fix up the room, putting the covers on the table and taking
lotions out.  She then told █████ that Epstein would be up in a
second.  The woman left the room, and soon after, Epstein walked in
and told █████████ to take off her clothes.  As █████████ was telling me
what had happened, she looked away from me, and with a pointed finger,
repeatedly pressed it into her thigh. █████ stated he was stern
when he told her to take off her clothes.  █████ said she did not
know what to do as she was the only one there.  █████ took off her
shirt leaving her bra on. Epstein, dressed in a towel told her to
take off everything . █████████ stated she removed her pants leaving
her thong panties on.  Epstein then instructed her to give him a
massage pointing to a specific lotion for her to use.  Epstein laid on
the table, face down.  As █████████ began to give Epstein the massage,
he told her to get on his back. █████ Stated she straddled herself
on Epstein s back. █████████ stated her exposed buttocks were touching
Epstein s bare buttocks.  As █████████ was giving Epstein the massage,
he turned around, and wacked off.. █████████ later explained that
wacking off was masturbating). █████████ stated she was disgusted by
Epstein s actions but did not say anything.  According to █████████
Epstein, told her that she had a really hot body."  Epstein excused
himself and went to the bathroom where she believed he masturbated
again.  Epstein returned to the room and told █ █████ that he was
done and gave her three hundred dollars.  They went back down stairs
where they met Robson.  Epstein said good-bye and they left.  Robson
asked █████ . how did it go and asked what did she (█████ █ do.
When █████ told Robson that Epstein asked for a massage, Robson
allegedly stated "I know." █████ stated they then went shopping.
█████████ stated Robson also got paid, but that she did not know why
since she was confident that Robson did not do anything.

█████████described Epstein's house as a two story pink house with a
Cadillac Escalade parked in the driveway.  There were gates leading
into the property.  From the kitchen, █████████ recalled walking up a
flight of stairs, lined with photographs, to a room.  Upon entering

```
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:      15
Time:  11:36:35             Incident Report              Program:  CMS301L
```

Case No. . . . : 1-05-000368                                    (Continued)
the room there was a large bathroom to the right. ███████ recalled a
hot pink and green sofa in the room.  There was a door on each side of
the sofa. ███████ recalled there being a mural of a naked woman in
the room, as well as several photographs of naked women on a shelf.

███████ stated Epstein did not change in front of her but did take
off his towel, exposing himself. ███████ recalled Epstein being
hairy especially on his chest.  Epstein also had a hairline that
continued to his buttocks. ██ admitted to seeing his penis.  I
asked ███████ if she knew what being circumcised meant and she stated
no. ████ then said that she thought Epstein was on steroids
because he was a "really built guy and his wee wee was very tiny."
███████ would explain that when she stated "wee wee" she meant penis.
███████ stated Epstein exposed himself when he took his towel off,
placing it on the floor as he laid down on the table.

███████ said Epstein was specific in his instruction to her on how to
massage, telling her to go clockwise, etc. ███████ recalled that
Epstein got up from the table and went to the bathroom where she heard
him making, what she believed to be sexual type of noises. (moaning)
He then returned to the room where he again laid down on the table.
Epstein then turned over and instructed ███████ to massage his boobs.
As she did this, Epstein continued to make moaning noises.

███████ resumed massaging his chest area. ███████ was now standing
on the ground.  Epstein turned to his side, and with the towel on the
ground started to rub his penis in an up and down motion. ███████
stated Epstein held on to the small of her back as she massaged his
chest, back and shoulder area. ███████ recalled Epstein ejaculating
because he had to use the towel to wipe himself as he got off the
table. ███████ also recalled Epstein having a noticeable freckle on
his chest.

Epstein then left the room and ███████ got dressed.  She went back
downstairs where she met Haley and the unknown white female. ███████
admitted to getting paid three hundred dollars in cash from Epstein.
Before they left, Epstein asked ███████ to leave her phone number.
As they were leaving the house, Haley asked ███████ what had happened
and how much she was paid. ███ stated Haley seemed upset or
jealous when she told her that she received three hundred dollars.
Haley stated ███████ received only two hundred dollars that day. ███████
stated that she believed Haley was paid two hundred dollars for
bringing her.

Robson told ███████ that if they do this every Saturday, they could
be rich. ███████ agreed.  They then went shopping, though she is not
sure where.  Possibly at TJ Maxx or Marshall's. ███ stated she
never saw Robson again as she got into the fight at school.  She had
not spoken with Robson either as her mother took away her cell phone.

I asked ███████ if she was aware of any video equipment while she was
in the room.  She stated no.

```
-----------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:       16
Time:  11:36:35              Incident Report              Program: CMS301L
-----------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

████████████ stated she was afraid that Robson would retaliate against her
or her family if she ever went to the police regarding the incident.
████████████ stated that her father's vehicle was recently vandalized.
████████████ admitted to telling Brian what had happened with Epstein.
According to ████████ Brian became angry and upset, punching a hole
in the wall. ████████ guessed that it was Brian who told ████████ Nuevo
about the incident, and now there were rumors in school about ████████
and what she did with Epstein.

I then talked to ████████ about truths and lying. We talked about the
color sweater she was wearing. ████████ denied having sexual
intercourse with Epstein. She denied touching his penis. ████████
again admitted to observing Epstein masturbate.

████████████ agreed to cooperating with the police department in placing a
phone call to Robson in a controlled setting. I met with Ms. Backs
and advised her of the families' as well as ████████
willingness to cooperate with this investigation. Copies of this
interview were placed into evidence.

I made contact with ████████████████I advised her briefly of my
investigation. She was aware of the incident and stated that she
overheard a portion of a conversation that her daughter was having
with a boy named Zack. ████████ stated that it was her opinion that
both girls liked Zack. ████████ recalled hearing her daughter
calling████████ a whore. ████████ admitted that she did not listen
to the entire conversation but did confront her daughter about it
later. ████████ told her mother that something to the effect that
████████ had slept with an older man for money. ████████████ stated that
she would not object to me speaking with her daughter. It was
████████ s belief that everyone in the school may have known about
this because of the fight that her daughter ████████ and ████████ gotten
into. I reminded ████████ that this was an ongoing investigation and
requested she not discuss the fact that I had contacted her. She
agreed.

On 03/16/2005, PBSO Sgt. Chris Keen left a message that he was
returning my call. I spoke with Keen and discussed the case with him
and inquired if he had any open allegations or cases where the suspect
resided in Palm Beach. Keen stated he was unaware of any. Keen
offered any assistance if needed. Keen stated it was his experience
that due to the age of the parties involved, it would be difficult to
interview them and expect the investigation be confidential.

Because of the time delay, there was no need indicated that the victim
should be taken to a medical facility for a physical for the purpose
of obtaining evidence. There was also no need to take her to CPT as
she was already in a juvenile facility, with an assigned therapist, in
which coordinating a day and time to obtain a statement could be made.

On 03/17/2005, I queried Jeffery Epstein on the internet and obtained

```
-----------------------------------------------------------------------
Date:  2/17/06        PALM BEACH POLICE DEPARTMENT        Page:      17
Time: 11:36:35              Incident Report          Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                             (Continued)

a photo of Epstein to be used in a photo line up.  I met with ▓▓▓
▓▓▓▓▓▓▓▓▓▓▓ at which time she viewed the photo line up.  She immediately
recognized Epstein and pointed to him. (Position #5) ▓▓▓▓▓▓▓▓ signed
the photo line up under Epstein s picture.  This signed line up was
placed into evidence.

On 03/18/2005, I met with ▓▓▓▓▓▓▓▓ at her residence for the purpose of
placing a controlled call to Haley Robson. ▓▓▓▓▓ spoke with Robson
and asked if she could arrange another meeting with Jeff.  Robson
stated that she would have to call him and make the arrangements.  A
copy of this conversation was placed into evidence.

03/19/2005, I spoke with ▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓ and was
advised that ▓▓▓▓▓▓▓▓ left the state to visit with her aunt and
uncle. ▓▓▓▓▓▓▓ is scheduled to return to Florida on 03/27/2005

03/21/2005, I coordinated with PB BSF Unit and OCVAN to initiate
surveillance on 358 El Brillo.

03/21/2005, Coordinated with Det. Lee regarding trash pulls from 358
El Brillo.  On this same date I called ▓▓▓▓▓▓▓▓▓ to schedule an
appointment to speak with ▓▓▓  She stated the school guidance
counselor was reluctant to have police presence at the school.  I
assured her that I would respond to the school in civilian clothes and
an unmarked vehicle.

▓▓▓▓▓▓▓▓ called me back and advised that I did not need to make
an appointment to see ▓▓▓▓▓▓▓

I received a return phone call from ▓▓▓▓▓▓▓▓▓▓ stating that ▓▓▓
▓▓▓▓▓▓ would be attending the family therapy sessions with ▓▓▓▓

I received messages from ▓▓▓▓▓▓▓▓▓▓▓

I conducted a computer query on Epstein.  The results of this query
indicated the most recent driver s license on file for Epstein was for
the state of Florida, which had expired.

A cross reference of Epstein s residence, 358 El Brillo, Palm Beach,
revealed the following affiliated names: Nada Marcinkova, w/f, dob
02/21/1985, Mark L. Epstein, w/m dob 07/14/1954, & Ghislaine N.
Maxwell, uk/f, dob 12/25/1961.  A computer query for both returned no
history.

On 03/23/2005, I spoke with ▓▓▓▓▓▓▓▓▓ cell phone wk ▓▓▓▓▓▓ I
requested that she not discuss the incident with anyone including her
daughter ▓▓▓ as I did not want the investigation compromised.  I was
told at this time, that ▓▓▓ and ▓▓▓ have not been getting along due
to the fact that ▓▓▓ has decided to continue living with her father.

On 03/29/2005, I placed telephone calls to both the ▓▓▓▓▓▓ and
▓▓▓▓▓▓▓▓ residences requesting to speak with them regarding the

------------------------------------------------------------------------
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT           Page:     18
Time:  11:36:35                Incident Report             Program: CMS301L
------------------------------------------------------------------------

Case No. . . . : 1-05-000368                              (Continued)
    investigation.  I received return phone calls from Mrs. ████████ and
    Mrs. ███████ and advised them that I would be contacting Kathy Back,
    ████████ family therapist to coordinate a time to meet with ███████  This
    was at the request of both Back and Mrs. ████████ hat  strict
    classroom and therapy schedule be disrupted as little as possible.  I
    also updated them to the investigation thus far.  Both ████████ and
    ████████ stated they had no objection to my meeting with █████  In
    speaking with Ms. ‾ ˮ █, she identified the cell phone number of
    (561) ████████ .... as being the phone assigned to ‾ ‾ ‾ .. Ms.
    ████████ had no objections and provided consent to giving it to the
    police department for the use of placing controlled phone calls from
    it.  ███████ stated the phone had been taken away from ████████ as part
    of her punishment for not doing well in school.  According to
    ████████ used to be an excellent student, but in the past two
    months has become irritable, verbally abusive to the family and has
    runaway.  ████████ stated her daughter's recent behavior is the
    opposite of what she normally is.  ‾ ‾ ˮ stated they are going
    through family therapy sessions with the school but none of this had
    come up.  Arrangements were made for Det. Captain Gudger to retrieve
    the cell phone from ████████ at her place of employment.

    I called Highridge Family Center, 840-4540 and requested to speak with
    Ms. Back.  Upon speaking with Ms. Back she advised me that she was in
    the middle of therapy sessions and would call me back once the
    sessions were completed.  Ms. Back stated the sessions should be
    concluded by 7:00 PM.  At approximately 8:00PM I had called Ms. Back
    at which time I left a message on her voice mail requesting a return
    phone call.  I spoke with Ms. ████████ and advised her that I did not
    meet with her daughter and that I would again attempt to coordinate a
    time with the counselor so as not to disrupt ████ s school schedule.
    ████████ had no objections.  Shortly after speaking with Ms. ████████
    I received a call from Ms. Back.  I explained the situation and
    requested a time to meet with ████.  Back reviewed ████ schedule and
    advised that ████ would be available after 3:00PM.

    On 03/30/2005, I met with Ms. Back and ████████ at Highridge
    Family Center.  I reminded ████████ of her conversation with Robson.
    During this time ‾ initiated a conversation with me in which
    she admitted that she was not tell me everything that had happened
    during the time she was alone with Epstein.  According to ████████
    while she and Epstein were alone on the second floor, Epstein used a
    purple vibrator to massage her vaginal area.  ████ stated there
    was no penetration as the vibrator was on top of her underwear.  I
    asked ████████ if Epstein ever asked her age and she stated he had
    ████████ stated she told him she was eighteen.  When Epstein asked
    what school she was in, ████████ responded she was in the twelfth
    grade at Wellington.  During the course of this incident, ████████
    stated Epstein told her that Haley had worked for him for years.

    We then continued with the controlled call to Robson.  At
    approximately 3:35pm ████████ from her cell phone, made a call to
    Robson s home, (561)333-0180.  Robson was not home. ████ was told

```
------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT        Page:      19
Time: 11:36:35              Incident Report           Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

that Haley Robson was at working a double and could be reached on her
cell phone, (561) 308-0282. W/F, Haley Robson is employed at The
Olive Garden Restaurant, located on Forest Hills Blvd in Wellington.

██████████called Robson. During the conversation between Haley Robson
and ███████████Robson asked ¯ ██ what happened, stating that
she had heard rumors that ███ was going to press charges. Robson
asked if they, meaning █ ¯ ˙ parents, knew about Jeffery. Robson
claimed to have heard that ██ father had found out about
Jeffrey. ████████████ told Robson that they (her parents) did not
know anything about Epstein. Robson told█████████ that Epstein needed
someone to work tomorrow and asked if she was available. Robson
stated she would call Epstein and then call ███████ back.

During the course of these conversations with █████████████she would
at times appear to be articulate and well spoken. She would then
start to act in an immature manner, by looking around, not paying
attention, drawing on a paper. ████████ would offer me a high five
whenever she claimed to have told me the truth in the details of the
afternoon at Epstein's house. ████████ would sit in the chair, with
her knees propped up to her chest as she admitted that she did not
tell me the all the details of her encounter with Epstein during our
first meeting. As a means of positive reinforcement I would high five
████████

On 03/31/2005, subpoena requests for T-Mobile Wireless (561) ████████
and Cingular Wireless, (561)████████. (Robson and ████████phone
numbers) were drafted.

On 04/01/2005, I met with members of PB BSF Unit for the purpose of
conducting surveillance on 358 El Brillo. Cross-reference supplement.

On 04/01/2005, I met with Det. Krauel of the Palm Beach Police
Department who provided me a copy of the concealed weapons permit for
Mr. Epstein. It revealed Epstein had a valid permit. There was no
current photo attached to the renewal notice.

On this same date I queried various different web sites for a possible
identification of the purple item retrieved from the trash pull from
358 El Brillo. The item was similar in description as the one
described by ████████ and used by Epstein.

I made contact with Spicygear.com and spoke with the owner John. I
emailed a photograph of the item for his opinion. He identified the
items as a Jelly Anal Wand of some sort. The item is easily available
at sex shops in South Florida.

04/06/2005, I conducted business queries into Epstein utilizing the
internet. I located articles relating to financial reports. There
was no local history.

On 04/01/2005 - 04/03/2005, with the assistance of BSF, there was

```
--------------------------------------------------------------------------------
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT          Page:      20
Time: 11:36:35                Incident Report            Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
      continued surveillance on the property.

      On 04/04/2005, I obtained a copy of voice mail messages, dated 03/31
      and 04/01 from Haley Robson to ███████████.   A female identifying
      herself as Haley states that she could pick ██████ up to take her to
      Epstein s house for an eleven o clock appointment.  A copy of this was
      placed into evidence.

      On 04/05/2005, a trash pull was conducted at 358 El Brillo by Det. Lee
      and me.  There were several messages written on various forms of
      papers.  There was a message from Haley, indicating ████ 11:00.  The
      following was additional information obtained from trash retrieved
      from 358 El Brillo: Jean Luc 6:20 AM; David 772-546-6952; Sarah Kellen
      655-0995; 881-8116;655-0995;█████████ ██ ████, Tatum, Brit;
      Rion 1x; fuliias Friday 5:30PM;███████H;Wilde;`` & I  .; Nicole;
      Sherry; Haley; a message receipt dated 4/4 1:05-. 771-0546
      She is looking to speak to you .; 917-7783-4113.

      On 04/06/2005, I faxed subpoena requests to SA Mighdolls office for
      Epstein, Robson and ████████s phone records.  (Phone numbers
      (561)832-4117, (561)317-2143,(561)908-0282 & (561)█████████

      On 04/06/2005, I called Summit Christian School, 561-686-8031, ext
      311, and spoke with Principal Rick Heers.  He confirmed that they had
      a student by the name of Zack Bryan. He requested a written request
      prior to releasing any additional information.  On this same date I
      faxed Heers a request for student and parent information on Zack
      Brian.  I advised Heers that due to this being an open investigation
      he was not to discuss the matter with anyone.

      On 04/08/2005, I received a message from Heers providing me the
      following information:  Zachary Brian, w/m DOB 06/03/1998,███████████
      ████████████████████████████████████████████

      Det. Lee provided me with trash obtained from 358 El Brillo for 04/06
      04/07/05.  The following information was retrieved: Jet Aviation
      800-538-0724 itinerary, indicating a departure date of 04/05/2005 at
      4:00 PM with an arrival in New York City of 6:15PM.  Flight crew
      captain David Rodgers, co-captain, Larry Visoski, flight engineer
      Larry Morrison.  Call sign N908JE; a note stating Bye J. thank you
      Johanna, hand written notes & messages 11-Glenn, 12:30 chicken,
      ██████4, 3 September B & J, Big Screen x8, Johanna work Sunday @
      4PM,  ███ , Monday after school?; left message for Courtney W.;Tatum,
      ████████Rhiannon; Sandy works 4-9 Monday and Tuesday, leaves
      school @ 11:30 AM; Shanna will be here tomorrow @ 10:30 Am; Mrs.
      Business 654-6699 Karen;833-4533. There was no trash for 04/08/05.

      04/22/05 received the results of a subpoena request from Bellsouth for
      561-832-4117.  The results only provided subscriber information.  I
      contacted Alice Grant Investigative Subpoena Compliance Center who
      stated the request was not complete and the results would be sent to

```
--------------------------------------------------------------------------
Date:  2/17/06        PALM BEACH POLICE DEPARTMENT        Page:      21
Time: 11:36:35           Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                         (Continued)
   me as soon as the query was finished.

   Cross-referencing the names Christine Tatum and ███████████as
   well as phone numbers I identified the before mentioned individuals as
   being acquainted with someone at 358 El Brillo.  Tatum, DOB
   06/07/1984, FL DL ███████████ and ██████DOB 06/12/1986 FL
   ██████ are both above the legal age of consent.

   On 05/03/2005, I spoke with ██████████ and updated her to the
   investigation.  ̄    ̄ ̄  stated that ████ was doing well in the
   school.  Her contact with the outside is limited as they do not have
   access to the phones.  ̲  ̲   comes home on the weekends and she is not
   allowed to go anywhere alone.

   On 05/11/2005, I made arrangements to meet with ████████ and ████████

   On Thursday, 05/12/05, I spoke with ███████████regarding the case.
   They will be moving to GA in July 2005.  They will be very busy over
   the next few weeks but would be available via phone.  Will coordinate
   a date to meet to discuss the matter further.

   During this week I conducted surveillance at Epstein s residence and
   at the airport, but there was nothing to indicate that Epstein was in
   town.

   Due to conflicting appointments, rescheduled until 06/02/2005, to meet
   with Ms.██████████

   I also spoke with ███████████ and updated her to the investigation.

   On 06/02/2005, I met with ████████ and ████████████ advised
   that she could be reached via her cell phone until she is able to
   provide me with her new contact information.

   I also received a message from ████████████    Attempted call back
   but the line was busy.

   June 14, 2005, I received information that Epstein's plane was at
   Jet Aviation.  I spoke with Det. Lee regarding surveillance.

   I called the Olive Garden and asked for Haley Robson.  I was advised
   she was not working today.  This would indicate that Robson was still
   employed there.

   On 07/07/2005, I faxed subpoena requests to SA Mighdolls office for
   Epstein, Robson and _____█phone records.  (Phone numbers
   (561)832-4117, (561)317-2143 and _____).  The original
   subpoena requests only provided subscriber and billing information.

   On 07/20/2005, conducted a trash pull arranged by Ofc. Lee.  Inside
   there were misc. papers with phone numbers and names.  There were
   misc. female hygiene products in the trash.  Based on a prior Auto

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT         Page:      22
Time: 11:36:35              Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                  (Continued)
    Track report done on 358 El Brillo, a possible subject residing at the
    residence is Nada Marcinkova.  Marcinkova fit the description provided
    by officers who had conducted surveillance in the area of a female
    seen entering and leaving the residence.

    On 07/21/05, I received the Duces Tecum dated 07/18/05, which was
    clerked by ASO

    On 07/26/2005, I received the results of Bell South Subpoena.

    On 08/04/05, I received DHL Express from T mobile with the results of
    the query.

    I spoke with ████████████ who confirmed that ███ was still living
    out of state.  It appeared that all was going well.

    I left a message for ██████████ at ████████████

    On 08/08/2005, I received the results of Cingular cell phone subpoena.

    During the week of 09/08/2005, I checked 358 El Brillo and the Palm
    Beach International Airport but there was no direct indication that
    Epstein was in town.

    On 09/08/2005, I reviewed the case notes of this file, as the case
    will be turned over to Det. Recarey.

    On 09/11/2005, while on patrol, I conducted a check at Epstein's
    residence and found that it still had the hurricane shutters on.  On a
    drive by the Palm Beach International Airport later that afternoon, I
    did not observe Epstein's plane.

    On 09/14/2005, I conducted a check at the Palm Beach International
    Airport but did not see Epstein s plane.

    On 09/19/2005, I spoke with ██████████ to keep her updated and to
    find out if there was any change of address or phone numbers for ██
    I was told no.  I left a message for _____ ██████; at ████████ ,
    in order to provide her with Detective Recarey s information.


********************** N A R R A T I V E   # 2 **************************
NA                      Reported By: RECAREY, JOSEPH              9/21/05
                        Entered By.: ALTOMARO, NICKIE A.          9/21/05


On September 19, 2005, I met with Officer Pagan and received the
information pertaining to this case.  Members of the Burglary Strike
Force had previously been conducting surveillance on both Epstein and
Robson.  Officer Munyan was assigned to monitor the Epstein home and
Sgt Sorge and Officer Minot were assigned to monitor Robson.  Both
teams provided a surveillance log that will be placed into the
attachment file.

```
------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT        Page:    23
Time: 11:36:35              Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                          (Continued)

    Det. Dawson was assigned to relieve Officer Munyan at 4:00 pm; he
    informed me that at approximately 8:00 pm, Epstein had left for the
    airport and his private jet was sitting on the tarmac.  Epstein's
    private vehicle drove to the jet and unloaded packages into the jet.
    It appeared that Epstein left the county at this time.  Surveillance
    will continue to determine when Epstein will return.

    Inv Continues.


**************************** N A R R A T I V E   # 3 ****************************
NA                      Reported By: PARKINSON, GREGORY A.         9/23/05
                        Entered By.: ALTOMARO, NICKIE A.           9/23/05

    On Friday, September 23, 2005 at approximately 1:45 p.m., I began to
    copy a tape micro cassette, under case number 05-368 and property
    number 05-243, tape number 1.  I placed the tape in the telex copy-et,
    series 2 machine and began to go through the copying process.
    Approximately 1/2 through the tape, the tape wrapped around the
    spindle and became locked and stretched the tape.  I examined it and
    determined that it was in the best interest to leave it as it is as a
    prior copy had been made and turned over to Sergeant Frick.  I
    immediately took the tape to Sergeant Frick and allowed him to examine
    it and then obtained the copy from him and Detective Recarey and
    brought the copy of the tape down and made a copy for him based on
    that.  The tape was placed back in the original container and is
    retained in the evidence bag under the previously mentioned property
    number of 05-243.  It is not advisable to attempt to copy this tape as
    further damage could result to the recorded material and there is an
    existing copy anyway.


**************************** N A R R A T I V E   # 4 ****************************
NA                      Reported By: PARKINSON, GREGORY A.         9/26/05
                        Entered By.: ALTOMARO, NICKIE A.           9/26/05

    On 3-24-05 at 11:00 pm, a copy of tape 2 (case number 05-294) had been
    made for Det. Pagan by Evidence Specialist Annette Badger.  The copy
    was turned over to Detective Recarey.

    On Friday, 09-23-05 at approimately 2:15 pm, I was in the process of
    reproducing audio tapes (micro and standard) to standard size when it
    was discovered, in the test review process, that tape number 2 was
    blank.  I notified Sgt. Frick and Det. Recarey.  I was informed that
    they had a prior copy and I could use it to make a master tape.  I did
    so and when reviewing and signing the evidence sheet, I noticed
    Evidence Specialist Badger had written "#2 is blank."

    I obtained that copy from Det. Recarey and made a new copy on a
    standard size tape.  The new copy was placed in the evidence bag under
    property number 05-294 with the blank tape.

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:      24
Time:  11:36:35              Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)


*************************** N A R R A T I V E   # 5 ***************************
NA              Reported By: RECAREY, JOSEPH                    9/26/05
                Entered By.: ALTOMARO, NICKIE A.                9/28/05

Copies of the tapes that were submitted into evidence were requested.
Additionally, trash pulls were started on September 21, 2005.  Sgt.
Szarszewski made telephone contact with Tony Higgins, Supervisor of
the Sanitation Department, and requested that trash be collected at
the Epstein House located at 358 El Brillo in Palm Beach.   Sgt
Szarszewski met with Sanitation worker, Jeff Williams and observed him
enter the property at 358 El Brillo.   Shortly thereafter, Williams
exited the property and placed the three white trash bags in the empty
well in the rear of the truck.   Williams then drove away where he met
with Sgt. Szarszewski who removed the bags from the well and placed
them into one large black trash bag.   The bag was returned to the
Police Station where I was waiting for him.   Upon his arrival, we
inspected the bags where several notes and papers were found.   These
notes contained names of girls with times.   Additionally, there was a
note from _____ and ____ _____ to Jeffrey Epstein on a notepad, which
stated, "For a good time call " ___ i and ____ at _____." Also,
there was another telephone number on the note ████ ___ .   Also found
was a written note, which stated, _____ can not come at 7 p.m.
tomorrow because of soccer.   These items were written on notepads that
contain Jeffrey Epstein on the bottom of the notes".   These items were
placed into evidence for future follow up.   I requested subpoenas for
subscriber information on the telephone numbers listed above on the
note from _____ and ██ _____ .   The cellular telephones ███████ and
████████ are both assigned to Cingular Cellular Service.   Other notes
were found within the trash on Jeffrey Epstein pad, papers that
contained telephone numbers.   One note had "_____" with ██████████
written on it.   This cellular number is assigned to Cingular Cellular
Service.   Another sheet had written 434-7788 which is assigned to Bell
South Telecommunications.   The subpoenas were picked up and submitted
to Cingular and Bell South Telecommunication for subscriber
information.

On September 22, 2005, I was informed by Sgt. Szarszewski that there
would be no trash pick up as it was recycle pick up day.   A request
for copies of the micro and standard size cassettes were requested
from crime scene to familiarize myself with the interviews conducted.

On September 23, 2005, the tapes were received and I began to become
familiar with the interviews that were conducted.   Det. Krauel had met
with Town of Palm Beach Sanitation worker, Jeff Williams and observed
him enter the property of 358 El Brillo.   Shortly thereafter, Williams
exited the property and placed the three white trash bags in the empty
well in the rear of the truck.   Williams then drove away where he met
with Det. Krauel who removed the bags from the well and placed them
into one large black trash bag.   The bag was returned to the Police
Station where I was waiting for him.   Upon his arrival, we inspected
the bags where several notes and papers were found. The notes will be

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:     25
Time: 11:36:35                Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    inspected for future use.  The items collected were placed into
    evidence.

    It became evident that some of the recordings were recorded with
    background noise and some interference.  The calls most affected were
    the control phone calls from the victim to the suspect Haley Robson.
    I obtained the graphic equalizer and discovered that the calls are
    able to be legible with the use of the equalizer by lowering the
    background noise and increasing voice gain.  I also learned that a
    tape was broken during the coping of the tape. I returned the copy of
    the tape marked Property Number 05-243 to have it recopied to have an
    original in evidence and a working copy with the file.

    Upon researching the file, it was discovered that the suspect, Haley
    Robson's cellular calls were subpoenaed incorrectly.  The suspect
    telephone number was 561-308-0282 and the original request was for
    561-908-0282.  I requested the information through Cingular Cellular
    Service from February 2005 through the present.  The purpose was to
    have a record of Robson making calls to victim, Jeffrey Epstein and
    the frequency of calls.  The request was submitted to the State
    Attorney's Office.

    Investigation Continues....


*************************** N A R R A T I V E   # 6 ***************************
NA                  Reported By: KRAUEL, CURTIS D.                10/06/05
                    Entered By.: ALTOMARO, NICKIE A.               10/06/05

    On or about September 23, 2005 at approximately 0915 hours, I
    responded to 358 El Brillo and met with PB Sanitation worker Jeff
    Williams.  Williams had been previously notified to assist in trash
    pulls at the residence of Jeffrey Epstein, 358 El Brillo, Palm Beach,
    Florida.  I observed Williams enter the driveway of 358 El Brillo and
    remove several plastic bags of trash and place the contents into the
    back of an empty sanitation truck.

    I then followed Williams to a predetermined location and seized the
    trash from the truck.  The trash was transported to the Palm Beach
    Police Department where I began sifting through its contents.  There
    was a total of 4 white in color plastic bags and each contained
    documentation and correspondence for 358 El Brillo and Jeffrey
    Epstein.  All documents of evidentiary value were removed and turned
    over to Det. Recarey for follow-up.

    On or about September 26, 2005 at approximately 0900 hours, I
    responded to 358 El Brillo and met with PB Sanitation worker Jessie
    Jones.  Jones had been previously notified to assist in trash pulls at
    the residence of Jeffrey Epstein, 358 El Brillo, Palm Beach, Florida.
     I observed Jones enter the driveway of 358 El Brillo, where no trash
    was located within the receptacles.  I left the area without incident
    and notified Det. Recarey to that affect.