# EXHIBIT D

```
---------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT        Page:      26
Time:  11:36:35                Incident Report            Program:  CMS301L
---------------------------------------------------------------
```

Case No. . . . : 1-05-000368                          (Continued)

On or about September 27, 2005 at approximately 0915 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jesse
Jones.  I observed Jones enter the driveway of 358 El Brillo and
remove one plastic bag of trash and place it in the back of an empty
sanitation truck.

I then followed Jones to a predetermined location and seized the trash
from the truck.  The trash was transported to the Palm Beach Police
Department where I began sifting through its contents.  There was a
total of 1 white in color plastic bag which contained correspondence
for 358 El Brillo.  All documents of evidentiary value were removed
and turned over to Det. Recarey for follow-up.

On or about Monday October 3, 2005 at approximately 0915 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
back of an empty sanitation truck.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents.  There
was a total of 7 white in color plastic bags with a red tie and 1
black in color bag which contained 2 white in color plastic bags with
a red tie.  Each of the bags contained documentation and
correspondence for 358 El Brillo and Jeffrey Epstein.  Inside of one
of the white in color bags, I located a broken piece of a hard plastic
or clear acrylic stick, which was shaped with small ridges.  This
device is commonly used as a sexual toy which is inserted into the
vagina or anus for stimulation.  This item, along with all documents
of evidentiary value were removed and turned over to Det. Recarey for
follow-up.

On or about Tuesday October 4, 2005 at approximately 0928 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
side well of the sanitation truck.  This side of the truck is separate
from the rear of the truck and does not come into contact with other
trash.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents.  There
was a total of 2 white in color plastic bags which were tied at the
top.  Each of the bags contained documentation and correspondence for
358 El Brillo and Jeffrey Epstein.  All documents of evidentiary value
were removed and turned over to Det. Recarey for follow-up.

On or about Wednesday October 5, 2005 at approximately 0928 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT         Page:       27
Time:  11:36:35              Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    Williams.  I observed Williams enter the driveway of 358 El Brillo and
    remove several plastic bags of trash and place the contents into the
    bed of the sanitation truck.

    I then followed Williams to a predetermined location and seized the
    trash from the truck.  The trash was transported to the Palm Beach
    Police Department where I began sifting through its contents, with the
    assistance of Det. Recarey.  There were a total of 2 bags, one of
    which was white in color and tied in a knot at the top, and the other
    was a black in color bag, which contained two white in color trash
    bags along with loose debris.  Each of the bags contained
    documentation and correspondence for 358 El Brillo and Jeffrey
    Epstein.  All documents of evidentiary value were removed and turned
    over to Det. Recarey for follow-up.

**************************** N A R R A T I V E   # 7 ****************************
NA                      Reported By: RECAREY, JOSEPH                10/07/05
                        Entered By.: ALTOMARO, NICKIE A.            10/07/05

    I met with Det. Krauel and requested further assistance to maintain
    trash collections at Epstein's residence at 358 El Brillo Road.  On
    October 3, 2005, at approximately 10:30 am, I was contacted by Sgt.
    Frick to respond to the Palm Beach Police Station.  Det. Krauel had
    observed Jeff Epstein riding his bicycle on South County Road.  Upon
    my arrival, I met with Sgt Frick who advised, as Epstein was currently
    in Town; we interview Haley Robson as to her involvement with Epstein
    and the girls that are brought to his house.  As we were to interview
    Robson in the county, (outside of our jurisdiction), I contacted the
    State Attorney s Office Investigation Division, and made contact with
    Assistant Supervisor Investigator Carlos Ortiz.  I requested
    assistance to interview Robson as the interview may occur in the
    county.  Supervisor Ortiz assigned Investigator Mike Waites to assist
    us at the location and interview of Robson.

    Det. Dicks had responded to the address of Robson and viewed her
    vehicle parked in the driveway.  Robson's vehicle a red Plymouth Neon
    baring Florida Tag of H49-PKB was parked in the driveway of 12247 72nd
    Court in Loxahatchee.  Sgt Frick and I responded to 120th Ave and
    awaited the arrival of Investigator Mike Waites.  Upon his arrival, he
    was briefed that should she wish to be interviewed within her home he
    would be needed.  However, should Robson agree to return to the police
    station for further questioning, he would not be needed.  Sgt. Frick
    and I knocked on the door and met with Haley Robson.  Robson was told
    that we were investigating a claim involving Jeffrey Epstein of El
    Brillo in Palm Beach.  Robson was asked if she wanted to accompany us
    back to the police station for further questioning.  She was also told
    that at the conclusion of the interview she would be returned home.
    She agreed and wished to change her clothes prior to accompanying us
    back to the police station.  At the conclusion of her changing
    clothes, she advised she was ready to go.  I thanked Inv. Waites and
    advised she was going to voluntarily return to the police station.

```
---------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:      28
Time:  11:36:35              Incident Report            Program: CMS301L
---------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

Upon Robson s entry in the unmarked Detective vehicle, I placed a tape
recorder within the vehicle to record any conversations within the
vehicle.  During the ride back to the police station, Robson advised
she is attending Palm Beach Community College at the Palm Beach
Gardens Campus and is majoring in journalism.

Upon our arrival at the police station, Robson was brought to the
interview room in the Detective Bureau.  I explained to Robson that I
appreciated her willingness to assist us and informed her that should
she desire to leave at any time she may do so.  I further explained
the interview room door is only closed for privacy.  Robson stated she
understood.  During the taped sworn interview, Robson was asked how
she came in contact with Epstein.  Robson stated back when she turned
17 years of age she was approached by a friend Molly in the Canopy
Beach Resort in Rivera Beach.  Robson was asked if she wanted to make
money.

She was told she would have to provide a massage and should make
$200.00.  Robson thought about the offer and agreed to meet with
Jeffrey.  Molly (Unknown last name) and Tony (Unknown last name)
picked her up and she was taken to Epstein's house.  Upon her arrival
at the house, she was introduced to Epstein in the kitchen of the
house.  She was also introduced to a white female known to her as
Sara.  She was led upstairs to the main bedroom known to her as Jeff
Epstein s bedroom.  Sara arranged the massage table and covered the
table with a sheet.  She brought out the massage oils and laid them
next to the massage bed.  Sara then left the room and informed her
Jeff would be in a minute.  Jeff entered the bedroom wearing only a
towel.  He lay on the table onto his stomach and picked massage oil
for Robson to rub on him.  During the massage, Robson stated, He tried
to touch me and I stopped him.  I asked how he tried to touch her.  He
grabbed her buttocks and she felt uncomfortable.  Robson also stated
Epstein has a vibrator, which is large and white in color.  Robson
told Epstein, I'll massage you but I don't want to be touched.  Robson
stated she performed the massage naked.  At the conclusion of the
massage, Epstein paid Robson $200.00 for the massage.  He explained, I
know you re not comfortable, but I'll pay you if you bring some girls.
He told her the younger the better.  Robson stated she once tried to
bring a 23-year-old female and Epstein stated that the female was too
old.  Robson was asked how many girls she brought in total to Epstein.
Robson stated six that she can remember.  Robson stated she brought
█████████ and the victim in this case.

I asked Robson which one was the youngest.  Robson advised the victim
was the youngest.  Robson stated every girl she brought knew what to
expect when they arrived.  They were told they would provide a
massage, possibly naked, and some touching.  I asked her if the victim
was aware.  She stated every girl she brought knew what to expect.
She explained she knew the victim wanted to make money.  She
approached the victim and explained about going to work for Jeff.  The
victim agreed and arrangements were made to bring the victim to

```
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT          Page:      29
Time:  11:36:35                  Incident Report             Program: CMS301L
```

Case No. . . . : 1-05-000368                               (Continued)

Epstein's house on a weekend.  Robson stated that she and ▓▓▓▓▓▓▓
(later identified as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓) picked up the victim at the
victim s house.  They traveled to Epstein's House and entered through
the kitchen door.  They met with the house chef and Epstein ▓
assistant Sara.  The victim was introduced to Epstein while they were
in the kitchen area.  Sara led the victim upstairs and Epstein went
upstairs.  When the massage was over, the victim returned to the
kitchen area.  Robson stated she was paid $200.00 for bring the victim
to Epstein's.  Robson stated the victim told her she was paid $300.00
for the massage.  Back in the vehicle, Robson asked the victim what
happened.  The victim told her about the massage and then they went
shopping.  Robson stated the victim was the last person she brought to
Epstein.  She further stated that she had changed her cellular number
to avoid being contacted by Sara.  She continued that when Epstein
announces to his assistant that he is traveling to Palm Beach, Sara
would contact Robson to arrange girls for Epstein.  Sarah, later
identified as Sarah Kellen Date of Birth 05-25-1979, had told
Robson that Jeff likes to have his fun with the girls.

Robson stated that once her parents discovered that she was visiting
Epstein, they disapproved of the encounters with him and she stopped.
Robson further stated that Sara still tries to call the house and
leaves messages.  With the assistance of Robson, we were able to
identify ▓▓▓▓▓▓▓, DOB ▓▓, ▓▓▓▓▓▓▓, DOB ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓  DOB 0▓▓▓▓▓▓▓, and ▓▓▓▓▓▓▓▓ DOB 0▓▓▓▓▓▓▓

Sgt Frick entered the room and explained that based on her own
statements, she had implicated herself with bringing underage girls to
Epstein's house.  Robson was aware of what she had stated and wished
to assist further in hopes to receive a lesser charge.  Robson
provided cellular telephone numbers for the girls she had mentioned
previously.  Additionally, she also provided possible addresses and
areas in which they lived.  As Robson was being taken home in the
vehicle, a tape recorder was placed within the vehicle to record any
conversations within the vehicle.  During the drive back to her home,
Robson made the comment I m like a Heidi Fliess.  (Hollywood Madam who
sent girls to clients for sexual favors in California).  Robson was
dropped off at her house without incident.

Sgt Frick and I went to 14843 93rd Street North in Loxahatchee,
Florida in an attempt to speak with ▓▓▓▓▓▓▓▓▓▓.  We met with
Mrs. ▓▓▓▓▓▓▓▓▓▓▓▓Mother) at the ▓▓▓▓▓▓ door.  We explained
the ongoing investigation and felt that ▓▓▓▓ may have additional
information as we had information that she had worked for Jeff.  Mrs.
▓▓▓▓▓▓▓▓ introduced us to her husband and allowed us entry into the
home.  We sat in the dinning room and met with ▓▓▓▓▓▓▓▓▓▓▓▓▓
Date of Birth ▓▓▓▓▓▓.  As she was under the age or eighteen, Mrs.
▓▓▓▓▓▓ was advised we would be speaking with her.  She expressed,
if her daughter had information she wanted to assist.  As we
interviewed ▓▓ ▓▓ she denied having any inappropriate
encounters with Jeff (Epstein).  She stated she had gone to Jeff s
House with Haley Robson approximately eight months ago and sat in the

```
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:      30
Time: 11:36:35               Incident Report              Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)

kitchen with the house chef but nothing happened. As the parents were
present during the interview, we felt that _____ was withholding
information from us. She made several comments as to she has put the
entire incident behind her. I left my direct telephone number and
advised should she wish to speak with me again to telephone me. Sgt
Frick and I thanked Mrs. _____ for her time and left the area.
She stated she would ask her again after we left as to what happened
at Epstein s house. I informed her that _____ had my telephone
number and hopefully she would call.

Sgt Frick and I then attempted contact with _____ at _____
_____ in Loxahatchee. We met with _____ who stated _____ was
her daughter. _____ was at the Wellington Mall and was not home. We
explained the ongoing investigation and felt the _____ may have
additional information as we had information that she had worked for
Jeff. We left our phone numbers and asked her to telephone me upon
her daughter's return. We then left the area.

On October 4, 2005, at approximately, 8:05 am, Sgt Frick had retrieved
a voice mail message from _____. She stated she had spoken
with her daughter and she had information as to what occurred at Jeff
s house. I contacted _____ who stated her daughter was in the
shower at the moment and would be traveling back to Orlando to attend
College. I informed her I would be en route to her home in
Loxahatchee. Det. Dawson and I drove to the _____ home and met with
_____ and _____. During a sworn taped statement, _____
_____ stated she was taken to the house by Haley Robson. She was
told she could make money working for Jeff. She was told she would
have to provide a massage to Jeff. _____ stated upon her arrival to
the house she was brought to the kitchen area by Robson.

They met with the house chef and Haley stayed in the kitchen. She was
introduced to Sara, Jeff's assistant and was brought upstairs to the
mater bedroom. Sara prepared the room and massage table for a
massage. Epstein entered the room and she provided a massage. _____
stated she kept her clothes on during the massage. She stated
sometime during the massage Epstein grabbed her buttocks and pulled
her close to him. _____ said she was wierded out by the incident
involving Jeff. At the conclusion of the massage, she was paid
$200.00 for the massage. I asked _____ if she has any formal training
in massages to which she replied no. I asked her if Robson received
any monies for taking her to perform the massage. _____ stated Robson
also received money for taking her there. _____ stated she went with
Robson and another girl, _____ to Jeff's house once.
_____ stated she waited in the kitchen with Robson, while _____ was taken
upstairs by Sara. _____ stated she only did the massage once, as she
was wierded out by the whole experience. At the conclusion of the
interview and the tape was stopped, I was informed that Sara had
attempted to reach _____ via cell phone. A voice mail message on
October 4, 2005 at 10:59 am, revealed a female voice who identified
herself as Sara who requested her to call her back reference the
police questioning. This voice mail message was recorded onto a micro

```
------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT        Page:     31
Time:  11:36:35              Incident Report             Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

cassette. ███████ provided the incoming telephone number as
917-855-3363. ███████ stated she inadvertently told ███████ about
the police investigation because ▔ ▁▁▁▁▁ had called her to tell her
about how she just received a rental car from Jeff Epstein. ███████
had called her to tell her that she was given a rental car, a 2005
Silver Nissan Sentra, to utilize to visit family and visit Jeff.
███████ asked her what was going on at the house that the police would
be asking questions. ▁▁▁▁▁ stated ▔ ▁▁▁▁▁ then called Jeff and Sara
and asked what was going on reference the ongoing police
investigation.  According to ▁▁▁▁, Sara has since then been trying to
contact her to ask about the police questions.  I instructed ▔ ███ not
to contact Sara and do not provide any more information to ███████ as
she would notify Jeff Epstein and Sara what was transpiring.

     Investigation Continues...


******************** N A R R A T I V E   # 8 ********************
NA                      Reported By: LEE, LA'MONT                10/07/05
                        Entered By.: ALTOMARO, NICKIE A.          10/07/05

On March 30, 2005, I was asked by Sgt. Daniel Szarszewski to begin
conducting surveillance and trash pulls reference Detective Pagan
conducting a criminal investigation involving Jeffrey Epstein.  I was
advised that Epstein was possibly engaging in sexual contact with
young females.

On March 30, 2005, I made contact with Town of Palm Beach Sanitation
Office Supervisor Tony Higgins and requested trash pulls for 358 El
Brillo Way to begin on March 31, 2005.

On March 31, 2005 at 9:20 a.m., I responded to the area of 358 El
Brillo Way and met with Town of Palm Beach sanitation employee,
Jeffrey Williams.  I observed Williams enter the driveway of 358 El
Brillo Way, collect the trash bags from Epstein s property and place
the contents into an empty sanitation truck.  I followed Williams to a
nearby area, were he turned over seventeen white plastic trash bags,
which were collected from Epstein s property.

I took the trash bags to the sanitation department were I sifted
through its contents.  I collected mail correspondence from Armani
Exchange addressed to Nada Marcinkova, Jeffrey E. Epstein notepaper
with Julie (561)801-3590, an important message notepaper addressed to
J.E dated 03/29/05 at 8:15 p.m. reference Peggy Seagal, U.S Airways
boarding pass copy for passenger, Janusz Banasiak, Montgomery County,
Maryland Health Department food service ID NO#40820 for Janusz
Banasiak and Ghislaine Maxwell notepaper with names and phone numbers.
 Photocopies of the trash collected were attached with the supplement.
Detective Pagan was advised of the contents that were collected for
evidentiary value.

On March 31, 2005, Sgt. Daniel Szarszewski requested that I set up a

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:    32
Time: 11:36:35               Incident Report          Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

surveillance vehicle on El Brillo Way and conduct video surveillance
of the front exterior of Epstein s residence.  At 3:00 p.m., I set up
a surveillance vehicle equipped with a video monitoring device.  The
surveillance vehicle was parked on El Brillo Way approximately fifty
feet east of Epstein s driveway.  The purpose of the video
surveillance was to gather investigative intelligence by monitoring
and recording all vehicle and pedestrian traffic entering and leaving
Epstein s property.

The video surveillance tapes were changed daily with a new Maxell
T-160 VHS tape.  Video surveillance was established for Epstein s from
March 31, 2005 through April 05, 2005. On April 05, 2005, video
surveillance was concluded.  I reviewed the video tapes and advised
Detective Pagan the surveillance video s yielded no evidentiary value.

On April 01, 2005 at 9:30 a.m., I responded to the area of 358 El
Brillo Way to meet with Town of Palm Beach sanitation employee, Jessie
Jones.  While parked in the area of 358 El Brillo Way waiting to
collect Epstein s trash, I observed a white female, who I recognized
as Nada Marcinkova from her Florida driver s license photograph.  I
made no contact with Marcinkova. While parked in the area, I also
observed Epstein s GMC Yukon truck leave the property as well as other
vehicles arrive and park across the street from the property.  The
occupants of these vehicles appeared to be housekeepers, maintenance
men, and gardeners.

At 9:38 a.m., I met with Town of Palm Beach sanitation employee,
Jessie Jones.  I observed Jones enter the driveway of 358 El Brillo
Way and collect the trash from Epstein s property.  I followed Jessie
to a predetermined area at which time I collected the trash bags from
the sanitation truck. I transported the trash bags to the sanitation
department, where I sifted through its contents.  I collected mail
correspondences addressed to Jeffrey Epstein, automotive records and
personal documents for Janusz Banasiak and Beata Banasiak as well as
Jeffrey Epstein notepaper with the names and appointment times for
Vanessa and Brittany.  No last names or other personal information was
written on the notepaper.

While sifting through Epstein s trash, I also collected a three-inch
purple finger size object, which had a broken end.  The object
appeared to be a broke piece from a sexual toy similar to a (Cyclone
Vibrator) possibly used for rectal gratification.  The sexual object
was photographed for Detective Pagan, packaged in a biohazard evidence
bag (possible body fluids) and secured as investigative evidence.  All
items collected from Epstein s trash were turned over to Detective
Pagan for evidentiary purposes.

On April 05, 2005 at 9:18 a.m., I met with Town of Palm Beach
sanitation employee, Jessie Jones.  I observed Jones enter the
driveway of 358 El Brillo Way and collect the trash from Epstein s
property.  I followed Jessie to a predetermined area at which time I
collected the trash bags from the sanitation truck.  I transported the

```
--------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT         Page:      33
Time:  11:36:35                 Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
      trash bags to the sanitation department, where I sifted through its
      contents.  I collected mail correspondences addressed to Jeffrey
      Epstein as well as notepaper (Important Message) with names and
      telephone numbers.  The following are items collected from Epstein s
      trash.

      Joanne G. (714-0546)
      blank piece of white paper (561-881-8118)
      black paper (655-7626)
      black paper (917-783-4113)
      David (772-546-6952)
      MSN Hotmail web page with email address (adrianamucinska@hotmail.com)

      The following items were documented for Detective Pagan s
      investigation for evidentiary purposes.

      On April 06, 08, 11, 12, 13, 15, 2005, at approximately 9:30 a.m, I
      met with Town of Palm Beach sanitation employees.  I observed the
      employee enter the driveway of 358 El Brillo Way and collect the trash
      from Epstein s property.  I followed the employee to a predetermined
      area at which time I collected the trash bags from the sanitation
      truck.  I transported the trash bags to the sanitation department,
      where I sifted through its contents.

      All of the documents collected from Epstein s trash during my
      assistance were turned over to Detective Pagan for evidentiary
      purposes.

      On June 14, 2005, Detective Michelle Pagan contacted me and advised
      that the airplane belonging to Jeffrey Epstein of 358 El Brillo Way
      was parked at the Palm Beach International Airport.

      Detective Pagan requested that I begin trash pulls for the purpose of
      gathering evidence and intelligence.

      I made contact with Town of Palm Beach Sanitation Office Supervisor
      Tony Higgins and requested trash pulls for 358 El Brillo Way to begin
      on June 15, 2005.

      On June 15, 2005, I met with a sanitation employee.  I observed the
      employee enter the driveway of 358 El Brillo Way and collect the trash
      from Epstein s property.  I followed the employee to a predetermined
      area at which time I collected the trash bags from the sanitation
      truck. I transported the trash bags to the sanitation department,
      where I sifted through its contents.  The trash yielded negative
      results and no evidence was collected.

      No further trash was collected throughout the week due to the fact
      that Epstein s security gates remained closed throughout the week;
      therefore, the sanitation employees were unable to gain access onto
      the property for collection of the trash.

```
-----------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT        Page:      34
Time: 11:36:35              Incident Report             Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    All evidence and intelligence gathered by this officer has been turned
    over to the detective bureau and no further action has been taken by
    this officer.

    End of supplement.


**************************  N A R R A T I V E   # 9 **************************
NA              Reported By: RECAREY, JOSEPH                  10/07/05
                Entered By.: ALTOMARO, NICKIE A.               10/10/05

    On October 4, 2005, I made telephone contact with ███████████
    who had left several messages on voice mail.  During the message, she
    advised she was not completely truthful when we met in person but
    would like to speak with me to advise what had happened.  She further
    advised she did not want to speak of this incident in front of her
    mother.  At approximately 15:48 pm, I made telephone contact with
    ████████████████ 561-         .  During a taped recorded
    statement,           ' stated the following: Approximately a year ago,
    when she was sixteen years of age, Robson took her to Jeff s house
    twice.  The first time she went, Haley Robson drove to the house.
    They entered through the kitchen area where she was introduced to Sara
    and Jeff.  She was taken upstairs to a bedroom by Sara who set the
    room up with a massage bed and brought out the oils to use.  Jeff then
    entered the room wearing a towel.  He lay on the table and picked out
    a lotion for ████    to rub on him.  At one point during the massage,
    he tried to remove her shirt at which point she became very upset and
    discontinued the massage.  Both ████  : and Jeffrey had a verbal
    disagreement at which time she left without being paid.  She met with
    Haley Robson who was sitting in the kitchen and told her let s go.
    ████████  advised she received no money for that day.  ████████  also
    said that Haley Robson had told her if she was uncomfortable with what
    was going on, to let him know and he ll stop.  She knew that the more
    you do the more you are paid.

    Several weeks later, ██████████ advised she agreed to be taken a second
    time by Haley Robson.  Once they arrived at the residence, Haley sat
    in the kitchen and Sara took her upstairs to the master bedroom again.
    Sara set the room up with a massage bed and brought out the oils to
    use.  Jeff then entered the room wearing a towel.  He lay on the table
    and picked out a lotion for ████  ' to rub on him.  At one point
    during the massage, he tried to touch her buttocks.  As ███████ was
    wearing tight jeans and had a tight belt on Jeff was unable to touch
    her buttocks.  Jeff then rolled onto his back during the massage; he
    attempted to touch her breasts. ████████ then became upset again and
    told him she didn t want to be touched. ██████████ discontinued the
    massage and was paid $200.00. ████████ then went downstairs where
    Haley Robson was waiting for her.  She told Robson she wanted to
    leave. ██████████ said she never returned to the house. ██████████
    stated she is aware that her friend, ████ : was also at the
    house and had a problem with Jeff.  She provided a telephone number
    for ████████  The interview was concluded and the micro cassettes were

```
------------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT          Page:      35
Time: 11:36:35                  Incident Report               Program: CMS301L
------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                            (Continued)
     turn in as evidence.

On October 5, 2005, I researched the incoming telephone number that
had left ▮▮▮▮▮▮ a message.  The telephone number, 917-855-3363,
was assigned to ATT/Cingular Cellular service.  I prepared a subpoena
request and faxed the request to the State Attorney s Office.
Information requested was subscriber information as well as all
incoming and outgoing calls for the months of September and October
2005.

I later researched ▮▮▮▮▮▮▮ and discovered she resides in
▮▮▮▮▮▮▮▮ Det. Dawson and I drove to ▮▮▮▮▮▮▮▮ and met with ▮▮▮▮
at her residence ▮▮▮▮▮▮  in

▮▮▮▮ agreed to speak with us in the kitchen area.  During a sworn
taped statement, ▮▮▮▮ stated the following: On or about November
2004, she was approached by Haley Robson and asked if she wanted to
make money.  She agreed and was told she would provide a massage to
wealthy man in Palm Beach.  Robson picked her up and drove her to a
house in Palm Beach.  She was brought into the kitchen area of the
house.  She further stated that ▮▮▮▮▮▮ and ▮▮▮
went with them.  They were brought into the kitchen where she was
introduced to Jeff and other females. ▮▮▮ stated she was
introduced to a helper of Jeff; the female was described as white
female (unknown name), with blond hair.  She stated that the assistant
was familiar with Robson.  The assistant set up the massage table and
put out lotions to be used.  She told ▮▮▮ Jeff would available in a
minute.  Jeff entered the room wearing only a towel.  Jeff lay on the
massage table and picked a lotion to rub on his thighs and back.
▮▮▮ further stated that during the massage Jeff asked her to remove
her clothes.  She complied and removed her pants and blouse. ▮▮▮▮▮
didn't remember if she had removed her bra but feels that she did.
▮▮▮ was certain that she stayed in her thong underwear. ▮▮▮
continued the massage and at one point she straddled him to massage
his back, which touched his buttocks with hers. ▮▮▮ was instructed
to return to the ground at which tome Jeff turned to have his chest
rubbed. ▮▮▮▮ advised it was at this time she is sure he was
masturbating. ▮▮▮ did not want to look at his penis area because
she was uncomfortable.  Jeff removed a large white vibrator and turned
it on. ▮▮▮ stated he began rubbing the vibrator over her thong
underwear on her vaginal area.  Shortly thereafter, Jeff ejaculated
and removed himself from the table.  He walked over to where the
shower was and opened the glass door.  She waited as he was taking a
shower in her direct view.  When I asked ▮▮▮ how old she was when
this occurred, she stated she had just turned seventeen.  At the
conclusion of the shower, ▮▮▮▮ was paid either $350.00 or $400.00.
She stated she wasn t sure, but knows it was close to $400.00.  At the
conclusion of the interview, ▮▮▮ stated she never returned to
provide a massage for Jeff.  She advised she was ashamed and
uncomfortable with the situation.

Det. Dawson and I then left the area and responded to the ▮▮▮▮▮▮

----------------------------------------------------------------------

Date:  2/17/06             PALM BEACH POLICE DEPARTMENT           Page:        36
Time:  11:36:35                 Incident Report                  Program: CMS301L

----------------------------------------------------------------------

Case No. . . . : 1-05-000368                              (Continued)

▓▓▓▓▓ High School where Robson and all the above-mentioned girls had
attended. I met with School Police Officer, Off Williams. I
explained I was looking for a previous student who attended
▓▓▓▓▓ High School. I inquired about ▓▓▓. ▓▓ I further explained
that I was working a case in which most of the girls I have
interviewed are either witnesses or victims and felt that ▓▓▓ may be
one as well. Officer Williams researched his previous student records
and found ▓▓ ▓▓ ▓▓▓▓▓. She attended the same year and graduated
in the same year as the other girls. I was provided the last known
address of ▓▓▓.

At approximately 2:10 pm, Det. Dawson and I met with ▓▓▓▓▓▓▓ at
her residence, ▓▓▓ ▓▓▓▓ ▓▓▓▓▓▓ in ▓▓▓▓▓▓ As ▓▓ was
only seventeen years of age, I had notified her mother, Mrs.
▓▓▓▓▓ that she would be interviewed reference an ongoing
investigation in Palm Beach. I assured her that her daughter was not
a suspect. I explained the possibility of her being a witness
or victim. Mrs. ▓▓▓ advised she wanted ▓▓▓▓▓ to cooperate and
consented to the interview. During a sworn taped statement, ▓▓▓▓▓
▓▓▓▓▓ stated the following: at the age of sixteen, during the month of
September 2004, she was approached by Haley Robson for a chance to
make money. ▓▓▓▓▓ was friends with the friends of Robson and knew the
same people. ▓▓▓ had been previously told by her friends what
Robson did for Jeff. Robson called a person known to ▓▓▓ as Sara
and scheduled the appointment. Robson picked ▓▓▓ up and drove her
to Palm Beach to a street called Brillo Way. They drove to the end of
the street and entered a large driveway. They entered the kitchen
area of the house and met with Jeff. ▓▓▓▓▓ was introduced to Jeff.
Robson led ▓▓▓▓ upstairs to the main bedroom area and set up the room
with a massage table and set out the oils. Robson dimmed the lights
and turned on soft music. Robson exited the room and Jeff entered the
room wearing only a towel. Jeff picked oils and instructed her to rub
his legs, under his buttocks, back and chest area. Jeff asked her to
get comfortable. ▓▓▓▓▓ advised she did not remove her clothes. She
was wearing tight jeans and a cropped tank top exposing her belly
area. During the massage, Jeff removed his towel. As ▓▓▓▓▓ rubbed
his chest area, Jeff attempted to reach down her pants through the
buttocks area, however was unable to due to the tightness of the jeans
and a tight belt. ▓▓▓▓▓ advised Jeff began to masturbate as she
rubbed his chest. Jeff moaned as she rubbed his chest. She observed
he was continuing to masturbate and attempted to reach up her tank top
and touch her breasts. ▓▓▓▓▓ pulled back and Jeff stopped. However,
he kept masturbating until he climaxed. He cleaned himself with the
towel he was previously wearing. I asked ▓▓▓▓▓ if she knew the
difference between circumcised and not circumcised. She explained she
knew and advised Jeff was circumcised. ▓▓▓ was paid $200.00 for the
massage and left the area. She met with Robson who was waiting in the
kitchen area and left the house.

▓▓▓▓▓ then explained she never provided another massage for Jeff. She
did however, go to the house with Robson and ▓▓ ▓▓▓▓ ▓▓▓ as they
took another friend of Robson's. ▓▓▓▓▓ advised she was present when

```
-----------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT        Page:      37
Time:  11:36:35             Incident Report            Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

███████████████ went to work for Jeff.  She advised she rode over and
sat in the kitchen area with Robson to wait for ▀ ▀ ▀  ███████ advised
that while they waited for  ▀, the house chef prepared lunch for
them, as it was almost lunchtime.  As ██████ was finished with the
massage, they left the area.  I asked ▀▀▀▀ if Robson ever told what
would be expected of her when she provided a massage.  ▀▀▀▀ stated
yes, Robson told her that a massage would be expected possibly naked
and possibly some touching involved.███ ▀▀▀ has no formal training in
providing massages.

████ spoke about a third and last time she went to Jeff's house.
Robson drove another girl, ▀ ███ who is ▀▀▀▀▀ friend, to
Jeff's house.  ██████stated she knew that Robson had made money
providing girls for Jeff and she wanted to do the same.  Robson took
them in the kitchen area of the house and introduced ███ to Sara.
 Robson and Sara took ██████upstairs to the main bedroom.▀
advised she doesn t know what happened as ▀▀ did not speak about
what happened in the room.  ▀▀ received $100.00 from Robson for
going with her to Jeff s house and recommending ▀▀▀▀▀▀ ▀  ▀  was
unable to remember ███████████ telephone number.  The interview was
concluded and we left the area.

        Investigation Continues...


*********************** N A R R A T I V E    # 10 ***********************
NA                                                            10/09/05
                     Reported By: RECAREY, JOSEPH
                     Entered By.: ALTOMARO, NICKIE A.            10/10/05

On October 6, 2005, Det. Dawson and I went to ████████████located
in Boca Raton.  We met with Dean of Students, Paul Turner.  I
explained to Mr. Turner that we were investigating a crime within the
Town of Palm Beach and felt that a student, ▀▀▀▀▀▀▀▀▀▀, may have
information.  Turner confirmed that ▀▀▀▀ is a student and currently
on the soccer team for ▀███████████She was in computer class at
the time of our arrival.  Turner sent a security guard to locate ████
in class and bring her to the office.  Mr. Turner allowed us to
interview ██████in an empty conference room.

At 11:45 am I met with███████████████and explained to her why we there
to interview her.  She advised she was aware of the ongoing
investigation.  ███████ stated she had previously spoken with ██████
████████ who told her she was interviewed by detectives.  During a sworn
taped statement, ██████ stated she knew that Haley Robson worked for
Jeff in Palm Beach. ██████ advised she has been there many times for
massages.  I asked her if she had formal training in providing
massages, ██████ stated she did not.  ██████ advised she was told what
was expected of her by providing massages and would have to remove
clothing but if she felt uncomfortable just to say so and Jeff would
stop pushing the issue.  ████████began providing massages and advised
she kept her clothes on.  She considered Jeff a pervert who kept
pushing to go further and further.  ████████explained she would keep

```
-------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT        Page:       38
Time:  11:36:35               Incident Report            Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                (Continued)

telling him she had a boyfriend and that it would not be right to her
boyfriend.  It wasn't until recently ███████ admitted to removing her
clothes and staying in her thong underwear to provide a massage.
███████████ explained Jeff wanted to be rubbed on his back and recently he
began turning over to have her rub his chest as he masturbated.  He
would try to touch her breasts as she rubbed his chest.  ██████████ stated,
Jeff would try to get away with more and more on each massage.
Originally, Robson drove her to the house for the original massage.
████████ left Sara her cell phone number and every time Jeff would come
into town, Sara would call her for an appointment.  Each time she
went, Sara would meet her at the kitchen door area.  She would bring
her upstairs and prepare the massage table.  ████████ advised Jeff would
ask her questions about herself.  He knew she was a ██████████ and ███████
would be attending ██████████.  I asked ██████████ if he knew her real
age, ████ stated Jeff didn't care.  The most recent massage she
provided was on October 1, 2005.  During the massage she asked Jeff if
she could borrow one of his vehicles to visit her family and boyfriend
in Orlando.  Jeff had told she could borrow one of his vehicles but
later stated he would rent her a car.  She continued with the massage
as Jeff grabbed her buttocks and caressed the buttocks checks.  I
asked ████████ if she was wearing undergarments to which she replied her
thong underwear.  Once he tried to touch her breasts she would pull
away from him and he would stop.  ██████████ was asked if he ever used a
vibrator on her.  ███ was aware of the vibrator but advised she
never would allow him to use the vibrator on her.  She described the
vibrator as a large white vibrator with a huge head on the tip of the
vibrator.  She stated he kept the vibrator in a closet near the
massage table.  ████████ advised she had been doing the massage for
approximately two years, which meant she would have started doing
massages for Jeff at the age of sixteen.

███████ stated she was contacted by Sara on October 3, 2005.  Sara had
informed her that Jeff had rented her a new Nissan Sentra and she
should come by the house to pick it up.  Sara informed ████████ she would
have the car for a month. ████████ stated Jeff knew her car was not
working properly and had missed appointments in the past because of
her car being inoperable.  ████████ explained the car is currently parked
next to the Gym field.  I asked her if she ever took any one to the
house.  ████████ explained she took ██████████, a friend of hers who
has returned to Orlando to attend college.  I asked she ever allowed
another female in the room. ████████ advised no one was brought into the
room with her.  At the conclusion of the interview, Det. Dawson and I
went to the Gym area and located the Silver Nissan Sentra bearing
Florida tag X98-APM.  The vehicle is registered to Dollar rent a car
out of the Palm Beach International Airport.

Telephone contact was made with ██████████████████, the victim's mother, at
█████████████████.      I explained to her that I was following up on this case
and provided a complete update on the case.

Investigation Continues.

```
--------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT         Page:      39
Time: 11:36:35                 Incident Report           Program: CMS301L
--------------------------------------------------------------------------

Case No. . . . : 1-05-000368                            (Continued)
************************ N A R R A T I V E  # 11 ************************
NA                  Reported By: RECAREY, JOSEPH                  10/21/05
                    Entered By.: ALTOMARO, NICKIE A.              10/21/05
```

On October 10, 2005, at approximately 2:30 p.m., I made telephone
contact with ████████████. During a taped conversation, ▒▒▒▒▒ was
told of an ongoing investigation in which I felt she had information
pertaining to Jeffrey Epstein. ███ explained she met Epstein when
she was just sixteen years of age. She was approached by ████████████
████████ a friend who also had previously gone to Epstein's house for
massages. ████████ advised she was working at the Wellington Mall when
she was approached. ████████, told her that she would have to provide
a massage to Epstein and she would have to perform this massage naked.
████ thought about the offer and stated she could make $200.00 for
only 30 minutes of work. She agreed to perform the massage and
████████ set the appointment for her that same day. ████ remembered it
was a weekend as she only worked at the mall on the weekends. ████
took her to the house where she was introduced to Sara, Jeff Epstein's
assistant. Sara took her upstairs to a master bedroom. ████████
explained that as she was walking up the stairs she observed several
photographs of naked women along the walls and tables of the house.
████████ further explained that she was brought into the bedroom where
Sara prepared the room by setting up the massage table and provided
the oils for her to rub on Epstein.

Epstein entered the room and introduced himself. Epstein lay on the
table and told her to get comfortable. ████ could not remember if he
was naked or if he entered the room with a towel. ████████ stated she
provided the massage wearing only her panties. She continued rubbing
his legs, thighs and feet. ████████ advised he turned over onto his back.
She continued to rub his legs with the oils. Epstein touched her
breasts and began to masturbate. I asked ▒▒▒▒▒ if she knew what
circumcised and un-circumcised meant. ████ stated circumcised is when
the penis has no foreskin and the head of the penis is visible. ████
said Epstein is circumcised. Hall began to cry on the telephone and
stated she had been to his house hundreds of times over a two-year
period. She claimed to have made thousands of dollars during her
visits. ████████ stated she could not remember how many times exactly she
went to Epstein's home but said it was a lot.

████████ became more upset, crying hysterically and stated she was paid
and instructed to have sex with Epstein's assistant, Nada Marcinkova
by Epstein. Epstein continued to watch them have sex and masturbated
himself as they had sex with each other. She further stated that
things escalated further and further. Epstein used sexual toys such
as vibrators, rubber penises and strap-on penises on ████. 
Additionally, ████████ stated he performed oral sex on her numerous times.
She claimed he (Epstein) put his fingers inside her vagina while he
masturbated in an attempt to make her climax. ████████ could not continue
and wanted some time to regain her composure. I explained to ██ to
take her time. After taking several minutes to regain her composure I
explained that I would travel to meet with her in person as I felt she

```
---------------------------------------------------------------------------
Date:  2/17/06        PALM BEACH POLICE DEPARTMENT        Page:      40
Time: 11:36:35            Incident Report            Program: CMS301L
---------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                          (Continued)
   had additional information to provide.  I met with Sgt. Frick and
explained the importance to meet with ████ in person.  Sgt. Frick
agreed and made arraignments for Det. Dawson and I to meet with ████
in Jacksonville, Florida.

On October 11, 2005, at 4:10 p.m., Det. Dawson and I met with
██████████████ and her friend, Shana Caster at 1071 Kingsley Road in
Jacksonville, Florida.  ████ wanted to have Caster present for
support.  I explained to her that I did not have a problem as long as
she wanted Caster present during the interview.  ████ stated she
wanted her present.  I explained that as Caster was present she was
not allowed to comment or ask any questions during the interview.  She
was only there to comfort ████ should the interview upset her.

During a sworn taped statement, ████ explained how everything began.
She said she was brought through the kitchen area where she met Sara
for the first time.  She was led to the master bedroom, Epstein s
room.  ████ explained that as she was walking up the stairs she
observed several photographs of naked women along the walls and tables
of the house.  ████ further explained that she was brought into the
bedroom, where Sara prepared the room by setting up the massage table
and provided the oils for her to rub on Epstein.  ████ explained she
remembered the steam room area, which contained two large showers.
Epstein entered the room from the steam room area and introduced
himself.  Epstein lay on the table and told her to get comfortable.
████ removed her skirt and kept her shirt on.  She could not remember
if he was naked or if he entered the room with a towel.  Epstein then
instructed her to remove her shirt.  ████ removed her shirt and
remembered she was not wearing a bra.  ████ stated she provided the
massage wearing only her panties.  She continued rubbing his legs,
thighs and feet.  ████ advised he turned over onto his back.  She
continued to rub his legs with the oils.  Epstein touched her breasts
and began to masturbate.  Epstein ejaculated which meant the massage
was over.  At the conclusion of the massage, ████ was paid $200.00.
They walked together downstairs where Sara and ████████████ were
waiting.  ████ stated ████ received an unknown amount of money for
taking her to Epstein.  Epstein instructed to leave her cellular
telephone number so that he could contact her when he is in town.

████ explained that she continued to go to Epstein s house and became
a regular at the house.  She could not provide an exact number but
claimed she had been their hundreds of times.  She claimed sexual
activities did not occur every time she was there.  There were times
she went to dinners and parties with Epstein.  ████ explained that
things began to escalate more than the massage.  The encounters
included bringing in his assistant, Nada Marcinkova.  ████ explained
Epstein had purchased her from her family in Yugoslavia.  Epstein
bragged he brought her into the United States to be his Yugoslavian
sex slave.  ████ advised he was naked in the bedroom, she entered and
removed her clothing.  Marcinkova entered the room from the steam room
area already naked.  He instructed ████ to perform oral sex on
Marcinkova .  ████ refused to perform that act.  Epstein offered her

```
-------------------------------------------------------------------
Date:  2/17/06         PALM BEACH POLICE DEPARTMENT      Page:      41
Time: 11:36:35             Incident Report            Program: CMS301L
-------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                            (Continued)
an additional $200.00 for her to perform oral sex on Marcinkova for
five minutes. ████ agreed to perform the oral sex for the additional
$200.00.    explained that Epstein would masturbate while he
watched them perform sexual acts.

Things continued to escalate by purchasing sex toys. ████ stated she
had massagers, vibrators and strap on rubber penises used on her.
Each time something new was introduced additional monies were produced
and offered for ████ to allow the acts to happen. ████ was adamant
that she performs all these acts but there was an understanding with
Epstein that no vaginal penetration would occur with his penis. ████
explained that Epstein's penis was deformed. ████ explained that his
penis was oval shaped.  She claimed when Epstein's penis was erect, it
was thick toward the bottom but was thin and small toward the head
portion.  She called it egg-shaped.

████ continued that the sexual encounters with Marcinkova, Epstein and
her became a ritual. ████ would arrive at the house and walk herself
upstairs, where Marcinkova and Epstein were waiting. ████ would
remove her clothing and join them on the bed. ████ explained
Marcinkova and she would begin by kissing and touching each other.
████ explained sex toys were brought into the bed by either Epstein or
Marcinkova and they would begin using the toys on each other.  Epstein
would perform oral sex on either person depending who was on top
during the intercourse. ████ explanation revealed they were in a
missionary position.

████ advised one day, ████ was unable to state and exact date when
this incident occurred), she came to the house after Sara had informed
her that Epstein had arrived.  She arrived at the house and went
upstairs to the master bedroom. ████ advised she immediately removed
her clothing, as Nada Marcinkova and Epstein were already naked in the
bedroom. ████ explained that Nada Marcinkova and she had a sexual
encounter to include kissing, touching and oral sex. ████ remembered
that she climaxed and was removing her self from the massage table.
████ asked for a sheet of paper and drew the massage table in the
master bathroom and where Epstein, Marcinkova and she were.  Epstein
turned ████ on her stomach on the massage bed and inserted his
penis into her vagina. ████ stated Epstein began to pump his penis in
her vagina. ████ became upset over this.  She said her head was being
held against the bed forcibly, as he continued to pump inside her.
She screamed no, and Epstein stopped.  She told him that she did not
want to have his penis inside of her.  Epstein apologized for his
actions and subsequently paid her a thousand dollars for that visit.
Additionally, shortly thereafter, Epstein gave ████ a 2005 Doge Neon,
blue in color for her personal use.

     ████ advised there were times that she was so sore when she left
Epstein's house. ████ advised she was ripped, torn, in her vagina
area.  ████ advised she had difficulty walking to the car after
leaving the house because she was so sore. ████ advised that other
than that one time, when Epstein inserted his penis inside her vagina,

```
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT          Page:       42
Time:  11:36:35                 Incident Report              Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)

there was no other penile intercourse.

██████ provided names of girls that she knew of that have gone to Epstein's house. ██████ provided the name of ██████████ and feels she still may be going to the house to massage Epstein. According to ▔▔▔, " ▔▔▔ is still sucking his dick."

When asked if she had been recently contacted by anyone of the house, ██████ advised she received an email from Sara, from KellenS@earthlink.net, which is her email account. The email was just a hello, how are you doing type of email. There had been no other contact from the house. The interview was concluded and ▔▔▔ left the area. The tapes and drawing were submitted into evidence.

Investigation continues...

******************************* N A R R A T I V E  # 12 *************************
NA                      Reported By: RECAREY, JOSEPH                    11/01/05
                        Entered By.: ALTOMARO, NICKIE A.                11/07/05

On October 12, 2005, Det. Dawson and I traveled to the Orlando area and made telephone contact with ████████████▔▔▔▔▔████ agreed to meet with us as we were in the Orlando area. ██████ provided directions to her apartment. Det. Dawson and I met with ▔▔▔▔, who stated, during a sworn taped statement that nothing happened between her and Epstein. ██████████ appeared nervous during the interview. I assured her that I had spoken with other people who advised differently. ██████ stated she only went a couple of times and provided a massage to Epstein. She stated she was brought to the Epstein house in March of 2005. ██████████ brought her to work. ▔▔▔▔▔ has no formal training in providing massages. ██████ stated she provided a massage, fully clothed for $200.00. As I sensed hesitancy in her answers, I asked ████████ if she had been contacted by anyone from the house. ████████████ stated she was interviewed already by an investigator for Epstein. He met with her on October 8, 2005, at a Roadhouse in Orlando. He identified himself as Paul and inquired about the police investigation and left his telephone number 305-710-5165 for additional contact. ████████ provided no additional information, as it appeared her responses were almost scripted. We left the area and returned to Palm Beach Police Department.

Based on the information acquired during the interviews, a search warrant was prepared for entry at the Epstein home. On October 18, 2005, I met with Judge Laura Johnson who reviewed the warrant request. She found there was sufficient probable cause and signed the warrant request. On October 20, 2005, at approximately 9:36 am, members of the Palm Beach Police Investigations Unit executed the search warrant at 358 El Brillo in Palm Beach. Members of the Investigations Unit included Capt Gudger, Sgt Frick, Det. Dicks, Det. Dawson, Det. Melnichok, Det. Sandman, Det. Krauel, the crime scene unit and myself.

```
----------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT        Page:    43
Time:  11:36:35             Incident Report           Program: CMS301L
----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

As we entered onto the property, we encountered the house manager, Janusz Banasiak who was in the guest portion of the house.  The guesthouse section had open doors and no forced entry was made.  I made contact with Banasiak, Date of Birth 04-07-1953, Fl DL ███████████████, and informed him of the search warrant for the premises.  The members of the Police Department entered the residence and announced we had a search warrant.  A safety search was done and members exited the home.  I read the search warrant to Banasiak as Mgr Parkinson videotaped the search warrant execution.  Several interior decorators were located on the property.  I spoke with Mark Zeff, of 515 W 20th Street in New York.  Mr. Zeff stated he is the designer for Mr. Epstein s homes.  He advised he was contacted in March of 2005 to do a complete overhaul on the house.  He advised he was on the phone with Mr. Epstein when officers announced the search warrant.  Mr. Epstein was then made aware of the search warrant.  Mr. Zeff advised, his contact with Epstein is strictly business and he has never witnessed Epstein with any girls except for his assistants, Sara or Nada.

I then interviewed Daniel Estes, of 315 East 14th Street in New York.  Mr. Estes stated he has worked for Zeff for seven years.  He advised he personally worked on the New York and Palm Beach home for Mr. Epstein.  He has previously met with Sara and Adrianna, Epstein s assistants in New York and in Florida.  Estes stated they travel with Epstein everywhere he goes.

I interviewed Zara Bailey of 35 Riverside Jersey City, New Jersey.  Bailey stated she just arrived from Scotland and has worked with Zeff for only one month.  She stated she has never met Epstein and has not seen him.  The interview was then concluded.

I then spoke with Douglas Schoettle of 243 Riverside Dr in New York City.  Schoettle stated he has been Epstein s Architect for seven years.  He further stated he deals with Epstein s assistants and speaks with Epstein on the phone.  Schoettle stated he mainly speaks with Sara Kellen, Epstein s main assistant, who travels with Epstein.  Schoettle stated he only has contact with Epstein when his services are needed.

At approximately 10:30 am, I was informed that the videotaping was concluded.  I entered the residence and located two covert (hidden) cameras.  The first camera was a covert wall clock in the garage area.  I traced the wire behind the clock and removed the RCA wire and unplugged the camera.  The other covert camera was located within a desk clock beside Epstein's desk.  I traced the wire behind the clock and unplugged the RCA wire.  I could not locate another camera.  I then began with the search of the residence for the specified evidence.

My search consisted of the second floor.  Det. Krauel and I began in the master bedroom area where several items were located.  They were marked to be retrieved by the evidence custodian.  In the master desk

```
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT              Page:       44
Time: 11:36:35                    Incident Report                  Program: CMS301L
```

Case No. . . . : 1-05-000368                                    (Continued)
    with Epstein s notepads marked Jeffrey Epstein we located a high
    school transcript from ███████████  High School for ██████████
    ██████████ Also in the room, was the dresser /armoire where we located a
    bottle of peach flavored Joy Jelly (Sexual Lubricant).  Additionally,
    there were several photographs of young naked teenage girls within the
    closet, which was consistent with what the witnesses said.  The
    massage table was also located within the master bedroom.  Video tapes
    were located beside the television, which were also collected.  An
    itemized list of the property and locations was prepared on the
    property receipts.  At approximately 2:55 pm, the house was secured;
    the exit of the residence was videotaped.  Upon our exit of the
    property, I encountered Atty. Guy Fronstein who advised he was
    representing Mr. Epstein.  He provided a business card and provided
    his assistance with the investigation.

    Due to Hurricane Wilma, which struck the southeast of South Florida
    causing massive power outages, the courthouse was closed due to the
    lack of power.  I was previously told that the Chief Judge had
    extended the filing deadlines due to the hurricane and the Courthouse
    being closed.  On October 27, and 28, 2005 the courthouse was closed
    and I could not file the search warrant and inventory at the clerk's
    office.  On October 31, 2005, I responded to the courthouse and filed
    the paperwork along with an order to seal, signed by Judge Johnson, to
    deny any release of any paperwork on this case.

    INV CONTINUES..

***************************** N A R R A T I V E   # 13 ****************************
NA                       Reported By: PARKINSON, GREGORY A.          10/20/05
                         Entered By.: ALTOMARO, NICKIE A.            11/07/05

On October 20, 2005, at approximately 8:30 a.m., Thursday morning, I
was advised by Captain Gudger that a search warrant would be executed
and that I was to assemble the Crime Scene Investigative Team and
stand by the south side of the building ready to go.  I designated
Evidence Specialist Annette Badger to handle the inventory return, the
documentation of the property receipts and the collection and bagging
of the evidence at the scene.  I further instructed CSI Kim Pavlik, ID
# 8807, to accompany us and perform the role of photographing the
scene and the items that may be taken into custody by the affiant,
Detective Joseph Recarey, ID # 7915.

My responsibility was to go through from the reading of the warrant to
the final exit from the residence and perform a video recording of the
reading of the warrant, the initial walk through of the residence
showing the current condition and then finally a walk through of the
residence at the time of the police exit.

We started out towards the residence, which was located at 358 El
Brillo and arrived at approximately 9:33 a.m.  The search was
conducted, items were collected by Evidence Specialists Badger,
photographed by CSI Pavlik and then videotaped by myself.  The search

```
--------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT          Page:     45
Time: 11:36:35                 Incident Report             Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

    was concluded at approximately 3:05 p.m. whereupon Detective Recarey
    and I were the last two officers in the house.  Upon securing the
    residence we met with the gentleman who identified himself to
    Detective Recarey as the lawyer for the defendant and he was informed
    that the residence was secured and that copies of the inventory return
    had been left on the first floor table of the personal assistant's
    office.

    Detective Recarey and I returned to Police Headquarters and secured
    for the day.


****************************** N A R R A T I V E   # 14 ***************************
NA                       Reported By: DAWSON, MICHAEL C.           11/07/05
                         Entered By.: ALTOMARO, NICKIE A.          11/07/05

    On October 20, 2005, I assisted Defective Recarey in the execution of
    a search warrant at 358 El Brillo Way, Palm Beach, Florida, 33480.

    Upon the announcement of the search warrant, immediate contact was
    made with three white males who came out of the house or surrounding
    structures.  Those males were identified as Janusz Banasiak, Daniel
    Estes, and Mark Zeff.  As other members of the police department
    cleared the home, I kept watch over these three males.  Once the house
    was cleared, those males were turned over to Detective Recarey.

    Detective Dicks and I were assigned to assist in the search of the
    main house, the cabana and the servant's quarters.  We started in the
    garage.  All areas of the garage were searched to include four
    vehicles.  These vehicles were three black Mercedes Benz cars
    registered to Jeffrey Epstein.  The fourth vehicle was a Harley
    Davidson motorcycle, green in color, registered to Jeffrey Epstein.
    Nothing was recovered from the garage.

    A towel closet and pantry located off the kitchen were searched and
    yielded negative results.

    The kitchen was searched and taken into evidence was a phone message
    book that was located near a house phone.

    North of the kitchen was an office room which contained a computer.
    The room had a closet that contained a locked gun locker.  The
    combination was entered by Banasiak in the presence of Sgt. Frick and
    the safe was opened.  Items were taken from the room.  See the
    completed property receipt for a detailed list.

    A green bathroom located on the first floor was searched and nothing
    was taken.

    A closet located just west of the green bathroom was searched.  Two
    massage tables were located in the closet along with a photo of a nude
    female from the waist up.  See the property receipt for details.

```
-------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:     46
Time: 11:36:35                Incident Report            Program: CMS301L
-------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                           (Continued)

I searched two bedrooms and their adjoining bathrooms, which were
located on the second floor on the East side of the house.  In the
Northeast bedroom closet I found adult sex toys called Twin Torpedoes.
 Soap made in the shape of a penis and vagina were also found in these
upstair bedrooms.  See the property receipt for details.

I searched the pool cabana located on the South side of the pool.
Photos were taken from the wall.  See the property receipt for
details.

I assisted in the search of Banasiak s living quarters.  Numerous CD s
along with a message book was seized.  See the property receipt for
details.

**************************** N A R R A T I V E    # 15 ***************************
NA                      Reported By: RECAREY, JOSEPH                 11/08/05
                        Entered By.: ALTOMARO, NICKIE A.             11/08/05

On November 1, 2005, I was contacted by Atty. Gus Fronstin, who
advised he was willing to assist with the investigation.  Atty.
Fronstin advised he would try to have his client, Jeffrey Epstein
available to be interviewed.  I explained I would be interested in
conducting an interview with his client as well as other employees
that are employed within the house.  Atty. Fronstin advised he would
return my call once he received confirmation on the interviews.

On November 6, 2005, I attempted contact with ████████████ at her
residence.  I left a business card for her to return my call.  Upon
returning to the police department, I had received a telephone call
from ████████    .  I returned her call at ████████    and spoke
with ████████  She made arrangements to respond to the station to
provide an interview.  At approximately 3:30 pm, she arrived at the
Palm Beach Police Station with her boyfriend.  Her boyfriend was
allowed to sit in the lobby area while Ms ████████ was interviewed.

I took Ms ████████ to the Detective Bureau Interview room.  I closed the
door for privacy and explained to her that I appreciated her coming to
the police station for the interview.  During the sworn taped
statement, she advised she was at Jeffrey Epstein s house one time.
Approximately two months ago, she was approached by a girl, ████████
████, who was dating her roommate, to make some quick money.  ████
advised she was in need to make some quick cash to make the rent that
month.  She agreed to go to the house.  She had been told by ████████
████ that the massage would have to be done in her underwear.  She
advised ████ drove with her and brought her into the house.  They
walked into the kitchen area and took the stairs upstairs.  ████
further stated she was brought into a master bedroom area.  She
advised she recalled seeing portraits of naked women throughout the
room.  A massage table was already out near the sauna/shower area in
the master bedroom.  Epstein entered the room wearing only a towel and
introduced himself as Jeff.  ████████ advised she recalled she and ████

```

```
--------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT      Page:    47
Time: 11:36:35              Incident Report            Program: CMS301L
--------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
removed their clothing down to their panties, Epstein lay on his
stomach area and they provided a massage on his legs and feet area.  I
asked ███ if she had any formal massage training and she replied
no. ███ advised she was topless and the panties she wore were the
boy shorts lace panties.  She and ███ continued the massage until
the last ten minutes of the massage, Epstein, told ███ to leave the
room so that ███ could finish the massage.

      got dressed and Epstein turned over onto his back.  Epstein then
removed the towel, which had been around his waist.  Epstein laid
there naked and requested that     ███ rub his chest area. ███
stated as she did this, Epstein, began masturbating as she rubbed his
chest. ███ stated he pulled down her boy short panties and he
produced a large white vibrator with a large head.  She stated it was
within a drawer in his master bathroom.  He rubbed the vibrator on her
vagina area. ███ advised he never penetrated her vagina with the
vibrator.

He continued to rub her vagina with the vibrator as he continued to
masturbate. ███ stated she was very uncomfortable during the
incident but knew it was almost over.  Epstein climaxed and started to
remove himself from the table.  He wiped himself with the towel he had
on previously and went into the shower area. ███ got dressed and
met with ███ in the kitchen area.  Epstein came into the kitchen and
provided ███ $200.00 for bringing ███ and paid $200.00 to ███
for providing the massage. ███ was told to leave her telephone
number with Sarah, his assistant for future contact. ███ provided
her cellular telephone number for future contact. ███ was asked
if she was recently contacted about this investigation by anyone from
the Epstein organization.  She replied she was called but it was for
work.  She stated she was called by Sarah for her to return to work
for Epstein. ███ stated work is the term used by Sarah to provide
the massage in underwear. ███ advised she declined, as she was not
comfortable in providing that type of work.  The interview was
concluded and the videotape was placed into evidence.

      Investigation Continues..

******************************* N A R R A T I V E   # 16 ***************************
NA                     Reported By: RECAREY, JOSEPH             11/10/05
                       Entered By.: ALTOMARO, NICKIE A.         11/10/05

On November 7, 2005, I made telephone contact with ███████████ who
advised she would be able to meet with me at her home.  Det. Sandman
and I traveled to her home in ███████████ and made contact with
███████████ During a sworn taped statement,   ███ stated she met
Jeffrey Epstein through Haley Robson.  Robson would approach females
who wished to work for him. ███ stated she was asked to work for
him but declined. ███ explained that work means give massages.
She was asked about any formal training in providing massages to which
she said no. ███ said she accompanied Robson and other females
who were taken to Epstein s house to provide massages. ███████

--------------------------------------------------------------------
```
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT           Page:     48
Time: 11:36:35               Incident Report             Program: CMS301L
```
--------------------------------------------------------------------

Case No. . . . : 1-05-000368                                  (Continued)
     further stated she had been to the house approximately 4 or 5 times in
     the past year.  She accompanied Robson with ███████████████████
     ██████████████████████ the 14-year-old victim, and ███████████████
     Each time the girls were taken over, they were previously told they
     would have to provide a massage, possibly naked.  It was also told that
     should Epstein require them to do anything extra and they were not
     comfortable just to tell him and he would stop.  ███████████ stated
     Robson received $200.00 for each girl she brought over to massage
     Jeffrey Epstein.  When I asked which girl appeared to be the youngest,
     she replied, the victim, as she stated she was fifteen years old at
     the most; she looked really young.  ████████████ further stated each time
     she went to the house, she sat in the kitchen and waited with Robson
     until the massage was over.  She further stated that the cook would
     make lunch or a snack for them as they waited.  I asked her if there
     was anything that caught her attention within the home.  ████████████
     stated there were a lot of naked girls in photographs throughout the
     house.  The interview was concluded and the tape was turned into
     evidence.

     Investigation Continues..

************************** N A R R A T I V E    # 17 **************************
NA                     Reported By: RECAREY, JOSEPH             11/10/05
                       Entered By.: ALTOMARO, NICKIE A.         11/10/05

     Det. Dawson and I attempted contact with ████████████████ in ████████
     ████████  I left my business card at her front door.  Ms ████████████
     returned my call and arranged a meeting with me at the Palm Beach
     Police Department for November 8, 2005.  At approximately 2:00pm,
     ██████████████ arrived at the Palm Beach Police Department.  She was brought
     into the interview room and the door was closed for privacy.  She was
     told that I appreciated her coming to the police station for
     questioning regarding an on going investigation.  She was told that I
     was investigating a crime involving Jeffrey Epstein and knew, based on
     the investigation, that she had had encounters with him in the past.
     During a sworn taped statement, ██████ stated she had met Epstein
     approximately two years ago.  She was first introduced to Epstein by
     Haley Robson.  Robson approached her about working for Epstein and
     providing a massage to him for $200.00.  The arrangements were made
     and as Robson could not take her the day the arrangements were made,
     ████████████████ took ████ ██ ███ █████████ also attended ██████████████ High
     School and was familiar with Epstein.

     ████████████ recalled she was brought there and entered through the back
     kitchen door.  She had met with an assistant Sarah and another
     assistant Adrianna.  Sarah brought her upstairs as she observed
     several photographs of naked females throughout the house.
     stated Epstein came in the room, wearing only a towel, and laid on the
     table.  ██████ stated he picked out the oils he wanted her to use and
     requested she remove her clothing to provide the massage.
     stated that on the first massage she provided she did not remove her
     clothing.  ███████ stated she had returned several times after that.

```
------------------------------------------------------------------------
Date:  2/17/06        PALM BEACH POLICE DEPARTMENT         Page:     49
Time: 11:36:35             Incident Report          Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
Each time she returned more things happened. ███████ stated that the
same thing would happen. Epstein would walk into the master
bedroom/bathroom area wearing only a towel. He would masturbate as
she provided a massage. ███████ stated she was unsure if he climaxed
as he masturbated under the towel. Additionally she never looked blow
his waist. She claimed that Epstein would convince her to remove her
clothes. She eventually removed her clothes and stayed in her thong
panties. On occasion, Epstein would use a massager/vibrator, which
she described as white in color with a large head, on her. Every time
she provided a massage he would masturbate. ███████ added she has no
formal training in providing a massage. ███████ stated she brought
two females during her visits to provide massages. ███████ stated she
brought a girl named ██ and ███████ from ███████
High School. ███████ stated she received $200.00 for each girl she
brought. Additionally, Pentek was given $200.00 for taking her in the
very beginning. The interview was concluded and the tape was placed
into evidence.


     Investigation continues...


*************************** N A R R A T I V E    # 18 ***************************
NA                    Reported By: RECAREY, JOSEPH             11/13/05
                      Entered By.: ALTOMARO, NICKIE A.         11/14/05


On November 8, 2005, I made telephone contact with ███████
███████, at her residence. ███████ responded to the police station
for an interview reference an ongoing investigation. At approximately
2:30 pm, she arrived at the Palm Beach Police Station and was brought
into the interview room for the interview. The door was closed for
privacy and she was told that I appreciated her cooperation in this
case. During a sworn taped statement, ███ stated she had met
Jeffrey Epstein approximately one year ago. She was approached by a
subject known to her as ███████ had asked her if she wanted
to make money providing massages to Epstein. ███████ had heard that
several girls from ███████ High School were doing this and
making money. She agreed and was taken to the house by ███. ███
had introduced her to Sarah and Epstein and brought her upstairs to a
master bedroom and Master bathroom where a massage table was prepared
and the proper oils were taken out. ███ left the room and waited
downstairs for ██ ██ ███ stated Epstein entered the room wearing a
towel and she provided a massage wearing only her thong panties.
███ advised Epstein had masturbated every time she provided a
massage. She stated Epstein continued to masturbate until he
climaxed; once that occurred the massage was over. She felt the whole
situation was weird but she advised she was paid $200.00 for providing
the massage. She also stated ███ received $200.00 for bring ██ to
Epstein.

     stated she had gone a total of 15 times to his residence to
provide a massage and things had escalated from just providing a
massage. Epstein began touching her on her buttocks and grabbed her

--------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT          Page:       50
Time: 11:36:35                   Incident Report              Program: CMS301L
--------------------------------------------------------------------

Case No. . . . : 1-05-000368                             (Continued)
     closer to him as he masturbated.  Epstein also grabbed her breasts and
     fondled her breast with his hands as she provided the massage. ____
     stated on one occasion, he offered extra monies to have vaginal
     intercourse.  She stated this all occurred on the massage table.
     ____ stated Epstein penetrated her vagina with his penis and began
     having intercourse with her until he reached the point of climax.
     Epstein removed his penis from her vagina and climaxed onto the
     massage table.  ___  received $350.00 for her massage.  I asked her
     if she had any formal training in providing massages,       stated she
     did not.

     ____ continued to state on one other occasion, Epstein introduced his
     assistant, Nada, into the massage.  Nada was brought into room with
     ___  to provide a massage.  Epstein had them kiss and fondle each
     other around the breasts and buttocks as they provided a massage to
     Epstein.  Epstein, watched and masturbated as this occurred.  On other
     occasions, Epstein, introduced the large white vibrator/massager,
     during the massage.  Epstein stroked the vibrator/massager on
     vagina as she provided the massage.

     ████ stated the last time she spoke with anyone at the house, was
     with Sarah during the weekend of October 2 or 3, 2005.    ·    stated
     she had brought two people to the Epstein house.  She provided the
     names of ███  ─    and ____ (unknown last name).  It should
     noted,  ██ had been previously identified as ─  ─  ─  ; and had
     been previously interviewed.  The interview was concluded and the
     videotape was placed into evidence via the locker system.

     On November 9, 2005, Sgt Frick and I traveled to 6791 Fairway Lakes
     Drive in Boynton Beach, Florida in hopes to interview Juan Alessi, the
     former houseman of Epstein's home.  As no one was home, a business
     card was left for him to return my call.  We then traveled to 11349 SW
     86th Lane in Miami in hopes to interview Alfredo Rodriguez, a former
     house man of Epstein.  We did not locate them at home.  I left a
     business card for him to return my call.

     We then traveled to ██████████████and met with Dean of Students, Mr.
     Turner.  We requested to speak with    ·.   _  ; was
     interviewed, as she still was in possession of the rental car that
     Epstein had acquired for her.       stated that Sarah, Epstein's
     assistant, had called her on her cellular telephone and informed her
     that rental was extended for her.  Sarah stated she had paid an
     additional $625.00 for her to keep the rental an extra month.
     was asked if she had any additional contact with either Epstein or
     anyone from his organization.       stated she did not, other than
     the telephone call informing her that she could keep the car for an
     extra month.████ did not provide any additional information.

     On November 10, 2005, at approximately 9:47 am, Alfredo Rodriguez had
     telephoned reference my business card found on his door.  Rodriguez
     stated he had worked with Epstein for approximately six months after
     the previous houseman left.  Rodriguez stated that it was his

---

Date:  2/17/06              PALM BEACH POLICE DEPARTMENT              Page:      51
Time:  11:36:35                   Incident Report              Program: CMS301L

---

Case No. . . . : 1-05-000368                              (Continued)
     responsibility to keep the identity of the masseuses private.  Mr.
     Epstein had a massage in the morning and one in the afternoon.   Mr.
     Rodriguez stated he would rather speak about this in private.  He
     advised he would come to the police station to speak with me.
     Rodriguez stated he would return my call on Monday, November 14, 2005.

     I then made telephone contact with Juan Alessi.  He advised he found
     my card on his door and wanted to know what I needed to speak with him
     about.  I explained to Alessi that I was conducting an investigation
     on his former employer, Mr. Epstein.  Alessi stated he would return my
     call shortly as he was in the middle of a project at his home.  I
     received a telephone call from Attorney Donald Morrell from 686-2700.
     Mr. Morrell stated he represented Mr. Alessi and did not want me
     speaking with his client.  I then made telephone contact with the
     State Attorney s Office and confirmed that subpoenas would be issued
     to the former employees to assist in the investigation.

     I then made telephone contact with Attorney Guy Fronstin, attorney for
     Mr. Epstein.  I explained to Mr. Fronstin that I would like to speak
     with Mr. Epstein.  He stated Mr. Epstein is not in residence in
     Florida at this time and would check with him to ascertain if he could
     be here by Wednesday November 16, 2005 for an interview.  Mr. Fronstin
     stated he would return my call should Mr. Epstein decide to come in to
     the police station for an interview.

     Investigation continues.

*************************** N A R R A T I V E   # 19 ***************************
NA                       Reported By: RECAREY, JOSEPH                11/15/05
                         Entered By.: ALTOMARO, NICKIE A.            11/16/05

     On November 14, 2005, Det. Sandman and I traveled to ████████
     ████████ Florida and spoke with ████████████        She was
     told of the ongoing investigation involving Epstein. ████████ advised
     she had gone to the house on several occasions.  During a sworn taped
     statement, she advised she started going to the house approximately
     one year ago and was brought by ⎯⎯ .  (Unknown last name). ⎯⎯
     stated ⎯⎯ . brought her into the house and she was introduced to a
     girl named Sarah.  Once she met her, Sarah brought her upstairs into a
     master bedroom bathroom. ⎯ ⎯ · stated she met Jeffrey in the
     bathroom.  He lay on the table and picked the massage oils.  She
     provided the massage, as he lay naked on the massage bed.  She stated
     she rubbed his calves and back area.  Upon the end of the massage,
     Epstein removed himself from the massage table and paid her $300.00
     for the massage.

     ████████     stated she had only been at the house approximately five or
     six times. ⎯⎯ '  said each time she went to the house she was
     notified by Sarah, Epstein's assistant, that Epstein was in town and
     would like her to work. ⎯⎯⎯ stated she returned to the house and
     was again led upstairs by Sarah.  She provided the massage, clothed.
     ████████     advised it wasn t really weird until later on. ⎯ ' ' was

```
--------------------------------------------------------------------------
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT        Page:     52
Time: 11:36:35                 Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                  (Continued)
    asked if she ever removed her clothing to provide a massage. ███
    stated it was not until the third time she went that she removed her
    clothing. ███████ stated she was notified by Sarah that Epstein
    wanted her to come to work.  She arrived at the house and was led
    upstairs by Sarah.  She started providing the massage when Epstein
    asked her to remove her clothing.  ███ removed her pants, shirt
    and bra.  She stayed in her thong panties and continued rubbing
    Epstein.  Epstein turned over onto his back and she rubbed his chest
    area.  ███████ stated she knew he was masturbating himself as she
    providing the massage.  ███ stated she believed he climaxed based
    on his breathing.  She did not want to view either the climax or the
    fact that he was masturbating.  ███ stated once the breathing
    relaxed he got up and told her to get dressed.  She was paid $300.00
    for her services.

    ███████ stated on the last time she went to provide a massage, she
    was notified by Sarah to come to the house and work.  ███████ stated
    she was now dating her current boyfriend and did not feel comfortable
    going.  She recalled it was approximately January 2005.  She said she
    went, already thinking that this would be the last time.  She went
    upstairs and went into the master bathroom.  She met with Epstein,
    who was wearing only a towel as he entered the room to lie on the
    table.  ███████ stated Epstein caught her looking at the clock on
    several occasions.  Epstein asked her if she was in a hurry.  ███
    stated her boyfriend was in the car waiting for her.  ███████ further
    stated that Epstein got upset, as she wasn t enjoying the massage.
    She told him that she didn t want to continue and she would not be
    back.  Epstein told her to leave as she was ruining his massage.  I
    asked her if she had any contact with Epstein s organization, she
    stated she received $200.00 from Western Union in ███████ and
    Okeechobee Blvd as a Christmas gift.  ███ advised she had no
    formal training in provide any massages.  ███ also stated she was
    sixteen years old when she first went to Epstein s house.

    At approximately 4:22 pm, I made telephone contact with ████████
    at ████████.  She agreed to meet with me at a public place.  I
    suggested she come to the police station for an interview.  ███ did
    not want to meet at the police station.  I recommended we meet at the
    Palm Beach Gardens Mall in the food court area.  She agreed and an
    appointment was made for November 15, 2005 at 5:00 pm at the food
    court.

    Investigations Continue.

*************************** N A R R A T I V E  # 20 **************************
NA                      Reported By: SANDMAN, JENNIFER R.          11/16/05
                        Entered By.: ALTOMARO, NICKIE A.           11/17/05

    On 10/20/2005, I assisted executing a search warrant at 358 El
Brillo Way in the Town of Palm Beach, Palm Beach County Florida under
the direction of affiant Detective Joe Recarey.