# EXHIBIT D

```
--------------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:      53
Time: 11:36:35               Incident Report            Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

    Detective Melnichok and I searched the pantry room that is west next to the kitchen.  This room had all white cabinets with a dark grey and black counter top.  We did not find anything in this room.

    We searched the yellow and blue room that is west next to the pantry room.  This room had a very large statue of man with a bow.  Taken into evidence from this room were nine photographs in frames of various women.

    We searched the main entrance foyer that is to the north of the yellow and blue room.  This room contained two bamboo chairs and ottomans with cushions.  It also contained a round table with numerous books.

    We searched another blue room that is west of the foyer.  This room had a stereo system and book shelves that were from the floor to the ceiling.  Taken into evidence from this room were eight photographs in frames of various women and/or Epstein, the owner of the residence.

    We searched the room to the west of the blue room that has sliding glass doors that lead out to the pool.  In this room in a dresser were two DVD's and two VCR tapes.  These items were taken into evidence.

    We searched a 2004 black Chevy Suburban bearing Florida tag X99-EGL, registered to Jeffrey Epstein DOB 01/20/53, which was located on the east side of the driveway facing south.  I found a Thrifty rental agreement between the passenger seat and the middle console.  The name on the rental agreement was Johanna Sjoberg from 622 Holly Drive Palm Beach Gardens, Florida 33410.  The phone number on the rental agreement was (561) 714-0546.  The vehicle rented was a white 2005 Chrysler Sebring bearing Florida tag W99-FUN.  The vehicle was rented on 9/25/05 at 17:58 hours and was returned on 9/26/05 at 16:52 hours.  The last four numbers of the credit card used are 9821.  Detective Melnichok found a piece of paper in the middle console that said I used the cash in here to fill up the tank and was signed by Johanna.

    I searched the 2005 black Cadillac Escalade ESV bearing Florida tag Q29-9GT, registered to Jeffrey Epstein dob 01/20/53, which was located on the west side of the driveway facing south.  I did not find anything in this vehicle.

    All of the items that were taken into evidence were photographed in the place they were located and then turned over to crime scene.

```
**************************** N A R R A T I V E   # 21 ****************************
NA                      Reported By: RECAREY, JOSEPH               11/17/05
                        Entered By.: ALTOMARO, NICKIE A.           11/17/05
```

```
-------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT      Page:      54
Time: 11:36:35              Incident Report            Program: CMS301L
-------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

On November 15, 2005, Det. Sandman and I traveled to ████████
Place in ████████████████ We met with ████████████████, a
seventeen-year old juvenile who was not in school this day due to a
cold from which she was suffering. ████████ was told that I needed to
speak with her in reference to an ongoing investigation involving a
subject she would know as Jeffrey Epstein. Prior to speaking with
her, I explained that because of the fact that she is a minor, I
needed to speak with her parents prior to speaking with her. She
telephoned her father, ████████████, on his cell phone and
explained to him that Det. Sandman and I, were there to speak with her.
I spoke with Mr. ████████ on the telephone and informed him I needed
to speak with his daughter in reference to an ongoing investigation.
Mr. ████████ advised he had no problem with us speaking with his
daughter.

During a sworn taped statement ████████████ stated she met Jeffrey
Epstein over a year ago. She was sixteen years of age and was
approached by ████████, ████████ who informed her that she could make monies
providing a massage to Epstein for $200.00. ████ ████ had informed her
that she would have to provide this massage topless. ████████ made the
arrangements with Epstein and his assistants and took ████ to the
house. ████████ stated ████ and she entered through a glass door
that led into a kitchen. ████████ took her upstairs, to a master bedroom
and master bathroom. She recalled the bathroom had a large pink
couch, sauna and matching shower. Epstein entered into the room
wearing only a towel. ████████ and ████ ████ removed their clothing
remaining only in thong underwear. She further stated that Epstein
lay on his chest on the table. Epstein selected which oils to use for
the massage. Both ████ ████ and ████████ provided the massage on his
legs, back and feet. Forty minutes into the massage, Epstein turned
over onto his back and requested ████████ wait downstairs in the kitchen
area for ████████. Epstein instructed ████████ to finish the massage.
As ████████ got dressed, ████████ starting rubbing his chest. ████████
left the room, and Epstein began masturbating himself as ████████
rubbed Epstein s chest. ████████ ████ stated he continued masturbating
until he climaxed on the towel he was wearing. When asked if he had
removed the towel she stated he turned the towel around so that the
opening would allow him to expose himself. After he cleaned himself
off with the towel, he instructed ████ ████ the massage was done and to
get dressed and met with him downstairs. ████████ got dressed and met
with Epstein in the kitchen area. She was paid $200.00 dollars for
providing the massage. ████████████ stated she was aware that ████████ also
received monies for the same thing.

The second time she went to the house she was again approached by
████████████ asked if she wanted to return to the house to provide
another massage; ████████████ agreed and the arrangements were made by
████ for her to return to the house. ████████ stated ████ drove her
to the house and knocked on the same glass door that leads to the
kitchen area. They were allowed entry into the house by one of the
staff members. ████████ led her upstairs to the master bedroom and
master bathroom area. ████████ left ████████ this time to do the massage

```
--------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT         Page:     55
Time: 11:36:35               Incident Report           Program: CMS301L
--------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

alone.  Epstein entered the room again wearing only a towel. ███
began removing her clothing as she did the last time she was at the
house.  Epstein instructed her to get naked.  He lay on the table on
his stomach as ███████████ began massaging his legs and back.

As ███████ finished with Epstein s back and legs, Epstein then turned
over onto his back. ████████ started to rub his chest and he began
masturbating himself.  As ˙‾‾˙ rubbed his chest, Epstein leaned
over and produced a massager/vibrator.  He turned it on and began
rubbing ‾‾‾‾‾‾ s vagina and masturbating himself at the same time.
███████████ stated she continued to rub his chest as this was occurring.
She described the vibrator/massager as large, grey with a large head.
Epstein rubbed her vagina for approximately two to three minutes with
the massager/vibrator.  He then removed the vibrator from her vaginal
area and concentrated on masturbating himself. ‾‾‾‾‾‾‾ stated he
climaxed onto the towel again and informed her that the massage was
done. ‾‾‾ got dressed and met with ‾ ˙ who was waiting in the
kitchen area.  She received $200.00 for the massage. ‾ ˙‾ said
she never returned to the house and had no desire to return to the
house. ‾ ‾‾‾‾ was asked if she received any formal massage
training.  She advised she had no formal training. ‾ was asked
if Epstein knew her real age. ‾‾‾‾‾‾ stated he knew as he asked her
questions about herself and high school.  He was aware she attended
and is still attending ███████████ High School.

The interview was concluded.  I suggested ███████ inform her parents
of what occurred at the Epstein house. ‾ ˙˙ stated she would tell
her father as he was unaware this had occurred.  I left my business
card for any questions they may have.  We left the area and returned
to the police station.  The tape was placed into evidence.

Investigation Continues.

*********************** N A R R A T I V E  # 22 ***************************
NA                   Reported By: RECAREY, JOSEPH            11/17/05
                     Entered By.: ALTOMARO, NICKIE A.        11/17/05

On November 15, 2005, Officer Munyan and I responded to the Palm Beach
Gardens Mall food court section to meet with ███████████ At
approximately 5:10 p.m., ███████ arrived and met with us at the food
court. ████████ provided a sworn taped statement in which she stated
she had been at the Epstein house over fifty times.  She began going
to Epstein's house when she turned eighteen years old. ███ was
asked if she knew of the on-going investigation. ████████ stated she
was aware there was an investigation as she had been told by other
girls that were interviewed.  Additionally, she has had several
telephone conversations with Epstein's assistants as to what had been
going on during the investigation.

I asked ████████ how she was introduced to Epstein. ████████ stated she
did not want to disclose who brought her to the house but she would
respond to any other questions.  When I asked her what happened at the

```

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:     56
Time: 11:36:35              Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
house, ▓▓▓▓▓ stated everything happened.  It all began with the
massages.  Each time she went more things happened.  She would massage
Epstein and he would masturbate and climax.  She stated things
escalated from there.  She provided oral sex on Epstein and he
provided oral sex on her.  She stated he would also use a
massager/vibrator on her vagina to stimulate her as she massaged him.
He introduced his assistant Nadia or Nada to have vaginal intercourse
with ▓▓   ▓.  She stated Nada or Nadia would utilize a strap-on
(synthetic penis) to have intercourse with her.  She was told to
masturbate herself as Epstein and Nada had sexual intercourse.  All
this was done at Epstein's direction.

      ▓▓▓▓▓ could not provide exact dates as she had been to the house so
many times.  ▓▓▓▓ stated Epstein inserted his fingers in her vagina
to stimulate her as she massaged him.  When I asked her if there had
been any vaginal intercourse with Epstein, she stated she did not have
sex with him.  She did admit having sex with Nada, his assistant.
▓▓▓▓▓▓ stated not every time she went involved sexual favors.
Sometimes she would just talk with him and get paid.  I asked her how
much she was paid each time she went to Epstein s residence.  ▓▓▓▓▓▓
stated she got paid $300.00 every time she went to the house.  She was
told to bring other girls to him to provide massages.  ▓▓▓▓▓ declined
stating that she does what she does and did not want to introduce
anyone else to do what she does.▓▓▓▓▓▓ stated she had never received
any formal training in providing massages.

      I showed ▓▓▓▓▓ a photo line up in which Nada Marcinkova was placed in
position six.  She reviewed the six photographs and immediately
identified Nada Marcinkova as the person with whom she had
intercourse.  Additionally, it was the same person she watched have
intercourse with Epstein.  She signed the photo line-up under Nada
Marcinkova s photo as the person she identified.  We then left the
mall and returned to the police station.  The photo line up and tape
were placed in to evidence.

      Investigation Continues...


*************************** N A R R A T I V E   # 23 ***************************
NA                      Reported By: RECAREY, JOSEPH              11/29/05
                        Entered By.: ALTOMARO, NICKIE A.          12/01/05


On November 17, 2005, I received a phone message from Atty. Guy
Fronstin who advised to call his cellular phone reference his client
Jeffrey Epstein.  I telephoned his cell phone and left a message for
him to return my call.  I did not receive a call back on Thursday,
November 17, 2005. On Friday, November 18 2005, I retrieved another
voice mail from my work phone from Mr. Fronstin advising he would not
produce his client Jeffrey Epstein for any statement.  Fronstin stated
he had spoken with ASA Lana Belohlavek and expressed Mr. Epstein has a
passion for massages.  I called ASA Lana Belohlavek and confirmed that
Fronstin had telephoned her reference this case.  Although nothing was

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:     57
Time: 11:36:35              Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                          (Continued)
    discussed, Mr. Fronstin did advise her that Epstein is very passionate
    about massages.

    I also spoke with ASA Daliah Weiss reference the previous employees,
    Juan and Maria Alessi.  She advised that they had been served through
    a subpoena process server.  They were both scheduled to appear on
    Monday November 21, 2005 at 12:00 p.m.

    On November 21, 2005, I met with ASA Weiss, Atty. Donnie Murrell and
    Juan and Maria Alessi at the State Attorney Office.  ASA Weiss had
    requested a court reporter be present to take the statement of the
    Alessi s.  I spoke with Maria Alessi, in the presence of her attorney,
    Donnie Murrell.  She advised she had worked for Epstein for eight
    years, from the period of 1994 through 2002.  She advised she had
    never had any direct conversations with him.  She stated it was her
    husband who spoke directly with Epstein.  Her work consisted of doing
    house cleaning, shopping and other preparations when Epstein would
    arrive in town.  Alessi stated the preparations consisted of preparing
    the house and bathrooms for his arrival.  She advised she did view
    several masseuses that arrived at the house.  She advised that two or
    three girls would come during a day and provide the massages.  The
    girls that arrived looked young in age.  Mrs. Alessi did not know any
    of the girls personally and were always different.  She was told that
    when Epstein was in residence he did not want to encounter the Alessis
    during his stay in Palm Beach.

    I then spoke with Mr. Alessi in the presence of his attorney, Donnie
    Murrell.  Mr. Alessi stated that he was employed for eleven years with
    Mr. Epstein.  He originally was hired as a part time employee and then
    moved up into a full time position.  His duties included everything.
    Alessi stated he was the house manager, driver and house maintenance
    person.  It was his responsibility to prepare the house for Epstein s
    arrival.  When asked about cooks or assistants, Alessi stated they
    traveled with Epstein on his private plane.  He remembered dealing
    with his girlfriend, Ms. Maxwell originally and then dealt with
    Epstein directly.

    I asked Mr. Alessi about massages that occurred within the home.  Mr.
    Alessi stated Mr. Epstein had up to three massages a day.  Each
    masseuse that visited the house was different.  Alessi stated that
    towards the end of his employment, the masseuses were younger and
    younger.  When asked how young, Mr. Alessi stated they appeared to be
    sixteen or seventeen years of age at the most.  The massages would
    occur in Epstein's bedroom or bathroom.  There were times he recalled
    that he would set up the massage tables either in Epstein s bedroom or
    in his bathroom.  I asked if there were things going on other than a
    massage.  Alessi stated that there were times towards the end of his
    employment that he would have to wash off a massager/vibrator and a
    long rubber penis, which were in the sink after the massage.
    Additionally, he stated the bed would almost always have to be made
    after the massage.  Alessi was never privy to what went on during the
    massages.

```
--------------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:     58
Time: 11:36:35               Incident Report              Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

He was asked if he remembered any names of the girls that massaged
Epstein.  He tried to remember and was unable to provide any exact
names of any girls.  Alessi was asked about any contact with anyone
from the Epstein organization.  Alessi said he did speak with Mr.
Epstein shortly after my initial contact with him to find out what was
going on.  Alessi also stated that approximately on November 11, 2005,
he was contacted by a private investigator from the Law Office of Roy
Black.  The investigator had called him to meet with him to ascertain
what he was going to tell the police.  Alessi stated they met at the
Carrabba s Restaurant in Boynton Beach and discussed the same
questions I was asking him.  I informed Mr. Alessi and Mr. Morrell
that as this is an ongoing investigation and anything we discuss
should be confidential.  They both acknowledged the fact that the
information would be kept confidential.  It should be noted that a
court reporter was present during the interviews and would be
providing a copy of the statements to me when they become available.

On November 21, 2005, I received a voice mail from Mr. Fronstin who
advised he would not be making Mr. Epstein available for any
statements.  He did have some words that he wanted to relay on behalf
of Mr. Epstein.  I telephoned his office and left a message for him to
return my call.

On November 29, 2005, I received a call back from Mr. Fronstin who
left a voice mail after hours on November 28, 2005, advising he would
return my call during normal business hours to speak with me reference
the case on November 29, 2005.

```
*************************** N A R R A T I V E  # 24 ***************************
NA                      Reported By: RECAREY, JOSEPH            11/29/05
                        Entered By.: ALTOMARO, NICKIE A.        12/01/05
```

On November 29, 2005, at approximately 2:30 p.m. I received a
telephone call on the department issued cell phone.  Mr. Fronstin
stated he was calling to relay information that Mr. Epstein wished he
could relay.  Mr. Fronstin stated that he would not allow Mr. Epstein
to speak with me at this time.  He further stated that Mr. Epstein is
very passionate about massages.  He continued that Mr. Epstein had
allegedly donated over $100,000 to the Ballet of Florida for massages.
The massages are therapeutic and spiritually sound for him that is
why he has had many massages.  Mr. Fronstin stated he appreciated the
way the investigation has not been leaked out into the media.   I
explained to Mr. Fronstin that it is as important to protect the
innocent if the allegations are not substantiated.  Mr. Fronstin was
told of the allegations that the private investigators assigned to the
case have been portraying themselves as police officers.
Additionally, I explained that my cell phone had been called by the
private investigators.  Mr. Fronstin advised he was not aware of that
and advised they were under the direction of Attorney Roy Black in
Miami.  Mr. Fronstin further stated Epstein had originally called Mr.

```
--------------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:     59
Time: 11:36:35               Incident Report              Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    Dershorwitz in Boston, who recommended Roy Black in Miami, who asked
    Mr. Fronstin to assist.  I informed him that if and when any charges
    would be presented I would notify him.  The call was then terminated.

    Investigation continues.

```
****************************  N A R R A T I V E   # 25 **************************
NA                  Reported By: RECAREY, JOSEPH              12/15/05
                    Entered By.: ALTOMARO, NICKIE A.          12/16/05
```

A review of the telephone message books, which were obtained during
the search warrant, was conducted in which various messages from
different dates were made to Jeffrey Epstein.  The telephone message
books have a duplicate copy (Carbon Copy) which, once a phone message
is written into the book, the top copy is then torn on the perforated
edge and the carbon copy is left in the book.  First names of girls,
dates and telephone numbers were on the copy of the messages.  I
recognized various numbers and names of girls that had already been
interviewed.  The body of the messages was time of the day that they
called for confirmation of "work."  Other names and telephone numbers
were located in which the body of the messages were, "I have girls for
him" or "I have 2 girls for him."  These messages were taken by Sarah
for Jeffrey Epstein.  Based on the context of the body of the
messages, I requested subpoenas for subscriber information on the
telephone numbers and the time frame involved.  Copies of the messages
were made for evidentiary purposes.

I obtained ▮▮▮▮▮▮▮▮▮▮▮High School yearbooks for 2005, 2004 and
2003.  I first reviewed the 2005 yearbook and located most of the
girls I had spoken with.  Additionally, I located ▮▮▮▮▮▮▮▮▮▮
Based on the corrected name spelling, I was able to locate her to her
residence in Loxahatchee.  On December 8, 2005, Det. Caristo and I
responded to ▮▮▮▮▮▮▮▮▮in Loxahatchee. I located ▮▮▮▮▮▮▮▮ at
her home.  She advised she is attending ▮▮▮▮▮▮▮▮▮▮High and is
participating in the early release program so she can maintain her
part time job.  As she is still a minor, I left my business card to
have her mother return my call to request an interview with her
daughter.  We then left the area.

I also had previously researched the telephone number for "Tatum" and
telephone number 561-640-7912.  A subpoena had been issued for the
information on 561-640-7912.  The telephone number was registered to
Scott Miller of 1558 Velvet Place E.  A query of Tatum Miller revealed
that she is the daughter of Scott Miller and is currently residing at
4938 21 Road North in West Palm Beach.  Det. Caristo and I attempted
contact with Miller with negative results.  I left my business card on
her front door requesting she return my call.  We then responded to
1558 Velvet Place E in West Palm Beach.  I also attempted contact with
Mr. Miller with negative results.  I left my business card for him to
return my call.

```
--------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT          Page:      60
Time: 11:36:35                  Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                  (Continued)
    On December 9, 2005, I received a telephone call from ██████████
██████████████ mother, who was made aware of the on going
investigation in Palm Beach.  ██████ advised she was told of
everything that occurred at Epstein's house involving Epstein and his
staff.  She advised she would allow me to question her daughter about
what occurred and would cooperate with the investigation.
provided me with ██████████cellular telephone number to schedule an
appointment for an official interview.  I telephoned her cellular
telephone and made a tentative appointment for Monday, December 12,
2005.

    I then received a telephone call from ████████████, father of ██
██████, who stated he found the business card on his door.  I
explained that I was conducting an investigation and needed to speak
with ██████, as she may have information that could assist in the
investigation.  ██████████████ stated that his daughter no longer resides
with him and has her own trailer in another trailer park.  He advised
he would tell her to call me.

    On December 12, 2005, due to a conflict with schedules, arrangements
were made to meet with ██████████████ on Tuesday, December 13, 2005
at 5:00 pm.  On December 13, 2005, Det. Dawson and I traveled to
Loxahatchee and met with ████████████████.  During a sworn taped
statement, ██████ stated that when she was sixteen years old, she was
taken to Epstein's house to provide a massage for money. ████████
stated it was before Christmas last year when ██████████████ approached
her and asked if she needed to make money for Christmas; ██████ stated
she did and agreed to provide a massage for money. ████ made
arrangements to take ██████ to the house and drove ██████ to the house
to "work."  ██████ stated she could not remember the street name but
would be able to drive to the street.  They drove to the last house on
the street and pulled in the last house on left side.  They walked up
the driveway and entered through a side gate which led to a kitchen
door.  They knocked on the door and were encountered by an employee
who ██████ described as a "Spanish looking lady." They informed her
that they were expected.  They were then encountered by a white female
with long blond hair.  ████████ was unable to remember the name of the
white female with blond hair but knew she was Epstein's assistant.
She was led upstairs by the white female who explained that there
would be lotions out already and Epstein would choose the lotion he
wanted her to use.  She was led through a spiral staircase which led
to a master bedroom and bathroom.  The massage table was already set
up in the bathroom. ████████████described the bathroom as a large spacious
bathroom with a steam room and shower beside it with a sink to the
right.██████████ was introduced to Jeff who was on the phone when she
entered.  Jeff was wearing a white towel and lay on his stomach so
that ██████ may massage his feet and calves.██████████ started the
massage with the massage oil Jeff chose and rubbed his feet and
calves.  Jeff got off the phone and requested she massage his back as
well.  ██████ began rubbing his back and got to the small of his back.
During the rubbing of his back Jeff asked her to get comfortable.  He
requested she remove her pants and shirt. ████████removed her shirt

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:    61
Time: 11:36:35               Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    and pulled her pants off.        stayed in her bra and thong panties.
As she finished the small of the back, Jeff then turned onto his
back.  He instructed she rub his chest and pinch his nipples.  As she
began to rub his chest, Jeff asked her questions about herself.
      remembered telling him she attended ████████████High
School.  Jeff asked her if she was sexually active.  Before
could answer, he also asked what sexual positions does she enjoy.
_____ stated she was shy didn't like talking about those things.  She
continued rubbing his chest.  Epstein reached up and unsnapped her bra
from the front.  _____ explained the bra she used had a front
snapping device.  Epstein rubbed her breasts and asked her if she like
having her breasts rubbed.  __  said "no, I don't like that."
Epstein then removed his towel and lay on the bed naked exposing his
penis to _  .  He began touching his penis and masturbated as he
touched her breasts.  _____ explained Jeff then touched her vagina
area by rubbing her vagina with his fingers on the outside of her
thong panties.  _____ tensed up and stated Jeff was aware that she
was uncomfortable.

      stated that Jeff told her , "Relax, I'm not going inside." She
further explained Jeff commented to her how beautiful and sexy she
was.  Jeff then moved her thong panties to one side and now was
stroking her clitoris.  _____ said "Jeff commented how hard my clit
was." He then inserted two fingers in her vagina and was stroking her
within her vagina.  She tried pulling back to pull out his fingers
from within her vagina.  Jeff removed his fingers from within her
vagina and apologized for putting his fingers inside her.  During this
time he kept his hand on her vagina area rubbing her vagina.
stated he rubbed her real hard as he was masturbating.  _____ said he
climaxed onto the towel he had been previously wearing and got up from
the table.  Jeff told her there was $200.00 dollars for her on the
dresser within the master bathroom.  Jeff also told her that there was
an additional $100.00 that was to be given to _  for bringing her
there to massage him.  Jeff told her to leave her telephone number
with his assistant as he wanted to see her again.  Jeff stated his
assistant would contact her to work again soon.

I asked her if she ever received any formal massage training to which
_  stated she did not.  _____ stated it was the only time she
ever went to work for Jeff and knew what happened to her was wrong.
She stated she no longer speaks to ____ because she was upset that
_  took her there.  She further stated that she had never been
contacted for any additional work.  The interview was terminated and
we left the area.

    Investigation Continues...


*************************** N A R R A T I V E   # 26 ***************************
NA                      Reported By: DICKS, ALLEN C.              12/18/05
                        Entered By.: ALTOMARO, NICKIE A.          12/19/05

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:    62
Time: 11:36:35               Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                (Continued)

On 102005 at approx 0930hrs I assisted with the execution of a search warrant at 358 El Brillo Ave, Palm Beach.

Initially I was assigned to enter the residence and conduct a sweep of the premises for safety purposes.  I then accompanied CSEU tech Pavlik while she photographed the exterior of the house. Once this was complete I was assigned to search certain areas of the house with Det. Dawson as part of the search warrant.

We began in the garage, searching three Mercedes Benz vehicles, a Harley Davidson motorcycle and adjacent closets in the garage. Nothing of evidentiary value was located.

We then searched two closets off the kitchen area on the east side. These can best be described as pantry or storage closets. Nothing of evidentiary value was obtained.

A small office with adjoining bath was then searched. In the bath area I located a phone message book with recent messages.  This item was seized as evidence.  Please note this bath and shower area are not used as designed but are storage areas containing a variety of items to include a gun safe in the shower and assorted household items.

We then searched a bath area and closet at the base of the main stairs in the foyer.  Inside the closet two massage tables were located as well as partial nude female photographs.  These items were later seized as evidence.  Nothing of evidentiary value was noted in the bathroom.

We then searched two bedrooms upstairs on the east side of the residence.  Located in the bath room of the south bedroom was penis shaped soap.  Located in the bedroom of the northern bedroom was penis and vagina shaped soap as well as an adult sex toy.  These items were seized as evidence.

We then searched the pool cabana located in the south west corner of the property.  Several photographs of nude females were seized as evidence.

I was then assigned to stand by with a person I believe was Douglas Schoettle.  Mr. Schoettle was in the residence at the beginning of the search warrant. He was present during the warrant service and subsequent search.  I stood by with him until the search was completed and I departed the residence.  I had no conversation with him regarding the reason for our presence.

Regarding seized evidence, all items were photographed in place and then collected by CSEU personnel.

This concludes my involvement in this case.

```
------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT        Page:    63
Time: 11:36:35                 Incident Report           Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
**************************** N A R R A T I V E   # 27 ****************************
NA                          Reported By: KRAUEL, CURTIS D.           12/21/05
                            Entered By.: ALTOMARO, NICKIE A.         12/21/05

On Thursday, October 20, 2005 at approximately 0936 hours, I assisted
in the execution of a search warrant located at 358 El Brillo Way,
Palm Beach, Florida, residence of Jeffrey Epstein.  I was instructed
by Case Agent Det. Joseph Recarey, to secure all computer and media
related material from the residence.

Upon my arrival I was directed by Det. Recarey to a room designated as
the Kitchen Staff Office.  I observed a, Silver in color, CPU with the
left side cover removed, exposing the CPU s hardware sitting on floor
next to a glass type desk.  The CPU had no discernable identifiers or
features indicating a make or model.  This CPU was powered off with
the power cord not plugged in.  The keyboard and mouse were atop the
CPU.  It should be noted that the CPU was not connected to a monitor,
printer, or other media device.  On the back Panel of the CPU, I
observed an A/V card with RCA jacks attached.  This type of hardware
would allow audio and video to be downloaded onto the CPU s hard disk.
 The ends of the RCA jacks were unattached at the time of the search
and no external camera was located within this room.

The CPU was located on the right side of a desk that held a flat panel
LCD screen.  The desk also held another keyboard and mouse, indicative
of a second computer; however, no other computer was found.  It
appeared as though a second computer had been recently removed as the
cables ends from the monitor, keyboard and mouse were in the same
area.  A further search of the room revealed no media storage devices,
i.e. CD s, Floppy Disks, Zip Disks, etc.  This type of media is
commonly stored in an area where computers are placed, yet no media
was found.

After completing a search of this room, I secured the CPU and turned
all items over to the Evidence Custodian for future forensic analysis
via a property receipt.

I was then directed by Det. Recarey to a room designated as the Garden
Room, where I observed a wooden desk facing west.  The desk held a
flat screen LCD monitor, keyboard, mouse, media card reader and
printer; however, no CPU was located.  All of the cables were removed
from an area where a computer had once been.  A search of the desk
area revealed no signs of any media devices.

Det. Recarey directed me to a third location designated as the Cabana
room, which is detached from the residence and located just south of
the pool.  In the South East corner of the room, I observed an office
type setting, with an L-shaped desk holding a flat screen LCD monitor,
keyboard, mouse and printer; however, no CPU was located.  All of the
cables were removed from an area where a computer had once been.  A
search of the desk area revealed no signs of any media devices.

```
------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:     64
Time: 11:36:35                Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

    Det. Recarey directed me to a second detached structure located on the South East corner of the property.  This area of this structure was assigned with single letters to identify a particular part of the room.  In the office area, designated as Room B, I observed a powered on Dell Dimension 2350, attached to an LCD flat panel monitor.  The screen displayed an open Microsoft Internet Explorer browser with URL address of http://home.bellsouth.net/.  I observed no other active windows in the Start panel window and photographed screen.  The power cord was removed from the back of the Dell CPU and I disconnected the cable modem to prevent remote access.  At that time, the Dell CPU, marked with Serial Number 6WTVN21, was secured and turned over the evidence custodian for forensic analysis via property receipt.
  I also located several media related items within Room B, which were recorded onto a property receipt and turned over the Evidence Custodians.

I then responded to a Bedroom designated as Room F, where I observed a white in color CPU marked Premio.  The Premio CPU was in a computer desk which held a white CRT monitor, both of which were powered on. The CRT monitor displayed a message from Norton Antivirus software, warning of an expired subscription.  I observed no other active windows in the Start panel window and photographed screen.  I removed the power cable from the back of the Premio CPU and shutdown all other media.  The Premio CPU, marked with Serial Number 2000091078, was secured and turned over the evidence custodian for future forensic analysis via property receipt.  I also located several media related items within Room F, which were recorded onto a property receipt and turned over the Evidence Custodians.

This concluded my participation in the search of the residence.

*************************** N A R R A T I V E  # 28 ***************************
NA                      Reported By: RECAREY, JOSEPH               12/21/05
                        Entered By.: ALTOMARO, NICKIE A.           12/21/05

On December 20, 2005, I contacted ASA Daliah Weiss in an attempt to subpoena the Epstein former houseman, Alfredo Rodriguez.  Rodriguez, who resides in Miami, had eluded the process servers previously and was not served the investigative subpoena.  A telephone message was left as she is not available during the week of 12/19/2005.  I made contact with State Attorney Inv Theresa Wyatt and requested the same via telephone message.

I then researched the victim's ▮▮▮cellular telephone subpoena data which had been received from a previous subpoena request.  I analyzed the records which depict several calls from Haley Robson.  The telephone calls start on February 6, 2005 at 12:49 pm.; the same day which the victim and the victim's father stated the incident occurred at Epstein s house.  The first incoming call was from Robson's residence at 561 333-0180.  The second incoming call from Robson's cellular phone 561-308-0282 occurred at 1:02 pm. The call durations

```
--------------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT          Page:     65
Time: 11:36:35                 Incident Report           Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)

were one minute or less.  The time frame was within thirteen minutes
apart.  It should be noted that Robson s residence was in close
proximity to the victim's.  The next call occurred at 5:50 pm when the
victim telephoned Robson s residence. Several calls were made after
the above mentioned calls both incoming and outgoing to Robson.
Further analysis showed no telephone calls to either Robson s cellular
telephone or Robson's residence were registered prior to February 6,
2005.

Additionally, I also conducted an analysis on the telephone calls from
305-710-5165.  The subscriber information confirmed that the number is
registered to Paul A Lavery from Hialeah, Florida.  The address was
crossed referenced to the Office of Kiraly and Riley Private
Investigators.  I researched the web page www.rileykiraly.com which
also showed various cases in which they assisted.  I also located
another web site under www.coralspringssparklandrotary.org in which
Mr. Riley attended a Miami Rotary meeting and confirmed Atty. Roy
Black is among his clientele.

The telephone calls revealed Lavery had telephone contact with
_____, _____ and _____ either just after I attempted to
interview them, or just prior.  A background was conducted on Lavery
which revealed he holds a current Private Investigator License.  A
criminal arrest record revealed he had been previously arrested for
possession of cocaine and solicitation of prostitution.

I also researched the girls using www.myspace.com.  This web site is a
new social networking service that allows members to create unique
personal profiles online in order to find and communicate with old and
new friends.  The site allows one to establish your own myspace.com
page and decorate the page any way one wishes.  I found the following
people have myspace sites:  Haley Robson, _____, _____,
_____, _____., YL, _____, and
MD.

I received a Cingular Wireless packet which contained a CD which
contained the results of the subpoena request for verbatim calls on
917-855-3363.  An analysis will be conducted in the near future on the
phone numbers called.

Investigation Continues.


*************************** N A R R A T I V E   # 29 ***************************
NA                        Reported By: RECAREY, JOSEPH            12/27/05
                          Entered By.: ALTOMARO, NICKIE A.        12/29/05

Upon doing research on the message books recovered in the search
warrant, I located the identity of "_____." The telephone number
561-_____ was registered to (_____.  She currently is
seventeen years old and is attending the Palm Beach Mall Academy.  I
responded to 1801 Palm Beach Lakes Boulevard, also known as the Palm

```
------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT        Page:     66
Time:  11:36:35                 Incident Report           Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
Beach Mall.  I located the Simon Youth Foundation.  I located ‾ ‾
        inside the foundation and informed her that I was
investigating a case against Jeffrey Epstein and knew she had been at
the house.        started to cry and advised she had put that part
of her life behind her.  I explained that although she is seventeen
years old I needed to inform her parents that she would be
interviewed.  She provided her home telephone number.  I attempted
contact and left voice mail messages at the house to speak with her
parents.

Det. Caristo and I then located Tatum Miller at her residence located
at 4938 21 Road in West Palm Beach.  I attempted to interview her
about Jeffrey Epstein.  She advised she is so in love with Jeff
Epstein and would do anything for him.  She further explained that she
would not speak with us about him either negative or positive.  She
asked us to leave her property.  I informed her that although she did
not wish to speak with us, I had sufficient information at this point
in the investigation to know she was at Epstein's house and provided
girls to Epstein to work.  I also explained that prior to our arrival
at her residence I had telephone contact with her father, Scott
Miller, who was told she would be interviewed.  Tatum Miller is
currently seventeen years old and as a juvenile, parental notification
would be required.  We then left the area and returned to the police
station.

While at the police station, I left another telephone message for
        parents.  I began an analysis of Sarah Kellen's Cellular
telephone.  The telephone number 917-855-3363 is assigned to Sarah
Kellen and the financially responsible party is Jeffrey Epstein of 457
Madison Ave. in New York City, New York.  The time frame which was
subpoenaed was September 2005, through October 2005.  There were
eighty seven pages of calls made either to the cell phone or from the
cell phone.  The local (561) numbers were analyzed.  A spread sheet
was prepared and placed into the attachment file of who was called.

The unknown numbers were researched using FoneFinder.com and subpoenas
were requested to determine subscriber information.  This was done to
identify additional victims or witnesses.  The analysis revealed that
Kellen had called the victim/witnesses frequently when Epstein was in
the Town of Palm Beach to "work." This confirms what the girls
interviewed had previously stated.  Kellen would notify them when
Epstein was in town and their willingness to "work." The CD was placed
into evidence.

Investigation Continues.

*************************** N A R R A T I V E   # 30 ***************************
NA                      Reported By: RECAREY, JOSEPH                 1/03/06
                        Entered By.: ALTOMARO, NICKIE A.             1/03/06

On December 29, 2005, I received a facsimile from National Compliance
Center from Cingular Wireless for telephone number 561-308-0282.  This

```
-----------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT         Page:    67
Time: 11:36:35               Incident Report            Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                  (Continued)

was the telephone number for Haley Robson during the time frame when
the victim, ███was brought to the Epstein house to "work."   An
analysis of the phone records, of all incoming and outgoing calls,
showed that on February 6, 2005, the day the victim, ████was brought
to the house, Robson first called Sarah Kellen, Epstein's assistant,
at 917-855-3363at 12:50 pm (EST).  The next call was made to Epstein's
house in Palm Beach, at 12:52 pm (EST).  The following call was made
to the victim, ████at 1:01 pm (EST) and at 1:02 pm (EST).  This
confirms the information provided by the victim and victim's father.
I photo copied the records and enlarged the page 8 of 10 to show the
calls made by Robson on February 6, 2005.

To this date, I have not heard from ████████████████ parents.  I
will attempt to establish contact with them during the evening hours.
 I received a package from Atty. Guy Fronstin, which was hand
delivered at the police station.  Within the package, was a letter
from Alan Dershowitz, and two www.myspace.com profiles.  The profiles
were that of ████████ and ███████████.  MySpace.com is a social
networking service that allows members to create unique personal
profiles online in order to find and communicate with old and new
friends.  This package was in response to a previous meeting in which
Mr. Dershowitz called to assist in the investigation in providing any
additional witnesses such as house employees who have been reluctant
to speak with law enforcement.

I reviewed the profiles Mr. Dershowitz enclosed. ████████  who designed
her blog to be ██████████████████ still attends ████████████████
High School, sends and receives messages from friends which contain
some profanity.  Upon reviewing her friends' comments section from
Myspace, most of her good friends sent messages to establish contact
and invite her to go out.

I then reviewed████████████web blog which was provided by Mr.
Dershowitz.  Ms. ████ designed her blog to be "PimpJuice."  Her blog
states that her interests include music, theater and weed (Marijuana).
I reviewed her packet in which ████declares her love for her live-in
boyfriend.  She also describes using marijuana with her boyfriend Will
Tucker.

The letter Mr. Dershowitz sent advised he was looking into the
allegation that one of the private investigators used by the private
attorneys of Epstein, attempted to impersonate or state that they were
police officers from Palm Beach.  Mr. Dershowitz advised that the
investigators used to interview ████████████ had "quite a distinct
speech impediment", did not claim to be nor did they impersonate
themselves as a police officer.  This package was sent to both ASA
Lana Belohlavic and ASA Daliah Weiss at the State Attorney's Office.

I made telephone contact with ASA Weiss to confirm she received the
package and request an interview with Sarah Kellen, Nada Marcinkova,
and Janusz Banasiak.  She advised she would assist in attempting to
contact Mr. Dershowitz.

```
-----------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT        Page:     68
Time:  11:36:35               Incident Report            Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                            (Continued)

On January 3, 2006, I received a telephone call from ASA Weiss who
informed me that she made telephone contact with Mr. Dershowitz.  She
had requested the employees be available the week of January 3, 2006.
Mr. Dershowitz informed her that the assistants are out of the
country and would require additional time to locate them and make them
available.

Investigation Continues.

**************************** N A R R A T I V E   # 31 *************************
NA                    Reported By: MINOT, LORI S.                 1/03/06
                      Entered By.: ALTOMARO, NICKIE A.            1/03/06

On Thursday, 03/31/05, I started conducting surveillance at 358 El
Brillo.  At this point I observed at 1155 hours, a Tan Altima bearing
FL tag A303AN in Roadway, Black SL bearing FL tag V55RFW in drive, Tan
Honda Civic bearing FL tag X98APM in Roadway, Black Chevy Suburban in
driveway and a Black Caddy Escalade in driveway.  At 1325 Hours I
observed Tan Honda Civic X98APM in roadway, Black Chevy Suburban in
driveway, Black Caddy Escalade in drive and a White Kia car bearing FL
tag D651BQ.  At 1615 hours I observed a Tan Honda Civic, X98APM in
roadway, Black Chevy Suburban in drive, Black Caddy Escalade in
driveway and a White Kia car D651BQ in roadway.

On Friday, 04/01/05, I continued surveillance at 358 El Brillo.  At
1130 hours I observed a Tan Honda Civic bearing FL tag X98APM in
roadway, Black Caddy Escalade in driveway and a Tan unknown make/model
bearing FL tag A303AN in roadway.  At 1227 hours, I observed a Tan
Honda Civic X98APM in roadway, Black Caddy Escalade in driveway and a
Black Chevy SUV located behind the Escalade.  At 1345 hours, I
observed a Tan Honda Civic X98APM in roadway and a Black Chevy SUV in
driveway.  At 1558 hours, I observed a Tan Honda Civic X98APM in
roadway, Black Chevy SUV in driveway, Black Caddy Escalade in driveway
and a dark unknown model/make car parked in garage.

On Saturday, 04/02/05, I continued surveillance at 358 El Brillo.  At
0713 hours, I observed a Red Explorer bearing FL tag J98JEI in roadway
and a Black Caddy Escalade in driveway.  At 0814 hours, I observed a
Red Explorer J98JEI in roadway, Black Caddy Escalade in driveway and a
Tan Honda Civic X98APM.  At 0952 hours, I observed a Red Explorer
J98JEI in roadway, Black Caddy Escalade in driveway, Tan Honda Civic
X98APM in roadway and also a Grey unknown make/model with a B.M in
trunk retrieving landscaping tools.

At 1155 hours, I observed a Grey Camaro bearing FL tag X88EFF, parking
in the roadway in front of 358 El Brillo.  A W/F, blond hair, teens to
early 20's, thin and tall wearing a white tank top and short blue jean
shorts, exited the vehicle and walked to the rear of the house.  I
also observed a Red Explorer J98JEI in roadway, Tan Honda Civic X98APM
in roadway and a Black Caddy Escalade in driveway.  At 1310 hours, I
observed a Red Explorer W/F driver leaving the area, Tan subcompact on

```

```
------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:    69
Time: 11:36:35              Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    roadway and a Red Neon bearing FL tag J10GRV.  Then observed 3 W/Fs,
approximately 16 to 18 years of age jogging.  All 3 females ran into
the driveway.  There were 2 with blond hair and one brown hair.

    On Sunday, 04/03/05, I continued surveillance at 358 El Brillo.  At
0719 hours I observed a Tan Honda Civic X98APM in roadway and a Black
Caddy Escalade.  At 0934 hours, I observed a Tan Honda Civic X98APM in
roadway and a Black Caddy Escalade in driveway.  At 1057 hours I
observed only the Tan Honda Civic X98APM.

    On Tuesday, 04/05/05, I continued surveillance at 358 El Brillo.  At
1052 hours, I observed a Red Explorer J98JEI in roadway, a Green
Explorer, bearing FL tag F91KAK in roadway, a Grey Altima bearing FL
tag A303AN in roadway, White Ford Truck H58LRA in roadway, Black
Mercedes in driveway being washed by a B/M and an unknown dark car
parked in the garage.  At 1059 hours a Blue Chevy Suburban drove to
the house of 358 El Brillo and parked in the driveway.  At 1119 hours,
I observed the White Fort Truck H58LRA leave the area and the drive
was the pool man.

    At 1126 hours, I observed a Grey unknown make/model car park in
roadway.  W/M got out of the car and walked to a house on the south
side of El Brillo.  At 1406 hours, I observed a Red Explorer parked on
roadway and a large white box truck parked behind the surveillance
suburban.

****************************** N A R R A T I V E  # 32 ******************************
NA                     Reported By: BATES, MICHAEL J.            1/03/06
                       Entered By.: ALTOMARO, NICKIE A.          1/03/06

    On 03/31/05, at approximately 1500 hours while conducting surveillance
at 358 El Brillo, I observed a Black Cadillac Escalade, unknown tag, a
Black Chevrolet Suburban, unknown tag, a Black Mercedes S600 FL tag
U90BQL parked in the east driveway next to the 3-car garage.  There
was a Tan Honda Civic FL tag X98APM parked on the street in front of
the residence.

    At approximately 1700 hours, I observed the Black Suburban, Black
Escalade, Black Mercedes and Tan Honda Civic parked in the same place.
At 1750 hours, there was no change in vehicles.  At 1840 hours, I
observed the Black Escalade, Black Suburban and Black Mercedes along
with a Silver Hyundai Accent FL tag A136AN all parked in the east
driveway and a Red Ford Explorer FL tag J98JEI parked on the street in
front of the residence.

    At 2000 hours, I observed the Black Escalade, Black Suburban parked in
the ease driveway and the Red Explorer and Tan Civic parked on the
street.

    On Friday, 04/01/05 at approximately 1700 hours, I observed the Black
Escalade and Black Suburban parked in the east driveway and the Tan

```
--------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT           Page:     70
Time: 11:36:35                    Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)
  Honda Civic parked on the street in front of the residence.  At 1820
  hours, I observed the Suburban and Civic in the same place and a Gold
  Chevrolet Camaro FL tag X88EFF parked on the street in front of the
  residence.  At 2250 there was no change.  At 2330, I observed the
  Black Escalade parked in the driveway and the Red Explorer parked on
  the street in front of the residence.

  On Saturday, 04/02/05 at approximately 1700 hours, I observed a Black
  Escalade, unknown tag, parked in the driveway and a Tan Honda Civic FL
  tag X98AMP parked in the street in front of the residence.  At 1805
  hours the Escalade and Civic were in the same position and the Black
  Mercedes FL tag U90BQL was also parked in the east driveway.  At 1920
  hours the Escalade and Civic were the only vehicles and both were in
  the same position.  At 2030 hours and 2145 hours there were no
  vehicles observed.

  At 2115 hours, I observed a Black Mercedes, 4-door parked in the east
  driveway FL tag G14CT.  At 2300 hours, 2350 hours and 0045 hours, the
  Black Mercedes was the only vehicle observed.

*************************** N A R R A T I V E  # 33 ***************************
NA                      Reported By: RECAREY, JOSEPH                  1/05/06
                        Entered By.: ALTOMARO, NICKIE A.              1/05/06

  I made contact with Mr █████████████████ father of █████████
  who was told that I wished to interview his daughter.  ███████████
  stated he was aware and had spoken with his daughter about the
  incident.  He stated that his daughter had previously told him that
  she was hired to model lingerie at a Palm Beach mansion.  ██████████
  stated he knew nothing else about what she did when she went to
  "work."  ███████████ advised he would cooperate with the investigation
  and make his daughter available for interviews.  I asked if she was
  available for an interview, ████████ stated she was not at home at the
  moment.  I informed him I would make contact with her at a later time.
  ██████████████ expressed his interest in the resolution in this matter
  as he stated this information has affected his daughter emotionally.

  On January 4, 2005, I acquired the subpoenas from the State Attorney's
  Office for Cingular Wireless, Metro PCS, Verizon, Bell South
  Telecommunications and Sprint for the unknown telephone numbers from
  Sarah Kellen's cellular telephone.  The subpoenas were sent to the
  respective telephone carriers for subscriber information.

  I received a telephone call from State Attorney's Office, who informed
  me that the former houseman for Jeffrey Epstein, Alfredo Rodriguez,
  was present at the State Attorney's Office for an interview.
  Rodriguez was issued an investigative subpoena for an interview on the
  on-goings at Epstein's house during his employ.  I responded to the
  State Attorney's Office and encountered Mr. Rodriguez waiting in the
  lobby.  I brought Mr. Rodriguez to the interview room.

```
------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:    71
Time: 11:36:35               Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

During a sworn taped statement, Mr. Rodriguez stated he was employed
by Jeffrey Epstein for approximately six moths. He was referred by
associates and his employment lasted the months of November 2004
through May 2005.  His responsibilities as house manager included
being the butler, chauffer, chef, houseman, run errands for Mr.
Epstein and provide for Epstein's guests.  Rodriguez advised he had
very limited contact with Mr. Epstein.  If Rodriguez needed to relay a
message to Mr. Epstein, he would have to notify Epstein's secretary
"Leslie" in New York City, who would then notify Epstein's personal
assistant, Sarah, who would relay the message to Epstein.  Rodriguez
stated Epstein did not want to see or hear the staff when he was in
residence.

I asked Rodriguez if Epstein received many guests during his stay in
Palm Beach.  Rodriguez advised he had many guests.  I asked
specifically about masseuses coming to the house.  Rodriguez stated he
would have two massages a day.  Epstein would have one massage in the
morning and one massage in the afternoon everyday he was in residence.
 Rodriguez stated he would be informed to expect someone and make them
comfortable until either Sarah or Epstein would meet with them.

Rodriguez stated once the masseuses would arrive, he would allow them
entry into the kitchen area and offer them something to drink or eat.
They would then be encountered by either Sarah or Epstein.  They
would be taken upstairs to provide the massage.  I asked Rodriguez if
any of the masseuses appeared young in age.  He advised he didn't ask
their ages but felt they were very young.  Rodriguez stated they ate
like his own daughter who is in high school.  Rodriguez stated they
would eat tons of cereal and drink milk all the time.  Rodriguez
stated the girls that would come appeared to be too young to be
masseuses.  He stated one time under Epstein's direction, he delivered
a dozen roses to ███████████████ High School for one of the girls
that came to provide a massage.  He knew the girls were still in high
school and were of high school age.  I asked Rodriguez about the
massages.  He felt there was a lot more going on than just massages.
He would clean Mr. Epstein's bedroom after the alleged massages and
would discover massager/vibrators and sex toys scattered on the floor.
He also said he would wipe down the vibrators and sex toys and put
them away in an armoire.  He described the armoire as a small wood
armoire which was on the wall close to Epstein's bed.

Epstein ordered Rodriguez to go to the Dollar rent a car and rent a
car for the same girl he brought the roses to, so that she could drive
her self to Epstein's house without incident.  Rodriguez said the girl
always needed rides to and from the house.  Rodriguez referred himself
as a "human ATM machine" and was ordered by Epstein to maintain a
minimum balance of $2,000 dollars on him at all times.  When a girl
would come by the house and Mr. Epstein was either not in residence or
was not at home at the time, Rodriguez was to provide the girl
(masseuse) several hundred dollars for their time and to notify
Epstein the amount they were given.  Epstein also ordered Rodriguez to
purchase several gifts and provide them as tips to the girls.  I asked

```
--------------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT          Page:    72
Time: 11:36:35                   Incident Report             Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                           (Continued)
     what kind of gifts.  Rodriguez stated he purchased IPODS, jewelry,
     anything the girls would want.

     Rodriguez stated the amount of girls that came to the house was
     approximately fifteen.  Each of the girls knew each other and all
     seemed to know at ▮▮▮▮▮▮▮▮▮▮▮▮▮ High School who Mr. Epstein was.
     When asked to identify these girls, Rodriguez stated he could not at
     the moment but knew he wrote their names down on a journal he kept
     during his employ with Mr. Epstein.  He kept a journal in the event he
     needed to explain either to Mr. Epstein or his assistants what was
     done at the house or who visited the house as he stated he was
     in-charge of Mr. Epstein's personal security while in Palm Beach.  I
     informed him I would need to view this journal to which he stated he
     would research the book and contact me to provide the book.  The
     interview was concluded and left the area.  I returned back to the
     police station where the micro cassette was placed into evidence.  At
     approximately 7:20 pm, I was notified Rodriguez located the journal
     and would call me on January 5, 2005 to provide the journal.

     Investigation Continuesàà

**************************** N A R R A T I V E   # 34 **************************
NA                     Reported By: RECAREY, JOSEPH                 1/09/06
                       Entered By.: ALTOMARO, NICKIE A.             1/10/06

     On January 5, 2006, I attempted to meet with Alfredo Rodriguez to
     recover the folder or journal in which he kept the notes that were
     given to him during his employ with Mr. Jeffrey Epstein.  He kept this
     folder to justify what he did during his employ should the need arise
     to justify what occurred with the monies he had to keep or any
     questions as to the petty cash he withdrew from the household account
     from the bank.  At approximately 10:00 pm, I attempted contact with
     Mr. Rodriguez and discovered he was assisting his wife at her place of
     employment and would not be able to meet with me.  Mr. Rodriguez
     stated he would meet with me on January 6, 2006, in Broward County, in
     the morning hours.

     On January 6, 2006, at approximately 9:00 am, I received a telephone
     call from Mr. Rodriguez who advised he had the file in hand and would
     be traveling northbound to meet with me in Broward County.  At 10:50
     am, I met with Alfredo Rodriguez at the parking lot of Bank of America
     in Boca Raton on Yamato Road and Military Trail (known as the Polo
     Center).  Rodriguez produced a green folder which contained documents,
     a note with Mr. Epstein's stationary with direction to deliver a
     bucket of roses to ▮▮▮▮▮▮▮▮ High School after ▮▮▮▮▮▮
     high school drama performance.  Also in that same note was direction
     to rent a car for ▮ ▮▮▮▮▮▮ and direction to extend the rental
     contract.  I returned to the Palm Beach Police Station and placed the
     folder into evidence.

     I received a fax from Verizon from the subpoena request sent on
     01-04-06, for telephone number 561-302-1844.  The phone number is

```
-------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT          Page:     73
Time: 11:36:35                   Incident Report              Program: CMS301L
-------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                      (Continued)
    registered to Dr Perry Bard, from West Palm Beach.  Dr. Bard is a
    chiropractor and has an office located 4275 Okeechobee Blvd in West
    Palm Beach.  The cellular number is Dr Bard's personal cellular
    number.

    On January 9, 2006, Det. Caristo and I traveled to ▮▮▮▮▮▮▮▮▮▮▮▮ in
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in an attempt to locate ▮▮▮▮▮▮▮▮▮ who had
    been previously seen on the property and identified through her
    Florida Drivers License and Florida license Plate.  A business card
    was left for her to return my call.  We then traveled to the Simon
    Youth Foundation and located ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮agreed to
    speak with us and in a private room within the school provided us a
    taped statement.

    During the statement ▮▮▮▮▮▮▮advised that when she was fifteen or
    sixteen years of age, she was taken to Jeffrey Epstein's house by her
    associate, ▮▮▮▮▮▮▮▮.  ▮▮▮▮▮▮ stated this occurred late May 2004
    or early June 2004.  She was told she could model lingerie for money
    for a wealthy Palm Beacher.  She remembered they traveled by yellow
    cab from their residence in West Palm Beach to Epstein's house.  She
    remembered encountering Epstein at the front door during the evening
    hours.

    He introduced himself and brought them into the kitchen so that the
    chef could prepare something for them to eat.  After having a meal,
    Miller and Epstein brought ▮▮▮▮▮▮upstairs to a master bedroom which
    had a large bathroom.  She observed a large style shower, sauna and
    there was a large massage bed also in the bathroom.  Epstein entered a
    room within the bathroom and came out wearing only a towel.  ▮▮▮▮▮▮
    said they would provide a massage on his feet.  ▮▮▮▮▮▮asked why they
    are doing this.  Miller told her this was part of the routine and told
    her to rub his legs and calves.  Epstein had told ▮▮▮▮▮▮ to get
    comfortable. ▮▮▮▮▮▮ continued rubbing Epstein's calves and feet.  At
    Epstein's direction, Miller then left the room leaving ▮▮▮▮▮▮ there
    by herself.  Epstein told  ▮▮▮  to get comfortable.  ▮▮▮▮▮▮ removed
    her blouse and pants and stayed in her panties. ▮▮▮▮▮▮ stated she
    was not wearing a bra.  She believed she was wearing thong panties.
    Epstein turned over onto his back and began touching her.  Epstein
    touched her breasts and began touching her in her vagina area.
    Epstein instructed her to rub his chest and rub his nipples. ▮▮▮▮▮▮
    stated the touching consisted over the panties on the first time; he
    stroked her vagina but stayed on top of the panties.  During the first
    massage, she stated Epstein was stroking her and began masturbating
    himself at the same time.  He put his hands under the towel and
    appeared as to masturbate himself however she never saw his penis.
    She continued rubbing his chest until he grabbed her and pulled her
    closer to him.  He appeared to have climaxed because after he pulled
    her closer to him the massage was over.  Epstein had told her that
    there was two hundred dollars for her on the dresser.  He told her
    that she could not tell anyone what happened at the house or bad
    things could happen. ▮▮▮▮▮▮ stated she went to Epstein's house three
    or four times total. ▮▮▮▮▮▮ was very scared and felt very nervous.

```
-------------------------------------------------------------------------
Date:  2/17/06        PALM BEACH POLICE DEPARTMENT        Page:     74
Time: 11:36:35            Incident Report             Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    She knew because of Epstein's money he was powerful.  After the
    massage, Epstein ordered his houseman at the time to drive the girls
    home.  The employee was to drop off the girls at their house and watch
    them go inside their house.

    ████████████ could not remember who the houseman was.  She stated Epstein
    and his assistant Sarah would call her at her father's house to
    arrange for her to come and "work." She advised each time she returned
    to the house, Epstein would do the same thing.  ████████ stated it was
    a routine with Epstein.  She would rub his feet and calves.  He would
    then turn over and begin to touch her on her vagina area.  The only
    difference was that it was done without panties.  Epstein's fingers
    would stroke her vagina area as he would masturbate and finally climax
    and the massage would be over.  She was paid $200.00 each time she
    went.  Each time she went she was reminded not to speak of what
    happened at the house and that she would be contacted again.  She
    began to purposely miss the calls when either Sarah or Epstein would
    call her.  She once brought a friend, "Brandy" unknown last name, to
    work for Epstein.  She was paid $200.00 for bringing Brandy.  ████████
    stated she no longer retuned to work for Epstein.  She also stated
    that she wanted to notify the police of what happened at the house.
    ████████ stated she was scared of what could have happened to her or
    her family if she notified authorities.

    On January 10, 2006, I received the results from the subpoena from
    BellSouth Telecommunications for telephone number ████████████  The
    number is assigned to ████████████████████ father in Palm
    Beach Gardens.  I also received the results from Western Union which
    confirmed the money order sent to ████████████ from Jeffrey
    Epstein in New York City.  The "wire" was sent by Jeffrey Epstein of
    457 Madison Ave in New York City on December 23, 2004 at 12:05 pm.
    The amount of $222.00 was charged to Epstein's credit card so that
    ████████████ could receive $200.00 in ████████████████  The twenty-two
    dollars was for processing and local fees to send the money via
    Western Union.  A copy of the check presented to ████████ was also
    attached to the receipt of the wire.  This confirmed what ██████
    advised she received as a Christmas bonus from Epstein.

    Investigation continues.

**************************** N A R R A T I V E  # 35 ****************************
NA              Reported By: RECAREY, JOSEPH                1/10/06
                Entered By.: ALTOMARO, NICKIE A.            1/10/06

    I received and reviewed the Cingular Wireless results from the
    subpoena requests for subscriber information for telephone numbers
    561-818-8361, 561-389-6874 and 561-309-0079.  The first number,
    561-818-8361, is assigned to Janusz Banasiak in care of Jeffrey
    Epstein of 457 Madison Ave in New York City.  Banasiak is the current
    houseman/house manager for 358 El Brillo Way in Palm Beach, Fl 33480.
    The second number, 561-389-6874, is assigned to ████████████ of
    1685 61st Drive in West Palm Beach.  Research conducted on ████████

```
--------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT            Page:    75
Time:  11:36:35                   Incident Report            Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)

revealed she is a licensed Massage therapist with a Florida
conditional/active license number MA39723.  ██████ had been previously
arrested for battery / unwanted touching and DUI.  Requests for copies
of the reports involving the arrests were requested from the Palm
Beach County Sheriff's Office.  The last number 561-309-0079 is
assigned to Thomas Rofrano of 9850 Alt A1A in Palm Beach Gardens.
Research on Mr. Rofrano, revealed that he is a Florida Chiropractic
Physician.

Vehicles that were previously documented on the property while
surveillance was being conducted were researched.  I determined a tan
Chevrolet Camaro, bearing Florida license X88-EFF, was seen on the
property in which a young white female was seen entering the Epstein
property.  Research was conducted which revealed that the vehicle is
registered to ████████████████████████████████████████████████ ,
███████████████████████ █████████████████ is currently residing i█
███████████████████████████████████████████████████████████Lake
████████. Research on █████████████████ revealed she was recently involved
in a traffic stop in Lake Clarke Shores in May 19, 2005.  A request to
discover any information from the stop was requested.

I spoke with ASA Daliah Weiss who informed me that Janusz Banasiak
will be available for an interview tomorrow at the State Attorney's
Office in West Palm Beach at 1:30 pm.  I informed her that I would be
at her office for the interview.


*************************** N A R R A T I V E   # 36 ***************************
NA                        Reported By: RECAREY, JOSEPH            1/23/06
                          Entered By.: ALTOMARO, NICKIE A.        1/23/06


On January 19, 2006, Det. Caristo and I met with Johanna Sjoberg at
622 Holly Drive in Palm Beach Gardens.  Sjoberg was identified as a
licensed massage therapist who had previously been seen on Epstein's
property when physical surveillance was done.  Sjoberg was told of the
on going investigation and I felt she may have information pertaining
to the case. During a sworn taped statement, Sjoberg stated she met
Epstein three years ago when Ghaline Maxwell approached her while she
was attending Palm Beach Atlantic College to work around Epstein's
house.  Maxwell had told her that they needed some girls to work at
the house to answer phones and run errands.  Sjoberg accepted the job
and began working at Epstein's house on El Brillo in Palm Beach.
Sjoberg stated it was a part time job during the time she went to Palm
Beach Atlantic College.  She continued going to Epstein's house and
would be notified when Epstein would travel to Palm Beach.  Sjoberg
advised she would be notified by Maxwell, Epstein or Sarah, his
assistant, when he would travel to Palm Beach.  Sjoberg stated she
began providing massages to Epstein before she became a massage
therapist.  She continued giving massages not only to Epstein but to
Nadia Marcinkova, and Sarah, his assistant.  Sjoberg was asked about
what occurred during the massages.  Sjoberg stated as she was twenty
three years old when she met Epstein, anything that happened was

```
--------------------------------------------------------------------------------
Date:  2/17/06            PALM BEACH POLICE DEPARTMENT          Page:      76
Time: 11:36:35                 Incident Report              Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                (Continued)
between two consenting adults. I explained to her that she was not in
any trouble however as part of this investigation, I needed to ask
certain questions.  Sjoberg stated that there were times that Epstein
would ask her to perform during the massage.  He would instruct her to
rub his nipples as he masturbated himself.  Sjoberg stated she felt
"grossed" about the behavior but as she was getting paid, she just
continued.  Sjoberg also advised she would on occasion perform the
massages naked.  Epstein would on occasion, utilize the
vibrator/massager on her vagina area when she performed the massages.
Sjoberg explained that Epstein never exposed himself to her as he
maintained himself covered under the towel he would be wearing.  When
Epstein would masturbate he would be covered.

I asked if Sjoberg ever received any gifts, or any gratuities from
Epstein.  Sjoberg advised aside from being paid well, she also advised
Epstein took care of her tuition from Palm Beach Atlantic College.
She received a rental car for a week when her scooter broke down.

Additionally she received other gifts from Epstein.  Epstein also
recommended her to another client who resides at Breakers Row in Palm
Beach.  The client she was referred to was "Glenn" unknown last name,
and his wife, who she provided a massages to. The statement was
concluded and placed into evidence upon our return to the Palm Beach
Police Department.

While at the police station, I researched Florida tag X88-EFF which
was also previously seen on the property when there was physical
surveillance being done at the property.  The vehicle is registered to
████████████ of Lake Worth, Florida.  Researching Mr. ████████ and the
vehicle revealed that his daughter, ████████████ had been driving
the vehicle and was cited for unlawful speed in Lake Clark Shores.
The vehicle is a tan, Chevrolet Camaro, 2-door.  I researched ████████
████ date of birth, 11-18-1987, resides at 3307 Blatusrol Lane in
Lake Worth. ██████ has a my space page called
www.myspace.com/pinkpetals.  In her web page, shows various photos of
████ photographed at a beach.  An interview is forthcoming.

A review of the video disks which was extracted at the Palm Beach
County Sheriff's Office Computer Crime Unit revealed that only one
hidden camera was functional at the time.  Several images of Epstein
working at his office were seen.  Additional footage of Sarah Kellen
and Nadia Marcinkova was seen.  There was other footage of females
seen.  The identity of the females is unknown at this time, until such
time as I meet with certain females to show the video footage to
confirm if, in fact, it is them on the video.  At this time it appears
that ████████████ and Haley Robson are seen sitting with Epstein beside
his desk in the evening hours.  Due to poor lighting, a direct
confirmation cannot be made at this time.

Inv. Continues.

*************************** N A R R A T I V E   # 37 ***************************

```
--------------------------------------------------------------------------
Date:  2/17/06        PALM BEACH POLICE DEPARTMENT        Page:      77
Time:  11:36:35            Incident Report           Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                        (Continued)
NA                      Reported By: RECAREY, JOSEPH         1/30/06
                        Entered By.: ALTOMARO, NICKIE A.      1/30/06

On January 25, 2006, Det Caristo and I, responded to ████████
████████████████ and met with ███████████ ; ██████stated last
year, when she was seventeen years of age, she met Jeffrey Epstein
through her former room mate Dana Burns.  Burns was allegedly dating
Epstein at the time.  Burns and ██████ had once cohabitated together
when they modeled. ██████ explained Burns called her on her telephone
and advised her that she was in Palm Beach and requested to see her.
██████made arrangements to meet with her at Epstein's house.  ██████
arrived and met Epstein and Burns.  Burns and ██████went to the Palm
Beach Mall together and went shopping.  ██████advised that Burns and
she had received money from Epstein to go to the mall.  They visited
Victoria's Secret and purchased undergarments from the store utilizing
monies given by Epstein.  ██████ advised she purchased one item and
Burns purchase various items.  The money used to purchase the items
was the money given by Epstein.

Burns and ██████continued shopping and having a day together.  ██████
stated Burns explained how she and Epstein have been dating each other
and he has been paying all of her bills.  ██████claimed Burns advised
they met in New York and had been dating ever since.  They later
returned to Epstein's home and encountered Epstein.  He had a brief
conversation with ██████about her modeling career.  He knew of her
modeling career from Burns.  He requested to see her modeling
portfolio and explained that he could help her with modeling jobs.
██████had her book with her to show Burns and showed the book to
Epstein.  He commented negatively about her photographs and portfolio.
██████felt uncomfortable with the comments made as she had been
working with other professional modeling companies who had offered her
work from her photographs.  Epstein requested to see what was
purchased at the mall.  Burns took out the undergarments which were
purchased.  She immediately showed Epstein different sets purchased.
Epstein then requested to view what ██████urchased.  ██████was
reluctant to show the outfit however since it was Epstein's money that
purchased the item, she pulled it out of the bag.  Epstein asked her
to try it on.  ██████ looked at Burns who told her "yeah, try it on."
Feeling compelled to try the undergarment outfit on; she went to
another room and put on the bra and panty set.  She walked out to the
living room where they were sitting, and modeled the suit.  She then
went back into the other room and changed back into her clothes.
██████returned into the room and told Burns she would be going home.
Burns scheduled another day for ██████to return for massages with her.

██████stated within that same week, she returned to meet with Burns
and have a massage.  Burns had told her that she would be unable to
stay with her as she would be going on a bike ride with Epstein.
Burns explained she could stay at the house and take advantage of the
massage.

██████stated she met with an unknown massage therapist and had the

```
-------------------------------------------------------------------------
Date:  2/17/06           PALM BEACH POLICE DEPARTMENT          Page:    78
Time:  11:36:35               Incident Report              Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)
    table already set up in a guest room. ███████removed her clothing,
leaving her panties on, and wrapped herself with a towel for the
massage. ██████ remembered that the door to the guest room was closed
but not locked.  As the therapist was working her back, the door was
opened by Epstein and entered into the room. ███████was trying to
conceal herself as Epstein was talking to her about his chiropractic
session.  Epstein told █████turn over onto her back. ██████
eventually turned over exposing her breasts to Epstein as he applied
pressure on her shoulder and her waist. ████████stated Epstein "popped"
her back. ████████removed her self from the table, got dressed and left
the house. ██████████ further stated Burns had attempted to call her on
several occasions to invite her back to Epstein's house to which █████
replied "I'm busy." ███████advised she has not had contact with either
Dana Burns or Jeffrey Epstein.  It should be noted that her mother,
████████ ██████was present during the interview.  The interview was
concluded and we thanked them her for their time.


*************************** N A R R A T I V E   # 38 ***************************
NA                         Reported By: RECAREY, JOSEPH                1/31/06
                           Entered By.: ALTOMARO, NICKIE A.            1/31/06


On January 27, 2006, I made telephone contact with Christina Venero,
at 772-878-7280.  Venero is a licensed massage therapist who had
frequented the home of Jeffrey Epstein.  Ms. Venero has been unable to
meet with me in Palm Beach County, and because she lives and works in
Port St Lucie, a telephone interview was conducted.  I explained to
Ms. Venero that there was an on going investigation involving Jeffrey
Epstein.

Venero stated she knows Epstein and has been employed by him for
approximately three years.  Epstein has paid Venero to perform Swedish
Massages (Deep Tissue) on him and other guests.  Venero explained that
approximately three year ago she met Ghislaine Maxwell and Jeffrey
Epstein through a mutual friend.  Epstein and Maxwell were looking for
a massage therapist.  Venero stated since that time, she is notified
when Epstein is coming to Palm Beach.  Venero stated she comes to his
house and provides the massage or massages.  Venero explained she has
also massaged his guests and assistants.  Venero continued that she is
paid $100.00 and hour for the massage.

I asked Venero if anything occurred during the massage that would have
made her feel uncomfortable.  Venero stated she only provided massages
and that was it.  She never was approached for anything else.  I asked
if Epstein ever asked her to rub his chest she stated she would not
rub his chest as that is not part of her massage.  Venero explained
that she was not Epstein's type.  The girls she would see at Epstein's
house were very thin, beautiful and without tattoos.  Venero explained
she has several tattoos that are visible.  Maxwell and Epstein have
commented negatively about her tattoos previously when she has
provided massages.

```
--------------------------------------------------------------------------------
Date:  2/17/06              PALM BEACH POLICE DEPARTMENT           Page:    79
Time:  11:36:35                  Incident Report              Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)
    Venero stated she only provided massages for Epstein and his
    associates and nothing happened during those massages.  Venero stated
    as she does Swedish style massages, the patient is usually sore after
    the massages.  I thanked her for her assistance and the interview was
    concluded at this time.

    I received a facsimile from T-Mobile Cellular service on telephone
    number 561-317-5844, which is assigned to David Rodgers, pilot for Mr.
    Epstein, who resides in Lake Worth.  Rodgers' telephone number was
    dialed on several occasions by Sarah Kellen.  A background on Rodgers
    indicated he has a valid FAA pilot license First Class for the
    Southern FAA Region.  Rodgers has another historical FAA license for
    Airline Transport Pilot.

    Investigation Continues.

**************************** N A R R A T I V E   # 39 ***************************
NA                    Reported By: RECAREY, JOSEPH                   2/14/06
                      Entered By.: ALTOMARO, NICKIE A.               2/16/06

    On Friday, February 3, 2006, I had made arrangements to meet with
    ███████████████ at the Palm Beach Police Station.  At approximately
    1:00pm, ████████ and her friend, ████████████ arrived at the police
    station.  During an interview with ████████ she stated she met
    Epstein when she turned eighteen years old and was brought to
    Epstein's house to provide a massage.  She advised this occurred on
    May of 2005.  She advised Haley Robson had informed her if she wanted
    to provide a massage for $200.00.  ████████████ agreed and was brought to
    Epstein's house to provide a massage.  ████████████ stated she had been to
    the house on many occasions during the massage sessions. ████████████
    also stated she would remove her clothing to provide the massage on
    Epstein.  ████████████ advised Epstein would pay her $300.00 to rub his
    back, legs and chest.  During the massages, Epstein would masturbate
    himself as she rubbed his chest.  I asked her if Epstein ever touched
    her breasts during the massages.  ████████████ replied. "Yes." I asked her
    if Epstein ever touched or massaged her vagina.  ████████████ stated he
    had on several occasions.  I asked her if he ever penetrated her with
    either his penis or any other objects.  ████████████ stated that during a
    massage he inserted his fingers in her vagina as she massaged him.
    She stated this occurred one time only.  ████████████ stated the massage
    would be over when Epstein would climax onto a towel.  I asked
    ████████████ if she had any formal massage training to which she replied
    that she did not.  ████████████ was then asked if she ever brought anyone
    to the house to "work." ████████████ stated she brought two people to the
    house.  She advised she received money for bringing people to the
    house to "work." ████████████ stated she brought a girl named ████████ and
    her friend Tory Bean.  ████████ was still waiting for ████████ in the
    lobby of the police station.  I thanked ████████████ for her time and her
    cooperation and escorted her to the lobby.

    I asked Ms ████████ if I could speak with her about this investigation.  I
    brought her to the interview room and explained to her that I was

```
--------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT          Page:     80
Time: 11:36:35               Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                (Continued)

conducting an investigation on Jeffrey Epstein and felt she may have
information pertaining to the investigation. ████████ identified
herself as████████nd resides in Wellington, Florida.  She
advised approximately a year ago she was brought to Epstein's house to
provide a massage for money. ████████ stated she needed to make money and
felt it was a quick way to make some money. ████ stated she was
brought to the house by ████████and was introduced to Epstein and his
assistant.  She was brought to his main bathroom and provided a
massage.  I asked her if she provided the massage naked. ████ stated
she did.  She rubbed Epstein's legs, back and chest.  I asked ████if
Epstein touched her during the massage.  She advised he did not,
however he did masturbate himself as she rubbed his chest.  Once he
climaxed the massage was over.  She was paid her money and left the
area. ████ advised it occurred one time and she never returned to
Epstein's house.  The interview was concluded and ████was escorted to
the lobby.

I located a telephone number for Courtney Wild and attempted to
contact her on several occasions.  I called 561-856-2617 and spoke
with Ms. Wild who advised she would speak with me in Deerfield Beach
where she resides.  Due to a scheduling conflict, we were unable to
meet.  I informed her I would contact her to schedule another
appointment to speak with her about this investigation.  I have
attempted to meet with her and make telephone contact with negative
results.

On February 13, 2006, I met with David Rodgers at 7318 Heathley Drive
in Lake Worth.  Rodgers was identified as Epstein's pilot.  I spoke
with Rodgers who advised he has been employed with Epstein since 1991.
He flies both planes for Epstein depending where he wants to fly to.
Rodgers was asked about passengers in the plane he flies.  Rodgers
stated unless Epstein flew to his island off of St Thomas, there would
be no way of knowing who the passengers were.  I mentioned a recent
flight to Ohio, where Rodgers flew to Ohio to pick up Dana Burns.
Rodgers stated he recalled flying on several occasions and did
remember Burns.  Rodgers stated once he is in the cockpit, he does not
know who the passengers are.  When he prepares the passenger
manifests, he lists Epstein and his assistants he knows by name, Sarah
and Adrianna.  Rodgers stated he would list either female or male
passengers on the manifests only to keep a count on the passengers.
Mrs. Rodgers came into the living room and recommended that her
husband consult with an attorney.  Mr. Rodgers agreed he would speak
with the family attorney to inform him of this questioning.  I
explained to Mr. Rodgers that he was not the suspect in this
investigation and ceased all questions.  Based on the fact Rodgers
could not advise who passengers were in the plane, I then left the
area.

I attempted to locate ████████████████at ████████████████ in
████████.  I left my business card for her to return my call.  On
February 14, 2006, at 12:06 pm, I received a call back from Ms. ████
on my voice mail.  Ms████ left her telephone number for a return

```
--------------------------------------------------------------------------------
Date:  2/17/06          PALM BEACH POLICE DEPARTMENT           Page:     81
Time: 11:36:35                Incident Report              Program: CMS301L
--------------------------------------------------------------------------------

Case No. . . . : 1-05-000368                         (Continued)
    call 561-662-3098.  I left her a message to return call.

    Investigation Continues..

* * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * * *
```

125 Worth Avenue Ste 100
Palm Beach, Fl 33480
Phone: 561-653-5594
Fax: 561-833-0943

**Colonial Bank, N.A.**

# Fax

To: _Alfredo Rodriguez_     From: _Ross Iarovi_

Fax: _(561) 820 - 8790_     Date: _12/10/31_

Phone:                      Pages: _4_

Re:                         CC:

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Case No: 50 2008 CA 006596 XXXX MB AB

## Service List

Lanna Belohlavek, Esq.
Attorney For: State of Florida
401 N. Dixie Highway
West Palm Beach, FL 33401
Phone: (561) 355-7100
Fax: (561) 355-7379

Jack A. Goldberger, Esq.
Attorney For: Jeffrey Epstein
Atterbury Goldberger & Weiss, P.A.
250 S Australian Avenue
Suite 1400
West Palm Beach, FL 33401
Phone: (561) 659-8300
Fax: (561) 835-8691

Bruce E. Reinhart, Esq.
Attorney For: Sarah Kellen
Bruce E. Reinhart, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401
Phone: (561) 202-6360
Fax: (561) 828-0983

Douglas M. McIntosh, Esq.
Attorney For: Haley Robson
Jason A. McGrath, Esq.
McIntosh, Sawran, Peltz & Cartaya, P.A.
Centurion Tower, Suite 1110
1601 Forum Place
West Palm Beach, FL 33401
Phone: (561) 682-3202
Fax: (561) 682-3206

Robert Critton, Esq.
Attorney For: Jeffrey Epstein
Burman, Critton, Luttier & Coleman, LLP
515 N. Flagler Drive
Suite 400
West Palm Beach, FL 33401
Phone: (561) 842-2820
Fax: (561) 515-3148

```
--------------------------------(  )------------------------------------
Date:  4/20/06              PALM BEACH POLICE DEPARTMENT          Page:    11
Time: 13:02:26                   Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                 (Continued)
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr:

```
********* O T H E R    P E R S O N    I N F O R M A T I O N - # 9 *********
```

Case Number  . : 1-05-000368          Last Name  . . : ███████
Street Number  :
City . . . . . : ████████████      7
Birth Date/Age : ███████  16          Employer?  . . :
Occupation . . :                      Oper Lic No. . : M████████    FL
Home Phone No. : 561/000-0000         Race . . . . . : White
Sex  . . . . . : Female               Height . . . . : 0
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr: 561/000-0000

```
*********************** N A R R A T I V E  # 1 ***************************
```

Original Report     LO   Reported By: PAGAN, MICHELE D.          9/20/05
                         Entered By.: OREGERO, LAURA D.          9/20/05

On 03/14/2005, I received a call from a woman who did not wish to
identify herself (later identified as ‾ ¨ _____‾ ).  She stated
that her fourteen year old step daughter (later identified as ████
████████ possibly may have been molested in Palm Beach by a wealthy
man.  According to ████████, she learned of the possible molestation
by a third party.  She explained that she had received a call from the
mother of her stepdaughter's friend.  The mother claimed to have
overheard a conversation between her daughter and a male friend; they
were talking about ████. ██ The conversation was about how ████ had met
with a 45-year-old man and had sex with him and was paid for it.  I
advised ████████ that I would like to meet with her to obtain a more
detailed statement and facts.  █████████ stated she did not know what
to do and had to discuss the matter with her husband.  At this point
████████ did not provide me with a call back number or any other
information.  She stated that she would contact me once she had spoken
with her husband and ██████ mother.

On 03/14/2005 received a call from ██████████████████       They stated
it was all right to speak to their daughter███ via cell phone 561
████████ Her mother ██ ██ had been made aware of the case.
They agreed to meet me at the police department later this date.
(561)

On 03/14/2005, ████████████          accompanied by his wife
████████ came to the Palm Beach Police Department where they advised
me that they believed their fourteen year old daughter may have had
some type of sexual relationship with an older male who resided in
Palm Beach.  Neither knew the suspect's name or address.  Both stated
that their daughter did not talk to them about the incident, nor would
she admit to it.

██████████████ identified his daughter as ████████████████
w/f, DOB ███████   resides with her biological mother ██ ‾ ‾ ‾
at ████████████████████████████████ ‾ ‾ ‾ ‾ ‾ ‾  ‾ ██ is a twin,

```
---------------------------------- ------------------ )----------------------
ate:  4/20/06            PALM BEACH POLICE DEPARTMENT           Page:     75
ime: 13:02:26                 Incident Report           Program: CMS301L
------------------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                         (Continued)

██████████████████████. Research conducted on ████████
revealed she is a licensed Massage therapist with a Florida
conditional/active license number MA39723.  █████had been previously
arrested for battery / unwanted touching and DUI.  Requests for copies
of the reports involving the arrests were requested from the Palm
Beach County Sheriff's Office.  The last number 561-309-0079 is
assigned to Thomas Rofrano of 9850 Alt A1A in Palm Beach Gardens.
Research on Mr. Rofrano, revealed that he is a Florida Chiropractic
Physician.

Vehicles that were previously documented on the property while
surveillance was being conducted were researched.  I determined a tan
Chevrolet Camaro, bearing Florida license X88-EFF, was seen on the
property in which a young white female was seen entering the Epstein
property.  Research was conducted which revealed that the vehicle is
registered to ██████████of Lake Worth.  Mr. █████has two daughters,
Jana █████and █████████Jana █████is currently residing in
Connecticut and ████████████is residing with her father in Lake
Worth.  Research on █████████revealed she was recently involved
in a traffic stop in Lake Clarke Shores in May 19, 2005.  A request to
discover any information from the stop was requested.

I spoke with ASA Daliah Weiss who informed me that Janusz Banasiak
will be available for an interview tomorrow at the State Attorney's
Office in West Palm Beach at 1:30 pm.  I informed her that I would be
at her office for the interview.

```
************************* N A R R A T I V E   # 36 *************************
                    Reported By: RECAREY, JOSEPH               1/23/06
                    Entered By.: ALTOMARO, NICKIE A.           1/23/06
```

On January 19, 2006, Det. Caristo and I met with Johanna Sjoberg at
622 Holly Drive in Palm Beach Gardens.  Sjoberg was identified as a
licensed massage therapist who had previously been seen on Epstein's
property when physical surveillance was done.  Sjoberg was told of the
on going investigation and I felt she may have information pertaining
to the case. During a sworn taped statement, Sjoberg stated she met
Epstein three years ago when Ghaline Maxwell approached her while she
was attending Palm Beach Atlantic College to work around Epstein's
house.  Maxwell had told her that they needed some girls to work at
the house to answer phones and run errands.  Sjoberg accepted the job
and began working at Epstein's house on El Brillo in Palm Beach.
Sjoberg stated it was a part time job during the time she went to Palm
Beach Atlantic College.  She continued going to Epstein's house and
would be notified when Epstein would travel to Palm Beach.  Sjoberg
advised she would be notified by Maxwell, Epstein or Sarah, his
assistant, when he would travel to Palm Beach.  Sjoberg stated she
began providing massages to Epstein before she became a massage
therapist.  She continued giving massages not only to Epstein but to
Nadia Marcinkova, and Sarah, his assistant.  Sjoberg was asked about
what occurred during the massages.  Sjoberg stated as she was twenty

```
--------------------------     )----------------------     )---------------------
ate:  4/20/06                PALM BEACH POLICE DEPARTMENT           Page:     76
ime: 13:02:26                      Incident Report           Program: CMS301L
----------------------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                              (Continued)

three years old when she met Epstein, anything that happened was
between two consenting adults. I explained to her that she was not in
any trouble however as part of this investigation, I needed to ask
certain questions. Sjoberg stated that there were times that Epstein
would ask her to perform during the massage.  He would instruct her to
rub his nipples as he masturbated himself.  Sjoberg stated she felt
"grossed" about the behavior but as she was getting paid, she just
continued.  Sjoberg also advised she would on occasion perform the
massages naked.  Epstein would on occasion, utilize the
vibrator/massager on her vagina area when she performed the massages.
Sjoberg explained that Epstein never exposed himself to her as he
maintained himself covered under the towel he would be wearing.  When
Epstein would masturbate he would be covered.

I asked if Sjoberg ever received any gifts, or any gratuities from
Epstein.  Sjoberg advised aside from being paid well, she advised
Epstein took care of her tuition from Palm Beach Atlantic College.
She received a rental car for a week when her scooter broke down.

Additionally she received other gifts from Epstein.  Epstein also
recommended her to another client who resides at Breakers Row in Palm
Beach.  The client she was referred to was "Glenn" unknown last name,
and his wife, who she provided a massages to. The statement was
concluded and placed into evidence upon our return to the Palm Beach
Police Department.

While at the police station, I researched Florida tag X88-EFF which
was also previously seen on the property when there was physical
surveillance being done at the property.  The vehicle is registered to
██████████ of ████████, Florida.  Researching Mr. ████████ and the
vehicle revealed that his daughter, ████████████ had been driving
the vehicle and was cited for unlawful speed in Lake Clark Shores.
The vehicle is a tan, Chevrolet Camaro, 2-door.  I researched ████
██████ date of birth, ████████, resides at ████████████ in
██████.  ████████ has a my space page called
www.myspace.com/pinkpetals.  In her web page, shows various photos of
████████ photographed at a beach.  An interview is forthcoming.

A review of the video disks which was extracted at the Palm Beach
County Sheriff's Office Computer Crime Unit revealed that only one
hidden camera was functional at the time.  Several images of Epstein
working at his office were seen.  Additional footage of Sarah Kellen
and Nadia Marcinkova was seen.  There was other footage of females
seen.  The identity of the females is unknown at this time, until such
time as I meet with certain females to show the video footage to
confirm if, in fact, it is them on the video.  At this time it appears
that ████████████ and Haley Robson are seen sitting with Epstein beside
his desk in the evening hours.  Due to poor lighting, a direct
confirmation cannot be made at this time.

Inv. Continues.

**ARREST / NOTICE TO APPEAR**
**Juvenile Referral Report**

| OBTS Number | | 1. Arr. | 3. Request for Warrant | Juvenile |
| --- | --- | --- | --- | --- |
| | | 2. N.T.A. | 4. Request for Capias | |

**ADMINISTRATIVE**

Agency ORI Number: FLO, 5, 0, 0, 0, 0, 0
Agency Name: PALM BEACH COUNTY SHERIFF'S OFFICE
Agency Report Number: 0, 6

Charge Type (Check as many as apply):
☐ 1. Felony  ☐ 2. Traffic Felony  ☐ 3. Misdemeanor  ☐ 4. Traffic Misdemeanor  ☐ 5. Ordinance  ☐ 6. Other

If Weapon Seized — Enter Type

Multiple Clearance Indicator

Location of Arrest (Including Name of Business): 3228 Gun Club RD WPB, FL

Location of Offense (Business Name, Address):

Date of arrest: 0,7,2,3,0,6  Time of Arrest: 0,1,3,0  Booking Date:  Booking Time:  Jail Date:  Jail Time:  Location of Vehicle:

**DEFENDANT**

Name (Last, First, Middle): Epstein, Jeffrey
Alias (Name, DOB, Soc. Sec. #, Etc.):

Race: W - White  I - American Indian  B - Black  O - Oriental/Asian — W
Sex: M
Date of Birth: 0,1,2,0,5,3
Height: 6.00
Weight: 180
Eye Color: Blue
Hair Color: Gray
Complexion: Lar
Build: MED

Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description): None Seen
Marital Status: S
Religion: None
Indication of: Alcohol Influence / Drug Influence — Y N Unk.

Local Address (Street, Apt. Number): 358 EL BRILLO  (City) Palm Beach, FL (State) (Zip) 33480  Phone: (561) 655-3704
Residence Type: ☐ 1. City  ☐ 2. County  ☐ 3. Florida  ☐ 4. Out of State

Permanent Address (Street, Apt. Number): 6100 Red Hook Quarters, Suite B3 St Thomas USVI  (City) (State) (Zip) USVI  Phone: ( )
Address Source: Verbal Def

Business Address (Name, Street):  (City)  (State)  (Zip)  Phone:
Occupation: Banker

D/L Number, State:  Soc. Sec. Number:  INS Number:
Place of Birth (City, State): NEW YORK, NY
Citizenship: USA

**CO-DEF**

Co-Defendant Name (Last, First, Middle):  Race:  Sex:  Date of Birth:
☐ 1. Arrested  ☐ 2. At Large  ☐ 3. Felony  ☐ 4. Misdemeanor  ☐ 5. Juvenile

Co-Defendant Name (Last, First, Middle):  Race:  Sex:  Date of Birth:
☐ 1. Arrested  ☐ 2. At Large  ☐ 3. Felony  ☐ 4. Misdemeanor  ☐ 5. Juvenile

**JUVENILE**

☐ Parent  ☐ Legal Custodian  ☐ Other:  Name (Last)  (First)  (Middle)  Residence Phone
Address (Street, Apt. Number)  (City)  (State)  (Zip)  Business Phone
Notified by: (Name)  Date  Time
Juvenile Disposition: 1. Handled/Processed within Dept. and Released.  2. TOT HRS/DYS  3. Incarcerated
Released To: (Name)  Relationship  Date  Time

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2526) informed of any change of address.  ☐ Yes, by: (Name)  ☐ No: (Reason)
School Attended  Grade

Property Crime? ☐ Yes ☐ No  Description of Property  Value of Property

**CODE**

Drug Activity: N. N/A  P. Possess  S. Sell  B. Buy  T. Traffic  R. Smuggle  D. Deliver  E. Use  K. Dispense/ Distribute  M. Manufacture/ Produce/ Cultivate  Z. Other
Drug Type: N. N/A  A. Amphetamine  B. Barbiturate  C. Cocaine  E. Heroin  H. Hallucinogen  M. Marijuana  O. Opium/Deriv.  P. Paraphernalia/ Equipment  S. Synthetic  U. Unknown  Z. Other

**CHARGE**

Charge Description: Felony solicitation of Prostitution  Counts:  Domestic Violence: ☐Y ☐N
Statute Violation Number: 7,9,6.1.0,7,(2) F,(4)(c),(3 F)  Violation of ORD #
Drug Activity  Drug Type  Amount / Unit  Offense #  Warrant / Capias Number: 06009454 CFA99 DIV W  Bond: 3,000

Charge Description:  Counts:  Domestic Violence: ☐Y ☐N
Statute Violation Number: 7,9,6.1.0,7,(2)  Violation of ORD #
Drug Activity  Drug Type  Amount / Unit  Offense #  Warrant / Capias Number  Bond: JUL 23 AM 1:04

Charge Description:  Counts:  Domestic Violence: ☐Y ☐N  Statute Violation Number  Violation of ORD #
Drug Activity  Drug Type  Amount / Unit  Offense #  Warrant / Capias Number  Bond

Charge Description:  Counts:  Domestic Violence: ☐Y ☐N  Statute Violation Number  Violation of ORD #
Drug Activity  Drug Type  Amount / Unit  Offense #  Warrant / Capias Number  Bond

**NOTICE TO APPEAR**

Location (Court, Room Number, Address):
Court Date and Time: Month  Day  Year  Time  A.M.  P.M.

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant (or Juvenile and Parent/ Custodian)  Date Signed

**ADMIN**

HOLD for other Agency Name:  Signature of Arresting Officer: X  Name Verification (Printed by Arrestee):
☐ Dangerous  ☐ Resisted Arrest  ☐ Suicidal  ☐ Other:
Name of Arresting Officer (Print)  I.D. #  (PRINT)  PAGE
Intake Deputy 02/11/2015  I.D. #  Pouch #  Transporting Officer  I.D. #  Page 2059  Agency
Witness here  OF

PBSO #148 REV. 8/97  DISTRIBUTION: WHITE - COURT COPY   GREEN - STATE ATTORNEY   YELLOW - AGENCY   PINK - AGENCY   GOLD - DEFENDANT (N.T.A.'s ONLY)

| OBTS Number | | ARREST / NOTICE TO APPEAR<br>Juvenile Referral Report | 1 Arrest   3 Request for Warrant<br>2 NTA   4 Request for Capias | 3 | Juvenile |

**ADMINISTRATIVE**

| Agency ORI Number | Agency Name | Agency Report Number (N.T.A.'s only) | |
| FLO, 5 , 0 , 0 , 6 , 0 , 0 | PALM BEACH POLICE DEPARTMENT | 7 , 6 - | |

| Charge Type<br>Check as many<br>as apply. | ☒ 1. Felony<br>☐ 2. Traffic Felony | ☐ 3. Misdemeanor<br>☐ 4. Traffic Misdemeanor | ☐ 5. Ordinance<br>☐ 6. Other | If Weapon Seized<br>Enter Type ___ | Multiple<br>Clearance<br>Indicator |

| Location of Arrest (Including Name of Business) | Location of Offenses (Business Name, Address)<br>358 EL Brillo WAY PALM BEACH, FL |

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |

**DEFENDANT**

| Name (Last, First, Middle)<br>EPSTEIN, JEFFREY E | Alias (Name, DOB, Soc. Sec. #, Etc.) |

| Race<br>W - White   I - American Indian<br>B - Black   O - Oriental/Asian | Sex<br>W M | Date of Birth<br>0,1,2,0,5,3 | Height<br>6 oo | Weight<br>175 | Eye Color<br>BLUE | Hair Color<br>GREY | Complexion | Build<br>MED |

| Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description) | Marital Status | Religion | Indication of:<br>Alcohol Influence<br>Drug Influence | Y N Link |

| Local Address (Street, Apt. Number)<br>358 EL Brillo WAY | (City)<br>PALM BEACH | (State)<br>FL | (Zip)<br>33480 | Phone<br>(561) 832-4117 | Residence Type:<br>1. City   3. Florida<br>2. County   4. Out of State |

| Permanent Address (Street, Apt. Number)<br>34 E 69 ST. | (City)<br>N.Y. | (State)<br>N.Y. | (Zip)<br>10021 | Phone<br>( ) | Address Source |

| Business Address (Name, Street)<br>457 MADISON AVE | (City)<br>NY | (State)<br>NY | (Zip)<br>10022 | Phone<br>( ) | Occupation<br>INVESTOR |

| ████████ | Soc. Sec. Number | INS Number | Place of Birth (City, State)<br>NEW YORK | Citizenship<br>USA |

**CO-DEF**

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | ☐ 1. Arrested<br>☐ 2. At Large | ☐ 3. Felony<br>☐ 4. Misdemeanor<br>☐ 5. Juvenile |
| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | ☐ 1. Arrested<br>☐ 2. At Large | ☐ 3. Felony<br>☐ 4. Misdemeanor<br>☐ 5. Juvenile |

**JUVENILE**

| ☐ Parent<br>☐ Legal Custodian<br>☐ Other: | Name (Last) | (First) | (Middle) | Residence Phone<br>( ) |
| Address (Street, Apt. Number) | (City) | (State) | (Zip) | Business Phone<br>( ) |

| TOT JAC | | Date | Time |

| The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2526) informed of any change of address.<br>☐ Yes, by: (Name) ☐ No: (Reason) | School Attended | Grade |

| Property Crime?<br>☐ Yes   ☐ No | Description of Property | Value of Property |

**CODE**

| Drug Activity<br>N. N/A<br>P. Possess | S. Sell<br>B. Buy<br>T. Traffic | R. Smuggle<br>D. Deliver<br>E. Use | K. Dispense/<br>Distribute | M. Manufacture/<br>Produce/<br>Cultivate | Z. Other | Drug Type<br>N. N/A<br>A. Amphetamine | B. Barbiturate<br>C. Cocaine<br>E. Heroin | H. Hallucinogen<br>M. Marijuana<br>O. Opium/Deriv. | P. Paraphernalia/<br>Equipment<br>S. Synthetic | U. Unknown<br>Z. Other |

**CHARGE**

| Charge Description<br>UNLawful SEX ACTS w/MINOR | Counts<br>4 | Domestic<br>Violence<br>☐ Y ☒ N | Statute Violation Number<br>7 , 9 , 4 , 1 , 9 , 5 , 1(1) | Violation of ORD # |
| Drug Activity N | Drug Type N | Amount / Unit | Offense #<br>05-368 | Warrant / Capias Number | Bond |

**CHARGE**

| Charge Description<br>LEWD / LASCIVIOUS Molest | Counts | Domestic<br>Violence<br>☐ Y ☒ N | Statute Violation Number<br>80 , 0 , 1 , 0 , 4 , 1(S) | Violation of ORD # |
| Drug Activity N | Drug Type N | Amount / Unit | Offense #<br>05-368 | Warrant / Capias Number | Bond |

**CHARGE**

| Charge Description | Counts | Domestic<br>Violence<br>☐ Y ☐ N | Statute Violation Number | Violation of ORD # |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond |

**CHARGE**

| Charge Description | Counts | Domestic<br>Violence<br>☐ Y ☐ N | Statute Violation Number | Violation of ORD # |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond |

**NOTICE TO APPEAR**

| ☐ Instruction No. 1<br>Mandatory Appearance in Court | Location (Court, Room Number, Address) |
| ☐ Instruction No. 2<br>You need not appear in Court but must<br>comply with instructions on Reverse Side. | Court Date and Time<br>Month   Day   Year   Time   A.M.   P.M. |

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

| Signature of Defendant (or Juvenile and Parent / Custodian) | Date Signed |

**ADMIN**

| HOLD for other Agency<br>Name: | Signature of Arresting Officer<br>X | Name Verification (Printed by Arrestee) |
| ☐ Dangerous   ☐ Resisted Arrest<br>☐ Suicidal   ☐ Other: | Name of Arresting Officer (Print)<br>DET. JoE KECAREY   I.D. # 7915 | (PRINT) | PAGE |
| Intake Deputy   I.D. #   Pouch | Transporting Officer   I.D. #   Agency | Witness here if subject signed with an "X". | OF |



**Ghislaine Maxwell**