# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


CASE NO. 15-CV-07433-RWS


-------------------------------------------x

VIRGINIA L. GIUFFRE,

                    Plaintiff,

v.

GHISLAINE MAXWELL,

                    Defendant.


-------------------------------------------x


                    June 20, 2016
                    9:12 a.m.


          C O N F I D E N T I A L

     Deposition of ████████████ pursuant
     to notice, taken by Plaintiff, at the
     offices of Podhurst Orseck, 25 West
     Flagler Street, Suite 800, Miami, Florida,
     before Kelli Ann Willis, a Registered
     Professional Reporter, Certified Realtime
     Reporter and Notary Public within and
     for the State of Florida.



Case 1:22-cv-10018-JSR Document 69-8 Filed 04/28/23 Page 3 of 7

Page 54

1        ████████████████ - CONFIDENTIAL

2    BY MR. EDWARDS:

3        Q.    When you got to his house, you were

4    requested to give a massage?

5            MR. PAGLIUCA:  Object to foundation and

6        form.

7            THE WITNESS:  I don't exactly remember.  I

8        don't remember if I was asked in the kitchen.

9        I don't remember if -- I don't remember.

10   BY MR. EDWARDS:

11       Q.    Massage was part of the game, though?

12           MR. PAGLIUCA:  Object to form and

13       foundation.

14           THE WITNESS:  I don't remember.  I'm

15       sorry.

16   BY MR. EDWARDS:

17       Q.    But even during this deposition today, we

18   have described at times you giving him a massage?

19       A.    Yes.  You're asking about my first

20   encounter, though.

21       Q.    Sorry, I'm just trying to sum up the whole

22   thing.

23       A.    Okay.

24       Q.    Was massage part of the lure to get you

25   specifically to his house?



Page 55

```
 1                   ███████████ - CONFIDENTIAL

 2        A.   Yes.

 3             MR. PAGLIUCA:  Object to form and

 4        foundation.

 5   BY MR. EDWARDS:

 6        Q.   And at the time, you are 15, 16 or 17

 7   years old?

 8             MR. PAGLIUCA:  Object to form and

 9        foundation.

10             THE WITNESS:  Yes.

11   BY MR. EDWARDS:

12        Q.   No massage experience?

13        A.   No.

14        Q.   You were told to bring other girls to his

15   house?

16             MR. PAGLIUCA:  Object to form and

17        foundation.

18             THE WITNESS:  After a while, yes.

19   BY MR. EDWARDS:

20        Q.   These massages were turned sexual by

21   Jeffrey, as opposed to by anyone else?

22        A.   Jeffrey took my clothes off without my

23   consent the first time I met him.

24        Q.   The massages were scheduled by people

25   working for Jeffrey?
```



Page 56

1        ███████████ - CONFIDENTIAL

2        A.   I don't recall.

3             MR. PAGLIUCA:  Object to form and

4        foundation.

5    BY MR. EDWARDS:

6        Q.   Jeffrey Epstein, during these massages,

7    would use sex toys or have sex toys used?

8             MR. PAGLIUCA:  Object to form and

9        foundation.

10            THE WITNESS:  Well, at that point, it's no

11       longer a massage.  Something else is going on.

12       But, yes, he would take out adult toys and

13       different things.

14   BY MR. EDWARDS:

15       Q.   While you were a teenager, Jeffrey Epstein

16   asked you to live with him?

17       A.   Yes.  He wanted me to be emancipated.

18       Q.   Jeffrey Epstein encouraged girl-on-girl

19   sex?

20            MR. PAGLIUCA:  Object to form and

21       foundation.

22            THE WITNESS:  Yes.

23   BY MR. EDWARDS:

24       Q.   And after you cooperated with the police,

25   you were intimidated by people working for Jeffrey



Case 1:22-cv-10018-JSR Document 69-8 Filed 04/28/23 Page 6 of 7

Page 57

```
 1                    ███████████ - CONFIDENTIAL

 2   Epstein?

 3              MR. PAGLIUCA:  Object to form and

 4        foundation.

 5              THE WITNESS:  Yes.

 6              MR. EDWARDS:  All right.  I don't have

 7        anything further for you.  I apologize that we

 8        even had to go through this, all right?

 9              THE WITNESS:  Okay.

10                   E X A M I N A T I O N

11   BY MR. PAGLIUCA:

12        Q.   Ms. ████, by name is Jeff Pagliuca.  I

13   live in Denver, Colorado.  And, like you, I don't

14   want to be here today either, okay?  I would rather

15   be in Denver.

16              I just want to -- as I understand it, and

17   I'm not trying to get into any of your treatment

18   over the last, let's say, 10 years, because I don't

19   know how long it's been, but as I understand what

20   you and your lawyer have said here today, you have

21   been involved in some number of years of therapy, in

22   which the purpose -- part of the purpose of the

23   therapy has been to forget all of these events that

24   Mr. Edwards was asking you questions about; is that

25   correct?
```



MAGNA ▶
LEGAL SERVICES

```
 1                    ███████████ - CONFIDENTIAL
 2                      CERTIFICATE OF OATH
 3     STATE OF FLORIDA        )
 4     COUNTY OF MIAMI-DADE    )
 5
 6            I, the undersigned authority, certify that
       ████████████  personally appeared before    me and
       was duly sworn.
 7            WITNESS my hand and official seal    this
       23rd day of June, 2016.
 8
 9
               Kelli Ann Willis, RPR, CRR
10             Notary Public, State of Florida
               Commission FF928291, Expires 2-16-20
11      + + + + + + + + + + + + + + + + + + +
12                      CERTIFICATE
13     STATE   OF   FLORIDA  )
14     COUNTY OF MIAMI-DADE )
15            I, Kelli Ann Willis, Registered
       Professional Reporter and Certified Realtime
16     Reporter do hereby certify that    I was
       authorized to and did stenographically report the
17     foregoing deposition of ██████████████ that a
       review of the transcript was not requested; and
18     that the transcript is      a true record of my
       stenographic notes.
19            I FURTHER CERTIFY that I am not a
       relative, employee, attorney, or counsel of    any
20     of the parties, nor am I a relative or employee of
       any of the parties' attorney or counsel connected
21     with the action, nor am I financially interested
       in the action.
22            Dated this 23rd day of June, 2016.
23
24                 KELLI ANN WILLIS, RPR, CRR
25
```

