# EXHIBIT G

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

-------------------------------------------x

VIRGINIA L. GIUFFRE,

                              Plaintiff,

v.

GHISLAINE MAXWELL,

                              Defendant.

-------------------------------------------x

                              May 18, 2016
                              9:04 a.m.

        C O N F I D E N T I A L
      Deposition of JOHANNA SJOBERG, pursuant
      to notice, taken by Plaintiff, at the
      offices of Boies Schiller & Flexner, 401
      Las Olas Boulevard, Fort Lauderdale, Florida,
      before Kelli Ann Willis, a Registered
      Professional Reporter, Certified Realtime
      Reporter and Notary Public within and
      for the State of Florida.



Case 1:22-cv-10018-JSR Document 69-9 Filed 04/28/23 Page 3 of 21

Page 8

1       Q.    Okay.  Great.

2             All right.  Do you know a female by the

3       name of Ghislaine Maxwell?

4       A.    Yes.

5       Q.    And when did you first meet Ms. Maxwell?

6       A.    2001.  March probably.  End of

7       February/beginning of March.

8       Q.    And how did you meet her?

9       A.    She approached me while I was on campus at

10      Palm Beach Atlantic College.

11      Q.    And what happened when she approached you?

12      A.    She asked me if I could tell her how to

13      find someone that would come and work at her house.

14      She wanted to know if there was, like, a bulletin

15      board or something that she could post, that she was

16      looking for someone to hire.

17      Q.    And what did you discuss with her?

18      A.    I told her where she could go to -- you

19      know, to put up a listing.  And then she asked me if

20      I knew anyone that would be interested in working

21      for her.

22      Q.    Did she describe what that work was going

23      to be?

24      A.    She explained that she lived in Palm Beach

25      and didn't want butlers because they're too stuffy.



Case 1:22-cv-10018-JSR   Document 93-9   Filed 04/28/23   Page 4 of 21

Page 9

1    And so she just liked to hire girls to work at the

2    house, answer phones, get drinks, do the job a

3    butler would do.

4         Q.   And did she tell you what she would pay

5    for that kind of a job?

6         A.   At that moment, no, but later in the day,

7    yes.

8         Q.   And what did she say?

9         A.   Twenty dollars an hour.

10        Q.   Was there anybody else with Ms. Maxwell

11   when you met her?

12        A.   There was another woman with her.  I don't

13   recall her or what she looks like or how old she

14   was.

15        Q.   And what happened next?

16        A.   And then she asked me if I would be

17   interested in working for her.  And she told me that

18   she was -- I could trust her and that I could jump

19   in her car and go check out the house at that moment

20   if I wanted.

21             And so I said, Sure, let's do it, and went

22   to her home with her.

23        Q.   And where was that home?

24        A.   In Palm Beach.

25        Q.   And did she describe that home as being



Case 1:22-cv-10018-JSR Document 99-9 Filed 04/28/23 Page 8 of 21

Page 12

1   magazines.

2          She and I went -- she wanted to take me

3   shopping to Worth Avenue, but it was a Sunday and

4   Nieman Marcus was closed, so we went back to, like,

5   a little book store.  And I remember she bought, I

6   think, five pairs of reading glasses because she

7   thought Jeffrey would like them.  He had them all

8   over the house.  On every table there was reading

9   glasses.

10          And that's about it.  It was a pretty

11  simple day.

12      Q.    Were you paid that day for that work?

13      A.    Yes.

14      Q.    And how much were you paid?  Do you

15  remember?

16      A.    I don't remember how many hours I was

17  there -- I was there.  She paid me cash.

18      Q.    So Maxwell paid you?

19      A.    Yes.

20      Q.    And then was she the one who trained you

21  with what -- with respect to what you were supposed

22  to do during the day, directed you to, like you

23  said, go to --

24      A.    I believe she was the one that was kind of

25  showing me around.



Case 1:22-cv-10018-JSR Document 99-9 Filed 04/28/23 Page 8 of 21

Page 13

```
 1        Q.    And how long did you work in that position
 2   answering phones and doing --
 3        A.    Just that one day.
 4        Q.    Just that one day.
 5              And did your duties change?
 6        A.    Well, the next time she called me, she
 7   asked me if I wanted to come over and make $100 an
 8   hour rubbing feet.
 9        Q.    And what did you think of that offer?
10        A.    I thought it was fantastic.
11        Q.    And did you come over to the house for
12   that purpose?
13        A.    Yes.
14        Q.    And when you came over to the house, was
15   Maxwell present?
16        A.    I don't recall.
17        Q.    And what happened that second time you
18   came to the house?
19        A.    At that point, I met Emmy Taylor, and she
20   took me up to Jeffrey's bathroom and he was present.
21   And her and I both massaged Jeffrey.  She was
22   showing me how to massage.
23              And then she -- he took -- he got off the
24   table, she got on the table.  She took off her
25   clothes, got on the table, and then he was showing
```



Case 1:22-cv-10018-JSR Document 98-9 Filed 04/28/23 Page 88 of

Page 14

1   me moves that he liked.  And then I took my clothes

2   off.  They asked me to get on the table so I could

3   feel it.  Then they both massaged me.

4        Q.   So it was more than a foot massage at that

5   point?

6        A.   Yeah, it was mostly, like, legs and back.

7        Q.   Was everybody in the room without clothes

8   on?

9        A.   When they were on the massage table, yes.

10       Q.   Did they -- when they got off the massage

11  table to perform the massage, did they dress or

12  did --

13       A.   Yes.

14       Q.   They dressed.

15            And do you recall who paid you for that

16  first day that you did the massages?

17       A.   I don't recall.

18       Q.   Do you recall whether Maxwell was at the

19  house during that first day when you were doing the

20  massage with Emmy and Jeffrey?

21            MS. MENNINGER:  Objection, asked and

22       answered.

23  BY MS. McCAWLEY:

24       Q.   You can answer.

25       A.   I don't recall.



Case 1:22-cv-10018-JSR Document 99-9 Filed 04/28/23 Page 8 of 21

Page 15

1      Q.    Who did Emmy work for?

2      A.    Ghislaine.

3      Q.    Did Maxwell ever refer to Emmy by any

4  particular term?

5      A.    She called her her slave.

6      Q.    You said your job duties changed.  Did you

7  start to travel as part of your job with Jeffrey and

8  Ghislaine?

9      A.    Yes.  The next time they called me, they

10  asked me to go to New York.

11      Q.    And did you -- do you recall when that was

12  approximately?

13      A.    That was Easter of 2001.

14      Q.    And do you recall who was on the plane

15  with you for that trip?

16          MS. MENNINGER:  Objection, leading, form.

17          MS. McCAWLEY:  Actually, I'm going to stop

18      really quickly and I'm going to ask for the

19      next exhibit, please.

20          MS. MENNINGER:  This is 3?

21          MS. McCAWLEY:  Yes.  I'm going to mark

22      this as Exhibit 3 for purposes of the

23      deposition.

24

25



Case 1:22-cv-10018-JSR   Document 69-9   Filed 04/28/23   Page 8 of 21

Page 27

```
 1       leading.
 2            THE WITNESS:  Jeffrey Epstein; Ghislaine
 3       Maxwell; AP and PK are the two women I do not
 4       recall; Virginia Roberts; and myself.
 5  BY MS. McCAWLEY:
 6       Q.   Do you recall how you flew back from the
 7  location in the US Virgin Islands?
 8       A.   They put me on a commercial flight.  I
 9  wanted to be home in time for Easter.
10       Q.   When you say "they," do you recall who
11  made those arrangements for you?
12       A.   It could have been Ghislaine.
13       Q.   Did you -- do you recall performing
14  massages while you were in the US Virgin Islands?
15       A.   Yes.
16       Q.   Who was involved in -- was there more than
17  one?
18       A.   Yes.  I massaged Ghislaine at one point.
19  And I massaged Jeffrey, Virginia and I, both, on the
20  beach.
21       Q.   Were you dressed during the massage that
22  was on the beach?
23       A.   Yes.  Bikinis probably, most likely.
24       Q.   Do you recall what Virginia was wearing?
25       A.   I believe she was wearing a bathing suit,
```



Case 1:22-cv-10018-JSR Document 69-19 Filed 04/28/23 Page 33 of 21

```
                                                    Page 32
 1          to object and then you can still answer.  No
 2          one is going to stop you from answering.  I
 3          just need to get the objection on the record,
 4          in the same way she needs to be able to talk
 5          before you.  My apologies.  I'm not trying to
 6          cut you off, but I am supposed to get it in
 7          before you answer.
 8    BY MS. McCAWLEY:
 9          Q.   Did Jeffrey ever tell you why he received
10    so many massages from so many different girls?
11               MS. MENNINGER:  Objection, hearsay.
12    BY MS. McCAWLEY:
13          Q.   You can answer.
14          A.   He explained to me that, in his opinion,
15    he needed to have three orgasms a day.  It was
16    biological, like eating.
17          Q.   And what was your reaction to that
18    statement?
19          A.   I thought it was a little crazy.
20          Q.   And what did -- do you recall what -- when
21    you observed the other females giving massages, do
22    you recall what they would dress like?  Did they
23    wear scrubs or did they typically wear normal
24    clothes?
25          A.   Normal clothes.
```



```
 1              MS. MENNINGER:  Objection, leading.
 2   BY MS. McCAWLEY:
 3        Q.   Do you believe that from your
 4   observations, Maxwell and Epstein were boyfriend and
 5   girlfriend?
 6        A.   Initially, yes.
 7        Q.   Did Maxwell ever share with you whether it
 8   bothered her that Jeffrey had so many girls around?
 9              MS. MENNINGER:  Objection, leading,
10        hearsay.
11              THE WITNESS:  No.  Actually, the opposite.
12   BY MS. McCAWLEY:
13        Q.   What did she say?
14        A.   She let me know that she was -- she would
15   not be able to please him as much as he needed and
16   that is why there were other girls around.
17        Q.   Did there ever come a time -- did you ever
18   take a photography class in school?
19        A.   Yes.
20        Q.   And did there ever come a time when
21   Maxwell offered to buy you a camera?
22        A.   Yes.
23              MS. MENNINGER:  Objection, leading.
24   BY MS. McCAWLEY:
25        Q.   Did Maxwell ever offer to buy you a
```



Case 1:22-cv-10018-JSR   Document 69-19   Filed 04/28/23   Page 33 of 83

Page 34

1    camera?

2              MS. MENNINGER:  Objection, leading.

3              THE WITNESS:  Yes.

4    BY MS. McCAWLEY:

5         Q.   Was there anything you were supposed to do

6    in order to get the camera?

7              MS. MENNINGER:  Objection, leading.

8              THE WITNESS:  I did not know that there

9         were expectations of me to get the camera until

10        after.  She had purchased the camera for me,

11        and I was over there giving Jeffrey a massage.

12        I did not know that she was in possession of

13        the camera until later.

14             She told me -- called me after I had left

15        and said, I have the camera for you, but you

16        cannot receive it yet because you came here and

17        didn't finish your job and I had to finish it

18        for you.

19   BY MS. McCAWLEY:

20        Q.   And did you -- what did you understand her

21   to mean?

22        A.   She was implying that I did not get

23   Jeffrey off, and so she had to do it.

24        Q.   And when you say "get Jeffrey off," do you

25   mean bring him to orgasm?



Case 1:22-cv-10018-JSR   Document 69-19   Filed 04/28/23   Page 13 of 21

```
                                                        Page 35
 1        A.    Yes.

 2        Q.    Did Ghislaine ever describe to you what

 3    types of girls Jeffrey liked?

 4        A.    Model types.

 5        Q.    Did Ghislaine ever talk to you about how

 6    you should act around Jeffrey?

 7        A.    She just had a conversation with me that I

 8    should always act grateful.

 9        Q.    Did Jeffrey ever tell you that he took a

10    girl's virginity?

11        A.    He did not tell me.  He told a friend of

12    mine.

13        Q.    And what do you recall about that?

14              MS. MENNINGER:  Objection, hearsay,

15        foundation.

16              THE WITNESS:  He wanted to have a friend

17        of mine come out who was cardio-kickboxer

18        instructor.  She was a physical trainer.

19              And so I brought her over to the house,

20        and he told my friend Rachel that -- he said,

21        You see that girl over there laying by the

22        pool?  She was 19.  And he said, I just took

23        her virginity.  And my friend Rachel was

24        mortified.

25
```



MAGNA
LEGAL SERVICES

Case 1:22-cv-10018-JSR   Document 69-19   Filed 04/28/23   Page 14 of 21

```
                                                        Page 36
 1   BY MS. McCAWLEY:
 2        Q.   Based on what you knew, did Maxwell know
 3   that the type of massages Jeffrey was getting
 4   typically involved sexual acts?
 5             MS. MENNINGER:  Objection, foundation,
 6        leading.
 7             THE WITNESS:  Yes.
 8   BY MS. McCAWLEY:
 9        Q.   What was Maxwell's main job with respect
10   to Jeffrey?
11             MS. MENNINGER:  Objection, foundation.
12             THE WITNESS:  Well, beyond companionship,
13        her job, as it related to me, was to find other
14        girls that would perform massages for him and
15        herself.
16   BY MS. McCAWLEY:
17        Q.   Did Maxwell ever refer to the girls in a
18   particular way?
19        A.   At one point when we were in the islands,
20   we were all watching a movie and she called us her
21   children.
22        Q.   Did anybody respond to that?
23        A.   I don't recall.
24        Q.   Did she ever refer to herself as a mother?
25        A.   Yes, like a mother hen.
```



Case 1:22-cv-10018-JSR  Document 69-19  Filed 04/28/23  Page 15 of 21

Page 64

```
 1        Q.   Do you remember anything notable about the
 2   phone calls?
 3        A.   I just remember I always had to say, He's
 4   unavailable, can I take a message?
 5        Q.   And where did you take a message?
 6        A.   On a little notepad next to the phone.
 7        Q.   Do you recall any small children calling
 8   the house that day?
 9        A.   No.
10        Q.   Were you speaking to anyone about their
11   school experience or anything like that?
12        A.   No.
13        Q.   Did you take any messages for famous
14   people?
15        A.   They could have been famous and I would
16   have been clueless.
17        Q.   Did you take messages at any other point
18   during the time that you worked with Jeffrey?
19        A.   No.
20        Q.   And you said you remember at the end of
21   that day being paid by Ghislaine?
22        A.   Yes.
23        Q.   And you were paid for doing the errands
24   and answering phones and whatever else you did?
25        A.   Yes.
```



Page 82

```
 1        Q.   When you came upstairs, where was Virginia
 2   sitting?
 3        A.   I don't remember.
 4        Q.   Do you remember what she was wearing?
 5        A.   No.
 6        Q.   She was already there when you got back
 7   from sightseeing?
 8        A.   Yes.
 9        Q.   Tell me what happened with the caricature.
10        A.   Ghislaine asked me to come to a closet.
11   She just said, Come with me.  We went to a closet
12   and grabbed the puppet, the puppet of Prince Andrew.
13   And I knew it was Prince Andrew because I had
14   recognized him as a person.  I didn't know who he
15   was.
16             And so when I saw the tag that said Prince
17   Andrew, then it clicked.  I'm like, that's who it
18   is.
19             And we went down -- back down to the
20   living room, and she brought it in.  It was just
21   funny because -- he thought it was funny because it
22   was him.
23        Q.   Tell me how it came to be that there was a
24   picture taken.
25             MS. McCAWLEY:  Objection.
```



MAGNA
LEGAL SERVICES

Page 83

```
 1              THE WITNESS:  I just remember someone
 2         suggesting a photo, and they told us to go get
 3         on the couch.  And so Andrew and Virginia sat
 4         on the couch, and they put the puppet, the
 5         puppet on her lap.
 6              And so then I sat on Andrew's lap, and I
 7         believe on my own volition, and they took the
 8         puppet's hands and put it on Virginia's breast,
 9         and so Andrew put his on mine.
10    BY MS. MENNINGER:
11         Q.   And this was done in a joking manner?
12              MS. McCAWLEY:  Objection.
13              THE WITNESS:  Yes.
14    BY MS. MENNINGER:
15         Q.   Do you recall a photo being taken of that
16    event?
17         A.   Yes.
18         Q.   You've never seen the photo?
19         A.   No.
20         Q.   You don't know whose camera it was?
21         A.   No.
22         Q.   Virginia was sitting on the couch next to
23    Andrew, not in a big leather armchair?
24         A.   Maybe.  I'm just trying to remember how I
25    remember it.
```



Case 1:21-cv-20001 B... Document 69-919 Filed 04/28/23 Page 33 Page 183 of 21

```
                                                    Page 142
 1    exposed her bra, and she grabbed it and pulled it
 2    down.
 3         Q.    Anything else?
 4         A.    That was the conversation that he had told
 5    her that he had taken this girl's virginity, the
 6    girl by the pool.
 7         Q.    Okay.  Did Maxwell ever say to you that it
 8    takes the pressure off of her to have other girls
 9    around?
10         A.    She implied that, yes.
11         Q.    In what way?
12         A.    Sexually.
13         Q.    And earlier Laura asked you, I believe, if
14    Maxwell ever asked you to perform any sexual acts,
15    and I believe your testimony was no, but then you
16    also previously stated that during the camera
17    incident that Maxwell had talked to you about not
18    finishing the job.
19              Did you understand "not finishing the job"
20    meaning bringing Jeffrey to orgasm?
21              MS. MENNINGER:  Objection, leading, form.
22    BY MS. McCAWLEY:
23         Q.   I'm sorry, Johanna, let me correct that
24    question.
25              What did you understand Maxwell to mean
```



Page 143

```
 1    when she said you hadn't finished the job, with

 2    respect to the camera?

 3             MS. MENNINGER:  Objection, leading, form.

 4             THE WITNESS:  She implied that I had not

 5        brought him to orgasm.

 6    BY MS. McCAWLEY:

 7        Q.   So is it fair to say that Maxwell expected

 8    you to perform sexual acts when you were massaging

 9    Jeffrey?

10             MS. MENNINGER:  Objection, leading, form,

11        foundation.

12             THE WITNESS:  I can answer?

13             Yes, I took that conversation to mean that

14        is what was expected of me.

15    BY MS. McCAWLEY:

16        Q.   And then you mentioned, I believe, when

17    you were testifying earlier that Jeffrey told you a

18    story about sex on the plane.  What was that about?

19             MS. MENNINGER:  Objection, hearsay.

20             THE WITNESS:  He told me one time Emmy was

21        sleeping on the plane, and they were getting

22        ready to land.  And he went and woke her up,

23        and she thought that meant he wanted a blow

24        job, so she started to unzip his pants, and he

25        said, No, no, no, you just have to be awake for
```



Page 150

```
 1      A.    No.

 2      Q.    Was it in the context of anything?

 3      A.    About the camera that she had bought for

 4 me.

 5      Q.    What did she say in relationship to the

 6 camera that she bought for you and taking

 7 photographs of you?

 8      A.    Just that Jeffrey would like to have some

 9 photos of me, and she asked me to take photos of

10 myself.

11      Q.    What did you say?

12      A.    I don't remember saying no, but I never

13 ended up following through.  I think I tried once.

14      Q.    This was the pre-selfie era, correct?

15      A.    Exactly.

16      Q.    I want to go back to this:  You testified

17 to two things just now with Sigrid that you said

18 were implied to you.

19      A.    Okay.

20      Q.    The first one was it would take pressure

21 off of Maxwell to have more girls around?

22      A.    Right.

23      Q.    What exactly did Maxwell say to you that

24 led you to believe that was her implication?

25      A.    She said she doesn't have the time or
```



Page 160

```
 1
 2                  C E R T I F I C A T E
 3     STATE OF FLORIDA      )
                              : ss
 4     COUNTY OF MIAMI-DADE )
 5              I, KELLI ANN WILLIS, a Registered
 6        Professional, Certified Realtime Reporter and
 7        Notary Public within and for The State of
 8        Florida, do hereby certify:
 9              That JOHANNA SJOBERG, the witness whose
10        deposition is hereinbefore set forth was duly
11        sworn by me and that such Deposition is a true
12        record of the testimony given by the witness.
13              I further certify that I am not related
14        to any of the parties to this action by blood
15        or marriage, and that I am in no way interested
16        in the outcome of this matter.
17              IN WITNESS WHEREOF, I have hereunto set
18        my hand this 18th day of May, 2016.
19
20              _____
                KELLI ANN WILLIS, RPR, CRR
21
22
23
24
25
```

