# EXHIBIT M

```
                                                    Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

            Plaintiff,
                                      Case No.:
    -against-                         15-cv-07433-RWS

GHISLAINE MAXWELL,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - x

                    **CONFIDENTIAL**

        Videotaped deposition of RINALDO
    RIZZO, taken pursuant to subpoena, was
    held at the law offices of Boies
    Schiller & Flexner, 333 Main Street,
    Armonk, New York, commencing June 10,
    2016, 10:06 a.m., on the above date,
    before Leslie Fagin, a Court Reporter
    and Notary Public in the State of New
    York.
                       - - -
              MAGNA LEGAL SERVICES
         1200 Avenue of the Americas
           New York, New York 10026
                 (866) 624-6221
```



Page 25

```
 1         R. Rizzo - Confidential
 2   even Nadia.  And what I found very repulsive,
 3   out of the ordinary, was Nadia was wearing a
 4   swimsuit that was very revealing and
 5   basically, her bottom basically went up her
 6   butt, revealing all of her buttocks.  So
 7   again, in the context not very appropriate
 8   for the situation.
 9         Q.   Could you tell the relationship of
10   age between the three girls that you have
11   described and Nadia, for instance?
12              MR. PAGLIUCA:  Object to the form
13        and foundation.
14        A.   Nadia seemed to be a bit older, I
15   would say.
16        Q.   How does this end, or is there,
17   what do you do next?  How does this meeting
18   that you've just described break up?
19        A.   I asked to excuse myself and asked
20   where the bathroom was, so I'm pointed inside
21   the house, to go inside the house to the
22   bathroom.
23              I walk in there, and I walk, as I'm
24   walking to the bathroom, what caught my eye,
25   and I had to take a double lock, there were
```



Case 1:22-cv-10018-JSR Document 69-15 Filed 04/28/23 Page 4 of 14
Case 1:16-cv-2800, Document 263, 05/09/19, 2562441, Page233 of 363

Page 26

 1      R. Rizzo - Confidential
 2   pictures of naked women, half-dressed girls.
 3   So I went to the bathroom, again, from
 4   someone, myself working in private service, I
 5   always know in houses there are cameras, so
 6   again, I was very reluctant to stare, because
 7   you never know when you are on camera.
 8           So I used the bathroom, and I came
 9   out, and you know, curiosity got the best of
10   me, and I leaned over and started looking at
11   these pictures for a brief minute, and it was
12   just so coincidental that as I did that, Ms.
13   Maxwell enters, and she immediately says to
14   me that Jeffrey would like for me to rejoin
15   the party immediately.
16       Q.   How many pictures of nude females
17   did you see in Jeffrey Epstein's home?
18           MR. PAGLIUCA:  Object to the form
19        and foundation.
20       A.   I can't recall the exact number.
21       Q.   Can you describe the pictures that
22   you saw in terms of what the people, what the
23   people or person within the picture was
24   wearing, what the age range would be of the
25   person that's in the photograph, any poses,



Case 1:22-cv-10018-JSR Document 69-15 Filed 04/28/23 Page 5 of 14
Case 1:692500, Document 253, 05/09/2159, 2622411, Page234 of 353

Page 52

```
 1         R. Rizzo - Confidential
 2      Q.   Did you learn whether your
 3   perception was correct?
 4           MR. PAGLIUCA:  Same objection.
 5      A.   It was younger.  Yes, I did.
 6      Q.   How old was this girl?
 7      A.   15 years old.
 8      Q.   What happens next when Ghislaine
 9   Maxwell and Jeffrey Epstein and a 15-year-old
10   girl walk into Eva Anderson's home?
11           MR. PAGLIUCA:  Object to the form.
12   Foundation.
13      A.   They proceed into the dining room
14   area, which is across from the living room
15   area.  I go into the kitchen and I hear a
16   conversation start.  Very muffled, I could
17   not hear any particulars about the
18   conversation whatsoever.
19           My wife and I are in the kitchen
20   preparing the evening meal.  Eva brings the
21   young girl into the kitchen.  In the kitchen,
22   there is an island with three barstools.  Eva
23   instructs the young girl to sit to the
24   furthest barstool on the right.
25      Q.   Describe for me what the girl
```



MAGNA LEGAL SERVICES

Page 53

```
 1         R. Rizzo - Confidential
 2   looked like, including her demeanor and
 3   anything else you remember about her when she
 4   walks into the kitchen.
 5         A.   Very attractive, beautiful young
 6   girl.  Makeup, very put together, casual
 7   dress.  But she seemed to be upset, maybe
 8   distraught, and she was shaking, and as she
 9   sat down, she sat down and sat in the stool
10   exactly the way the girls that I mentioned to
11   you sat at Jeffrey's house, with no
12   expression and with their head down.  But we
13   could tell that she was very nervous.
14         Q.   What do you mean by distraught and
15   shaking, what do you mean by that?
16         A.   Shaking, I mean literally
17   quivering.
18         Q.   What happens next?
19         A.   We were, again, the absurdity,
20   never introduced.  Like you would walk into a
21   room and say this is -- so my wife and I are
22   in the kitchen and this young girl is sitting
23   there.  It was a very uncomfortable moment.
24   I look at my wife.  And so I want to ease the
25   moment, and so I introduced myself and I
```



Page 54

```
 1         R. Rizzo - Confidential
 2    introduced my wife, and she doesn't really
 3    respond.
 4            And I asked her, are you okay?  And
 5    she doesn't really respond.  Nothing verbal,
 6    no cues, her head is still down.  I ask her
 7    if she would like some water, tissue,
 8    anything, and she basically doesn't respond.
 9         Q.   You ask her for a tissue?
10         A.   If she would like a tissue or some
11    water at the time.
12         Q.   Was she crying at the time?
13         A.   My perception, she was on the verge
14    of crying.  And I'm trying to loosen the
15    situation every way I know how, so the only
16    way I knew how, and I thought maybe this will
17    comfort her, I said oh, by the way, do you
18    work for Jeffrey.
19            And she says that, I guess kind of
20    made her feel comfortable, because maybe it
21    was that comment or my persistence, and she
22    said yes.  So I said, what do you do?  And
23    she says I'm Jeffrey's executive assistant,
24    personal assistant.  Which, from looking at
25    her, just didn't seem to suit.
```



Page 55

```
 1        R. Rizzo - Confidential
 2              And I blurted out:  You're his
 3    executive personal assistant?  What do you
 4    do?  And she says I was hired as his
 5    executive personal assistant.  I schedule his
 6    appointments.
 7              And I'm shocked, and I blurt out:
 8    You seem quite young, how did you get a job?
 9    How old are you?  And she says to me, point
10    blank:  I'm 15 years old.
11              And I said to her:  You're 15 years
12    old and you have a position like that?  At
13    that point she just breaks down hysterically,
14    so I feel like I just said something wrong,
15    and she will not stop crying.  My wife and I
16    were at a loss for words, and I keep on
17    trying to console her, and nothing I was
18    saying, are you all right, do you need a
19    tissue, do you need water, consoles her.
20              And then in a state of shock, she
21    just lets it rip, and what she told me was
22    just unbelievable.
23        Q.   What did she say?
24             MR. PAGLIUCA:  Object to the form
25        and foundation.
```



Page 56

```
 1              R. Rizzo - Confidential
 2         A.    She proceeds to tell my wife and I
 3    that, and this is not -- this is blurting
 4    out, not a conversation like I'm having a
 5    casual conversation.  That quickly, I was on
 6    an island, I was on the island and there was
 7    Ghislaine, there was Sarah, she said they
 8    asked me for sex, I said no.
 9               And she is just rambling, and I'm
10    like what, and she said -- I asked her, I
11    said what?  And she says yes, I was on the
12    island, I don't know how I got from the
13    island to here.  Last afternoon or in the
14    afternoon I was on the island and now I'm
15    here.  And I said do you have a -- this is
16    not making any sense to me, and I said this
17    is nuts, do you have a passport, do you have
18    a phone?
19               And she says no, and she says
20    Ghislaine took my passport.  And I said what,
21    and she says Sarah took her passport and her
22    phone and gave it to Ghislaine Maxwell, and
23    at that point she said that she was
24    threatened.  And I said threatened, she says
25    yes, I was threatened by Ghislaine not to
```



MAGNA LEGAL SERVICES

Page 57

```
 1          R. Rizzo - Confidential
 2   discuss this.
 3          And I'm just shocked.  So the
 4   conversation, and she is just rambling on and
 5   on, again, like I said, how she got here, she
 6   doesn't know how she got here.  Again, I
 7   asked her, did you contact your parents and
 8   she says no.
 9          At that point, she says I'm not
10   supposed to talk about this.  I said, but I
11   said:  How did you get here.  I don't
12   understand.  We were totally lost for words.
13          And she said that before she got
14   there, she was threatened again by Jeffrey
15   and Ghislaine not to talk about what I had
16   mentioned earlier, about -- again, the word
17   she used was sex.
18       Q.   And during this time that you're
19   saying she is rambling, is her demeanor
20   continues to be what you described it?
21       A.   Yes.
22       Q.   Was she in fear?
23       A.   Yes.
24          MR. PAGLIUCA:  Object to the form
25       and foundation.
```



```
                                              Page 58
 1          R. Rizzo - Confidential
 2      Q.    You could tell?
 3      A.    Yes.
 4          MR. PAGLIUCA:  Same objection.
 5      A.    She was shaking uncontrollably.
 6      Q.    What happens with this 15-year-old
 7   girl next?
 8          MR. PAGLIUCA:  Object to the form
 9      and foundation.
10      A.    As she is trying to explain, and
11   I'm asking questions because I'm as feared as
12   she is at this point.  We hear people
13   approach and she just shuts up.
14      Q.    What happens next?
15      A.    Eva comes in and tells her that she
16   will be working for Eva in the city.
17      Q.    As what?
18      A.    As a nanny.
19      Q.    Did you see this girl again?
20      A.    Yes.
21      Q.    And when?
22      A.    On a flight maybe a month or so to
23   Sweden.
24      Q.    What was the purpose of the flight?
25      A.    We were going to Sweden for the
```



```
                                                    Page 59
 1          R. Rizzo - Confidential
 2   summer.
 3      Q.    Who was on the flight?
 4      A.    The Dubin family.
 5      Q.    As well as this girl?
 6      A.    Yes.
 7      Q.    What happens?
 8      A.    One thing that I forgot to mention
 9   is during our initial conversation, I asked
10   her what her name was ▄▄▄ she said her name
11   was ▄▄▄▄▄▄▄
12      Q.    What happened with ▄▄▄▄▄▄▄?
13      A.    We flew to Sweden, we stopped at an
14   airport that we didn't usually stop at and
15   she got off the plane.
16      Q.    Just so that I make sure I
17   understand, who it was that she says asked
18   her for sex on the island, who was that?
19          MR. PAGLIUCA:  Object to the form.
20      Foundation.
21      A.    She didn't specify who asked for
22   sex.  She said that they asked for sex.
23   Immediately after that she put Ghislaine and
24   Sarah into the conversation.
25      Q.    Taking her passport?
```



Page 60

```
 1         R. Rizzo - Confidential
 2      A.   Yes.
 3      Q.   From -- are there any other
 4  incidents or occurrences that you observed
 5  personally with Jeffrey Epstein and Ghislaine
 6  Maxwell?
 7           MR. PAGLIUCA:  Object to the form
 8      and foundation.
 9      A.   Not that I can recall.
10      Q.   This last event that you described,
11  what's the timeframe when that occurred?
12      A.   Late 2004, 2005.
13      Q.   When did you resign your employment
14  from the Dubin family?
15      A.   I think roughly October.
16      Q.   Of what year?
17      A.   2005.
18      Q.   Why?
19      A.   My wife and I had discussed these
20  incidents, and this last one was just, we
21  couldn't deal with it.
22      Q.   When you left your employment with
23  the Dubin family, did you have a job?
24      A.   When we finally left, I stayed on
25  three months after my resignation, I had a
```



                                                        Page 141
 1
 2                      CERTIFICATE
 3
 4
 5          I HEREBY CERTIFY that RINALDO
 6   RIZZO, was duly sworn by me and that the
 7   deposition is a true record of the testimony
 8   given by the witness.
 9
10   _____
11   Leslie Fagin,
     Registered Professional Reporter
12   Dated:  June 10, 2016
13
14
15          (The foregoing certification of
16   this transcript does not apply to any
17   reproduction of the same by any means, unless
18   under the direct control and/or supervision
19   of the certifying reporter.)
20
21
22
23
24
25

