# EXHIBIT N

Page 238

1  Cab Company?
2     A.  West Palm Beach Taxi. No, it's not
3  Yellow. Could be Yellow, but I don't know.
4     Q.  Would Mr. Epstein have the names or the
5  list?
6     A.  Probably.
7        MR. CRITTON: Form.
8  BY MR. EDWARDS:
9     Q.  Anybody else?
10    A.  Sarah.
11    Q.  Sarah would have?
12    A.  Yes.
13    Q.  In addition to Mr. Epstein obviously
14 knowing who's coming to and from the house, would
15 Sarah also be familiar with the names of the girls
16 and who they were?
17    A.  Yes.
18    Q.  In addition to Sarah and Mr. Epstein
19 would Ghislaine Maxwell be familiar with the names
20 of some of these girls?
21       MR. CRITTON: Form.
22       THE WITNESS: Yes.
23 BY MR. EDWARDS:
24    Q.  Are these names kept in a database in a
25 computer system?

Page 239

1     A.  Could be.
2        MR. CRITTON: I'm sorry, did you say
3     could be?
4        THE WITNESS: Yeah.
5        MR. CRITTON: Move to strike as
6     speculation.
7  BY MR. EDWARDS:
8     Q.  When you say could be, why do you say
9     that?
10    A.  Because there were too many and they were
11 very organized and there is nothing you write on a
12 piece of paper.
13    Q.  When you say they were very organized,
14 are we talking --
15    A.  Mr. Epstein and Sarah.
16    Q.  Anybody else beside Mr. Epstein and
17 Sarah, I guess beside Sarah that would do the
18 scheduling to coordinate the times these girls
19 would come to the house?
20    A.  I'm sorry, anybody else you say?
21    Q.  Right, aside from Sarah.
22    A.  No, no.
23    Q.  And do you know what role, if any, Nadia
24 Marcenacova ever played in any of what would go on
25 behind the bedroom door with Mr. Epstein?

Page 240

1     A.  Nadia was the number one girlfriend for
2  Mr. Epstein. Very sweet girl, and she was always
3  -- she would come over to the house but different
4  girls with her all the time.
5     Q.  Okay. But Nadia, that's somebody who
6  lives in New York?
7     A.  Nadia, I believe, yes, her address is in
8  New York.
9     Q.  So how often would she stay at 358 El
10 Brillo?
11    A.  Very often.
12    Q.  Usually every time when Mr. Epstein was
13 there?
14    A.  Yes.
15    Q.  And she would for the most time fly on
16 the plane with Mr. Epstein?
17    A.  Yes.
18    Q.  And it would be her and Mr. Epstein and
19 oftentimes some other girls?
20    A.  Exactly.
21    Q.  Where some points I think earlier when
22 Mr. Mermelstein was asking you questions where
23 there was some confusion was we're talking about
24 two different sets of girls, the girls that would
25 come over and be labelled masseuses from the Palm

Page 241

1  Beach area, and the girls that would fly on the
2  plane with Mr. Epstein and Ms. Marcenacova.
3        So, what I'm asking you is what, if any,
4  involvement did Nadia Marcenacova have with the
5  girls that would arrive and be labeled as
6  masseuses behind closed doors with Mr. Epstein?
7        MR. CRITTON: Form.
8        THE WITNESS: He was the second -- the
9     first role was Sarah and she was always --
10    Nadia is a very shy person so she will be in
11    the background.
12 BY MR. EDWARDS:
13    Q.  Did you ever know of Nadia Marcenacova to
14 engage in -- to be in the room with Mr. Epstein
15 while any of these young girls were up there?
16       MR. CRITTON: Form.
17       THE WITNESS: Yeah.
18 BY MR. EPSTEIN:
19    Q.  How often do you remember Nadia and Mr.
20 Epstein being in the room with any of these young
21 girls?
22    A.  I would say most of the time.
23    Q.  Nadia would go up there too?
24    A.  Yeah.
25    Q.  Did you ever believe that Nadia was

61 (Pages 238 to 241)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000307

GIUFFRE000996

Page 250

1  Q. Would you know the name if I said it?
2  A. Yeah.
3  Q. Bill Riley?
4  A. Yes.
5  Q. Okay. Have you ever spoken with an
6  investigator Paul Lavery?
7  A. Could be, I'm not sure.
8  Q. Okay. So Bill Riley came by your house
9  personally?
10 A. Yes.
11 Q. And how long did you meet with him?
12 A. Five minutes. He gave me his card, he
13 gave me Mr. Critton telephone number, he said
14 don't talk to Mr. Goldberger.
15 Q. Did he tell you why you should call Mr.
16 Critton?
17 A. No. I assume that he was not on the case
18 anymore, but I didn't ask questions but --
19 Q. You assumed that who wasn't on the case
20 anymore?
21 A. Mr. Goldberger, Jack Goldberger.
22 Q. Okay. But what I'm asking you, I guess,
23 is did this investigator, Mr. Riley, tell you why
24 it was important for you to call any attorney
25 that's associated with Mr. Epstein, why was that

Page 251

1  important?
2  A. He didn't say that. He didn't say that.
3  He just said that get in touch and that's it.
4  Because I said what am I going to do, because I
5  said I thought this was -- you know, but I didn't
6  know I was going to be subpoena. And like I said
7  in the beginning of this deposition, I don't have
8  an attorney so I don't have money, first of all,
9  to pay for an attorney. First of all, I don't
10 think I'm in trouble, but every time you hear high
11 powered lawyers you feel intimidated so I said,
12 listen, what am I going to do, and that was my
13 basic question.
14 Q. Okay. So then you spoke with somebody at
15 Mr. Critton's office and arranged to meet with him
16 personally?
17 A. Yes. I called his secretary and we sit
18 down with his assistant, the three of us.
19 Q. So it was Mr. Critton, yourself, and
20 somebody else?
21 A. Yes.
22 Q. And you sat down for another two hour
23 period of time?
24 A. Yes.
25 Q. And what did you go over in that meeting?

Page 252

1  A. We discuss -- he asked me a lot of
2  questions, obviously he didn't know a lot of
3  things about the case, and I told him who I was,
4  what I did in the house.
5  Q. He told you he didn't know a lot about
6  the case?
7  A. No, no, no. He asked me questions about
8  so I got the feeling that Mr. Critton didn't know
9  as much as other lawyers.
10 Q. Okay. Did you tell him what you told us
11 here today?
12 A. No. He asked me tell the truth, you
13 know, just go over there, you know, he advise me
14 like you're on your own, Alfredo, just tell the
15 truth, you know. He didn't give me any advice.
16    He paid for my gas. Thank you very much.
17 And that's it, you know.
18    The main thing I wanted to have a lawyer
19 on my side but then I keep going to the first
20 instance when my wife told me you don't need a
21 lawyer, and I'm here today to say that, I'm here,
22 I'm speaking the truth.
23 Q. Okay. You mentioned there were five or
24 six computers in the house?
25 A. Yes.

Page 253

1  Q. And do you know what happened to the
2  computers?
3  A. No.
4  Q. You don't know where they are?
5  A. (Shakes head.)
6  Q. Nobody has told you?
7  A. No.
8  Q. You also mentioned there were photographs
9  in the house?
10 A. In the computers in the files.
11 Q. Okay. But there were also still
12 photographs around the house?
13 A. Oh yes, yes.
14 Q. Some of the girls have made the
15 allegation that there were photographs of them
16 nude in the house. Do you remember seeing that?
17 A. In the closet, yeah, in a mosaic. It was
18 one frame with probably 15 pictures, small
19 pictures.
20    MR. CRITTON: Repeat the question back.
21 BY MR. EDWARDS:
22 Q. Okay. Some of the girls that have
23 lawsuits against Mr. Epstein with allegations
24 similar to the allegations that C. and T. have
25 made, which is that they were underage when Mr.

64 (Pages 250 to 253)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000310

GIUFFRE000999

|  |  |
|---|---|
| Page 254 | Page 256 |

Page 254

1  Epstein was engaging in sex or sex acts with them,
2  also say that they have seen pictures of
3  themselves in frames in Mr. Epstein's house naked.
4      A.  In his closet.
5      Q.  Other than the picture -- and these are
6  girls who are making the allegation that they were
7  underage and there were pictures of them nude in
8  his house.
9      A.  I didn't see pictures of C. there.
10     Q.  I'm not talking about C. I'm saying
11 other girls that were underage or have made
12 allegations that they have seen pictures of
13 themselves in Mr. Epstein's house.
14         MR. CRITTON: Form.
15 BY MR. EDWARDS:
16     Q.  Where would those photos have been, or
17 did you see them?
18     A.  Yes, I see them inside his closet.
19     Q.  It's one mosaic?
20     A.  Yes, one mosaic.
21     Q.  Other than there did you see any of these
22 pictures of young girls nude anywhere else in the
23 house?
24         MR. CRITTON: Form.
25         THE WITNESS: Nude with an art, yes, but

Page 255

1      not pornography. You know, I saw them, they
2      were all over the place. For instance, in
3      the back only showing part of the rear, you
4      know.
5  BY MR. EDWARDS:
6      Q.  But the photographs that I'm concerned
7  with --
8      A.  Not frontal pictures.
9      Q.  The photographs I'm concerned with are
10 photographs of these West Palm Beach girls that
11 were labeled as masseuses that are being displayed
12 around the house anywhere in some state of
13 undress.
14         MR. CRITTON: Form.
15         THE WITNESS: No, I don't remember that.
16 BY MR. EDWARDS:
17     Q.  Okay. The only girls that -- the only
18 photograph that you remember of young girls nude
19 was in a mosaic that is in his closet?
20     A.  Yes.
21     Q.  Nothing that you remember that was on
22 display?
23     A.  Downstairs, yes, but they were not these
24 girls, they were somebody else.
25     Q.  Okay. Do you know who was -- who were in

Page 256

1  those photos?
2      A.  One was a Columbian lady and one was --
3  one from Spain, beautiful girls, that, you know,
4  but they were not -- not the ones the girls we're
5  talking about here.
6      Q.  Okay. When you were hired were you hired
7  by Mr. Epstein or were you hired by one of his
8  companies?
9      A.  Mrs. Maxwell.
10     Q.  So it was -- was it a company owned by
11 Mrs. Maxwell?
12     A.  Not directly. My paycheck was Jeffrey
13 Epstein. I mean, I was hired by Mr. Epstein
14 but --
15     Q.  Okay. I just understood you to say you
16 were hired by Mrs. Maxwell.
17     A.  Exactly, she told me you're hired but
18 you're going to get paid by Mr. Epstein.
19     Q.  And he wrote you personal checks?
20     A.  No. The checks that came from New York,
21 Jeffrey Epstein Companies.
22     Q.  It was out of his company?
23     A.  Yes.
24     Q.  Which company; do you know?
25     A.  456 Madison Avenue. It's next to the New

Page 257

1  York Palace now.
2      Q.  The name of the company is 456 Madison
3  Avenue?
4      A.  No, no, it's -- I got it on the tip of my
5  tongue. Something like Caribbean or island
6  something investments, something like that.
7         If you call Lesley, her secretary, she
8  will tell you exactly. Because they answer the
9  phone like that, you know.
10     Q.  What's Lesley's number?
11     A.  Lesley, I don't have it. I can find out
12 for you.
13     Q.  Do you think you could get Lesley's
14 number for us?
15     A.  Yes. It's in Manhattan.
16     Q.  Does she work for this company in
17 Manhattan?
18         MR. CRITTON: Form.
19         THE WITNESS: Manhattan, yes.
20 BY MR. EDWARDS:
21     Q.  If the check was issued did Jeffrey
22 Epstein actually sign it himself?
23     A.  No, it came through the comptroller.
24     Q.  Who was the comptroller?
25     A.  Bella was the assistant comptroller and

65 (Pages 254 to 257)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000311

GIUFFRE001000

Page 266

BY MR. LANGINO:
Q. Are you currently in fear of Mr. Epstein?
A. Not at this particular moment but it's something I have to be worry about, yes.
Q. Are you personally afraid of criminal prosecution?
A. No.
Q. Do you believe that you did anything illegal?
A. Illegal, no.
MR. LANGINO: I have no further questions. Thank you.
MR. CRITTON: We're going to break in about 15 minutes. Do you want to start and go for 15 minutes or do you want to -- it's up to you.
MS. EZELL: I'll start.
MR. WILLITS: When are we going to quit, folks?
MR. CRITTON: In 15 minutes.
THE VIDEOGRAPHER: Might as well change tapes.
MR. EDWARDS: Bob has to get back so we've agreed we're going to come back some other time.

Page 267

MR. WILLITS: Why don't we just stop now?
MS. EZELL: Okay.
MR. EDWARDS: Rather than you start.
MS. EZELL: Yeah, I won't get very far.
MR. EDWARDS: Sorry to do this with you, we didn't finish.
MR. CRITTON: So we're stopped?
MR. EDWARDS: We're stopped.
THE VIDEOGRAPHER: Off the record.
(Thereupon, the videotaped deposition was adjourned at 5:30 p.m.)
- - -

Page 268

THE STATE OF FLORIDA, )
COUNTY OF DADE. )

I, the undersigned authority, certify that ALFREDO RODRIGUEZ personally appeared before me on the 29th day of July, 2009 and was duly sworn.

WITNESS my hand and official seal this 31st day of July, 2009.

_____
MICHELLE PAYNE, Court Reporter
Notary Public - State of Florida

Page 269

CERTIFICATE

The State Of Florida, )
County Of Dade. )

I, MICHELLE PAYNE, Court Reporter and Notary Public in and for the State of Florida at large, do hereby certify that I was authorized to and did stenographically report the videotaped deposition of ALFREDO RODRIGUEZ; that a review of the transcript was requested; and that the foregoing pages, numbered from 1 to 269, inclusive, are a true and correct transcription of my stenographic notes of said deposition.
I further certify that said videotaped deposition was taken at the time and place hereinabove set forth and that the taking of said videotaped deposition was commenced and completed as hereinabove set out.
I further certify that I am not an attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.
The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.
DATED this 31st day of July, 2009.

_____
MICHELLE PAYNE, Court Reporter

68 (Pages 266 to 269)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000314

GIUFFRE001003

Case 18-2868, Document 283, 08/09/2019, 2628241, Page389 of 983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE NO. 2, CASE NO: 08-CV-80119

Plaintiff,

Vs.

JEFFREY EPSTEIN,

Defendant.
_______________________/

JANE DOE NO. 3, CASE NO: 08-CV-80232

Plaintiff,

Vs.

CONDENSED

JEFFREY EPSTEIN,

Defendant.
_______________________/

JANE DOE NO. 4, CASE NO: 08-CV-80380

Plaintiff,

Vs.

JEFFREY EPSTEIN,

Defendant.
_______________________/

JANE DOE NO. 5, CASE NO: 08-CV-80381

Plaintiff,

Vs

JEFFREY EPSTEIN,

Defendant.
_______________________/

Page 271

```
 1  JANE DOE NO. 6,      CASE NO: 08-CV-80994
 2       Plaintiff,
 3  Vs.
 4  JEFFREY EPSTEIN,
 5       Defendant.
                                    /
 6
    JANE DOE NO. 7,      CASE NO: 08-CV-80993
 7
         Plaintiff,
 8
    Vs.
 9
    JEFFREY EPSTEIN,
10
         Defendant.
11                                  /
12  C.M.A.,              CASE NO: 08-CV-80811
13       Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16       Defendant.
                                    /
17
    JANE DOE,            CASE NO: 08-CV-80893
18
         Plaintiff,
19
    Vs.
20
    JEFFREY EPSTEIN,
21
         Defendant.
22                                  /
23
24
25
```

Page 272

```
 1  JANE DOE NO. II,     CASE NO: 08-CV-80469
 2       Plaintiff,
 3  Vs.
 4  JEFFREY EPSTEIN,
 5       Defendant.
                                    /
 6
    JANE DOE NO. 101     CASE NO: 08-CV-80591
 7
         Plaintiff,
 8
    Vs.
 9
    JEFFREY EPSTEIN,
10
         Defendant.
11                                  /
12  JANE DOE NO. 102,    CASE NO: 08-CV-80656
13       Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16       Defendant.
                                    /
17
18
19
20
21
22
23
24
25
```

Page 273

```
 1       IN THE CIRCUIT COURT OF THE 15TH
         JUDICIAL CIRCUIT IN AND FOR
 2       PALM BEACH COUNTY, FLORIDA
 3       CASE NO. 502008CA037319XXXXMB AB
 4
    B.B.,
 5
         Plaintiff,
 6
    Vs.
 7
    JEFFREY EPSTEIN,
 8
         Defendant.
 9                                  /
10
11
12            1031 Ives Dairy Road
              Suite 228
13            North Miami, Florida
              August 7, 2009
14            1:15 p.m. to 5:30 p.m.
15
16            C O N T I N U E D
17            V I D E O T A P E D
18            D E P O S I T I O N
19                   of
20            ALFREDO RODRIGUEZ
21
22       taken on behalf of the Plaintiffs pursuant
23  to a Re-Notice of Taking Continued Videotaped
24  Deposition (Duces Tecum)
25                  - - -
```

Page 274

```
 1  APPEARANCES:
 2
 3       MERMELSTEIN & HOROWITZ, P.A.
         BY: ADAM HOROWITZ, ESQ.
 4       18205 Biscayne Boulevard
         Suite 2218
 5       Miami, Florida 33160
         Attorney for Jane Doe 2, 3, 4, 5,
 6       6, and 7.
 7
 8       ROTHSTEIN ROSENFELDT ADLER
         BY: BRAD J. EDWARDS, ESQ., and
 9       CARA HOLMES, ESQ.
         Las Olas City Centre
10       Suite 1650
         401 East Las Olas Boulevard
11       Fort Lauderdale, Florida 33301
         Attorney for Jane Doe and E.W.
12       And L.M.
13
14       PODHURST ORSECK
         BY: KATHERINE W. EZELL, ESQ.
15       25 West Flagler Street
         Suite 800
16       Miami, Florida 33130
         Attorney for Jane Doe 101 and 102.
17
18
         LEOPOLD-KUVIN
19       BY: ADAM J. LANGINO, ESQ.
         2925 PGA Boulevard
20       Suite 200
         Palm Beach Gardens, Florida 33410
21       Attorney for B.B.
22
23
24
25
```

2 (Pages 271 to 274)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000316

GIUFFRE001005

Page 299

1    A. I don't remember, Ma'am. He came from
2 New Albany, Ohio.
3    Q. From New --
4    A. New Albany, Ohio.
5    Q. New Albany, Ohio. Did he have his own
6 business?
7    A. No, he worked for Mr. Epstein. He will
8 maintain all the computers.
9    Q. Was he there everyday?
10    A. No, ma'am.
11    Q. Do you know whether at that time Mr.
12 Epstein had an office in Palm Beach?
13    A. Not outside the house, no.
14    Q. Do you have any knowledge of whether or
15 not the video equipment was -- and I don't know
16 the technical term, forgive me, but was it the
17 kind of equipment that would record for a certain
18 amount of time and then record over that film?
19    A. I don't know.
20    MR. CRITTON: Form.
21 BY MS. EZELL:
22    Q. You don't know?
23    A. No, ma'am.
24    MR. CRITTON: Just for clarification, I
25    may have misunderstood, but I thought he

Page 300

1    said he didn't even know the video equipment
2    existed until he read the FBI report.
3    MS. EZELL: He said he didn't know that
4    it was upstairs and downstairs, I believe.
5    MR. CRITTON: I thought he said he didn't
6    know that it even existed.
7    MS. EZELL: I may be wrong.
8 BY MS. EZELL:
9    Q. Did you know it existed before you read
10 the FBI report?
11    A. No, ma'am.
12    Q. I'm sorry, then I was wrong.
13    How did you know then that the young
14 technician from Ohio maintained the computers and
15 the video equipment?
16    A. Because we used to request -- there were
17 always problems with the computers so he came to
18 the house and he was the programmer. It was very
19 sophisticated.
20    MR. CRITTON: Form to the last question,
21    move to strike the answer as nonresponsive.
22 BY MS. EZELL:
23    Q. How did you know then that he maintained
24 the video equipment as well?
25    A. Because he was in charge of computers,

Page 301

1 video, even phones.
2    Q. Would he also repair the televisions if
3 they needed work?
4    A. No.
5    Q. No. Did you have any kind of intercom
6 system in the house?
7    A. Yes, ma'am.
8    Q. And what kind of system was that?
9    A. It was standard office equipment, Lucid
10 Technologies maybe, but it was an intercom like we
11 using right now.
12    MS. EZELL: Just let the record reflect
13    that the witness pointed to the telephone on
14    the table that has a speaker phone.
15    THE WITNESS: Yes, ma'am.
16 BY MS. EZELL:
17    Q. And did you use that in your work?
18    A. Yes, ma'am.
19    Q. And what did you use it for?
20    A. Mr. Epstein used to page me when he
21 needed me.
22    Q. Did you have one of those phones in the
23 kitchen?
24    A. Yes, ma'am.
25    Q. And was there one out in the staff house

Page 302

1 as well?
2    A. Yes, ma'am.
3    Q. Do you know where others were in the
4 house?
5    A. Probably have like 15 phones. We used to
6 have three in the staff house, one in the cabana,
7 two in the master bedroom, one in each room,
8 kitchen, dining room, Mrs. Maxwell's office, the
9 garage.
10    Q. Where was Mrs. Maxwell's office?
11    A. Under the stairs next to the kitchen.
12    Q. Can you give me some idea of what size
13 space that was?
14    A. It was probably -- we change the floor.
15 Twelve by five, something like that.
16    Q. And was the computer equipment in that
17 space?
18    A. Yes, ma'am.
19    Q. Do you know whether Ms. Maxwell kept the
20 names and telephone numbers of the girls who came
21 to do massages?
22    A. Yes, ma'am.
23    MR. CRITTON: Form.
24 BY MS. EZELL:
25    Q. Do you know that because you saw the

9 (Pages 299 to 302)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000323

GIUFFRE001013

Page 303

1 names and phone numbers?
2   MR. CRITTON: Form.
3   THE WITNESS: Yes, ma'am.
4 BY MS. EZELL:
5   Q. Do you know if she kept pictures of the
6 girls on the computer?
7   A. Yes, she did.
8   Q. And you know that as well because you
9 happen to see them?
10  A. Yes, ma'am.
11  MR. CRITTON: Form to the last two
12  questions.
13 BY MS. EZELL:
14  Q. Were they similar to the pictures that
15 Ms. Kellen had on her computer?
16  MR. CRITTON: Form.
17  THE WITNESS: Yes, ma'am.
18 BY MS. EZELL:
19  Q. Did the pictures that they kept there
20 look like pictures that were posed?
21  A. They were more casual.
22  Q. Did they look as though the person being
23 photographed knew that they were being
24 photographed?
25  MR. CRITTON: Form.

Page 304

1   THE WITNESS: No, ma'am.
2 BY MS. EZELL:
3   Q. And what can you tell me about that, what
4 lead you to draw that conclusion?
5   A. They were probably taken in parties in
6 big reception or banquet.
7   MR. CRITTON: Let me offer as a
8   suggestion, not that you have to accept or
9   that you would, you're using the term young
10  girls generically, he has probably seen
11  many, many young girls, there was no --
12  you've used it interchangeably with just
13  young girls versus young girls who may have
14  come to -- purported to give a massage and,
15  therefore, that may be a different answer,
16  so that's part of my form objection.
17  MS. EZELL: Okay, thank you.
18 BY MS. EZELL:
19  Q. When I asked you about Ms. Kellen whether
20 she had a list of the girls and telephone numbers,
21 I think I asked about those girls that came to
22 give massages, but let me go back and just ask it
23 that way.
24  Did you notice that Ms. Kellen had a list
25 of the girls that came to give massages on her

Page 305

1 computer?
2   MR. CRITTON: Form.
3   THE WITNESS: Yes, ma'am.
4 BY MS. EZELL:
5   Q. And did she generally have phone numbers
6 for those girls?
7   A. Yes, ma'am.
8   Q. And were they generally pictures of the
9 girls?
10  MR. CRITTON: Form.
11  THE WITNESS: No, ma'am.
12 BY MS. EZELL:
13  Q. And did Ms. Maxwell have a list of the
14 girls who came to give massages?
15  MR. CRITTON: Form.
16  THE WITNESS: Yes, ma'am.
17 BY MS. EZELL:
18  Q. Did she have telephone numbers generally?
19  A. Yes, ma'am.
20  MR. CRITTON: Form.
21 BY MS. EZELL:
22  Q. Were there pictures on her computer of
23 the girls who came to give massages?
24  MR. CRITTON: Form.
25 BY MS. EZELL:

Page 306

1   Q. Ms. Maxwell I'm talking about.
2   A. Yes, ma'am.
3   Q. And were those pictures the more casual
4 ones that you described when I asked whether or
5 not the subject looked as though she knew she was
6 being photographed?
7   MR. CRITTON: Form.
8   THE WITNESS: I'm sorry, can you repeat?
9 BY MS. EZELL:
10  Q. Yeah. The pictures of the young girls
11 who came to the house to give massages that were
12 on Ms. Maxwell's computer, did they appear to have
13 been taken when the girls knew they were being
14 photographed?
15  MR. CRITTON: Form.
16  THE WITNESS: I don't think they knew
17  they were being photographed.
18 BY MS. EZELL:
19  Q. I believe you said they were more casual
20 pictures.
21  A. Yes, ma'am.
22  Q. Did you notice any nude photographs in
23 those pictures?
24  A. Yes, ma'am.
25  MR. CRITTON: Form for the last question.

10 (Pages 303 to 306)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000324**

GIUFFRE001014

Page 471

```
1   THE STATE OF FLORIDA,      )
2   COUNTY OF DADE.            )
3
4
5        I, the undersigned authority, certify
6   that ALFREDO RODRIGUEZ personally appeared before
7   me on the 7th day of August, 2009 and was duly
8   sworn.
9
10       WITNESS my hand and official seal this
11  18th day of August, 2009.
12
13
14
15  _____
    MICHELLE PAYNE, Court Reporter
16  Notary Public - State of Florida
```

Page 472

```
1              CERTIFICATE
2
    The State Of Florida,    )
3   County Of Dade.          )
4
5       I, MICHELLE PAYNE, Court Reporter and
    Notary Public in and for the State of Florida at
6   large, do hereby certify that I was authorized to
    and did stenographically report the deposition of
7   ALFREDO RODRIGUEZ; that a review of the transcript
    was not requested; and that the foregoing pages,
8   numbered from 270 to 472, inclusive, are a true
    and correct transcription of my stenographic notes
9   of said deposition.
10      I further certify that said deposition was
    taken at the time and place hereinabove set forth
11  and that the taking of said deposition was
    commenced and completed as hereinabove set out.
12
        I further certify that I am not an
13  attorney or counsel of any of the parties, nor am
    I a relative or employee of any attorney or
14  counsel of party connected with the action, nor am
    I financially interested in the action.
15
    The foregoing certification of this
16  transcript does not apply to any reproduction of
    the same by any means unless under the direct
17  control and/or direction of the certifying
    reporter.
18
        DATED this 18th day of August, 2009.
19
20
21  _____
    MICHELLE PAYNE, Court Reporter
22
23
24
25
```

52 (Pages 471 to 472)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000366

GIUFFRE001056