# EXHIBIT R

# New Epstein victim says he raped her and bragged about Prince Andrew as first pics of his 'Paedo Island' emerge

S **thesun.co.uk**/news/10409881/jeffrey-epstein-rape-paedophile-island-prince-andrew

23 November 2019



Exclusive

- News
- World News

PAEDO'S PARADISE

James Beal, US Editor

- Published: 23:52, 23 Nov 2019
- Updated: 12:29, 24 Nov 2019

A VICTIM of sex beast Jeffrey Epstein has told how he raped her on his private island — then bragged about his friendship with Prince Andrew.

Chauntae Davies revealed the billionaire paedophile boasted about his links to Andrew and ex-wife Sarah Ferguson, and adorned his mansions with their pictures.



9

Epstein is seen nonchalantly talking on the phone while being massaged by assistent Sarah Kellen in disturbing never-seen-before images taken at his private Caribbean island lairCredit: The Mega Agency



9

Chauntae was raped by Epstein over several years, before she finally managed to escape his clutches in 2005Credit: Babak Rachpoot/MEGA



9

Chauntae, top left, is pictured with other girls on the islandCredit: The Mega Agency

His ex-masseuse also provided The Sun on Sunday with never-before-seen photographs of Epstein and his ex Ghislaine Maxwell at his Caribbean lair.

Cops nicked Epstein in July just five days after Chauntae gave evidence against him to the FBI.

Now, for the first time, she reveals how Epstein used his relationship with the Duke of York to lure young girls.

Speaking exclusively to The Sun on Sunday after the royal's car-crash BBC interview, she said: "I was very aware of Jeffrey Epstein's friendship with Prince Andrew and Fergie right away.

"It was one of several bragging tactics he used to further induce his power and privilege. He bragged a lot.

## 'BRAGGING TACTICS'

"He had framed photos of them in his residences. He bragged about how he'd lent money to the duchess."

Chauntae has demanded that Andrew speak to FBI agents as they move to nail Epstein's associates.

Andrew insisted last week he had not noticed young girls surrounding Epstein.

But Chauntae said: "I hope he is honest. There is no way you could have been a friend of Jeffrey's and not know what was going on.

"I don't see how you could see somebody with another young girl all the time and there never being a conversation about it. It doesn't add up."

> I was very aware of Jeffrey Epstein's friendship with Prince Andrew and Fergie right away. It was one of several bragging tactics he used to further induce his power and privilege. He bragged a lot.
>
> *Chauntae Davies*



Chauntae also slammed "pompous" Andrew's claim that Epstein was guilty of "unbecoming" behaviour. She said: "It's minimalising something that has shattered lives."

5/14

She also tore into Andrew's insistence he had "no regrets" about knowing Epstein because he made good business contacts. Chauntae said: "It's such a distasteful thing to say in regards to a professional predator."

Chauntae, now 40, also told of the horror of her time working for Epstein who abused dozens of girls in an international trafficking ring.

She was a 21-year-old trainee massage therapist in LA when she treated Maxwell at Beverly Hills' Four Seasons Hotel. Hours later Maxwell — accused of procuring young girls for Epstein — asked her to take a private jet to the billionaire's home in Palm Beach, Florida.

## SEX ACT

During their first massage session, the ex-Wall Street banker performed a sex act on himself in front of her.

Horrified, Chauntae says she was "manipulated" into returning by Epstein and Maxwell. Within weeks she was jetting round the world on his private jet and on to his island of Little Saint James.

The plane, dubbed the "Lolita Express", was infamous for its orgies.

Andrew, who admitted visiting Little Saint James, was named as a passenger months before — in August 2001 — in a trip from New York to New Mexico. He disputes the claims.



9

Epstein leans back on a clifftop balcony at his Caribbean lairCredit: The Mega Agency



9

During their first massage session, Chauntae says the ex-Wall Street banker performed a sex act on himself in front of herCredit: The Mega Agency



9
Ghislaine Maxwell was a regular on 'paedo island'Credit: The Mega Agency

In exclusive extracts from her memoir, Chauntae revealed how her visit to Epstein's island turned into a nightmare. She said he was "charming and intelligent" in public but "behind closed doors a monster came out".

She had her own bungalow away from the main compound in the 72-acre grounds. And she told how she "froze" when she was suddenly ordered to visit Epstein in the middle of the night.

She said his assistant Sarah Kellen came and told her: "Jeffrey's ready for his massage." She recalled: "I knew this late-night call on an island where I already felt isolated did not feel right. She led me to another, bigger private villa on the opposite side of the main house; Jeffrey and Ghislaine's villa."

## 'MONSTER'

She went on: "The doors flung open and Jeffrey came waltzing in, smug, happy, and climbed on the table. He didn't stop talking, I suppose to avoid awkwardness."

But she told how he then pulled her on to the bed and began undressing her, despite her saying: "Please. No."

Chauntae went on: "He kept a grip on my wrists and locked them down against the bed. I don't know what he must have seen on my face in that moment. But he's an intelligent guy and my face, I'm sure, reflected a girl being sexually assaulted, silently, on a private island in the middle of the night, terrified, and just wanting it to be over."

After the attack Chauntae said Epstein climbed off and said nothing before calmly going for a shower.

> He kept a grip on my wrists and locked them down against the bed. I don't know what he must have seen on my face in that moment. But he's an intelligent guy and my face, I'm sure, reflected a girl being sexually assaulted, silently, on a private island in the middle of the night, terrified, and just wanting it to be over.
>
> *Chauntae Davies*

She ran back to her cottage barefoot and said: "My feet were bloody by the time I reached my villa, tears streaming down my face. I hopped back into my bed and cried myself to sleep."

Later on the trip Epstein boasted of his links to Andrew and how he had financially assisted the duke's former wife when she was battling debts.

One of her haunting images from her time on the island shows Chauntae with a group of young girls.

Epstein is also seen talking on the phone while being massaged by his assistant. Another shows him on a cliffside balcony while Maxwell, 57, is also seen grinning in another.

Epstein — accused of trafficking girls as young as 12 — is said to have carried out a catalogue of rapes and abuse there. One victim said she was raped up to three times a day and tried to swim across shark-infested waters to escape.

## 'BLOODY'

Chauntae was raped by Epstein over several years, before she finally managed to escape his clutches in 2005.

In July this year she "told everything" to the FBI and the Assistant Attorney General of New Mexico. Epstein was arrested five days later.

He hanged himself in his Manhattan prison cell in August while awaiting trial for child sex trafficking.

Chauntae said: "He has destroyed my life in every way. Relationships, family life, health, job. How did he manage to do this for so long to so many people?"

Andrew was also accused of taking part in an orgy with Epstein's sex slave Virginia Roberts on the island.

It happened after alleged previous encounters in London and New York.

In 2015 court testimony, she wrote: "I was around 18 at the time. Epstein, Andy, approximately eight other young girls and I had sex together."

She said the other girls seemed to be under 18 and "didn't really speak English". This seemed to amuse Epstein, she claimed, who said "they are the 'easiest' girls to get along with".

The duke has repeatedly denied the claims, which were later struck from the 2015 case. In his Newsnight interview he said he had "no recollection" of meeting Virginia and has denied any wrongdoing.



9
Epstein's victim reveals how Epstein used his relationship with the Duke of York to lure young girlsCredit:
EPA



9

Jeffrey Epstein was found dead in his cell at the Metropolitan Correctional Center in ManhattanCredit: AP:Associated Press



9

Chauntae, 40, had her own bungalow away from the main compound in the 72-acre grounds

Aerial footage of Jeffrey Epstein's 'paedo island' now centre of sex trafficking probe amid claims 'underage sex slaves were repeatedly abused there'

---

**GOT a story? RING The Sun on 0207 782 4104 or WHATSAPP on 07423720250 or EMAIL exclusive@the-sun.co.uk**

---

Topics

Jeffrey Epstein

YOU MIGHT LIKE