# EXHIBIT AI
## Filed Under Seal