# EXHIBIT AL
Filed Under Seal