# EXHIBIT AP

**FOR IMMEDIATE RELEASE**
**August 9, 2021 at 8:00AM EST**

**PRESS CONTACT**
Jeff Solnet
Press@EpsteinVCP.com

### Independent Epstein Victims' Compensation Program Announces
### Conclusion of Claims Process

#### *Approximately $125 Million Awarded to Eligible Claimants*

**New York, NY** - Today, the Epstein Victims' Compensation Program (the "Program") and its independent Administrator, Jordana ("Jordy") H. Feldman, announced that the Program has awarded nearly $125 million to approximately 150 eligible claimants and has concluded its claimant-facing operations, roughly one year after the Program launched on June 25, 2020.  Ninety-two percent (92%) of eligible claimants accepted their compensation offers, and the Program paid over $121 million to those claimants.

The number of claims submitted to the Program – approximately 225 – far exceeded original expectations that 100 claims would be filed.  Claims were generally processed and paid within 60 to 90 days, which included the review of the claim, a meeting with the Administrator, and issuance of the determination, and allowed for a 60-day response period for claimants to fully consider the offer.

"This important, independent Program allowed victims/survivors who were sexually abused by Jeffrey Epstein to resolve their claims outside of court through a voluntary, confidential, fair, empathetic and expeditious process – beyond the glare of public proceedings and without the costs and confrontation of litigation.  Every claimant had an opportunity to be heard in a safe space, to share the intimate, personal, often harrowing accounts of what they endured and how it has affected them," Ms. Feldman said.  "I was continually struck by the resilience and courage of the victims who put their faith and trust in this process."

Consistent with the governing Protocol, Ms. Feldman administered the Program independently of and entirely free from any interference or control by the Epstein Estate.  Ms. Feldman had complete autonomy and decision-making authority to determine individual claimant eligibility and compensation, and evaluated each claim on its merits without reference to any individual or aggregate cap on compensation amounts.

Preserving claimant privacy and treating victims with compassion and sensitivity was critical to the success of the Program.  "Confidentiality served as a cornerstone of the Program, allowing victims who otherwise may have been reluctant to come forward to participate without fear of public exposure," Ms. Feldman said. "Given the history of the Epstein case, we were also particularly mindful of the importance of providing claimants transparency into the claims process and offering them an opportunity to tell their stories.  Every decision made and every action taken was rooted in these guiding principles," Ms. Feldman added.

"I am proud of what we were able to accomplish with this Program, but also recognize that no amount of money will erase the years of pain these victims have endured because of Jeffrey Epstein.  My hope is that the Program provided his victims a meaningful measure of justice and a step on the path toward healing."

For information about the Program, visit https://www.epsteinvcp.com.