UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>Defendants. | Case No. 1:22-cv-10018 (JSR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Alexander Law, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Jane Doe 1, individually and on behalf of all others similarly situated in the above-captioned proceeding.

Dated: New York, New York
       May 2, 2023

BOIES SCHILLER FLEXNER LLP

By:   */s/ Alexander Law*
      Alexander Law
      333 Main Street
      Armonk, NY 10504
      Telephone: (914) 749-8200
      Fax: (914) 749-8200
      alaw@bsfllp.com

      *Attorney for Plaintiff Jane Doe 1, individually and on behalf of all others similarly situated*