UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Jane Doe 1

                Plaintiff,

Case No. 1:22cv10018

-against-

Deutsche Bank Akteingesellschaft, et. al.     Defendant.

------------------------------------------------------

**NOTICE OF CHANGE OF ADDRESS**

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Bradley J. Edwards_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __5749684_____   My State Bar Number is __5749684_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Edwards Pottinger LLC
                    FIRM ADDRESS: 425 North Andrews Ave, #2, Ft. Lauderdale, FL
                    FIRM TELEPHONE NUMBER: 954-524-2820
                    FIRM FAX NUMBER: 954-524-2822

NEW FIRM:    FIRM NAME: Edwards Henderson Lehrman PLLC
                    FIRM ADDRESS: 425 North Andrews Ave, #2, Ft. Lauderdale, FL
                    FIRM TELEPHONE NUMBER: 954-524-2820
                    FIRM FAX NUMBER: 954-524-2822

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 22, 2023

_____
ATTORNEY'S SIGNATURE