UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

Jane Doe 1

                      Plaintiff,   Case No. 1:22cv10018

      -against-

Deutsche Bank
Akteingesellschaft, et. al.   Defendant.

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Brittany Nicole Henderson_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _5910658_____   My State Bar Number is _5910658_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: _Edwards Pottinger LLC_____
                FIRM ADDRESS: _425 North Andrews Ave, #2, Ft. Lauderdale, FL_____
                FIRM TELEPHONE NUMBER: _954-524-2820_____
                FIRM FAX NUMBER: _954-524-2822_____

NEW FIRM:   FIRM NAME: _Edwards Henderson Lehrman PLLC_____
                FIRM ADDRESS: _425 North Andrews Ave, #2, Ft. Lauderdale, FL_____
                FIRM TELEPHONE NUMBER: _954-524-2820_____
                FIRM FAX NUMBER: _954-524-2822_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: May 22, 2023

                                                            _____
                                                             ATTORNEY'S SIGNATURE