UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Deutsche Bank Aktiengesellschaft, et. al.,<br><br>　　　　Defendants. | Case No. 1:22-CV-10018 (JSR) |

**CLASS REPRESENTATIVE'S NOTICE OF FILING OF**
**STIPULATION OF SETTLEMENT**

TO:　　ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT the Amended Stipulation of Settlement, dated June 16, 2023, and which was appended as Exhibit 1 to the Joint Declaration of David Boies and Bradley Edwards in Support of Class Representative Jane Doe 1's Amended Motion for Preliminary Approval of Class Action Settlement filed on June 16, 2023 (ECF No. 90-1), is being filed herewith as Exhibit 1 to this Notice.

Dated: June 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Bradley J. Edwards*
　　　　　　　　　　　　　　　　　　　　　　　Bradley J. Edwards

　　　　　　　　　　　　　　　　　　　　　　　David Boies
　　　　　　　　　　　　　　　　　　　　　　　Andrew Villacastin
　　　　　　　　　　　　　　　　　　　　　　　Sabina Mariella
　　　　　　　　　　　　　　　　　　　　　　　Alexander Law
　　　　　　　　　　　　　　　　　　　　　　　Boies Schiller Flexner LLP
　　　　　　　　　　　　　　　　　　　　　　　55 Hudson Yards

New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: avillacastin@bsfllp.com
Email: smariella@bsfllp.com
Email: alaw@bsfllp.com

Sigrid McCawley (*pro hac vice*)
Daniel Crispino (*pro hac vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com
Email: dcrispino@bsfllp.com

Bradley J. Edwards
Edwards Henderson Lehrman
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Fax: (954) 524-2822
Email: brad@epllc.com

Brittany N. Henderson
Edwards Henderson Lehrman
1501 Broadway
Floor 12
New York, NY 10036
Telephone: (954) 524-2820
Fax: (954) 524-2820
Email: brittany@epllc.com

Paul G. Cassell (*pro hac vice*)
S.J. Quinney College of Law at the
University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: (801) 585-5202
Fax: (801) 585-6833
Email: cassellp@law.utah.edu

(institutional address for identification
purposes, not to imply institutional
endorsement)

*Counsel for Jane Doe 1*