# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Deutsche Bank Akteingesellschaft, et. al.,<br><br>    Defendants. | Case No. 1:22-CV-10018 (JSR) |

**DECLARATION OF CLAIMS ADMINISTRATOR SIMONE K. LELCHUK
REGARDING ADMINISTRATION OF NOTICE AND PROCESSING OF CLAIMS**

Pursuant to 28 U.S.C. § 1746, SIMONE K. LELCHUK hereby declares as follows:

1.  I am a mediator and settlement fund administrator and was appointed by this Court to serve as the Claims Administrator[1] in this Litigation. I am over twenty-one (21) years of age and am authorized to make this declaration. The following statements are based on my personal knowledge and information provided to me by those working under my general supervision on this matter and, if called upon, I could and would testify competently thereto.

2.  Before my appointment as Claims Administrator, I previously served as the co-mediator in connection with the proposed settlement of this Litigation. I have served as a mediator in hundreds of cases. I mediate across many practice areas; however, I have extensive experience in sexual harassment and abuse cases. I have been involved in successfully designing the claims process and distribution of settlement funds with a significant amount of my work involving both funds set up for the benefit of victims/survivors and working directly with the victims/survivors

---

[1] Capitalized terms used herein shall have the same meaning as ascribed to them in the Amended Stipulation of Settlement (ECF No. 94-1).

Case 1:22-cv-10018-JSR   Document 98-1   Filed 09/05/23   Page 3 of 11

themselves. I find the need for extreme sensitivity when handling these types of matters so important that I obtained my Trauma Informed Certification from the National Center for Equity & Agency.

3. In addition to the settlement of this case, I have significant additional experience with evaluating claims of abuse made by women against Jeffrey Epstein. I successfully served as the mediator in approximately forty cases with women who did not receive or accept an allocation from, or participate in, the Epstein Victims' Compensation Fund. I also successfully mediated claims of abuse by victims of Harvey Weinstein against The Weinstein Company that ultimately resulted in the creation of a fund that I administered for the benefit of the survivors under the supervision of the United States Bankruptcy Court for the District of Delaware. I also personally handled all of the survivor interviews for the USA Gymnastics settlement fund at the request of the court appointed claims administrator. I take great professional and personal pride in the feedback I have received from survivors who have told me that my approach to handling the fund administration made the survivors feel heard and helped them move forward towards closure.

4. In this matter, I assisted the Settling Parties in devising the methodology for the Plan of Allocation, which is based on the methodology I have used in other cases. As described in the Notice, the Plan contemplates that each Class Member who submits a valid and timely Tier One Form to the Claims Administrator, and does not otherwise exclude herself from the Class, and who is not otherwise deemed ineligible by the Claims Administrator, will receive $75,000, thereby becoming an Eligible Class Member. An Eligible Class Member cannot receive more than $75,000 without submitting a second, more detailed claim form and qualifying for Tier Two status. To qualify for Tier Two status, an Eligible Class Member who submits a valid and timely Tier Two Questionnaire and Release to the Claims Administrator, and who is not otherwise deemed ineligible by the Claims Administrator, is eligible to receive an additional Allocated Amount

totaling up to a maximum of $5,000,000 (inclusive of the $75,000 available to all Eligible Class Members) from the Settlement. The Plan of Allocation describes the various factors and criteria that I will take into consideration in determining an Allocated Amount within Tier Two.

5. On June 16, 2023, the Court appointed me as Claims Administrator in the Litigation.

6. Following my appointment, on or about June 18, 2023, I received from Class Counsel an Excel file with the unique names and addresses of potentially Eligible Class Members.

7. To help facilitate notice and publication of the Settlement, I engaged Omni Agent Solutions ("Omni"), a leading claims and noticing agent that has considerable experience aiding in the administration of settlements of highly-sensitive cases, including cases involving claims of sexual abuse.

8. Pursuant to the Court's Preliminary Approval Order, on June 28, 2023, I caused Omni to transmit, via First-Class Mail, a copy of the Notice, Tier One Form, Tier Two Questionnaire and Release, and the Opt-Out Form (the "Notice Packet") to all potentially eligible Class Members, or their counsel, identified to me by Class Counsel. To the extent I was only provided with an email address for a potentially Eligible Class Member, or a Notice Packet sent by First-Class Mail to a potentially Eligible Class Member was returned as undeliverable, but I had been provided with an email address for that potentially Eligible Class Member, I personally emailed the potentially Eligible Class Member the Claims Packet; to the extent a Notice Packet emailed to a potentially Eligible Class Member was returned as undeliverable, I directed my counsel, Elise S. Frejka, Esq., to research alternative physical or email addresses and attempt service through alternate means. Finally, a Notice Packet was sent to anyone who requested one from me, including as a result of the publication notice described in paragraph 8.

9. On July 7, 2023, I caused the Summary Notice to be published in *USA Today* and

*Gazeta Wyborcza*, as the Court ordered. Attached hereto as Exhibit A-1 is a copy of the Summary Notice as published in *USA Today* and attached hereto as Exhibit A-2 is a copy of the Summary Notice as published in *Gazeta Wyborcza*.

10. In coordination with Class Counsel and with the assistance of Omni, I established and currently maintain a dedicated website entitled "Epstein Survivors' Settlement Fund DB" (the "Settlement Website") to provide (i) additional information to potentially Eligible Class Members, (ii) answers to frequently asked questions and contact information for me and Class Counsel for potentially Eligible Class Members to raise additional questions, and (iii) a mechanism for potentially Eligible Class Members to download and submit Settlement Forms electronically. The website became operational on June 28, 2023 and is accessible 24 hours-a-day, seven days-a-week. However, subsequent to the deadline for timely submitting claims, I directed Omni to disable to the claim submission link. The address for the Settlement Website is set forth in the Notice, the Summary Notice, and the Claim Form: https://www.epsteinssfdb.com/. The Settlement Website includes information regarding the Litigation and the Settlement, including the exclusion, objection, and claim-filing deadlines, the date, time, and location of the Court's Settlement Hearing, and documents relevant to the Litigation, including the Complaint, the Stipulation, and the Preliminary Approval Order. Copies of the Notice and all Settlement Forms, including the Opt-Out Form are posted on the website in four different languages and are available for downloading. As noted above, potentially Eligible Class Members could, through the claim submission deadline, also complete and submit Settlement Forms through the website. I have been updating and will continue to update the Settlement Website as necessary throughout the administration of the Settlement.

11. The Notice informs potentially Eligible Class Members that requests for exclusion from the Class must be submitted via Opt-Out form such that they were postmarked or submitted

electronically by no later than July 28, 2023. I have not received any request to be excluded from the settlement.

12. The Notice also informs potentially Eligible Class Members that objections to the settlement must be in writing and filed with the Court by September 29, 2023, with a copy sent to Class Counsel and Defendants' Counsel. Should any Class Member erroneously submit an objection to the Claims Administrator, I will forward such objection to Class Counsel, Defendants' Counsel, and the Court. To date, I have received no such objections.

13. I have monitored and will continue to monitor all mail delivered to the address listed in the Notice and on the settlement website and update this declaration to the extent I learn of any additional relevant information.

[Signature Page to Follow]

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 5th day of September 2023.

                                            *Simone Lelchuk*
                                          Simone Lelchuk (Sep 5, 2023 18:38 EDT)
                                          Simone K. Lelchuk

# Exhibit A-1

# 'Pirate of the Caribbean,' US set to face Canada

**Jim Reineking**
USA TODAY

On Sunday, the U.S. men's national soccer team takes on Canada in the final game of the Concacaf Gold Cup quarterfinals, and the player responsible for making it possible is a history-making 22-year-old.

Jesús Ferreira recorded a hat trick in consecutive games, a first in the men's program history, in the group stage after the USA opened with a tie. He provided the first three goals in the 6-0 demolition of Trinidad and Tobago last Sunday, four days after scoring three in the 6-0 win over St. Kitts and Nevis.

With his second goal vs. St. Kitts and Nevis, Ferreira became the fastest USMNT player to score 10 goals, doing so in 20 appearances; the previous best was by Clint Mathis, who hit double-digit goals in 23 caps.

With his back-to-back hat tricks, Ferreira joined Landon Donovan as the only American male players with three hat tricks. Ferreira's first hat trick came against Grenada on June 10, 2022, when he scored four goals in a 5-0 win in Concacaf Nations League play.

Twelve of Ferreira's 14 USMNT goals have been against Caribbean nations, and that success against those teams has earned the forward a new nickname, "The Pirate of the Caribbean."

The whimsical nickname has caught on fast, as Fox Sports analyst (and former USMNT player) Stu Holden mentioned it on air during the win July 2.

### Social media

Unfazed by the social media chatter surrounding the level of competition against whom he's scored many of his goals, he only seems concerned with putting the ball in the back of the net.

"I try to stay off social media as much as I can," Ferreira said after the win against Trinidad and Tobago. "For me, as a forward, it's always my job to score goals, to come in and try to score goals against whoever's in front of us. Yeah, I've scored a lot of goals against Caribbean teams, but, like I said, my job is to score goals and I'm gonna do that no matter who's in front of us."

### What did the USMNT coach say?

Ferreira's history-making goal-scoring run might just be the start for a young player who has plenty of time to develop into a world-class striker.

"When I see his movement and his confidence in the penalty box, you can tell that the game has slowed down for him," U.S. interim coach B.J. Callaghan


Ferreira

**Concacaf Gold Cup**

**Quarterfinals**
Saturday, at Arlington, Texas
Panama vs. Qatar, 7 EDT
Mexico vs. Costa Rica, 9:30 EDT
Sunday, at Cincinnati
Guatemala vs. Jamaica, 5 EDT
USU vs. Canada, 8 EDT

said after Sunday's win. "All of the work that he's doing, leading our line defensively, dropping down, helping build up play, for me he's having a really complete tournament."

### Who is the 22-year-old?

Ferreira is the son of former Colombian midfielder David Ferreira, who played in five seasons for FC Dallas and was the 2010 MLS MVP. David Ferreira also made 39 appearances for Colombia, scoring three goals.

On Dec. 24, 2000, Jesús Ferreira was born in Santa Marta, Colombia, and moved to Dallas at the age of 10 when his father signed with FC Dallas.

Signed to a homegrown player contract by FC Dallas on Nov. 17, 2016, Ferreira made his professional debut in 2017 and two years later signed a four-year contract with FC Dallas. In January 2022, he was signed to a designated player contract through 2025.

Ferreira has appeared in 132 games, 114 starts, for FC Dallas. He has tallied 46 goals, with 28 coming in the 2022-23 MLS seasons. His 18 in 2022 tied him for fourth (with the Los Angeles Galaxy's Javier "Chicharito" Hernández), five off the 23 scored by league leader (and MVP) Hany Mukhtar of Nashville SC.

On Feb. 1, 2020, Ferreira made his USMNT debut in a friendly against Costa Rica. On Jan. 31, 2021, he scored his first and second USMNT goals in a 7-0 friendly win over Trinidad and Tobago.

### At the 2022 World Cup

Ferreira made coach Gregg Berhalter's 26-player roster for last year's World Cup in Qatar. However, he did not play in the three group stage games, as Josh Sargent and Haji Wright manned the team's No. 9 (striker) position. Ferreira did start in the USMNT's Round of 16 game against the Netherlands but was subbed off at the half as the team was eliminated in a 3-1 defeat.

Ferreira hopes to be a part of the USMNT roster for the 2026 World Cup.

"Hopefully I get the opportunity to be at another World Cup," he told 90min. "I think it would be just like the first one: a dream come true to be able to represent the United States, especially at home."

---

## WEEKEND AUTO RACING

### NASCAR Cup Series

**Quaker State 400**
TV: 7 p.m. EDT, USA
Track: Atlanta Motor Speedway in Hampton

Shane van Gisbergen won on the streets of Chicago in his Cup Series debut, becoming the first driver to win his debut since Johnny Rutherford in 1963. Van Gisbergen became the sixth driver born outside the United States to win a Cup race, joining Marcos Ambrose, Mario Andretti, Juan Pablo Montoya, Earl Ross and Daniel Suárez. …Christopher Bell won the two stages and led a race-high 37 laps but faded to 18th. … Justin Haley finished second, followed by Chase Elliott, Kyle Larson and Kyle Busch.

### NASCAR Xfinity Series

**Alsco Uniforms 250**
TV: 8 p.m. EDT Saturday, USA
Track: Atlanta Motor Speedway

Cole Custer was declared the winner of the street race in Chicago after a lightning strike and persistent rain flooded parts of the course. The last half of the race, which had been set to resume Sunday after it was suspended Saturday because of lightning, was canceled. Custer's victory was his second this year and 12th of his career. … John Hunter Nemechek's points lead is 16 over Austin Hill and 44 ahead of Custer.

### NASCAR Craftsman Truck Series

**O'Reilly Auto Parts 150 at Mid-Ohio**
TV: 1:30 p.m. EDT, FS1
Track: Mid-Ohio Sports Car Course

Corey Heim leads the standings despite having raced only 12 of the 13 events in 2023. He's 16 ahead of defending series champion Zane Smith and 31 ahead of Grant Enfinger. Heim has finished in the top 10 in 10 starts. … Smith, Enfinger, Christian Eckes and Carson Hocevar each have won twice.

### Formula 1

**British Grand Prix**
TV: 10 a.m. EDT Sunday, ESPN
Track: Silverstone Circuit in Northamptonshire, England.

Reigning F1 champion Max Verstappen has won the past five races and seven of the nine in 2023 while Red Bull teammate Sergio Perez has won the other two. … Verstappen started from the pole Sunday for the fourth race in a row and increased his lead to 81 points over Perez.

– Associated Press



## GOLF TODAY
For advertising information: 1.800.397.0070   www.russelljohns.com/usat

**GOLF PRODUCTS**

GOLF'S ABOUT HAVING FUN!
Replace your hard-to-hit irons

Innovative Hybrids for Every Shot!
Try One! SPECIAL OFFER 7 iron Only $49.99
Free Shipping
More forgiving • Higher flight • Shank-tree

Wedgewood GOLF
LEADER IN HYBRID TECHNOLOGY

ORDER ONLINE OR CALL
wedgewoodgolf.com
888.833.7371

Additional online listings are available on classifieds.usatoday.com

## MARKETPLACE TODAY
For advertising information: 1.800.397.0070   www.russelljohns.com/usat

**NOTICES**

**LEGAL NOTICE**

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**

Jane Doe 1, individually and on behalf of all others similarly situated, Plaintiff,
v.
Deutsche Bank Aktiengesellschaft, et al., Defendants.

Case No. 1:22-CV-10018 (JSR)

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**TO: ALL VICTIMS OF JEFFREY EPSTEIN'S SEX TRAFFICKING VENTURE DURING THE TIME PERIOD AUGUST 19, 2013 TO AUGUST 10, 2019 ("CLASS")**

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED that a hearing will be held on **October 20, 2023**, at **4:00 PM EDT**, before the Honorable Jed S. Rakoff at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007 to determine whether: (1) the proposed settlement (the "Settlement") of the above captioned case ("Litigation") as set forth in the Amended Stipulation of Settlement dated June 16, 2023 ("Stipulation")[1] for $75,000,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Boies Schiller Flexner LLP and Edwards Henderson Lehrman attorneys' fees, costs, and expenses out of the Settlement Fund and Class Representative an incentive award out of the Global Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amount; and (4) the Plan of Allocation (as described in the Stipulation and Notice) should be approved by the Court as fair, reasonable, and adequate. The Court may adjourn or continue the Settlement Hearing, or hold it via telephone or video conference, without further notice to Class Members.

You are a "Class Member" if you were abused or trafficked by Jeffrey Epstein (Epstein) and/or his associates during the period between August 19, 2013 and August 10, 2019, including, but not limited to, as set forth below:

(1)  You were a girl under the age of 18 and engaged in sexual contact with Epstein and/or a person associated with Epstein, and you received money or something else of value in exchange for engaging in that sexual contact (even if you perceived the sexual contact as consensual);

(2)  You were a woman aged 18 or older, and Epstein and/or a person associated with Epstein forced, coerced, or defrauded you into engaging in sexual contact by, for example, using physical force, threatening serious harm or legal action against you or someone else, making you a false promise, or causing you to believe that not engaging in sexual contact would result in serious harm to you or someone else, and you received money or something else of value in exchange for engaging in that sexual contact; or

(3)  You were a girl or woman of any age and Epstein and/or a person associated with Epstein engaged in sexual contact with you without your consent (even if you perceived the sexual contact as consensual provided you were under the age of 18 at the time of engaging in that contact).

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Tier One Form by mail or electronically (**no later than 11:59 PM EDT on August 12, 2023**). Your failure to submit a Tier One Form by **11:59 PM EDT on August 12, 2023** will result in a rejection of your claim and preclude you from receiving any recovery in connection with the Settlement of this Litigation. To recover additional proceeds, you must **also** submit a Tier Two Questionnaire and Release by **11:59 PM EDT on August 27, 2023**. To opt-out of the Settlement and preserve your claims related to the Litigation, you must submit an Opt-Out Form by **11:59 PM EDT on July 28, 2023**. If you are a Class Member, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a (1) Tier One Form, or (2) Tier One Form and a Tier Two Questionnaire and Release, unless you submit a timely Opt-Out Form.

If you would like a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), or the Settlement Forms described herein, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.epsteinSSFDB.com, or by writing to:

Simone K. Lelchuk
c/o Frejka PLLC
415 East 52nd Street | Suite 3, New York, New York 10022
Telephone: 212-641-0800,  Email: Simone.K.Lelchuk@gmail.com

Inquiries should NOT be directed to Defendants, Defendants' Counsel, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for the Settlement Forms, may be made to Lead Class Counsel:
Brittany Henderson
Bradley Edwards
EDWARDS HENDERSON LEHRMAN
1501 Broadway, Floor 12, New York, New York 10036
Email: EpsteinDBSettlement@epllc.com,  Toll-Free Telephone: 800-400-1098

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION (OPT-OUT FORM) SUCH THAT IT IS **POSTMARKED OR SUBMITTED ELECTRONICALLY BY 11:59 PM EDT ON JULY 28, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.  ALL MEMBERS OF THE CLASS WHO HAVE NOT REQUESTED EXCLUSION FROM THE CLASS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT SETTLEMENT FORMS.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY CLASS COUNSEL NOT TO EXCEED THIRTY PERCENT (30%) OF THE SETTLEMENT AMOUNT AND COSTS AND EXPENSES NOT TO EXCEED $1,500,000.00, PLUS INTEREST EARNED ON BOTH AMOUNTS AT THE SAME RATE AS EARNED BY THE GLOBAL SETTLEMENT FUND.  ANY OBJECTIONS MUST BE FILED WITH THE COURT AND RECEIVED BY CLASS COUNSEL AND DEFENDANTS' COUNSEL **BY 11:59 PM EDT ON SEPTEMBER 29, 2023** IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: June 27, 2023    BY ORDER OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

[1] The Stipulation can be viewed and/or obtained at www.epsteinSSFDB.com.



ONE CALL DOES IT ALL!
Advertise in USA TODAY's Marketplace!
Call: 1-800-397-0070

# Exhibit A-2

Gazeta Wyborcza
Piątek, 7 lipca 2023

## Polska

# Jak uciszano sędziego Tuleyę

**Sędzia Igor Tuleya został pozbawiony immunitetu z naruszeniem europejskiej konwencji praw człowieka – orzekł wczoraj Trybunał w Strasburgu. Środki podejmowane wobec sędziego naruszyły jego prawo do prywatności i swobody wypowiedzi. – Wydaje się, że chodziło o zastraszenie czy nawet uciszenie sędziego – uznał ETPC.**

**Łukasz Woźnicki**

– To kolejna zwycięska bitwa, ale wojna w obronie praworządności nie została jeszcze wygrana – powiedział po wyroku Tuleya. Orzeczenie Europejskiego Trybunału Praw Człowieka nazwał sukcesem nie tylko swoich pełnomocników, ale także obywateli, którzy od 2015 r. występują w obronie wolnych sądów.

### Siedem postępowań

Igor Tuleya jest sędzią Sądu Okręgowego w Warszawie, od lat angażuje się w obronę niezależności sądownictwa i orzekał w głośnych sprawach karnych. W swoich orzeczeniach wskazywał nieprawidłowości m.in. w działaniach Centralnego Biura Antykorupcyjnego czy Sejmu. Z tego powodu był atakowany przez polityków partii rządzącej.

Rozprawę z Tuleyą i innymi sędziami umożliwiła zmiana prawa z 2018 r. Wpływ na postępowania dyscyplinarne uzyskał wtedy minister sprawiedliwości Zbigniew Ziobro, który powołał najważniejszych rzeczników dyscyplinarnych sędziów w kraju. Głównym sądem dyscyplinarnym została zaś Izba Dyscyplinarna utworzona w Sądzie Najwyższym.

„Od wejścia w życie przepisów w 2018 r. wszczęto liczne postępowania dyscyplinarne wobec sędziów w związku z ich orzeczeniami lub działalnością publiczną" – zauważył ETPC.

W sprawie Tulei rzecznicy Ziobry w 2018 r. wszczęli siedem postępowań wyjaśniających. Sędzia musiał się tłumaczyć z udziału w spotkaniach i konferencjach czy krytycznych wypowiedzi w mediach. Kolejne postępowanie rzecznicy Ziobry zainicjowali, gdy Tuleya zapytał unijny Trybunał Sprawiedliwości o nowy system dyscyplinarny. W ślad za przedłużającymi się postępowaniami szły dyskredytujące sędziego materiały w państwowej telewizji i prorządowych mediach.

„Żadne z tych postępowań nie doprowadziło do wszczęcia przeciwko niemu postępowania dyscyplinarnego" – zauważył po latach ETPC. Publiczne wypowiedzi Tulei czy jego udział w spotkaniach z obywatelami uznał za oczywiste korzystanie przez sędziego ze swobody wypowiedzi.

– ETPC po raz kolejny powiedział bardzo ważne zdanie: sędziowie mają nie tylko prawo, ale także obowiązek stawać po stronie praworządności. Nie wolno ich za to karać – mówi pełnomocniczka Tulei, adwokatka Sylwia Gregorczyk-Abram.

### Prokuratura nie odpuszcza

Po rzecznikach dyscyplinarnych Ziobry za Tuleyę zabrała się Prokuratura Krajowa, którą Ziobro kontroluje jako prokurator generalny. W 2020 r. wystąpiła o uchylenie sędziemu immunitetu. Chciała ścigać Tuleyę za czynności, które podejmował na sali rozpraw. W 2017 r. sąd z jego udziałem uchylił decyzję

> *ETPC po raz kolejny powiedział bardzo ważne zdanie: sędziowie mają nie tylko prawo, ale także obowiązek stawać po stronie praworządności. Nie wolno ich za to karać*
>
> SYLWIA GREGORCZYK-ABRAM
> pełnomocniczka Igora Tulei

prokuratury o odmowie wszczęcia śledztwa w sprawie nieprawidłowości przy sejmowym głosowaniu. Gdy sędzia zezwolił mediom na rejestrację uzasadnienia, prokuratura uznała, że Tuleya ujawnił tajemnicę śledztwa (chociaż sędzia miał prawo zdecydować o jawności sprawy). Groziło za to do dwóch lat więzienia.

Immunitet sędziemu uchyliła w 2020 r. Izba Dyscyplinarna utworzona w SN w ramach „reformy" prezydenta Andrzeja Dudy. Prezydent obsadził ją m.in. byłymi prokuratorami Ziobry i prawnikami powiązanymi z PiS. Wskazała ich obsadzona wcześniej przez Sejm Krajowa Rada Sądownictwa. Z tego powodu polskie sądy i międzynarodowe trybunały uznały później, że ID nie była sądem.

Wczoraj ETPC odwołał się do swoich wcześniejszych wyroków ws. Izby Dyscyplinarnej. „Biorąc pod uwagę ustalenie, że ID nie była »sądem«, decyzja o uchyleniu immunitetu i zawieszeniu sędziego nie mogła zostać uznana za zgodną z prawem" – dodał.

Nielegalna ID nie tylko wyraziła zgodę na pociągnięcie sędziego do odpowiedzialności karnej, ale także go zawiesiła i obniżyła mu wynagrodzenie. Tuleya nie mógł orzekać przez ponad dwa lata. Do pracy w listopadzie ub.r. przywróciła go nowa Izba Odpowiedzialności Zawodowej utworzona na miejsce zlikwidowanej ID. – Sędzia nie popełnił żadnego przestępstwa – stwierdziła.

ETPC „przyjął tę decyzję z zadowoleniem", uznając ją za „pozytywną zmianę wobec kryzysu praworządności w Polsce". Zauważył jednak, że chociaż sędziego przywrócono do pracy i wypłacono mu zaległe wynagrodzenie, decyzja ID o uchyleniu mu immunitetu nadal pozostaje w mocy. „Postępowanie karne najwyraźniej nadal trwa" – zauważył Trybunał.

### 400 kolejnych spraw

Orzeczenie ETPC to już dziewiąty wyrok, który dotyczy zmian wprowadzanych przez PiS w sądownictwie. Wszystkie rozstrzygnięte dotąd sprawy zakończyły się przegraną rządu i wyrokami stwierdzającymi łamanie praw człowieka. Naruszenia konwencji Trybunał stwierdził wcześniej m.in. w sprawach innych szykanowanych sędziów: Waldemara Żurka z Krakowa i Pawła Juszczyszyna z Olsztyna. Obecnie przed Trybunałem toczy się 397 innych postępowań dotyczących zmian w polskim sądownictwie w latach 2017-18.

„Rząd nie może wypłacić Igorowi Tulei wskazanej kwoty zadośćuczynienia" – skomentował wczorajszy wyrok wiceminister sprawiedliwości Sebastian Kaleta. ETPC zarzucił „podwójne, bezprawne standardy". „Na szczęście – co wynika z orzecznictwa TK – to orzeczenie nie ma żadnej mocy wiążącej dla Polski" – twierdzi. Polska zobowiązała się wykonywać wyroki ETPC. •

---

### Syndyk Masy Upadłości Mariusza Jakubiuka

prowadzącego działalność gospodarczą pod nazwą
Firma Handlowo Zaopatrzeniowa AGROHANDEL Mariusz Jakubiuk

**ogłasza**

**przetarg na sprzedaż nieruchomości wchodzących w skład masy upadłości:**

1. nieruchomość gruntowa zabudowana, dz. ew. 669 obrębu Polubicze Wiejskie, gm. Wisznice i pow. 7250 m2, KW nr LU1B/00118134/9 za cenę nie niższą niż 2 160 000 zł (słownie złotych: dwa miliony sto sześćdziesiąt tysięcy). Sprzedaż korzysta ze zwolnienia z VAT.

2. nieruchomość gruntowa rolna, częściowo zabudowana, dz. ew. 74/1, 74/2, obrębu Polubicze Wiejskie, gm. Wisznice o łącznej pow. 3,7202 ha, KW nr LU1B/00066421/8 za cenę nie niższą niż 1 520 000 zł (słownie złotych: jeden milion pięćset dwadzieścia tysięcy). Sprzedaż korzysta ze zwolnienia z VAT.

3. nieruchomość gruntowa rolna, dz. ew. 1948, obrębu Polubicze Wiejskie, gm. Wisznice, o pow. 0,1782 ha, KW nr LU1B/00123175/6 za cenę nie niższą niż 32 000 zł netto, tj. 39 360 zł brutto (słownie złotych: trzydzieści dziewięć tysięcy trzysta sześćdziesiąt),

4. nieruchomość gruntowa zabudowana, dz. ew. 146/1, obrębu Wisznice, gm. Wisznice, o pow. 372 m2, KW nr LU1B/00119231/6 za cenę nie niższą niż 208 000 zł (słownie złotych: dwieście osiem tysięcy). Sprzedaż korzysta ze zwolnienia z VAT.

• **Wadia dla nieruchomości** opisanych w punktach **1-4** wynoszą:
   **1.** 216 000 zł; **2.** 152 000 zł; **3.** 4 000 zł; **4.** 20 800 zł.

• Wadia muszą wpłynąć na rachunek bankowy w Banku Pekao SA I o/Lublin nr Bank Pekao SA I o/Lublin 50 1240 1503 1111 0011 0357 3453 do dnia 16.08.2023 r.

Za datę wpływu przyjmuje się datę uznania kwoty na rachunku. Wadium wpłacone przez oferenta, którego oferta została wybrana, zostanie zaliczone na poczet ceny nabycia.

W przypadku nie dojścia do zawarcia umowy sprzedaży z przyczyn leżących po stronie oferenta, którego oferta została wybrana, wpłacone przez niego wadium nie podlega zwrotowi i zostanie włączone do funduszów masy upadłości.

Wadium wpłacone przez oferenta, którego oferta nie została wybrana, podlega zwrotowi. Oferty nabycia przedmiotu należy składać z podaniem nazwy oferenta, oznaczeniem, że oferta dotyczy nieruchomości, z zaproponowaną ceną w zamkniętej, nieprzezroczystej kopercie, która winna być umieszczona również w nieprzezroczystej zamkniętej kopercie na adres:

Kancelaria Radcy Prawnego ul. Budowlana 50 lok 203
„Konkurs ofert- nie otwierać IX GUp 352/20- nieruchomości".
Oferty nabycia należy składać w nieprzekraczalnym terminie
do dnia 18.08.2023 r. do godziny 10:15

**Otwarcie ofert nastąpi w dniu 18.08.2023 o godz. 11:00.**

Regulamin dostępny jest na stronie internetowej www.doradcarestrukturyzacyjny.net oraz w biurze Syndyka przy ul. Budowlanej 50 lok 205, 20-469 Lublin Syndykowi zastrzega się prawo do: swobodnego wyboru oferty, unieważnienia konkursu w całości lub części bez podania przyczyny. Więcej informacji można uzyskać pod nr tel. 693 466 323 w godzinach 10-16.

---

**SĄD OKRĘGOWY STANÓW ZJEDNOCZONYCH POŁUDNIOWY OKRĘG NOWEGO JORKU**

Jane Doe 1, indywidualnie i w imieniu wszystkich innych osób znajdujących się w podobnej sytuacji,
Plaintiff,
v.
Deutsche Bank Aktiengesellschaft, et al.,
Defendants

Numer Sprawy:
1:22-CV-10018 (JSR)

**SKRÓCONE POWIADOMIENIE O PROPONOWANYM ZAKOŃCZENIU POZWU ZBIOROWEGO**

**DO: WSZYSTKICH OFIAR PRZESTĘPSTWA HANDLU SEKSUALNEGO JEFFREYA EPSTEINA W OKRESIE OD 19 SIERPNIA 2013 DO 10 SIERPNIA 2019. („KLASY")**

NINIEJSZE OGŁOSZENIE ZOSTAŁO ZATWIERDZONE PRZEZ SĄD. TO NIE JEST OFERTA PRAWNIKA. PROSZĘ UWAŻNIE PRZECZYTAĆ NINIEJSZĄ INFORMACJĘ W CAŁOŚCI.

NINIEJSZYM INFORMUJE SIĘ, że rozprawa odbędzie się **20 października 2023 r. o godzinie 16:00 czasu wschodniego** przed czcigodnym Jed S. Rakoffem w Sądzie Okręgowym Stanów Zjednoczonych dla Południowego Dystryktu Nowego Jorku, Daniel Patrick Moynihan Sąd Stanów Zjednoczonych , 500 Pearl Street, Nowy Jork, NY, 10007 w celu ustalenia, czy: (1) proponowana ugoda („Ugoda") w sprawie opisanej poniżej („Spór ugodowy"), jak określono w zmienionym postanowieniu ugody z dnia 16 czerwca, 2023 („Postanowienie")[1] na 75 000 000 USD powinno zostać zatwierdzone przez Sąd jako sprawiedliwe, rozsądne i odpowiednie; (2) Wyrok przewidziany w Postanowieniu powinien zostać wydany w celu zakończenia Sporu z zastrzeżeniem; (3) przyznanie Boies Schiller Flexner LLP i Edwards Henderson Lehrman honorariów, kosztów i wydatków adwokackich z funduszu ugodowego i przedstawicielu grupy nagrody motywacyjnej z globalnego funduszu ugodowego (zgodnie z definicją w zawiadomieniu o proponowanej ugodzie pozwu zbiorowego („Zawiadomieniu"), o czym mowa poniżej), a jeśli tak, to w jakiej wysokości; oraz (4) Plan Alokacji (zgodnie z opisem w Postanowieniu i Zawiadomieniu) powinien zostać zatwierdzony przez Sąd jako sprawiedliwy, rozsądny i odpowiedni. Sąd może odroczyć lub kontynuować Rozprawę w sprawie ugody lub przeprowadzić ją przez telefon lub wideokonferencję bez dalszego powiadamiania Członków grupy.

Jesteś „Członkiem klasy", jeśli byłeś wykorzystywany lub sprzedawany przez Jeffreya Epsteina (Epstein) i/lub jego współpracowników w okresie od 19 sierpnia 2013 r. do 10 sierpnia 2019 r., w tym między innymi w sposób określony poniżej:

(1) Byłaś dziewczyną w wieku poniżej 18 lat i miałaś kontakt seksualny z Epsteinem i/lub osobą powiązaną z Epsteinem, a w zamian za ten kontakt seksualny otrzymałaś pieniądze lub inną wartościową rzecz (nawet jeśli przystałaś kontakt seksualny za obopólną zgodą);

(2) Byłaś kobietą w wieku 18 lat lub starszą, a firma Epstein i/lub osoba powiązana z firmą Epstein zmusiła Cię, zmusiła lub oszukała Cię do nawiązania kontaktu seksualnego, w tym przy użyciu siły fizycznej, grożenia poważną krzywdą lub wszczęcia postępowania sądowego przeciwko Tobie lub innej osobie, złożenie Ci fałszywej obietnicy lub przekonanie Cię, że brak nawiązania kontaktu seksualnego może spowodować poważną krzywdę dla Ciebie lub innej osoby, a Ty otrzymałaś pieniądze lub inną wartościową rzecz w zamian za podjęcie tego kontaktu seksualnego ; Lub

(3) Byłaś dziewczyną lub kobietą w dowolnym wieku, a Epstein i/lub osoba powiązana z Epsteinem nawiązali z Tobą kontakt seksualny bez Twojej zgody, w tym jakikolwiek kontakt seksualny jako dobrowolny, pod warunkiem, że nie ukończyłaś 18 lat w czasie nawiązania tego kontaktu.

Aby wziąć udział w dystrybucji Funduszu Rozliczeniowego, musisz uzupełnić swoje prawa, przesyłając Formularz Poziomu 1 pocztą lub drogą elektroniczną **(nie później niż o 23:59 czasu wschodniego 12 sierpnia 2023 r.)**. Nieprzesłanie Formularza poziomu pierwszego do godziny **23:59 czasu wschodniego 12 sierpnia 2023 r.** spowoduje odrzucenie roszczenia i uniemożliwi uzyskanie odszkodowania w związku z Ugodą tego sporu. Aby odzyskać dodatkowe wpływy, należy **również** poprawnie kwestionariusz i zgodę poziomu drugiego do godziny **23:59 czasu wschodniego 27 sierpnia 2023 r.** Aby zrezygnować z Ugody i zachować swoje roszczenia związane ze Sporem sądowym, należy dokończ Rezygnację z Formularza do godziny **23:59 czasu wschodniego w dniu 28 lipca 2023 r.** Jeśli jesteś Członkiem grupy, będziesz związany Ugodą oraz wszelkimi orzeczeniami i zwolnieniami zawartymi w Sporze sądowym, w tym między innymi Wyrokiem, niezależnie od tego, czy prześlesz (1) formularz poziomu pierwszego oraz (2) formularz poziomu pierwszego oraz kwestionariusz i zgodę poziomu drugiego, chyba że prześlesz w odpowiednim czasie formularz rezygnacji.

Jeśli chcesz otrzymać kopię Powiadomienia, które dokładnie opisuje Ugodę i przysługujące Ci z niej prawa (w tym prawo do sprzeciwu wobec Ugody) lub opisane w niniejszym dokumencie Formularze Ugody, możesz otrzymać te dokumenty, a także kopię Zastrzeżeń (które zawiera między innymi definicje zdefiniowanych terminów użytych w niniejszym Powiadomieniu podsumowującym) i innych dokumentach Ugody, dostępnych online pod adresem **www.epsteinSSFDB.com** lub pisząc na adres:

Simone K. Lelchuk
c/o Frejka PLLC
415 East 52nd Street | Apartament 3, Nowy Jork, Nowy Jork 10022
Telefon: 212-641-0800, E-mail: Simone.K.Lelchuk@gmail.com

Zapytań NIE należy kierować do oskarżonych, adwokatów oskarżonych, sądu ani sekretarza sądu.

Zapytania, inne niż prośby o Powiadomienie lub Formularze ugody, można kierować do głównego radcy prawnego grupy:

Brittany Henderson
Bradleya Edwardsa
EDWARD HENDERSON LEHRMAN
1501 Broadway, piętro 71, Nowy Jork, Nowy Jork 10036
E-mail: **EpsteinDBSettlement@epllc.com**, Bezpłatny numer telefonu: 800-400-1098

JEŚLI CHCESZ BYĆ WYKLUCZONY Z UGODY, MUSISZ ZŁOŻYĆ WNIOSEK O WYKLUCZENIE (FORMULARZ REZYGNACYJNY), KTÓRY ZOSTAŁ ZŁOŻONY NA POCZCIE NA PODSTAWIE STEMPLA POCZTOWEGO DO GODZINY 23:59 W DNIU 28 LIPCA 2023 R. LUB PRZESŁANY ELEKTRONICZNIE DO GODZINY 23:59 W DNIU 28 LIPCA 2023 R. WSZYSTKIE OSOBY KTÓRE SĄ CZŁONKAMI KLASY, A KTÓRE NIE WNIOSKOWAŁY O WYKLUCZENIE Z UGODY BĘDĄ ZWIĄZANE TĄ UGODĄ, NAWET JEŚLI NIE ZŁOŻĄ FORMULARZY UGODY.

JEŻELI JESTEŚ CZŁONKIEM KLASY, MASZ PRAWO SPRZECIWU OD UGODY, PLANU PODZIAŁU, ŻĄDANIA OPIEKUNA ZBIOROWEGO, ABY NIE PRZEKROCZYŁ TRZYDZIEŚCIU PROCENTÓW (30%) KWOTY UGODY ORAZ KOSZTÓW I WYDATKÓW NIE PRZEKROCZYĆ 1.500.000,00 USD PLUS ODSETKI UZYSKANE OD OBU KWOT W TEJ SAMEJ STOPIE JAK UZYSKANE PRZEZ GLOBAL SESETLEMENT FUND. WSZELKIE SPRZECIW MUSZĄ ZOSTAĆ ZŁOŻONE W SĄDZIE I OTRZYMANE PRZEZ OBROŃCÓW GRUPOWYCH I OBROŃCÓW POZWANYCH **23:59 CZASU WSCHODNIEGO W DNIU 29 WRZEŚNIA 2023 R.** W SPOSÓB I W FORMIE OKREŚLONE W ZAWIADOMIENIU.

DATA:                              POSTANOWIENIE
27 czerwca 2023 r.          SĄD OKRĘGOWY STANÓW ZJEDNOCZONYCH
                                        POŁUDNIOWY OKRĘG NOWEGO JORKU

[1] Ugoda można zobaczyć i/lub uzyskać na stronie **www.epsteinSSFDB.com**.