UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated, <br><br>    Plaintiff, <br><br>  v. <br><br>Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch, Deutsche Bank Trust Company Americas, <br><br>    Defendants. | Case No. 1:22-cv-10018-JSR |

**DECLARATION OF CATHERINE NOWNES
REGARDING COMPLIANCE WITH 28 U.S.C. § 1715**

I, CATHERINE NOWNES hereby declare and state as follows:

1. My name is Catherine Nownes, I am over the age of 21, and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am the Chief Operating Officer for Omni Agent Solutions, Inc. ("Omni"), a firm that specializes in, among other things, legal noticing and claims management.

3. Omni is a firm with more than 50 years of experience in claims processing, legal noticing and settlement administration. Omni's case administration services include coordination of all noticing requirements, establishment of fulfillment services, receipt and processing of voting ballots and opt-outs, coordination with the United States Postal Service, claims database management, funds management and distribution services.

4. The facts in this Declaration are based on what I personally know, as well as

information provided to me in the ordinary course of my business by my colleagues at Omni.

## CAFA NOTICE IMPLEMENTATION

5. At the direction of counsel for the Defendants Deutsche Bank, Aktiengesellschaft, Deutsche Bank AG New York, Branch, Deutsche Bank Trust Company Americas, 62 officials, which included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia and U.S. Territories and three banking and regulatory offices were identified to receive notices ("CAFA Notices") required under the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA").

6. Omni maintains a list of most of these state and federal officials with contact information for the purpose of providing CAFA Notices. Prior to mailing, all the names and addresses were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7. On June 28, 2023, Omni served 80 CAFA Notices. The CAFA Notices were mailed by USPS Priority Mail to the Attorneys General of each of the 50 states, the District of Columbia and the U.S. Territories, as well as several banking and regulatory offices.[2] A copy of the CAFA Notice that was served is attached hereto as **Exhibit 1**. The CAFA Notice Service List is attached hereto as **Exhibit 2.**

8. As set forth in the CAFA Notices, the documents required to be shared with relevant officials have been posted on a website hosted by Omni dedicated to the settlement in this action, which can be accessed at: www.epsteinSSFDB.com.

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces. The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

[2] Out of an abundance of caution, and as set forth on Exhibit 2, certain of the recipients were served the notice at more than one address.

9.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2023

_____
Catherine Nownes

## **Exhibit 1**



ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

June 28, 2023

Lisa H. Bebchick
T +1 212 596 9740
lisa.bebchick@ropesgray.com

**BY USPS PRIORITY MAIL**

Re:   **Notice of Proposed Class Action Settlement Pursuant to the Class Action Fairness Act (28 U.S.C. § 1715)**

To Whom It May Concern:

We represent Defendants Deutsche Bank Aktiengesellschaft, Deutsche Bank AG New York Branch, and Deutsche Bank Trust Company Americas (collectively, "Deutsche Bank" or "Defendants") in the class action captioned *Jane Doe 1 v. Deutsche Bank Aktiengesellschaft, et al.*, Case No. 22-cv-10018-JSR (S.D.N.Y.) (the "Action").

You are hereby notified, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), that an Amended Stipulation of Settlement, dated June 16, 2023 (the "Stipulation"), reflecting the terms of a proposed settlement of all claims in this Action was filed in the United States District Court for the Southern District of New York on June 27, 2023 (ECF No. 94-1).[1]

To avoid unnecessary expense and burden on the recipients of this Notice that would result from multiple, redundant notices, a single Notice is being sent on behalf of all Defendants. By doing so, Defendants do not concede or take the position that each recipient of this Notice has regulatory authority or supervisory responsibility over each Defendant, or licenses or otherwise authorizes each Defendant to conduct business, or that some or all of the matters alleged in the Action are subject to such regulation.

The Stipulation sets forth the following proposed settlement class:

> "Class" means all women who were sexually abused or trafficked by Jeffrey Epstein and/or his associates during the time period between August 19, 2013 to August 10, 2019, including, but not limited to: (1) girls under the age of 18 who engaged in sexual contact with Epstein and/or a person associated with Epstein, and received money or something

---

[1] The Stipulation was also appended as Exhibit 1 to the Joint Declaration of David Boies and Bradley Edwards in Support of Class Representative Jane Doe 1's Amended Motion for Preliminary Approval of Class Action Settlement (ECF No. 90-1), which Plaintiff Jane Doe 1 ("Plaintiff") filed on June 16, 2023.

ROPES & GRAY LLP

- 2 -                                                                                                          June 28, 2023

      else of value in exchange for engaging in that sexual contact (even if the sexual contact was perceived to be consensual); (2) women aged 18 or older who were forced, coerced, or defrauded into engaging in sexual contact by Epstein and/or his associates by, for example, using physical force, threatening serious harm or legal action, making a false promise, or causing them to believe that not engaging in sexual contact would result in serious harm, and who received money or something else of value in exchange for engaging in that sexual contact; and (3) girls or women of any age whom Epstein and/or a person associated with Epstein engaged in sexual contact without consent (even if the sexual contact was perceived to be consensual provided that the girl or woman was under the age of 18 at the time of engaging in that contact). Defendants stipulate, agree, and consent to the definition of "Class" for the sole purpose of the Settlement, and without prejudice to their right to challenge class certification and/or the class definition in the event that this Stipulation or the Settlement is terminated or the Effective Date otherwise fails to occur for any reason.

In connection with the settlement, a website has been established and which contains the following documents associated with the case, among others:

1. The First Amended Class Action Complaint, dated January 13, 2023 (ECF No. 42) and the Class Action Complaint, dated November 24, 2022 (ECF No. 1). *See* 28 U.S.C. § 1715(b)(1).

2. The Stipulation (available at both ECF No. 90-1 and ECF No. 94-1). *See* 28 U.S.C. § 1715(b)(4).

3. The Court's Amended Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Class, dated June 27, 2023 (the "Amended Approval Order," ECF No. 95), *see* 28 U.S.C. § 1715(b)(8), which provides notice of a final settlement hearing to be held before the Court on October 20, 2023 at 4:00 p.m. E.D.T., *see* 28 U.S.C. § 1715(b)(2).

4. Copies of the final Notice of Proposed Settlement of Class Action, settlement claim forms, and opt-out forms that have made available to actual or potential members of the settlement class (translated copies are also available in Russian, Ukrainian, and Polish). *See* 28 U.S.C. § 1715(b)(3).

5. The proposed form of order and final judgment, which was submitted to the Court in connection with Plaintiff's motion for preliminary approval, and which the parties will ask the Court to enter to dismiss the action with prejudice and grant final approval of the settlement (ECF No. 89-2). *See* 28 U.S.C. § 1715(b)(6).

ROPES & GRAY LLP

- 3 -                                                                                                      June 28, 2023

The settlement website can be accessed at: www.epsteinSSFDB.com.

Please note that the parties to the Stipulation signed a confidential Term Sheet, which is referenced in the Stipulation and which was not filed with the Court. *See* 28 U.S.C. § 1715(b)(5). One of the purposes of the confidential Term Sheet is to provide Deutsche Bank with the option to terminate the proposed settlement if timely requests for exclusion from the settlement class are submitted by eligible settlement class members subject to the conditions set forth in the Term Sheet. It is typical for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with complex litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." Fed. Judicial Ctr., Manual for Complex Litigation (4th ed.) § 21.631. If, however, the Court subsequently orders the public filing of the Term Sheet, the Term Sheet will also be posted to the above-referenced website.

As set forth in the Amended Approval Order, the Court preliminarily approved the settlement on June 27, 2023 and scheduled an in-person final settlement approval hearing for Friday, October 20, 2023, at 4:00 p.m. EDT, at Daniel Patrick Moynihan United States Courthouse, Courtroom 14B, 500 Pearl Street, New York, New York 10007.

As of the date of this Notice, there is no judicial opinion regarding the settlement other than the Amended Approval Order (and original approval order dated June 16, 2023, which was superseded by the Amended Approval Order), and no final judgment or notice of dismissal. *See* 28 U.S.C. § 1715(b)(8). Moreover, as of the date of this Notice, Deutsche Bank is unable to provide an estimate of the number of class members residing in each state, or the proportionate share of the claims of such members to the entire proposed settlement, in part, because the identities and residencies of the potential class members are not presently known to Deutsche Bank. *See* 28 U.S.C. § 1715(b)(7). In addition, Deutsche Bank cannot feasibly estimate the proportionate share of claims in each state because the amount of each class member's claimed damages will be unknown until the settlement claims administration process is well underway. *Id.*

The foregoing information is provided based on the status of the proceedings as of the date of this Notice and on the data currently available to Deutsche Bank.

If you have questions about how to access and view the documents on the website, please contact the settlement claims administrator:

Simone Lelchuk
c/o Frejka PLLC
415 East 52nd Street, Suite 3
New York, New York 10022
212-641-0800
Simone.K.Lelchuk@gmail.com

ROPES & GRAY LLP

- 4 -                                                                 June 28, 2023

If you have any questions about this Notice or the settlement referenced herein, please feel free to contact me.

Sincerely,

*/s/ Lisa H. Bebchick*

Lisa H. Bebchick

[Addresses identified on list annexed hereto]

<u>VIA USPS PRIORITY MAIL</u>

ROPES & GRAY LLP

- 5 -                                                                                                                            June 28, 2023

LIST OF CAFA NOTICE RECIPIENTS

Attorney General of the United States
Office of the Alaska Attorney General
Office of the Alabama Attorney General
Office of the Arkansas Attorney General
Office of the Arizona Attorney General
Office of the Attorney General California
Office of the Colorado Attorney General
State of Connecticut Attorney General's Office
District of Columbia Attorney General's Office
Delaware Attorney General
Office of the Attorney General of Florida
Office of the Georgia Attorney General
Office of the Hawaii Attorney General
Iowa Attorney General
State of Idaho Attorney General's Office
Illinois Attorney General
Indiana Attorney General's Office
Kansas Attorney General
Office of the Kentucky Attorney General
Office of the Louisiana Attorney General
Office of the Attorney General of Massachusetts
Office of the Maryland Attorney General
Office of the Maine Attorney General
Office of the Michigan Attorney General
Attorney General Minnesota
Missouri Attorney General's Office
Mississippi Attorney General's Office
Office of the Montana Attorney General
Office of the North Carolina Attorney General
North Dakota Office of the Attorney General
Office of the Nebraska Attorney General
New Hampshire Attorney General
Office of the New Jersey Attorney General
Office of the New Mexico Attorney General
Nevada Attorney General
Office of the New York Attorney General
Ohio Attorney General
Oklahoma Office of the Attorney General
Office of the Oregon Attorney General

ROPES & GRAY LLP

- 6 -                                                                                                      June 28, 2023

Pennsylvania Office of the Attorney General
Rhode Island Office of the Attorney General
South Carolina Attorney General
South Dakota Office of the Attorney General
Tennessee Attorney General and Reporter
Attorney General of Texas
Utah Office of the Attorney General
Office of the Virginia Attorney General
Office of the Attorney General of Vermont
Washington State Office of the Attorney General
Office of the Wisconsin Attorney General
West Virginia Attorney General
Office of the Wyoming Attorney General
American Samoa Attorney General
Attorney General Office Guam
Northern Mariana Islands Attorney General
Puerto Rico Attorney General
Virgin Islands Attorney General
Department of Justice for the Federated States of Micronesia
Office of the Attorney General Marshall Islands
Federal Reserve Bank of New York
New York State Department of Financial Services
Securities and Exchange Commission District of Columbia

**<u>Exhibit 2</u>**

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 |
|---|---|---|---|---|---|
| Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611 | Phoenix, AZ 85005-6123 | | | |
| Dept of Justice Secretary | Attn: The Honorable Joses R Gallen | PS105, Palikir | Pohnpei State, FM 96941 | | |
| Federal Reserve Bank of New York | 33 Liberty St | New York, NY 10045 | | | |
| NYS Dept of Financial Services | Office of General Counsel | 1 State St | New York, NY 10004-1511 | | |
| Office of the Attorney General | Attn: Steve Marshall | State of Alabama | 501 Washington Ave | Montgomery, AL 36104 | |
| Office of the Attorney General | Attn: Clyde Ed Sniffen, Jr | 1031 W 4th Ave, Ste 200 | Anchorage, AK 99501-1994 | | |
| Office of the Attorney General | Attn: Mark Brnovich | 2005 N Central Ave | Phoenix, AZ 85004 | | |
| Office of the Attorney General | Attn: Leslie Rutledge | 323 Center St, Ste 200 | Little Rock, AR 72201-2610 | | |
| Office of the Attorney General | California Dept of Justice | P.O. Box 944255 | Sacramento, CA 94244-2550 | | |
| Office of the Attorney General | Consumer Law Section | Attn: Bankruptcy Notices | 455 Golden Gate Ave, Ste 11000 | San Francisco, CA 94102-7004 | |
| Office of the Attorney General | Attn: Xavier Becerra | 1300 I St, Ste 1740 | Sacramento, CA 95814 | | |
| Office of the Attorney General | Attn: Maura Healey | 10 Mechanic St, Ste 301 | Worcester, MA 01608 | | |
| Office of the Attorney General | Attn: Phil Weiser | Ralph L Carr Colorado Judicial Ctr | 1300 Broadway, 10th Fl | Denver, CO 80203 | |
| Office of the Attorney General | Attn: William Tong | 165 Capitol Ave | Hartford, CT 06106 | | |
| Office of the Attorney General | Attn: Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington, DE 19801 | |
| Office of the Attorney General | Attn: Karl A Racine | 400 6th St NW | Washington, DC 20001 | | |
| Office of the Attorney General | 441 4th St NW, Ste 1100 S | Washington, DC 20001 | | | |
| Office of the Attorney General | Attn: Ashley Moody | The Capital, PL 01 | Tallahassee, FL 32399-1050 | | |
| Office of the Attorney General | Attn: Chris Carr | 40 Capital Sq SW | Atlanta, GA 30334-1300 | | |
| Office of the Attorney General | Attn: Clare E Connors | 425 Queen St | Honolulu, HI 96813 | | |
| Office of the Attorney General | Attn: Lawrence Wasden | 700 W Jefferson St, Ste 210 | P.O. Box 83720 | Boise, ID 83720-1000 | |
| Office of the Attorney General | 601 S University Ave | Carbondale, IL 62901 | | | |
| Office of the Attorney General | 500 S 2nd St | Springfield, IL 62701 | | | |
| Office of the Attorney General | Attn: Kwame Raoul | James R Thompson Ctr | 100 W Randolph St | Chicago, IL 60601 | |
| Office of the Attorney General | Attn: Todd Rokita | Indiana Govt Ctr S | 302 W Washington St, 5th Fl | Indianapolis, IN 46204 | |
| Office of the Attorney General | Attn: Tom Miller | Hoover State Office Bldg | 1305 E Walnut | Des Moines, IA 50319 | |
| Office of the Attorney General | Attn: Derek Schmidt | 120 SW 10th Ave, 2nd Fl | Topeka, KS 66612-1597 | | |
| Office of the Attorney General | Attn: Daniel Cameron | 700 Capitol Ave, Ste 118 | Capitol Bldg | Frankfort, KY 40601 | |
| Office of the Attorney General | Attn: Jeff Landry | 300 Capital Dr | Baton Rouge, LA 70802 | | |
| Office of the Attorney General | Attn: Aaron Frey | State House Stn 6 | Augusta, ME 04333 | | |
| Office of the Attorney General | Attn: Brian Frosh | 200 St Paul Pl | Baltimore, MD 21202-2202 | | |
| Office of the Attorney General | Attn: Maura Healey | 1 Ashburton Pl, 20th Fl | Boston, MA 02108-1698 | | |
| Office of the Attorney General | Attn: Dana Nessel | P.O. Box 30212 | 525 W Ottawa St | Lansing, MI 48909-0212 | |
| Office of the Attorney General | Attn: Dana Nessel | Cadillac Place, 10th Fl | 3030 W Grand Blvd | Detroit, MI | |
| Office of the Attorney General | Attn: Keith Ellison | 445 Minnesota St, Ste 1400 | Saint Paul, MN 55101 | | |
| Office of the Attorney General | Attn: Lynn Fitch | Department of Justice | 550 High St | P.O. Box 220 | Jackson, MS 39205 |
| Office of the Attorney General | Walter Sillers Bldg | 550 High St, Ste 1200 | Jackson, MS 39201 | | |
| Office of the Attorney General | Attn: Eric Schmitt | 815 Olive St, Ste 200 | St Louis, MO 63101 | | |
| Office of the Attorney General | Attn: Eric Schmitt | 615 E 13th St, Ste 401 | Kansas City, MO 64106 | | |
| Office of the Attorney General | Attn: Eric Schmitt | 2311 Bloomfield St, Ste 106 | Cape Girardeau, MO 63703 | | |
| Office of the Attorney General | Attn: Eric Schmitt | Supreme Court Bldg | 207 W High St | Jefferson City, MO 65101 | |
| Office of the Attorney General | Supreme Court Bldg | P.O. Box 899 | Jefferson City, MO 65102 | | |
| Office of the Attorney General | Justice Bldg, 3rd Fl | 215 N Sanders | P.O. Box 201401 | Helena, MT 59620-1401 | |
| Office of the Attorney General | Attn: Doug Peterson | 2115 State Capitol | P.O. Box 98920 | Lincoln, NE 68509-8920 | |
| Office of the Attorney General | 345 State Capitol | Lincoln, NE 68509 | | | |
| Office of the Attorney General | Attn: Aaron D Ford | Old Supreme Court Bldg | 100 N Carson St | Carson City, NV 89701 | |
| Office of the Attorney General | Attn: John Formella | 33 Capitol St | Concord, NH 03301 | | |
| Office of the Attorney General | Attn: Mathew J Platkin | Richard J Hughes Justice Complex | 25 Market St | P.O. Box 080 | Trenton, NJ 08625 |
| Office of the Attorney General | Attn: Hector Balderas | P.O. Drawer 1508 | Santa Fe, NM 87504-1508 | | |
| Office of the Attorney General | Attn: Letitia A James | Dept of Law | The Capitol, 2nd Fl | Albany, NY 12224 | |
| Office of the Attorney General | 9001 Mail Service Ctr | Raleigh, NC 27699-9001 | | | |
| Office of the Attorney General | Attn: Wayne Stenehjem | State Capital | 600 E Boulevard Ave, Dept 125 | Bismarck, ND 58505-0040 | |
| Office of the Attorney General | Attn: Dave Yost | State Office Tower | 30 E Broad St | Columbus, OH 43266-0410 | |
| Office of the Attorney General | Attn: John M O'Conner | 313 NE 21st Str | Oklahoma City, OK 73105 | | |
| Office of the Attorney General | Attn: Ellen F Rosenblum | 1162 Court St, NE | Justice Bldg | Salem, OR 97301 | |
| Office of the Attorney General | Attn: Josh Shapiro | Strawberry Sq, 16th Fl | Harrisburg, PA 17120 | | |
| Office of the Attorney General | Attn: Domingo Emanuelli Hernandez | Torre Chardón, Ste 1201 | 350 Carlos Chardón St | San Juan, PR 00918 | |
| Office of the Attorney General | Attn: Peter F Neronha | 150 S Main St | Providence, RI 02903 | | |
| Office of the Attorney General | Attn: Alan Wilson | Rembert D Dennis Office Bldg | P.O. Box 11549 | Columbia, SC 29211-1549 | |
| Office of the Attorney General | Attn: Mark Vargo | 1302 E Hwy 14, Ste 1 | Pierre, SD 57501-8501 | | |
| Office of the Attorney General | Attn: Maura Healey | 105 William St, 1st Fl | New Bedford, MA 02740 | | |
| Office of the Attorney General | Attn: Herbert H Slattery, III | P.O. Box 20207 | Nashville, TN 37202-0207 | | |
| Office of the Attorney General | Attn: Herbert H Slattery, III | 425 5th Ave N | Nashville, TN 37243 | | |
| Office of the Attorney General | Attn: Ken Paxton | Capital Station | P.O. Box 12548 | Austin, TX 78711-2548 | |
| Office of the Attorney General | P.O. Box 142320 | Salt Lake City, UT 84114-2320 | | | |
| Office of the Attorney General | Attn: Susan R Young | 109 State St | Montpelier, VT 05609-1001 | | |
| Office of the Attorney General | Attn: Jason Miyares | 202 N 9th St | Richmond, VA 23219 | | |
| Office of the Attorney General | 800 5th Ave, Ste 2000 | Seattle, WA 98104 | | | |
| Office of the Attorney General | Attn: Bob Ferguson | 1125 Washington St SE | P.O. Box 40100 | Olympia, WA 98504-0100 | |
| Office of the Attorney General | Attn: Patrick Morrisey | State Capitol Complex, Bldg 1, Rm E-26 | 1900 Kanawhe Blvd E | Charleston, WV 25305 | |
| Office of the Attorney General | Attn: Maura Healey | 1441 Main St, 12th Fl | Springfield, MA 01103 | | |
| Office of the Attorney General | Attn: Josh Kaul | Wisconsin Dept of Justice | State Capital, Rm 114 E | P.O. Box 7857 | Madison, WI 53707-7857 |
| Office of the Attorney General | Attn: Bridget Hill | Kendrick Building | 2320 Capitol Ave | Cheyenne, WY 82002 | |
| Office of the Attorney General | Dept of Legal Affairs | P.O. Box 7 | Utulei, American Samoa | | |
| Office of the Attorney General | 590 S Marine Corps Dr, Ste 901 | Tamuning, GU 96913 | | | |
| Office of the Attorney General | Caller Box 10007 | Saipan, MP 96950 | | | |
| Office of the Attorney General | 3438 Krondprindsens | Gade GERS Bldg, 2nd Fl | St Thomas, VI 00802 | | |
| Office of the Attorney General | P.O. Box 890 | Majuro, MH 96960 | | | |
| Securities & Exchange Commission of District of Columbia | c/o Philadelphia Regional Office | One Penn Center | 1617 JFK Blvd, Ste 520 | Philadelphia, PA 19103 | |
| US Attorney General | US Dept of Justice | 950 Pennsylvania Ave NW | Washington, DC 20530-0001 | | |