UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Deutsche Bank Aktiengesellschaft, et. al.,<br><br>Defendants. | Case No. 1:22-CV-10018 (JSR) |

**CLASS REPRESENTATIVE'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND <u>APPROVAL OF PLAN OF ALLOCATION</u>**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, declarations, and all prior pleadings and proceedings had herein, Settlement Class Representative Jane Doe 1, by and through her attorneys, hereby moves the Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of the [Proposed] Order Granting Final Approval and Final Judgment: (1) granting final approval of the proposed Settlement; (2) certifying the Class for settlement purposes; and (3) approving the Plan of Allocation. Defendants do not oppose the motion.

Pursuant to the Court's June 27, 2023, Order, Class Representative's motion, memorandum of law, and supporting papers are filed timely by September 15, 2023. The deadline to file objections or opposition is September 29, 2023, and the deadline for Class Representative's reply is October 13, 2023. The Settlement Hearing will be held October 20, 2023.

Dated: September 15, 2023

Respectfully submitted,

/s/ David Boies
_____

David Boies
Andrew Villacastin
Sabina Mariella
Alexander Law
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: avillacastin@bsfllp.com
Email: smariella@bsfllp.com
Email: alaw@bsfllp.com

Sigrid McCawley (*pro hac vice*)
Daniel Crispino (*pro hac vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com
Email: dcrispino@bsfllp.com

Bradley J. Edwards
Edwards Henderson Lehrman
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Fax: (954)-524-2822
Email: brad@cvlf.com

Brittany N. Henderson
Edwards Henderson Lehrman
1501 Broadway
Floor 12
New York, NY
Telephone: (954) 524-2820
Fax: (954) 524-2820
Email: brittany@cvlf.com

Paul G. Cassell (*pro hac vice*)
S.J. Quinney College of Law at the
University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Fax: 801-585-6833
Email: cassellp@law.utah.edu

(institutional address for identification purposes, not to imply institutional endorsement)

*Counsel for Jane Doe 1*