UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
JANE DOE 1, Individually and on
Behalf of All Others Similarly         22-cv-10018 (JSR)
Situated,

        Plaintiff,

    -v-

DEUTSCHE BANK AKTIENGESELLSCHAFT,
DEUTSCHE BANK AG NEW YORK BRANCH,
DEUTSCHE BANK TRUST COMPANY
AMERICAS,

        Defendants.
```

```
JANE DOE 1, Individually and on
Behalf of All Others Similarly         22-cv-10019 (JSR)
Situated,
                                       Order
        Plaintiff,

    -v-

JP MORGAN CHASE BANK, N.A.,

        Defendant.
```

JED S. RAKOFF, U.S.D.J.:

    Jane Doe 7, a putative member of the classes preliminarily certified in the two above-captioned cases, has submitted an application to the Court requesting permission to appear virtually at the final class action settlement fairness hearings scheduled, respectively, for October 20, 2023 at 4:00 PM in Case No. 22-cv-10018, and November 9, 2023 at 4:00 PM in Case No. 22-cv-10019. That application is granted and Jane Doe 7 should contact the Court's

1

deputy, Linda Kotowski, at (212) 805-0129 to arrange for such a mode of appearance.

In the same application, Jane Doe 7 requested that the Court "[o]rder the parties to pre-settlement hearing mediation to address [her] objections filed in the record; & continue pre-settlement negotiations with the class members & settling parties." Dkt. 243. That request is denied, although counsel for the parties are encouraged to be in contact with Jane Doe 7 to see if the objections she previously filed on September 15, 2023, can be mutually resolved.

In her application to this Court, submitted a few days ago, Jane Doe 7 also complained that these objections that she had earlier filed with the Clerk of the Court in September had not been given confidential status and had therefore revealed certain personal identifying information. While this Court had no prior knowledge of this problem, upon learning of it this Court took immediate steps to seal the aforementioned objections. That sealing is hereby formally confirmed. Specifically, the Court respectfully directs the Clerk of the Court to modify the viewing level for the following documents to Selected Parties, permitting only attorneys having appeared for a party in the case to view the document: Dkt Nos. 109, 110, 111 and 112 in Case No. 22-cv-10018; and Dkt. Nos. 217, 218, 219 and 243 in Case No. 22-cv-10019.

SO ORDERED.

New York, NY
October 12, 2023

JED S. RAKOFF, U.S.D.J.