UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  -v-<br><br>DEUTSCHE BANK ATIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>    Defendants. | 22-cv-10018(JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    The Court hereby orders that the final fairness hearing in the above-captioned case is rescheduled to occur on Friday, October 20, 2023 at 2 P.M.

    SO ORDERED.

New York, NY
October 16, 2023

                                                     JED S. RAKOFF, U.S.D.J.