

October 18, 2023

**VIA ELECTRONIC FILING**

The Honorable Jed S. Rakoff
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1340
New York, New York 10007

    Re:    *Jane Doe 1 v. Deutsche Bank Aktiengesellschaft, et al.* –
              Updated Expenses
              Case No.: 1:22-CV-10018 (JSR)

Dear Judge Rakoff:

      Class Counsel submits this update in support of their Motion for an Award of Attorneys' Fees and Expenses. ECF No. 102. Enclosed are (1) an Amended Declaration of Bradley J. Edwards in Support of Motion for an Award of Attorneys' Fees and Expenses ("Edwards Declaration"), which includes additional claims administration costs incurred for work performed by the Claims Administrator since the filing of Class Counsel's motion; and (2) an amended Proposed Order. These documents amend ECF Nos. 105 and 107, respectively.

      The amount of expenses requested in the enclosed Proposed Order ($1,014,763.33) is the total of the amounts in paragraph 8 of the Edwards Declaration ($427,007.77) and paragraph 7 of the September 15, 2023, Declaration of Sigrid S. McCawley ($587,755.56), ECF No. 106.

                                                          Sincerely,

                                                          /s/ David Boies

                                                      David Boies
                                                      Andrew Villacastin
                                                      Sabina Mariella
                                                      Alexander Law
                                                      Boies Schiller Flexner LLP
                                                      55 Hudson Yards
                                                      New York, New York
                                                      Telephone: (212) 446-2300
                                                      Fax: (212) 446-2350
                                                      Email: dboies@bsfllp.com
                                                      Email: avillacastin@bsfllp.com
                                                      Email: smariella@bsfllp.com
                                                      Email: alaw@bsfllp.com



Sigrid McCawley (*pro hac vice*)
Daniel Crispino (*pro hac vice*)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com
Email: dcrispino@bsfllp.com

Bradley J. Edwards
Edwards Henderson Lehrman PLLC
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Fax: (954) 524-2822
Email: brad@cvlf.com

Brittany N. Henderson
Edwards Henderson Lehrman PLLC
1501 Broadway
Floor 12
New York, NY
Telephone: (954)-524-2820
Fax: (954) 524-2820
Email: Brittany@cvlf.com

Paul G. Cassell (*pro hac vice*)
S.J. Quinney College of Law at the
University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Fax: 801-585-6833
Email: cassellp@law.utah.edu

(institutional address for identification purposes, not to imply institutional endorsement)

*Counsel for Jane Doe 1*