## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMP ANY AMERICAS,<br><br>Defendant. | Case No. 22-cv-10018 (JSR) |
| Jane Doe 1, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.<br><br>Defendant. | Case No. 22-cv-10019 (JSR) |

## STIPULATION AND PROPOSED ORDER

WHEREAS, non-party Jordana H. Feldman formerly served as the independent administrator of the Epstein Victims' Compensation Program ("EVCP"), a voluntary, independent program that was established to compensate and resolve claims of victims/survivors of sexual abuse by Jeffrey Epstein, and was deposed in her capacity as EVCP administrator in connection with *Jane Doe 1 v. Deutsche Bank Aktiengesellschaft, et al.,* No. 22-cv-10018 (S.D.N.Y.) and *Jane Doe 1 v. JP Morgan Chase Bank, N.A.,* No. 22-cv-10019 (S.D.N.Y.) on May 2, 2023; and

1

WHEREAS, Bank of America, N.A. ("BANA") is a defendant in Case No. 25-cv-08520-JSR (the "BANA Lawsuit"); and

WHEREAS, on February 20, 2026 BANA served a subpoena on EVCP seeking the transcript of the May 2, 2023 deposition of Ms. Feldman ("EVCP Deposition Transcript"); and

WHEREAS, in response to the subpoena, Ms. Feldman has agreed to produce the EVCP Deposition Transcript in the BANA Lawsuit;

NOW, THEREFORE, it is stipulated and agreed, subject to the order of this Court, that:

1.    Ms. Feldman shall redact from the EVCP Deposition Transcript all testimony referencing or implicating the identities of any Jane Doe plaintiffs in the JP Morgan case (No. 22-cv-10019) and the Deutsche Bank case (No. 22-cv-10018) and other victims, including but not limited to any names, pseudonyms, or other identifying information that could reveal the identity of any Jane Doe plaintiffs or other victims.  Testimony regarding the Jane Doe plaintiffs and other victims may be left unredacted if the identities of the individuals are not revealed or discernable from the testimony.

2.    Following completion of the redactions described in paragraph 1, Ms. Feldman shall produce the redacted deposition transcript to BANA.  The redacted transcript shall be designated as "Confidential" under the terms of the protective order in the BANA Lawsuit.  If transmitted electronically, the parties must use commercially reasonable efforts to do so through secure or encrypted means, including but not limited to password protection.

2

DATED:        February 24, 2026

/s/ Andrew Schapiro
Andrew Schapiro
NY State Bar No. 2730554
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 5th Avenue
New York, New York 10016-7103
(212) 849-7000

Attorneys for Jordana H. Feldman and
Epstein Victims' Compensation Program

/s/ Bethany K. Biesenthal
Bethany K. Biesenthal (*pro hac vice*)
Paula S. Quist (*pro hac vice*)
Kristina K. Cercone (*pro hac vice*)
Shea F. Spreyer (*pro hac vice*)
Carol T. Li (*pro hac vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone:+1.312.782.3939
Facsimile: +1.312.782.8585
bbiesenthal@jonesday.com
pquist@jonesday.com
kcercone@jonesday.com
sfspreyer@jonesday.com
cli@jonesday.com

Charlotte H. Taylor
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
ctaylor@jonesday.com

Amanda Dollinger
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: +1.212.326.3939
Facsimile:+1.212.755.7306
adollinger@jonesday.com

Attorneys for Bank of America, NA.

3

SO ORDERED:

_____
Hon. Jed S. Rakoff
United States District Judge        2 - 25 - 26