UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe 1, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>Defendant. | Case No. 22-cv-10018 (JSR) |
| Jane Doe 1, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A,<br><br>Defendant. | Case No. 22-cv-10019 (JSR) |

**STIPULATION AND [PROPOSED] ORDER**

1. All capitalized terms not defined herein shall have the definitions outlined in the Stipulation of Settlement and the Amended Order Granting Preliminary Approval Pursuant to Fed. R. Civ. 23(e)(1) and Permitting Notice to the Class, *Jane Doe 1 v. JP Morgan Chase Bank, N.A.*, No. 22-cv-10019 (S.D.N.Y.) ECF No. 183.

2. The following definitions govern this Stipulation.

a. The "Claims Administrator" means Simone Lelchuk, the claims administrator appointed by this Court to supervise and administer the notice procedure and the processing of claims relating to the Settlement.

b. The "JPMC Settlement" or "Settlement" means the settlement in *Jane Doe 1 v. JP Morgan Chase Bank, N.A.*, No. 22-cv-10019 (S.D.N.Y.)

c. The "Coverage Action" is the matter pending in the Supreme Court of the State of New York, *JP Morgan Chase & Co. v. Liberty Mutual Fire Insurance Company, et. al.*, Index No. 659255/2024.

d. The "Insurers" are the defendants in the Coverage Action, specifically Liberty Mutual Fire Insurance Company, American Guarantee and Liability Insurance Company, Great American Alliance Insurance Company (f/k/a American Alliance Insurance Company), Great American Assurance Company, Great American Assurance Company (f/k/a Agricultural Insurance Company), Great American Insurance Company, Continental Casualty Company, Federal Insurance Company, Westchester Fire Insurance Company, XL Insurance America, Inc., XL Insurance America, Inc. (f/k/a Winterthur International America Insurance Company), and Mitsui Sumitomo Insurance USA, Inc., as successor-in-interest to Great American Assurance Company (f/k/a Agricultural Insurance Company).

e. "Claimant" is any Class Member in the JPMC Settlement who submitted a Questionnaire and Release to the Claims Administrator.

f. "Participating Claimant" is a Claimant who received an award from the Claims Administrator.

3. For each Claimant (who will be identified only by a unique, anonymized identifier determined by the Claims Administrator, not by name or pseudonym), the Claims Administrator shall identify the following information:

    a. The approximate date(s) or time period of sexual abuse and/or trafficking for each Claimant as reported in each Claimant's response to Question 4 on the JPMC Settlement claim form.

    b. The number of separate occasions on which each Claimant reported being sexually abused and/or trafficked, as reported in each Claimant's response to Question 5 on the JPMC Settlement claim form.

4. The Claims Administrator shall identify the following information solely concerning those Participating Claimants who received an allocation or payment in connection with the JPMC Settlement:

    a. The birth year of each Participating Claimant.

    b. The location(s) reported by each Participating Claimant in response to Question 3 on the JPMC Settlement claim form.

    c. The amount paid to each Participating Claimant.

    d. Whether the Participating Claimant referred to JPMorgan or Chase Bank in response to (i) the second part of Question 1; (ii) Question 6; (iii) Question 7; or (iv) Question 11. If the Participating Claimant did refer to JPMorgan or Chase Bank in response to the above questions, the context for the response.

    e. Whether the Participating Claimant referred to any of the Relevant Individuals, as defined in Appendix A, in response to (i) the second part of Question 1; (ii) Question 6; (iii) Question 7; or (iv) Question 11. If the Participating Claimant did

refer to any of the Relevant Individuals in response to the above questions, the context for the response.

f. For the avoidance of doubt, the Claims Administrator shall not be required to provide any information in Section 4(a) – (e) related to claims that did not result in an allocation or other payment.

5. The Claims Administrator or her designee will provide a declaration that will set forth both (i) her knowledge, the process by which the data from the Questionnaire and Release forms was anonymized, the process by which the information contained therein was compiled, and the confidentiality orders and concerns preventing production of the forms themselves, and (ii) the responsive information set forth in Sections 3 and 4 above. That declaration will be designated as "Confidential" under the terms of the protective order in the Coverage Action. If this information is transmitted electronically, the parties shall use commercially reasonable efforts to do so under secure or encrypted means, including but not limited to password protection.

6. The parties to the Coverage Action agree to pay the costs and expenses of the Claims Administrator's performance of the steps outlined in this stipulation, based on the estimate provided.

7. All information provided pursuant to this Stipulation may be used only in connection with matters relevant to the Coverage Action and not for any other purpose, including any other litigation.

8. Within seven (7) days after a final judgment in the Coverage Action or within seven (7) days after the conclusion of an Insurer's reinsurance proceeding, whichever is later, the Insurers shall undertake best efforts to destroy all information provided pursuant to this

Stipulation and shall in all events continue to treat such information as "Confidential" pursuant to the terms of the protective order in the Coverage Action.

9. This Court retains continuing jurisdiction to address or resolve all matters relating to the administration of the JPMC Settlement, including any further requests for information from the Claims Administrator. JPMC Dkt., ECF No. 284. This Stipulation and Order will resolve all disputes related to any subpoena that the Insurers served on the Claims Administrator. No other information in the possession of the Claims Administrator shall be subpoenaed or disclosed absent further order of the Court.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Dated: October 8, 2026

Respectfully submitted,

Douglas J. Pepe
John Roberti
Zaiger Linden Roberti & Pepe LLC
125 Park Avenue, 25th Floor
New York, NY 10017
Tel: (212) 258-0652
Email: jroberti@zlrp.com
Email: dpepe@zlrp.com

*Attorney for the Claims Administrator*

Alexandra Gallo-Cook
Scott A. Rader
Allison R. Radocha*
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
919 Third Avenue
New York, New York 10022
Tel: (212) 935-3000
lgallocook@mintz.com
sarader@mintz.com
aradocha@mintz.com

Nancy D. Adams*
Cory S. Flashner*
Matthew D. Levitt
Mitchell J. Clough
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
ndadams@mintz.com
csflashner@mintz.com
mdlevitt@mintz.com
mjclough@mintz.com

*Attorneys for Defendant*
*Liberty Mutual Fire Insurance Company*

Cheryl P. Vollweiler
SKARZYNSKI MARICK & BLACK LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Tel: (212) 820-7766
cvollweiler@skarzynski.com

* Not admitted in the Southern District of New York.

Karen M. Dixon
SKARZYNSKI MARICK & BLACK LLP
500 West Madison Street, Suite 3600
Chicago, IL 60661
Tel: (312) 946-4233
kdixon@skarzynski.com

*Attorneys for Defendant*
*American Guarantee and Liability Insurance Company*

Adam Fleischer*
Mark A. Deptula*
Clayton J. Goldman*
BATESCAREY LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL 60606
Tel: (312) 762-3100
Fax: (312) 762-3200
afleischer@batescarey.com
mdeptula@batescarey.com
cgoldman@batescarey.com

Michael L. Anania
Jon R. Grabowski
FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP
Wall Street Plaza
New York, NY 10005
Tel: (212) 269-4900
manania@fordmarrin.com
jgrabowski@fordmarrin.com

*Attorneys for Defendants*
*Great American Alliance Insurance Company (f/k/a American Alliance Insurance Company), Great American Assurance Company, and Great American Insurance Company*

Tara E. McCormack
Christopher R. Carroll
KENNEDYS CMK LLP
22 Vanderbilt Avenue, Suite 2400
New York, NY 10017
Tel: (212) 252-0004
Tara.McCormack@kennedyslaw.com
Christopher.Carroll@kennedyslaw.com

Louis H. Kozloff
KENNEDYS CMK LLP
1600 Market Street, Suite 1410
Philadelphia, PA, 19103
Tel: (267) 479-6701
louis.kozloff@kennedyslaw.com

*Counsel for Defendants XL Insurance America, Inc., XL Insurance America, Inc. (f/k/a Winterthur International American Insurance Company), and Mitsui Sumitomo Insurance USA Inc., as successor-in-interest to Great American Assurance Company (f/k/a Agricultural Insurance Company)*

Daniel B. Palmer
Daren S. McNally
CLYDE & CO US LLP
2 Grand Central Tower
140 E. 45th Street, Suite 26A
New York, NY 10017
Tel: (212) 710-3900
Daniel.palmer@clydeco.us
Daren.McNally@clydeco.us

*Attorneys for Defendants Federal Insurance Company and Westchester Fire Insurance Company*

Elizabeth F. Booke
Richard A. Simpson
Ashley E. Eiler
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
ebooke@wiley.law
rsimpson@wiley.law
aeiler@wiley.law

Alexander J. Mueller
Wall Street Plaza
MARSHALL DENNEHEY, P.C.
88 Pine Street, 29th Floor
New York, NY 10005
Tel: (212) 376-6400
AJMueller@mdwcg.com

*Attorneys for Defendant*
*Continental Casualty Company*

SO ORDERED: 11/16/26

Hon. Jed S. Rakoff
United States District Judge

**APPENDIX A**

1. Barrett, Paul
2. Berger, Barry
3. Borowiec, Ann
4. Casey, Mary (Reith)
5. Condren, James
6. Cutler, Stephen
7. Da Silva, Rosa
8. Dalessio, James
9. Dellosso, Donna
10. DeLuca, Phillip
11. Di Iorio, Philip (Phil)
12. Dimon, Jamie
13. Duffy, John
14. Erdoes, Mary
15. Frame, David
16. French, Christopher
17. Jagoda, Joanna N.
18. Keating, Catherine
19. Langford, William
20. Lupo, Matthew
21. Maleton, Howard
22. Matusow, Jeffrey
23. McCleerey, Kevin
24. McGraw, Thomas
25. McHugh, Patrick
26. Morris, Paul
27. Mullin, Christine M. (Chrissy)
28. Nelson, Justin
29. Pearn, Francis
30. Perry, Bonnie
31. Reers, Carolyn
32. Ryan, Maryanne
33. Schwartz, Jonathan
34. Sheridan, William M.
35. Sonnick, Steven
36. Staley, James (Jes)
37. Taylor, Brent
38. Verdon, Anne
39. Von Moltke, James
40. Waters, Lisa
41. Zemsky, Paul